No. 24-3259

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**WORLD VISION, INC.,**

DEFENDANT – Appellant,

v.

**AUBRY MCMAHON,**

PLAINTIFF – Appellee.

On Appeal from the United States District Court for the
Western District of Washington
Honorable James L. Robart
(2:21-cv-00920-JLR)

**PLAINTIFF-APPELLEE'S RESPONSE TO DEFENDANT-APPELLANT'S MOTION FOR A 21-DAY EXTENSION OF TIME TO FILE**

Michael C. Subit
Email: msubit@frankfreed.com
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: (206) 682-6711

Casimir Wolnowski
Email: cwolnowski@nisarlaw.com
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (646) 889-1007

When Appellant's counsel contacted Appellee's counsel requesting consent to an additional 21-day extension of Appellant's Opening Brief, undersigned counsel (who will be the primary drafter of Appellee's Brief) replied that he could not consent at that time due to an October 2024 federal jury trial. Pretrial filing deadlines in that case would have necessitated Appellee's counsel complete Appellee's Brief by the end of August. Since then, the federal trial has settled. Therefore, Appellee does not oppose Appellant's motion.

RESPECTFULLY SUBMITTED AND DATED this 22nd day of July 2024.

FRANK FREED SUBIT & THOMAS LLP

By: *s/ Michael C. Subit*
Michael C. Subit, WSBA No. 29189
Email: msubit@frankfreed.com
705 Second Avenue, Suite 1200
Seattle, WA 98104
P: 206-682-6711
F: 206-682-0401

NISAR LAW GROUP, P.C.

**NISAR LAW GROUP, P.C.**
Casimir Wolnowski
Email: cwolnowski@nisarlaw.com
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York 10165
Phone: (646) 889-1007
Fax: (516) 604-0157

*Attorneys for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system on July 22, 2024.

Participants in the case who are registered ACMS users will be served by the appellate ACMS system.

By: *s/ Michael C. Subit*
Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, Washington 98104
P: 206-682-6711
F: 206-682-0401
msubit@frankfreed.com

Dated: July 22, 2024