No. 24-3259

---

# In the United States Court of Appeals for the Ninth Circuit

WORLD VISION, INC.,
Defendant-Appellant,

v.

AUBRY MCMAHON,
Plaintiff-Appellee.

Appeal from the United States District Court
for the Western District of Washington
Honorable James L. Robart
(2:21-cv-00920-JLR)

---

## EXCERPTS OF RECORD
## VOLUME 3 OF 5

---

NATHANIEL L. TAYLOR
ABIGAIL J. ST. HILAIRE
ELLIS, LI & MCKINSTRY PLLC
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
(202) 682-0565
ntaylor@elmlaw.com

SCOTT J. WARD
J. MATTHEW SZYMANSKI
GAMMON & GRANGE, P.C.
1945 Old Gallows Road, Suite 650
Tysons, Virginia 22182
(703) 761-5012
sjw@gg-law.com

DANIEL H. BLOMBERG
  *Counsel of Record*
LUKE W. GOODRICH
JORDAN T. VARBERG
AMANDA G. DIXON
THE BECKET FUND FOR
  RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW
  Suite 400
Washington, DC 20006
(202) 955-0095
dblomberg@becketlaw.org

*Counsel for Defendant-Appellant*

# EXHIBIT SW-03

**https://www.bonfire.com/calm-mug-2/?productType=5761a9e5-ea59-4b8f-a6dc-198ecb105faa** (accessed 2/23/2023)









**EXHIBIT**
0003
Aubry McMahon
02.23.2023

ER0401

# EXHIBIT SW-04

https://www.bonfire.com/store/just-be (accessed 2/23/2023)



https://wwwho nfire.com/love-design-6/?productType=bac f6cd6-h53d-469c-ab96-02s.fe5b15f71



EXHIBIT
0004
Aubry McMahan
02.23.2023

ER0403

# EXHIBIT SW-05

ER0404

**https://www.bonfire.com/store/just-be** (accessed 2/23/2023)

[Note: Some Individual Products Next Pages]

https://www.bonfire.com/rainbow-design/?productType=bacf6cd6-b53d-469c-ab96-02afe5b15f71



https://www.bonfire.com/rainbow-onesie/?productType=b7c2bdfb-f5d6-41cb-9011-6a4a312aa69e





More from this seller

https://www.bonfire.com/rainbow-mug-2/?productType=5761a9e5-ea59-4b8f-a6dc-198ecb105faa



# EXHIBIT SW-06

# WVUS Operational Policy



**World Vision**

Section: Human Resources
Owner: Human Resources
Document # Title
  O-200.00 Standards of Conduct
Effective Date: 21 Mar 2007

**PURPOSE:** This policy guides you in how to conduct yourself in a manner consistent with WVUS's religious beliefs and organizational practices. Your conduct should positively benefit the organization; respect others' needs; uphold and maintain WVUS's Core Values, Mission Statement, and Christian Witness; and enhance WVUS's reputation and stance as a Christian organization.

This policy outlines acceptable, appropriate behavior within our corporate culture. We seek to honor staff members' privacy and personal convictions. But when your behavior (whether in private or at work) disrupts the workplace and discredits our witness, we may take appropriate action through counsel and discipline.

**BOARD STANDING POLICIES:** Section 3.6

**STATEMENT OF POLICY:** We seek to value and honor our staff and abide by biblically-sound standards and expectations that seek to bring honor to God, ourselves, and one another. We desire to model Christ-like behavior, at and away from work, so that people will be drawn to placing their personal faith in Him and follow H's compassionate Lordship. Effective Christian witness is first expressed in the lives of staff and how we love and serve one another. Because all staff share a common Statement of Faith, because we seek to be an organization that is "Christian" in every sense of the word, and because all staff represent WVUS – and more importantly, the Gospel of Jesus Christ – in their work as well as in their private lives, we expect our staff to consistently conduct themselves with honesty and integrity.

I.  Expected standards of conduct: It is impossible to list all the forms of acceptable behavior, but here is a partial list of the standards of conduct expected:
      A.  Treating others with respect, dignity, and impartiality
      B.  Behaving in a trusting and trustworthy manner
      C.  Adhering to WVUS policies
      D.  Adhering to safety, security, and health rules
      E.  Wearing appropriate attire that respects local custom and policy
      F.  Using WVUS equipment appropriately

II. Inappropriate conduct: Some forms of behavior that are considered unacceptable or inappropriate, and contrary to our responsibilities as Christians, may result in corrective action up to, and including, termination. The partial list below is not all inclusive.

WV-002370

SER 171

ER0410

A. Theft, fraud, embezzlement, corruption, bribery, misappropriation, or inappropriate removal or possession of property belonging to WVUS, a co-worker, or a vendor.

B. Showing favoritism.

C. Hiring relatives, friends, or members of one's own racial or ethnic group to the exclusion of other qualified persons or without following established organizational protocols.

D. Falsifying records or documents.

E. Being on WVUS premises or at a WVUS project or activity under the influence of alcohol or drugs such that it impairs your ability to function, or has the potential to negatively affect WVUS as an organization.

F. Use or possession of any illegal substances.

G. Fighting or threatening violence in the workplace.

H. Negligence or improper conduct leading to damage of others' property.

I. Criminal activity.

J. Harassment of any type.

K. Sexual conduct outside of a monogamous heterosexual marriage relationship.

L. Any sexual misconduct, in any form, including:

   1. Lewd, obscene, coercive, or otherwise inappropriate sexual behavior (either verbal or physical) with or affecting another person, whether of the same or the opposite gender.

   2. Using a position of trust or power to engage in sexual conduct, with or without consent, involving a person who is subject to the authority or the implicit trust relationship that the position conveys.

   3. Any behavior that creates an improper sexual environment, such as the use of obscene, pornographic, or otherwise inappropriate sexual material.

While World Vision generally refrains from involvement in the private lives of staff, there are clearly some circumstances when it is necessary for World Vision to counsel or caution where private conduct is clearly in violation of policy, or where such private conduct may reflect negatively on World Vision. Some behavior could be construed as harassment and thereby subject to the Harassment or Sexual Harassment policy. So you must behave discreetly and in good conscience at all times.

III. **Principles for protecting children:** The following principles outline both international and domestic standards for protecting children. They are an integral part of World Vision policy, and must be upheld by all board members, employees, volunteers, interns, independent contractors, and anyone else visiting field rotations (domestically or internationally) under World Vision's auspices.

World Vision personnel should immediately report evidence of conduct that violates or is inconsistent with the standards described in these guidelines. All World Vision offices shall adopt and adhere to written policies and practices to guide their investigation of reported

conduct and any resulting corrective action. Such policies and procedures shall assure that this reporting can be done confidentially and without retaliation to the reporting person.

*Violations of the following standards constitute acts of gross misconduct and are therefore grounds for immediate termination of employment and/or referral to appropriate prosecuting authorities.* World Vision or other humanitarian workers must not:

A. Sexually exploit or abuse any beneficiaries (adult or child).

B. Engage in sexual activity with a child (person under the age of 18), regardless of the local age of majority or age of consent. Mistaken belief as to a child's age is not a defense against corrective action or termination of employment.

C. Exchange money, employment, goods, or services for sex (including sexual favors or other forms of humiliating, degrading, or exploitative behavior). This includes exchange of assistance that is already due to beneficiaries.

D. Engage in sexual relationships with other WVUS or humanitarian workers or beneficiaries. Such relationships undermine our humanitarian work's credibility and integrity.

A WVUS or humanitarian worker who develop concerns or suspicions regarding sexual abuse or exploitation by a fellow worker, whether in the same agency or not, must report such concerns via WVUS-established reporting mechanisms.

All WVUS and humanitarian workers must create and maintain an environment that prevents sexual exploitation and abuse and promotes the implementation of WVUS's Code of Conduct. WVUS managers at all levels have particular responsibilities to support and develop systems that maintain this environment.

WVUS will perform a security screening of all staff, board of directors, interns, and volunteers (see Note below regarding volunteers). WVUS will also screen all donors, constituents, vendors, and consultants going to the field. Screenings will include a police background check for criminal convictions. Each individual to be screened will complete a form providing written authorization for WVUS to initiate the check. All individuals will be advised that any past, present, or future convictions for child abuse, pedophilia, or related offenses will result in non-selection for a staff position or prohibition from field/project visits. The WVUS Employment Department will coordinate the screening process. The Sr. Vice President of Human Resources or his/her will handle any convictions for child abuse, pedophilia, or related offenses appropriate designee. Normally, WVUS will not perform background checks on a person more frequently than once every 12 months. The general process for contract staff members will be to obtain new background checks whenever there is a break in service or once every three years, whichever first occurs.

WVUS reserves the right to determine, at its sole discretion, whether an employee has engaged in inappropriate conduct or behavior that may warrant corrective and disciplinary action, up to and including termination. Employment with WVUS is at the mutual consent

WV-002372

of WVUS and the employee, and either party may terminate that relationship at any time, with or without cause and with or without advance notice.

Note on volunteers: We will not perform background screening for volunteers assisting at Artist Associate events. Instead, those volunteers will be asked to review WVUS's Statement on the Protection of Children and sign a Disclosure of Child Protection Standards and Volunteer Agreement form. The text of the agreement form shall state:

> Thank you so much for supporting World Vision's efforts to improve the lives of disadvantaged children around the world. We appreciate your desire to volunteer at a World Vision-sponsored Artist Associate event in your area. As an international partnership, World Vision is committed to the physical, mental, emotional, and spiritual well-being of children everywhere. World Vision opposes and works to prevent all forms of child exploitation and child abuse, including child sexual abuse. World Vision takes seriously its responsibility to ensure children's security and well-being.

> We believe that our staff, donors, sponsors, and volunteers have a calling from God to support and protect children, and we strive to set the highest standard of behavior when working for those we are called to serve. So we require all World Vision staff and volunteers to agree to our established standards of behavior and responsibility. Volunteers at events where children may be present are required to read, sign, and return the *Statement of Responsibility for the Protection of Children* below. Because there may be children at the event at which you will volunteer, we are taking this opportunity to inform you of our standard of conduct surrounding the protection of all children. Please read, sign, and return this statement to your volunteer coordinator.

> Once again, thank you for your support and service to World Vision.

## STATEMENT OF RESPONSIBILITY FOR THE PROTECTION OF CHILDREN

As a World Vision volunteer, I hereby agree with the statements in this document regarding the protection of children. I place myself under the authority of God and World Vision to be responsible for my behavior as it relates to children. I accept World Vision's role to set a standard of excellence and to call me into accountability where needed.

I affirm and commit to the following:

- Children are God's precious gifts, including those with whom World Vision works. The welfare of these children is a trust to World Vision. In my role, I will respect this trust.
- I will do all in my role with World Vision and as a Christian to interact with children honorably and respectfully, in word and action.
- I will use World Vision's resources only in ways that promote health and welfare of children spiritually, physically, emotionally, and intellectually.
- I will live out this respect for children in my life outside of my role with World Vision so that, in my community, church, family, and friendships, I exemplify a life that treats children with respect.

WV-002373

SER 174

ER0413

# EXHIBIT SW-07

# WVUS Operational Policy



**World Vision**

Section: Human Resources
Owner: Human Resources

**Document # Title**

O-200.00 Standards of Conduct

Effective Date: 21 Mar 2007

**PURPOSE:** This policy guides you in how to conduct yourself in a manner consistent with WVUS's religious beliefs and organizational practices. Your conduct should positively benefit the organization; respect others' needs; uphold and maintain WVUS's Core Values, Mission Statement, and Christian Witness; and enhance WVUS's reputation and stance as a Christian organization.

This policy outlines acceptable, appropriate behavior within our corporate culture. We seek to honor staff members' privacy and personal convictions. But when your behavior (whether in private or at work) disrupts the workplace and discredits our witness, we may take appropriate action through counsel and discipline.

**BOARD STANDING POLICIES:** Section 3.6

**STATEMENT OF POLICY:** We seek to value and honor our staff and abide by biblically sound standards and expectations that seek to bring honor to God, ourselves, and one another. We desire to model Christ-like behavior, at and away from work, so that people will be drawn to placing their personal faith in Him and follow His compassionate Lordship. Effective Christian witness is first expressed in the lives of staff and how we love and serve one another. Because all staff share a common Statement of Faith, because we seek to be an organization that is "Christian" in every sense of the word, and because all staff represent WVUS – and more importantly, the Gospel of Jesus Christ – in their work, as well as in their private lives, we expect our staff to consistently conduct themselves with honesty and integrity.

I. **Expected standards of conduct:** It is impossible to list all the forms of acceptable behavior, but here is a partial list of the standards of conduct expected:

      A. Treating others with respect, dignity, and impartiality

      B. Behaving in a trusting and trustworthy manner

      C. Adhering to WVUS policies

      D. Adhering to safety, security, and health rules

      E. Wearing appropriate attire that respects local custom and policy

      F. Using WVUS equipment appropriately

II. **Inappropriate conduct:** Some forms of behavior that are considered unacceptable or inappropriate, and contrary to our responsibilities as Christians, may result in corrective action up to, and including, termination. The partial list below is not all inclusive:

WV-002624

**ER0415**

A. Theft, fraud, embezzlement, corruption, bribery, misappropriation, or inappropriate removal or possession of property belonging to WVUS, a co-worker, or a vendor,

B. Showing favoritism.

C. Hiring relatives, friends, or members of one's own racial or ethnic group to the exclusion of other qualified persons or without following established organizational protocols.

D. Falsifying records or documents.

E. Being on WVUS premises or at a WVUS project or activity under the influence of alcohol or drugs such that it impairs your ability to function or has the potential to negatively affect WVUS as an organization.

F. Use or possession of any illegal substances.

G. Fighting or threatening violence in the workplace.

H. Negligence or improper conduct leading to damage of others' property.

I. Criminal activity.

J. Harassment of any type.

K. Sexual conduct outside of a monogamous heterosexual marriage relationship.

L. Any sexual misconduct, in any form, including:

   1. Lewd, obscene, coercive, or otherwise inappropriate sexual behavior (either verbal or physical) with or affecting another person, whether of the same or the opposite gender.

   2. Using a position of trust or power to engage in sexual conduct, with or without consent, involving a person who is subject to the authority or the implicit trust relationship that the position conveys.

   3. Any behavior that creates an improper sexual environment, such as the use of obscene, pornographic, or otherwise inappropriate sexual material.

While World Vision generally refrains from involvement in the private lives of staff, there are clearly some circumstances when it is necessary for World Vision to counsel or caution where private conduct is clearly in violation of policy, or where such private conduct may reflect negatively on World Vision. Some behavior could be construed as harassment and thereby subject to the Harassment or Sexual Harassment policy. So you must behave discreetly and in good conscience at all times.

III. **Principles for protecting children:** The following principles outline both international and domestic standards for protecting children. They are an integral part of World Vision policy, and must be upheld by all board members, employees, volunteers, interns, independent contractors, and anyone else visiting field locations (domestically or internationally) under World Vision's auspices.

World Vision personnel should immediately report evidence of conduct that violates or is inconsistent with the standards described in these guidelines. All World Vision offices shall adopt and adhere to written policies and practices to guide their investigation of reported

Case: 24-3259, 08/21/2024, DktEntry: 25.4, Page 19 of 283 (19 of 283)
Case 2:21-cv-00920-JLR   Document 27-7   Filed 04/11/23   Page 4 of 5
Case 2:07-cv-01551-RSM   Document 17-11   Filed 11/29/07   Page 43 of 50

conduct and any resulting corrective action. Such policies and procedures shall assure that this reporting can be done confidentially and without retaliation to the reporting person.

*Violations of the following standards constitute acts of gross misconduct and are therefore grounds for immediate termination of employment and/or referral to appropriate prosecuting authorities.* World Vision or other humanitarian workers must not:

A. Sexually exploit or abuse any beneficiaries (adult or child).
B. Engage in sexual activity with a child (person under the age of 18), regardless of the local age of majority or age of consent. Mistaken belief as to a child's age is not a defense against corrective action or termination of employment.
C. Exchange money, employment, goods, or services for sex (including sexual favors or other forms of humiliating, degrading, or exploitative behavior). This includes exchange of assistance that is already due to beneficiaries.
D. Engage in sexual relationships with other WVUS or humanitarian workers or beneficiaries. Such relationships undermine our humanitarian work's credibility and integrity.

A WVUS or humanitarian worker who develop concerns or suspicions regarding sexual abuse or exploitation by a fellow worker, whether in the same agency or not, must report such concerns via WVUS established reporting mechanisms.

All WVUS and humanitarian workers must create and maintain an environment that prevents sexual exploitation and abuse and promotes the implementation of WVUS's Code of Conduct. WVUS managers at all levels have particular responsibilities to support and develop systems that maintain this environment.

WVUS will perform a security screening of all staff, board of directors, interns, and volunteers (see Note below regarding volunteers). WVUS will also screen all donors, constituents, vendors, and consultants going to the field. Screenings will include a police background check for criminal convictions. Each individual to be screened will complete a form providing written authorization for WVUS to initiate the check. All individuals will be advised that any past, present, or future convictions for child abuse, pedophilia, or related offenses will result in non-selection for a staff position or prohibition from field/project visits. The WVUS Employment Department will coordinate the screening process. The Sr. Vice President of Human Resources or his/her will handle any convictions for child abuse, pedophilia, or related offenses appropriate designee. Normally, WVUS will not perform background checks on a person more frequently than once every 12 months. The general process for contract staff members will be to obtain new background checks whenever there is a break in service or once every three years, whichever first occurs.

WVUS reserves the right to determine, at its sole discretion, whether an employee has engaged in inappropriate conduct or behavior that may warrant corrective and disciplinary action, up to and including termination. Employment with WVUS is at the mutual consent

WV-002626

**ER0417**

of WVUS and the employee, and either party may terminate that relationship at any time, with or without cause and with or without advance notice.

Note on volunteers: We will not perform background screening for volunteers assisting at Artist Associate events. Instead, those volunteers will be asked to review WVUS's Statement on the Protection of Children and sign a Disclosure of Child Protection Standards and Volunteer Agreement form. The text of the agreement form shall state:

> Thank you so much for supporting World Vision's efforts to improve the lives of disadvantaged children around the world. We appreciate your desire to volunteer at a World Vision sponsored Artist Associate event in your area. As an international partnership, World Vision is committed to the physical, mental, emotional, and spiritual well-being of children everywhere. World Vision opposes and works to prevent all forms of child exploitation and child abuse, including child sexual abuse. World Vision takes seriously its responsibility to ensure children's security and well-being.

> We believe that our staff, donors, sponsors and volunteers have a calling from God to support and protect children, and we strive to set the highest standard of behavior when working for those we are called to serve. So we require all World Vision staff and volunteers to agree to our established standards of behavior and responsibility. Volunteers at events where children may be present are required to read, sign, and return the *Statement of Responsibility for the Protection of Children* below. Because there may be children at the event at which you will volunteer, we are taking this opportunity to inform you of our standard of conduct surrounding the protection of all children. Please read, sign, and return this statement to your volunteer coordinator.

> Once again, thank you for your support and service to World Vision.

## STATEMENT OF RESPONSIBILITY FOR THE PROTECTION OF CHILDREN

As a World Vision volunteer, I hereby agree with the statements in this document regarding the protection of children. I place myself under the authority of God and World Vision to be responsible for my behavior as it relates to children. I accept World Vision's role to set a standard of excellence and to call me into accountability where needed.

I affirm and commit to the following:

- Children are God's precious gifts, including those with whom World Vision works. The welfare of these children is a trust to World Vision. In my role, I will respect this trust.
- I will do all in my role with World Vision and as a Christian to interact with children honorably and respectfully, in word and action.
- I will use World Vision's resources only in ways that promote health and welfare of children spiritually, physically, emotionally, and intellectually.
- I will live out this respect for children in my life outside of my role with World Vision so that, in my community, church, family, and friendships, I exemplify a life that treats children with respect.

WV-002627

**ER0418**

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUBRY MCMAHON,

        Plaintiff,

     vs.

WORLD VISION, INC.

        Defendant.

CASE NO. 2:21-CV-00920-JLR

SECOND DECLARATION OF
SCOTT J. WARD

Scott J. Ward declares:

1.    I have personal knowledge of the facts stated in this declaration and am competent to testify to those facts.

2.    I am an attorney of record for Defendant World Vision, Inc ("**World Vision**" or "**WV**") in this case.

3.    I reside in Virginia, am licensed to practice law in Virginia and California, and have been admitted by the Court *pro hac vice* in this case.

SECOND DECL. OF SCOTT J. WARD      Page 1
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

**ER0419**

1      4.      This Second Declaration of Scott Ward is denoted "**SW2**" herein, and in

2  the accompanying Defendant World Vision's Reply Brief in Support of Its Motion for

3  Summary Judgment, and the exhibit to this Declaration is denoted **SW2-01**. This is the

4  same numbering system used for all Declarations in the Motion for Summary

5

6  Judgment.

7      5.      All documents or other items referenced herein, or in the exhibit hereto,

8  that contain Bates numbers are from the document production exchanged by the

9

10  parties during discovery in this case. (The total discovery record ranges from WV0001

11  to WV6197 for Defendant World Vision and from P0001 to P0137 for the Plaintiff, and

12  includes photographs, other physical exhibits, and digital audio and visual files.

13

14      6.      Attached as Exhibit **SW2-01** hereto is a true and correct copy of a World

15  Vision document titled *Giving Word to Our Faith* ("GWF") that was produced by World

16  Vision in discovery bearing Bates numbers WV-6158 to WV-6169. Exhibit **SW2-01** is

17  the complete *GWF* document. Plaintiff included as Exhibit 7 to the Declaration of

18  Casimir Wolnowski, Dkt. 25-7, a single page (WV-6164) from this *GWF* document.

19

20      I am over the age of eighteen and am competent to give this Declaration. I

21  declare under penalty of perjury under the laws of the United States and the State of

22  Washington that the foregoing is true and correct.

23

24      SIGNED this 5th day of May, 2023, at Vienna, Virginia.

25                                        */s/ Scott J. Ward*
                                             SCOTT J. WARD
26

27

SECOND DECL. OF SCOTT J. WARD          Page 2          Ellis | Li | McKinstry
CASE NO. 2:21-CV-00920-JLR                             1700 Seventh Avenue, Suite 1810
                                                       Seattle, WA 98101-1820
                                                       206.682.0565  Fax: 206.625.1052

**ER0420**

# EXHIBIT **SW2**-01

**ER0421**

CONFIDENTIAL

**World Vision®**

# Giving Word to our Faith



Partnership guidance on speaking boldly and courageously about what our faith means to our work.

FOR WORLD VISION INTERNAL USE ONLY

WV-006158

ER0422

CONFIDENTIAL

Giving World to our Faith



WV-006159

CONFIDENTIAL

> But make sure in your hearts that Christ is Lord. Always be ready to
> give an answer to anyone who asks you about the hope you have.
> Be ready to give the reason for it. But do it gently and with respect.
>
> I Peter 3:15 (NIRV)

This challenging and encouraging passage was written by Peter the Apostle to the churches of Asia Minor. The letter provides clear and practical guidance to the early church members on how to live and represent their faith to others around them. He encourages them to remain faithful and to answer honestly and with reason any questions about the difference their faith makes to their lives.

This is a message that is as relevant and challenging today as when it was originally given and, in World Vision we too must be able to answer anyone who asks us about the hope we have, gently and with respect. The need to express our faith clearly, unequivocally and boldly is at the very heart of our identity.

The **Giving Word to our Faith** messaging framework is a Partnership effort led by a consortium of people from Faith and Development, Global Communications, External Engagement and Global Resource Development. It seeks to clarify and enhance understanding about how our faith influences our work and how we can courageously, clearly articulate this in our own contexts. Many leaders from across the Partnership have been involved; praying and discerning where God is leading and encouraging us

As the Christians of Asia Minor suffered religious persecution and experienced tension with the local population, it was necessary for them to hold themselves to account. World Vision works in some of the hardest and most challenging places in the world, but it is vital that we do not shy away from expressing what our faith means for our work. The **Giving Word to our Faith** framework is designed to enable our leaders and staff to do this appropriately, gently and with respect for others.

**Giving Word to our Faith** includes a messaging framework as well as accompanying guidance and contextual examples of how to express what our faith means to our work in different contexts.

May God give us the discernment and wisdom to use this resource well as we seek life in all its fullness for the world's vulnerable children.

WV-006160

CONFIDENTIAL

## The Giving Word to our Faith messaging framework

**Giving Word to our Faith**

| | WE BELIEVE | WE SEE | WE ACT |
|---|---|---|---|
| | *Our faith leads us to believe...* | *Shaped by our faith, our experience of this world...* | *Compelled by our beliefs and experiences, we respond...* |
| **EVERY CHILD** | **1A** Every person is created in God's image and deserves life in all its fullness.<br><br>• We believe in upholding, restoring and honouring the dignity, value and identity of every human being. | **1B** In a world of broken relationships we see children being kept from reaching their full potential.<br><br>• We see injustice, inequality, corruption and disasters (man-made and natural) affect the lives and futures of children in every context. | **1C** We are responsible, along with others, for ensuring every child thrives; their futures filled with hope, well-being and promise.<br><br>• We work through relief, development and advocacy approaches in contexts where the most vulnerable children struggle to survive. |
| **HOPE** | **2A** There is hope and a future for all people through faith in Jesus Christ.<br><br>• We believe that through hope, restoration and renewal is possible even in the most difficult places. | **2B** We see hope reflected in transformed lives and restored relationships.<br><br>• Credible hope and rebuilt relationships bring human transformation. | **2C** We seek to transform lives through hope in Jesus Christ, expressed through life, deed, word and sign.<br><br>• Through the joy of transforming vulnerable children's life stories, we have evidence that this hope is credible. |
| **LOVE** | **3A** Because Christ loved us, we show our experience of His unconditional love in all our work.<br><br>• We are called to be witnesses and serve as a reflection of God's unconditional love. | **3B** We see children valued, loved and protected as a result of transformed relationships.<br><br>• Through restored relationships, we see communities working together helping each other so that their lives and futures are filled with hope, promise and well-being. | **3C** We seek transformed relationships as an expression of God's unconditional love.<br><br>• We take a reconciliation approach to issues of injustice and poverty, boldly building bridges. |
| **ALL PEOPLE** | **4A** God can work through all people to achieve His purposes.<br><br>• We cannot achieve our mission on our own; we seek to collaborate with a wide spectrum of partners, supporters and others to transform the lives of children, families and communities. | **4B** We see that most people share common values of compassion, love and mercy and are willing to partner in changing children's lives.<br><br>• Faith plays a vital role in our world. More than 85 percent of the world is religious and faith leaders are the most trusted in many places. | **4C** We are part of a movement of people who share common values of justice, love and hope that fulfil God's purposes.<br><br>• We ignite and join movements for child well-being, mobilising all people including donors and supporters, Christians and the Church, as well as other faith leaders, secular institutions and governments. |

EV-006161

ER0425

CONFIDENTIAL

## The Giving Word to our Faith (GWF) framework and how to use it

The **Giving Word to our Faith** messaging framework is a guiding document created to help all staff speak boldly, openly and unapologetically about our faith and how it affects our work. The framework draws from our Core Documents, Statement of Faith and relevant policies and guidance, to help staff answer the key question: "What does our/your faith means to our/your work?"

The framework has been designed with a loosely organised logical flow which enables the user to enter at the point that is most relevant to their audiences – but reading across the rows outlines an argument for how what **We Believe** and what **We See** in our contexts drives us to how **We Act** (as indicated in the headers for the framework). Each box in the framework includes a main statement in bold and a supporting statement below which aim to bring together an articulation of our key faith concepts and an understanding of what this means for our work.

Users are then encouraged to take these key messaging points and to articulate them in a narrative that is relevant to their audiences; any narrative should be aligned to the substance of the framework and should not stray from it.

Tools and contextual examples for usage are provided along with the framework.

### HOW TO USE THE FRAMEWORK

- **Read the entire framework.**
- **Create bold and forthright messages about how our faith informs our work** using the ideas in the framework. This is a guiding document to help all World Vision offices speak the same way. It does not lay out policy or replace our core Partnership mission, vision, or values statements.
- **Enter and leave at any point in the grid that speaks to the audience you are addressing.** Each square in the grid represents a message. You do not have to use all the messages in one column or one row; only the ideas that apply to your communication piece.
- **Make sure your communication does not violate any of these message points.** This framework gives wide room for creativity but be sure nothing expressed contradicts other messages in the grid.
- **The framework does not lay out everything that can be said about how our faith informs our work.** Do not be afraid to say more than what is in the document, especially if you are speaking to a Christian audience. Where possible, use supporting Scripture, stories, photos, and examples of how these messages are played out in your context, to make your communications compelling and relevant.

### WHAT THE FRAMEWORK IS AND IS NOT

#### What it is:
- An illustrative guiding document for articulating boldly and clearly how our faith informs our work
- A set of messaging points that can be used as is or to craft communications that convey these ideas.
- A loosely logical framework that allows users to enter and exit conversations, as needed.
- A document to be used in conjunction with other Partnership messaging pieces such as the "Who We Are" document and the brand guidelines.

#### What it is not:
- A replacement of our organisational Statement of Faith and other core documents.
- A policy document.
- A document that has a strict flow that you have to follow.
- A stand-alone document that answers all the organisation's Christian messaging needs.

In summary, this framework is about giving word to our faith as we experience the joy of creating thousands of transformative life stories of the world's vulnerable children, supporters and donors, staff, families and communities.

CONFIDENTIAL



**Giving Word to our Faith**

WV-08 0163

CONFIDENTIAL

## Contextual guidance and examples

The **Giving Word to our Faith** messaging framework is guidance to enable us to speak boldly and unapologetically to people of various contexts about what our faith and Christian identity mean for our work. The contexts that have been identified are: 1) secular 2) multi-denominational Christian 3) multi-faith 4) Islamic/Muslim.

*The examples provided below are indicative only and based on insights about contexts/audiences gathered during workshops. End users will need to articulate their own insights for their audiences and apply the framework accordingly*

## Giving Word to our Faith in a secular context

### 1. INSIGHTS

There are different definitions of secular audiences. They can be defined as people disconnected from religious institutions, not necessarily of no faith, and could regard themselves as spiritual but not connected to an institution.

Research has identified "allergy points" for this audience i.e. religious arrogance and religious power abuse – for example perceptions of hypocrisy and proselytism.

We therefore need to engage generously with people regardless of their religion when speaking to this audience. We should cite true partnerships with other faith communities and ensure humility in communications.

For secular audiences, there's a real value in leading with our vision as an area of common ground, but expressing it as 'life in all its fullness for children' – as starting with an image of God can be misconstrued.

It is important to use inspirational stories as a way of finding common ground and provide evidence of where faith plays a role in human transformational outcomes and impact in communities.

### 2. WHAT DO WE WANT TO COMMUNICATE TO THIS AUDIENCE?

- A sense of humility.
- We are here to serve because of our calling and not to manipulate other people's faith.
- We work in partnerships with faith communities and other institutions.
- We seek to work with people of common values.
- We aim to help build understanding of the role of faith in human transformation.

### 3. RELEVANT MESSAGING POINTS FROM THE FRAMEWORK

- We see that most people share common values of compassion, love and mercy and are willing to partner in changing children's lives. (4B)
- We act as connectors among these people, mobilising Christian, as well as other faith leaders and secular institutions. (4C)
- We seek to collaborate because we cannot achieve this mission on our own. (4A)
- We believe that God can work through all people to achieve his purposes. (4A)

### 4. EXAMPLE MESSAGING

*Short version:*

Compassion, love and mercy are common values shared by most people. We believe that it is every child's right to reach their full potential and so this end we connect and mobilise like-minded people to help change children's lives.

*Two-minute elevator speech:*

We mobilise people who share common values of compassion, love and mercy and want to change children's lives. We believe every child has a God-given right to reach their full potential, but we cannot achieve these goals on our own, which is why we collaborate with like-minded people. As a Christian organisation, we also believe that God works through all people. We seek to achieve this goal together with others in places where children are the most vulnerable, through relief, development and advocacy approaches.

CONFIDENTIAL

## Giving Word to our Faith in a multi-denominational Christian context

### 1. INSIGHTS

We don't believe we have to resolve all of our theological differences to be able to carry out our mission. But our messaging needs to focus on the uniting factors of the various denominations, doctrines, styles and expressions of our faith.

Key among these is the inclusive nature of God's common grace for all humanity. We, as Christians, share the experience of God's unconditional love the same way that God sends the rain and the sun for all creation. All of us, as human beings, receive that common grace and love.

We agree God has a plan and that WorldVision is part of that plan. Some expressions of the Christian faith are divided about whether God works through others who are non-believers who do not profess the faith.

Some specific points to consider while messaging different expressions of the faith:

- Some expressions of our faith raise a red flag around the statement that God works through all people to achieve his purposes. Question – can people witness to Jesus Christ if they aren't Christians?
- Most denominations of Christians believe that all people are created in Gods image. (Genesis)
- Most denominations of Christians also believe that every child is created in Gods image and deserves life in all its fullness.
- Most Christian believers understand that there is a common hope and future for all people through salvation and redemption through Christ.
- The following of Christ compels us in our work. (Deus Caritas Est - Pope Benedict XVI)
- Our work is driven by love, hope and a thirst for justice. (Social Teaching of the Catholic expression of the Church)

### 2. WHAT DO WE WANT TO COMMUNICATE TO THIS AUDIENCE?

- Every person's created in God's image and deserves life in all its fullness. We are responsible, along with others, for enabling every child to thrive; their futures filled with hope, wellbeing and promise.
- Because Christ loved us, we show our experience of his unconditional love in our work.
- We see children thrive as restored relationships result in communities working together for their well-being.
- We collaborate with people of other faiths and none, who share common values of justice, love and hope that fulfil God's purposes for them and the world.

### 3. RELEVANT MESSAGING POINTS FROM THE FRAMEWORK

- All people are made in the image of God, and it is our responsibility to care for and serve them (1A and 1C)
- We want to express our experience of God's unconditional love to others; this is the basis of our calling (3A)
- Our main goals are to the seek the emergence of God's hope and the healing of broken relationships. (3B)
- In most cases people of all faith share values of justice, love and hope and hence we seek to work in collaboration and partnership. (4C)

### 4. EXAMPLE MESSAGING

As a Christian organisation we believe God created everyone in His image and that every person and child has the right to a full life. So we serve children in vulnerable areas as a God-given responsibility as well as an expression of God's perfect love that we have experienced. We see poverty and need as a result of broken relationship both between humans and nature; hence, our work is focussed on restoring these relationships, which keep children from their full potential. We are co-workers with God and other partners and collaborators of faith and none, letting Him use us to fulfil his purpose for the world.

ER0429

Giving Word to our Faith

CONFIDENTIAL

# Giving Word to our Faith in a multi-faith context

## 1. INSIGHTS

Our faith conversations in multi-faith contexts need to begin with our development experience before moving to 'what we believe' and then the implications. Our faith is seen as generally positive and can be inspirational. However, it can be negatively interpreted as World Vision having a conversion agenda or favouring Christians above other groups.

We need to be upfront about our faith. We need to draw on ideas of Christian faith that emphasise the value of every child, respect all people equally and require us to have high standards of ethics and professionalism.

We can respond to specific accusations of conversion based on the issue and context. Our standards and practices and the resultant impact and change should make people ask questions about our God.

We need to make the point that "we don't believe in proselytism because we don't believe in exploiting the vulnerability of the poor".

We need to use inclusive language rather than speaking from an exclusive position, eg "we believe".

## 2. WHAT DO WE WANT TO COMMUNICATE TO THIS AUDIENCE?

- We have years of experience and evidence of lives changed for the better.
- We do this because of our Christian faith – which teaches us that all people are created equal in God's sight and should get a fair chance in life to reach their full potential.
- We work in partnership and collaboration with all people who share common values of compassion, love and mercy.
- We do not believe in proselytism as we do not believe in exploiting the vulnerability of the poor (while this is not in the framework, we may need to make this point clear).

## 3. RELEVANT MESSAGING POINTS FROM THE FRAMEWORK

- We see our work bringing credible hope to despairing communities, especially children. Through the stories of millions of lives transformed we have evidence that this hope is credible. (2B and 2C)
- Every person is created in God's image and deserves life in all its fullness. We believe in upholding, restoring and honouring the dignity and value of every human being. (1A)
- We collaborate with people of other faiths and none, who share common values of justice, love and hope that fulfil God's purposes for them and the world. (4C)
- We do not believe in proselytism as we do not believe in exploiting the vulnerability of the poor. (While this is not in the framework, we may need to make this point clear.)

## 4. EXAMPLE MESSAGING

World Vision is a global organisation that has contributed to transformation in the lives of millions of children around the world in vulnerable situations. As followers of Jesus Christ, we believe that every person is created in God's image and has a right to a full life filled with hope, promise and well-being; this drives our work. We believe that this mission cannot be achieved by us alone, so we collaborate and partner with other faith and non-faith actors who have common values of justice, love and hope. We do not have a proselytism agenda as we do not believe in exploiting people's vulnerability to change their faith.

CONFIDENTIAL

**Giving Word to our Faith in an Islamic context**

*Giving Word to our Faith* (sidebar)

## 1. INSIGHTS

Islam is a monotheistic faith with visible religious practices, reverence for God's work, and defined statutes of child well-being covering issues such as protection and care. People of Muslim faith are sometimes suspicious of outsiders such as World Vision, especially in relation to helping their children. They are highly sensitive to some Christian messaging by World Vision, such as the idea that 'children are made in the image of God'.

However, there are opportunities to:

- Emphasise common values as connectors, such as caring for one's neighbour and the poor, mercy and justice.
- Emphasise how we share common human challenges.

## 2. WHAT DO WE WANT TO COMMUNICATE TO THIS AUDIENCE?

- Our faith is at the centre of what we do.
- We share a common belief that all people are created equal.
- We share common human challenges.
- Here to serve because of our calling and not to manipulate other people's faith.
- We share common values with Islam such as compassion, mercy and justice.

## 3. RELEVANT MESSAGING POINTS FROM THE FRAMEWORK

- We believe in upholding, restoring and honouring the dignity and value of every human being (as all people are created equal in God's sight). (1A)
- We see injustice, inequality, corruption and disasters (man-made and natural) affect the lives and futures of children in every context. (1B)
- Both faiths share common values of justice, love and hope and are willing to partner in changing children's lives. (4B)
- We act as connectors among these people, mobilising Christian as well as other faith leaders to change children's lives. (4C)

## 4. EXAMPLE MESSAGING

*Short version:*

Every child is created equal in God's sight, but injustice, corruption, inequality and disasters keep them from lives filled with hope, promise and well-being. In response to this we connect and mobilise people of faith who share common values of compassion, love and mercy to transform children's lives.

*Two-minute elevator speech:*

We believe all people, including children, are created equal in the sight of God and should thrive in their circumstances. But injustice, inequality, corruption and disasters rob children of their lives and futures. To this end we connect and mobilise people of faith who share common values of justice, love and hope to change children's lives and uphold, restore and honour the dignity and value of every human being. We do this through relief advocacy and development approaches that affect the most vulnerable children around the world.

WV-006167

CONFIDENTIAL



For more information, guidance, tools and examples, contact your Faith and Development representative or the Global Communications representative in your office.

WV-006168

CONFIDENTIAL

www.wvi.org



WV-006169

ER0433

1          THE HONORABLE JAMES L. ROBART

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
8                              AT SEATTLE

9

10   AUBRY MCMAHON,
                                          CASE NO. 2:21-CV-00920-JLR
11              Plaintiff,

12        vs.                             DECLARATION OF
                                          MELANIE FREIBERG
13   WORLD VISION, INC.

14              Defendant.

15

16

17        Melanie Freiberg declares:

18        1.      I have personal knowledge of the facts stated in this Declaration and am

19   competent to testify to those facts.

20        2.      I am the Senior Director of Talent Management at World Vision, Inc.

21   ("World Vision" or "WV") and have been so employed since May 29, 2018.

22

23        3.      As such, I am personally familiar with all documents and media

24   referenced in this Declaration, all of which were provided to Plaintiff during discovery

25   and bear a "WV___" citation number (or in the few cases of Plaintiff's production, a

26

27

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0434

1  "P___" citation number). I attest to the authenticity and accuracy of these documents

2  and media at appropriate places throughout this Declaration.

3

4          4.      My responsibilities at World Vision include overseeing two teams:

5  Talent Acquisition (recruiters) and Human Resource (HR) Business Partners (advisers

6  to World Vision's internal divisions). I report directly to the Senior Vice President of

7  HR at World Vision.

8

9          5.      Among other things, I guide and supervise the hiring process for various

10 divisions at World Vision, including for Donor Contact Services ("DCS"). DCS also can

11 refer to "Donor/Customer Service," as is typical in our offer letters to DCS job

12 candidates. As used in this Declaration, "DCSR" means a DCS Representative (or a

13 "DSRT" while in Training). All these titles refer to the same role and career path at

14 World Vision.

15

16         6.      When issues surface during the hiring process, those issues generally

17 escalate to me. So I am familiar with the issues surrounding the rescission of the job

18 offer to Plaintiff Aubry McMahon in January 2021.

19

20         7.      Ms. McMahon's application process began in late 2020. Attached to this

21 Declaration as Exhibit MF-01 is a true and correct copy of the Worldvision.org Careers

22 Page on our web site in effect during that period (WV0045-0047), which includes,

23 among other things, (a) our expectations of wholehearted agreement with our

24 Christian faith and (b) our Equal Employment Opportunity statement. Also attached

25 to this Declaration as Exhibit MF-02 are true and correct copies of documents related

26 to this application process (P0001-08; P0079).

27

DECLARATION OF MELANIE FREIBERG          Page 2
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0435

8.      On January 5, 2021, World Vision extended to her a written offer of at-will employment for the role of "DSR Trainee," "dependent upon successful completion of the training and evaluation program (predicted to be between 9 and 11 weeks)." Offer Letter (WV0078-0079; P0009-10). Attached to this Declaration as Exhibit MF-03 is a true and correct copy of this Offer Letter to Aubry McMahon dated January 5, 2021 (WV0078-0079; P0009-10).

9.      Also on January 5, 2021, Ms. McMahon emailed a recruiter whom I supervise (Catherine Miolla), noting that Ms. McMahon and her wife were having a baby. Attached to this Declaration as Exhibit MF-04 is a true and correct copy of this email from Aubry McMahon dated January 5, 2021 (WV0080; P0080-81).

10.     Catherine properly brought this communication from Ms. McMahon to my attention because it indicated potential noncompliance with World Vision's Standards of Conduct and related policies surrounding World Vision's deeply held religious conviction that sexual conduct should not be outside of marriage and that marriage is a Biblical covenant between a man and a woman. In World Vision's view, the Biblical covenant of marriage between a man and a woman is the only form of marriage approved by God in His Word (the Bible) and thus the only approved place for the sexual expression of human love. These Biblical views of marriage and sexuality, as held by World Vision, are explained carefully later in this Declaration.

11.     The January 5, 2021 email from Ms. McMahon conflicted with her previous representations that she could and would comply with this standard of conduct about marriage and sexual conduct. See DSRT Phone Screening (WV0067-

DECLARATION OF MELANIE FREIBERG      Page 3
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0436

1   0070). Attached to this Declaration as Exhibit MF-05 is a true and correct copy of this

2   DSRT Phone Screening (WV0067-0070). Given Ms. McMahon's responses to this Phone

3   Screening, her January 5, 2021 email indicating a same-sex marriage was unexpected.

4

5       12.     On January 8, 2021, after several attempts by World Vision to discuss this

6   matter further with Ms. McMahon, World Vision decided to rescind its offer to Ms.

7   McMahon. Attached to this Declaration as Exhibit MF-06 are true and correct copies

8   of these emails (WV0081-0082; P0080-81).

9

10      13.     Later that day (January 8, 2021), Ms. McMahon indicated in a phone call

11  with me and Catherine that she (Ms. McMahon) was in fact in a same-sex marriage but

12  should not be disqualified for the job. See the contemporaneous Notes of 1/8/2021 call

13  (WV4697). Attached to this Declaration as Exhibit MF-07 is a true and correct copy of

14  those Notes (WV4697). I later learned from the materials provided by Ms. McMahon

15  in this lawsuit that she possessed a recording of a short excerpt from this call. A copy

16  of this recording as provided by Ms. McMahon is being filed with this Declaration as

17  Exhibit MF-08.

18

19      14.     In April 2021, Ms. McMahon filed a claim with the EEOC. In July 2021,

20  Ms. McMahon filed this lawsuit.

21

22      15.     On February 16, 2023, I testified by deposition as a fact witness, as called

23  by Ms. McMahon. On March 10, 2023, I testified by deposition as the Rule 30(b)(6)

24  designee on behalf of World Vision.

25

26

27

DECLARATION OF MELANIE FREIBERG          Page 4
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0437

16.     In preparation for my 30(b)(6) deposition, I studied and reviewed many corporate and organizational materials of World Vision (many of which I was already familiar with), including materials that I am authenticating in this Declaration.

17.     Following now is a short summary of World Vision and then various materials that I will explain and authenticate.

18.     World Vision was founded in 1950 by Robert Pierce as a Christian ministry dedicated to sharing the gospel of Jesus Christ, primarily through humanitarian outreach to children and families around the world who are poor and underserved. It operates in many ways like a Christian church and implements its programs through and as supported by local churches in the United States and around the world.

19.     Under its Articles of Incorporation, "[t]he primary, exclusive and only purposes for which this corporation is organized are religious ones, to wit: To perform the functions of the Christian church including, without limitation, the following functions[:] to conduct Christian religious and missionary services, to disseminate, teach and preach the Gospel and teachings of Jesus Christ, to encourage and aid the growth, [nurture] and spread of the Christian religion and to render Christian service, both material and spiritual to the sick, the aged, the homeless and the needy. The recital of these purposes as contained in this paragraph is intended to be exclusive of any and all other purposes, this corporation being formed for such religious purposes only." Articles of Incorporation, as Amended, at WV0017-18. See also WV0012 (paragraph "Second"). Attached to this Declaration as Exhibit MF-09 is a true and

DECLARATION OF MELANIE FREIBERG      Page 5
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0438

1  correct copy of World Vision's Article of Incorporation, as Amended (WV0001-20).

2  This same "Purpose" provision is included in World Vision's Bylaws.

3
4      20.    The Articles of Incorporation also require World Vision "[t]o continually

5  and steadfastly uphold and maintain the following statement of faith of this

6  corporation, to wit: (a) We believe the Bible to be the inspired, the only infallible,

7  authoritative Word of God; (b) We believe that there is one God, eternally existent in

8  three persons: Father, Son, and Holy Spirit; (c) We believe in the deity of our Lord Jesus

9
10  Christ, in His virgin birth, in His sinless life, in His miracles, in His vicarious and

11  atoning death through His shed blood, in His bodily resurrection, in His ascension to

12  the right hand of the Father, and in His personal return in power and glory; (d) We

13  believe that for the salvation of lost and sinful man regeneration by the Holy Spirit is

14
15  absolutely essential; (e) We believe in the present ministry of the Holy Spirit by whose

16  indwelling the Christian is enabled to live a godly life; (f) We believe in the resurrection

17  of both the saved and the lost; they that are saved unto the resurrection of life and they

18
19  that are lost unto the resurrection of damnation. We believe in the spiritual unity of

20  believers in our Lord Jesus Christ." Exhibit MF-09, Articles of Incorporation at 6-7

21  (WV0007-0008). See also Articles of Amendment  at 2 (WV0013). This Statement of

22  Faith is posted to our website (https://www.worldvision.org/statement-of-faith) as

23  is the Apostles' Creed (https://www.worldvision.org/the-apostles-creed).

24
25      21.    Immediately following the above Statement of Faith is this requirement:

26  "That the aforesaid doctrinal statement is the basic Spiritual foundation for this

27  corporation, and the same shall not be amended, or deleted from these Articles of

DECLARATION OF MELANIE FREIBERG    Page 6
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0439

Incorporation except by vote or written consent of all of the members." Exhibit MF-09, Articles of Incorporation at 7 (WV0008).

22.     The above stated religious beliefs of World Vision reflect its ultimate foundation as a Christian ministry. Everything else World Vision does or aspires to do is built on this foundation. It is the reason and guidance for World Vision's ministry.

23.     The Job Posting for the position that Ms. McMahon sought at World Vision reflects this spiritual foundation. That Job Posting required her to "Personify the ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign [and k]eep Christ central in our individual and corporate lives." Attached to this Declaration as Exhibit MF-10 is a true and correct copy of this Job Posting, 2020 (P0011-20; P0072-77; WV0048-0050). Our individual and corporate "witness to Jesus Christ" is vital to World Vision, as discussed further below.

24.     Ms. McMahon brought this lawsuit to dispute World Vision's hiring rights. This is not the first time World Vision faced litigation over its hiring rights. In *Spencer v. World Vision*, former employees sued World Vision in this same court in litigation that lasted from about 2007 to 2011. I have reviewed factual statements about World Vision, its Christian beliefs, its policies and requirements for employees, and similar factual matters from the court opinions in that litigation to verify whether they remain true and accurate statements about World Vision.

25.     I confirm that the following statements of fact (in this paragraph), taken from the court opinions in the *Spencer v. World Vision* litigation, have remained true at all times of my World Vision tenure: World Vision's "overt Christianity is especially

DECLARATION OF MELANIE FREIBERG      Page 7
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0440

evident to" job seekers because it permeates the World Vision workplace. It does so because World Vision exists "only" to "spread" its "Christian faith" as "infallibl[y]" and "authoritative[ly]" established by "the Bible." This faith dwells "at the heart of all" World Vision does, including its "relief efforts," which "flow from [its] profound sense of religious mission." Since World Vision "believes the key" to this mission "lies first in the hearts and minds of [its] staff," its workforce consists "only [of] Christians for all positions." From each member of this Christian workforce, World Vision requires a "commitment to [this] shared faith [and] a common understanding of how that faith is lived out day-to-day."

26.   I also confirm that the following statements of fact (in this paragraph), taken from the court opinions in the *Spencer v. World Vision* litigation, have remained true at all times of my World Vision tenure: All World Vision staff (including DCSRs) are responsible for: (a) confessing they are committed Christians; (b) agreeing "wholeheartedly" with World Vision's core religious principles; (c) "communicating [World Vision's] Christian faith [and] witness," which is "integrated [into] everything [it] does," "accurately and with integrity"; and (d) participating "regularly" in "prayer activities, devotionals, and weekly chapel services." A core job responsibility of all staff is prayer, which "is a component of [World Vision's] work." To begin each work year, "an entire work day is set aside each year for prayer," which all staff must attend.

27.   I further confirm that the statements of fact (in the succeeding subparagraphs), taken from the court opinions in the *Spencer v. World Vision* litigation, have remained true at all times of my World Vision tenure.

DECLARATION OF MELANIE FREIBERG     Page 8
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0441

a. "The primary, exclusive and only purposes for which [World Vision] is organized are religious ones, to wit: to perform the functions of the Christian church including, without limitation, the following functions[:] to conduct Christian religious and missionary services, to disseminate, teach and preach the Gospel and teachings of Jesus Christ, to encourage and aid the growth, [nurture,] and spread of the Christian religion[,] and to render Christian service, both material and spiritual to the sick, the aged, the homeless and the needy. [T]his corporation [is] formed for such religious purposes only."

b. The IRS classified World Vision as a 501(c)(3) tax-exempt nonprofit organization designated as a church.

c. "[P]rospective employees are informed" that "'our faith in Jesus [is] at the heart of all we do,'" and "'[f]oundational to our work is the commitment to a shared faith by staff [and] a common understanding of how that faith is lived out day-to-day.'"

d. "[Most donations come] from churches and individuals 'who share the religious vision of [World Vision].' Fundraising letters to donors contain Bible verses and reference[ its] Christian[ity]. [It] holds itself out to the public as a religious organization. Its website, job application form, mailings, instruction materials, and business cards all reference [that it is] 'Christian[,]' that '[its] faith [in Jesus] is at the heart of all [it does].' [R]eligious art [is] displayed throughout [its] campuses and buildings.

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

**ER0442**

[Work life] regularly includes prayers and other forms of worship such as chapel services, devotionals led by [staff], prayer chains, an annual day of prayer, and Scriptural themes. ['It] coordinates Christian employee programming[' and] prayer is a component of [its] work. [Its] membership is comprised of coreligionists; ['It] hires only Christians for all positions.'"

e. "Even a cursory review of World Vision's [foundational documents] reveal explicit and overt references to a religious purpose. [This includes] the commitment to 'continually and steadfastly uphold and maintain the following statement of faith,' which begins: 'We believe the Bible to be the inspired, the only infallible, authoritative Word of God.'"

f. All of World Vision's core "principles are avowedly religious."

g. "World Vision ['expresses its] Christian faith accurately and with integrity' [and] 'always identifies itself [as] Christian[.]' [E]mployees are to ask themselves, 'Would anyone who read this know that World Vision is a Christian organization?' ['Our witness is] NOT AN ADD-ON. Because we demonstrate our faith through life, deed, word, and sign, our Christian witness is integrated into [and] communicated as part of everything [we do].'"

h. "This overt Christianity is especially evident to those applying for employment" at World Vision. Its "prospective employees [are]

DECLARATION OF MELANIE FREIBERG       Page 10
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

specifically requested to describe their 'relationship with Jesus Christ'" and are "informed that employment is contingent upon" their faithfully following Christ.

i. "[B]ecause it 'believes the key to faithfully following Christ lies first in the hearts and minds of [its] staff and only then in program activities,' religion pervades the workplace at World Vision. New employees participate in a [multi]-day orientation which begins with … devotionals and 'focuses on serving Christ as the motivation for serving the poor.' [They] are 'strongly encouraged' to attend weekly chapel services[;] devotional activities are held [several times a week] within each department; prayer requests are circulated amongst coworkers; Biblical 'themes' are emphasized [continually]; and an entire work day is set aside each year for prayer."

j. World Vision's "relief efforts flow from a profound sense of religious mission [and] it explicitly and intentionally holds itself out to the public as [such]."

k. World Vision's "services are made available to people of all faiths or of no faith."

l. World Vision (i) is organized for a religious purpose, (ii) is engaged primarily in carrying out that religious purpose, (iii) holds itself out to the public as an entity for carrying out that religious purpose, and (iv)

DECLARATION OF MELANIE FREIBERG         Page 11
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0444

1    does not engage primarily or substantially in the exchange of goods or

2    services for money beyond nominal amounts.

3    28.    Additional explanation and authentication of World Vision policies,

4    expectations, and employment actions now follow.

5

6    29.    World Vision's understanding of the infallible, authoritative nature of

7    the Bible as God's Word is embodied in the World Vision Faith in Action Study Bible

8    (Zondervan 2005) (an illustrated Bible featuring World Vision's work as a response to

9    Scripture) ("WV Study Bible"). This 2,315-page WV Study Bible contains many photos

10   and marginal study notes with emphasis on topics important to World Vision. A true

11   and correct hardbound WV Study Bible is being filed with this Declaration as Exhibit

12   MF-11.[1] Attached to this Declaration as Exhibit MF-12 are true and correct copies of

13   the front and back cover and sample pages from this WV Study Bible (WV2794-2804).

14

15   30.    Our Job Postings require "witnessing to Christ and ministering to others

16   through life, deed, word and sign." See, for example, Exhibit MF-10, Job Posting, 2020

17   (P0011-20; P0072-77; WV0048-0050). For World Vision, its individual and corporate

18   "witness" is vital to its existence. "We believe [all our] efforts are a witness to Jesus

19   Christ through life, word, sign, and deed, and encourage individuals to respond to the

20   gospel." Exhibit MF-11, WV Study Bible at ix.

21

22   31.    The phrase "witness to Jesus Christ," and doctrines about being a faithful

23   witness to, for, and about Jesus Christ, appear throughout World Vision's core

24

25

26

27   [1] Hardbound WV Study Bibles were provided to Ms. McMahon's counsel in 2022, and presumably to
     this Court during the *Spencer* litigation in 2008.

DECLARATION OF MELANIE FREIBERG          Page 12
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0445

1    principles and policies. For example, our Mission Statement (WV0023) says our

2    mission as a ministry is to "Witness to Jesus Christ by life, deed, word and sign that

3    encourages people to respond to the Gospel." Attached to this Declaration as Exhibit

4    MF-13 is a true and correct copy of this World Vision Mission Statement (WV0023).

5

6        32.    World Vision also has several policies that charge the ministry and all of

7    us who carry out that ministry to maintain this Christian commitment and Christian

8    witness. The entire Christian Commitment & Witness Policy (WV0027-0030) does this.

9

10   Attached to this Declaration as Exhibit MF-14 is a true and correct copy of this

11   Christian Commitment & Witness Policy ("CCW Policy") (WV0027-0030).

12       33.    The Business Ethics and Christian Conduct Policy ("BECC Policy")

13   (WV0031-0034) also does this. For example, the BECC Policy explains that "Effective

14   Christian witness is first expressed in the conduct of staff and how we love and share

15

16   a common Statement of Faith. WVUS seeks to be an organization that is 'Christian' in

17   every sense of the word; therefore, all staff represent WVUS and, more importantly,

18   the Gospel of Jesus Christ, in their work as well as in their private lives." Attached to

19

20   this Declaration as Exhibit MF-15 is a true and correct copy of this World Vision

21   Business Ethics and Christian Conduct Policy ("BECC Policy") (WV0031-0034).

22       34.    As part of the regular onboarding and training process for DCSR

23   Trainees, World Vision requires that they expressly affirm the World Vision Statement

24   of Faith and/or Apostle's Creed, the Business Ethics and Christian Conduct Policy

25

26   ("BECC Policy"), the Christian Commitment and Witness Policy ("CCW Policy"), and

27   the World Vision Standards of Conduct ("SOC"). Attached to this Declaration as

DECLARATION OF MELANIE FREIBERG      Page 13      Ellis | Li | McKinstry
CASE NO. 2:21-CV-00920-JLR                                1700 Seventh Avenue, Suite 1810
                                                          Seattle, WA 98101-1820
                                                          206.682.0565  Fax: 206.625.1052

ER0446

1    Exhibit MF-16 is a true and correct copy of this required affirmation process in effect

2    in January 2021 (WV6115-6118).

3        35.    World Vision's Christian witness is so foundational to our ministry that

4    we train our staff on living it and communicating it. Just as one example, World

5    Vision's Christian Witness Messaging presentation urges World Vision's goal that

6
7    "Every current and potential donor and partner will clearly understand our mission

8    to bear witness to Jesus Christ—through life, deed, word, and sign—in ways that

9
10   encourage people to respond to the gospel of Jesus Christ." (WV1125) Attached to this

11   Declaration as Exhibit MF-17 is a true and correct copy of these WV Christian Witness

12   Messaging materials (WV1124-1141).

13       36.    Indeed, as accurately described by the courts in *Spencer*, our Christian

14   "witness" is "NOT AN ADD-ON," but instead: "Because we demonstrate our faith

15
16   through life, deed, word, and sign, our Christian witness is integrated into [and]

17   communicated as part of everything [we do]."

18       37.    Consequently, our corporate and individual behavior witnesses, reflects,

19
20   and testifies about what we believe as a ministry and as individual believers. That

21   behavior either honors our triune God, or it dishonors Him.

22       38.    Because World Vision believes this, it seeks to honor God by requiring

23
24   all staff to "[f]ollow the living Christ, individually and corporately in faith and

25   conduct, publicly and privately, in accord with the teaching in His Word (the Bible)."

26   CCW Policy at 1 (WV0027).

27

DECLARATION OF MELANIE FREIBERG        Page 14
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

**ER0447**

39.     Thus, World Vision requires that staff "behavior [be] consistent with the teachings of Scripture." BECC Policy, §2.6.6 (WV0032). Behavior that is consistent with the teachings of Scripture honors and glorifies God. Behavior that is inconsistent with the teachings of Scripture has the opposite effect and requires repentance.

40.     Because it is "impossible … to identify every form of behavior that we understand the Bible defines as acceptable and unacceptable to God," World Vision provides Standards of Conduct to "clarify expectations and assist candidates /employees in deciding whether or not WVUS is the right place for them to serve the Lord." WVUS Standards of Conduct for Employees, 1 (WV0035). Attached to this Declaration as Exhibit MF-18 is a true and correct copy of  Standards of Conduct for Employees ("Standards of Conduct" or "SOC") (WV0035-0039). The SOC are part of, and an attachment to, the BECC Policy, Exhibit MF-15 (WV0032-0034), and are included in the BECC Policy as an embedded document (WV0033). The SOC at the time of *Spencer* were included in the materials that World Vision provided to the Court.

41.     One of the forms of behavior identified by the SOC is sexual conduct. World Vision understands *marriage*, which it defines as the "Biblical covenant … between a man and a woman," SOC at 2 (WV0036), as the exclusive space for human sexual conduct, i.e., the sexual expression of human love. See Christian Commitment & Witness/Standards of Conduct FAQ 1(F) (WV4694). Attached to this Declaration as Exhibit MF-19 is a true and correct copy of this "CCW/SOC FAQ" (WV4694-4696).

42.     Stated another way, World Vision defines *marriage* as the "Biblical covenant … between a man and a woman," SOC at 2 (WV0036), and in World Vision's

DECLARATION OF MELANIE FREIBERG     Page 15
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0448

1    view, the Bible confines the "express[ion of] sexuality solely within a faithful marriage

2    between a man and a woman," CCW/SOC FAQ 1(F) (WV4694). Thus, World Vision

3    seeks to "honor this Biblical model of a monogamous heterosexual marriage." *Id.* at

4    FAQ 3 (WV4695). This Biblical model, based on a covenant ordained by God, is a

5    matter of great importance, in World Vision's view.

6

7           43.     The above understanding or definition of World Vision of the Biblical

8    covenant of marriage may be referred to in this Declaration as its "marriage policy."

9           44.     For World Vision, any sexual conduct outside this "Biblical covenant,"

10   such as "being sexually active with someone other than your spouse of the opposite

11   sex," *id.* at FAQ 3 (WV4694), is a sin and, like any other sin, requires "repentance when

12   we fail." CCW Policy, 2.2 (WV0028). World Vision believes that "all have sinned,"

13   BECC Policy, 2.2 (WV0031), due to human sin orientation, but that Christians, when

14   they sin, must "return" to God "in repentance." CCW Policy, 2.2 (WV0028). To World

15   Vision, same-sex marriage represents "open, ongoing, unrepentant" sexual

16   misconduct contrary to its "deeply held belief that marriage is a Biblical covenant

17   between a man and a woman." *Do you hire LGBTQ individuals?* (WV0731). Attached to

18   this Declaration as Exhibit MF-20 is a true and correct copy of this *Do You Hire LGBTQ*

19   *Individuals?* document (WV0731).

20

21          45.     "People of any sexual orientation can work at World Vision as long as

22   they agree with our statement of faith and abide by our conduct policy. [We hire]

23   people who live out biblical standards of conduct. We expect all employees, regardless

24   of sexual orientation, to live by these standards, outlined in our conduct policy,

25

26

27

DECLARATION OF MELANIE FREIBERG          Page 16            Ellis | Li | McKinstry
CASE NO. 2:21-CV-00920-JLR                                  1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0449

1   including remaining celibate outside of marriage. It's our deeply held belief that

2   marriage is a Biblical covenant between a man and a woman. This is made clear to

3   people applying to work at World Vision. [O]ur stance [reflects] our interpretation of

4   Scripture." Exhibit MF-20 (WV0731). This understanding is also reflected in the

5   CCW/SOC FAQs 1-3 (WV4694-4695); in the Hiring Practices (WV2849) and Hiring

6   Practices: Employment & Sexual Orientation (WV2853); and in the World Vision

7   Christian Compatibility document (WV1390). Attached to this Declaration as Exhibit

8   MF-21 is a true and correct copy of the Hiring Practices document (WV2849-2851,

9   WV2852-2854) and attached to this Declaration as Exhibit MF-22 is a true and correct

10  copy of the WV Christian Compatibility Screening/Christian Commitment & SOC

11  (WV1389-1394).

12      46.     Out of humble obedience to God's Word, World Vision forbids "sexual

13  conduct outside the Biblical covenant of marriage between a man and a woman."

14  Exhibit MF-18, SOC #3 at p. 2 (WV0036). Board Standing Policy requires: "All staff

15  shall be required to agree to and comply with [this] policy. (John 14:15-21; I John 2:3-6

16  and 3:4-6; Galatians 5:22-25). Failure to do so may require disciplinary action or

17  termination." Board Standing Policy, §3.7.1 (WV0668). Attached to this Declaration as

18  Exhibit MF-23 is a true and correct copy of this Board Standing Policy (WV0659-0678).

19      47.     This policy embodies World Vision's deeply held belief in the "Biblical

20  model of a monogamous heterosexual marriage." Exhibit MF-19, CCW/SOC FAQ 3

21  (WV4695). World Vision strives to apply this policy consistently, even-handedly,

DECLARATION OF MELANIE FREIBERG          Page 17
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0450

1   lovingly, humbly, and, above all, faithfully to its understanding of the requirements of

2   Scripture.

3        48.      At World Vision, this Biblical "stance" on marriage, including its

4   exclusive role for the expression of human sexuality, reflects "our interpretation of

5   Scripture." Exhibit MF-20 (WV0731). This stance is part of our individual and

6   collective "witness to Jesus Christ." This stance (witness) is integral to what World

7   Vision means when we charge our staff to "Personify the ministry of World Vision by

8   witnessing to Christ and ministering to others through life, deed, word and sign [and

9   k]eep Christ central in our individual and corporate lives." Exhibit MF-10, Job Posting,

10  2020 (P0011-20; P0072-77; WV0048-0050).

11       49.      World Vision believes that same-sex marriage contradicts its Biblical

12  policy and witness in several ways. First, entering into and living in a same-sex

13  marriage defies World Vision's religious understanding of and policy regarding

14  Biblical marriage. Second, living openly in a same-sex marriage embodies an ongoing

15  public stance promoting such conduct. Third, a same-sex marriage indicates sexual

16  conduct that does not comply with World Vision's religious beliefs and Standards of

17  Conduct for its employees.

18       50.      Following Ms. McMahon's January 5, 2021 email indicating her same-sex

19  marriage, Exhibit MF-04 (WV0080; P0080-0081), World Vision engaged in internal

20  discussions about the application of its Biblical marriage policy, and the Scriptural

21  truths on which it is based, to Ms. McMahon's situation. I was involved in most of

22  these discussions, as were other managers. As Christians trying to be faithful to God

DECLARATION OF MELANIE FREIBERG        Page 18
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0451

and to World Vision, we sought to apply internal religious policies, requirements, and doctrine correctly and lovingly. The result of these internal deliberations was a decision to rescind the job offer.

51.     Our decision to rescind Ms. McMahon's offer consisted of internal management-level discussions of World Vision's Biblical marriage policy, the Scriptures and doctrines underlying it (such as SOC, Exhibit MF-18 (WV0035-0039)), and the Biblically faithful way to apply these religious requirements for all World Vision employees and for this specific position.

52.     I regularly attend organization-wide chapel services and am personally familiar with chapel services led by DCS and DCS team members. In the regular course of business, HR archives chapels, including those that predate my employment at WV. I viewed video recordings of the DCS-led chapel services on June 11, 2008, September 1, 2010, January 22, 2013, June 26, 2019, and August 4, 2021. True and correct video recordings of these five DCS-led organization-wide chapel services are being filed with this Declaration as Exhibits MF-24, MF-25, MF-26, MF-27, and MF-28.

53.     World Vision's key foundational and operational documents reflect its religious character and purpose. World Vision includes its mission, vision, and core values in the "Orange Book: Living Out Our Values," an employee guidebook. World Vision's Mission Statement is "to follow our Lord and Savior Jesus Christ in working with the poor and oppressed to promote human transformation, seek justice, and bear witness to the good news of the kingdom of God." Orange Book at 4 (WV0711). This Orange Book is made available to all World Vision employees during their initial

DECLARATION OF MELANIE FREIBERG     Page 19
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

onboarding or training, and remains available to all employees, to help them better understand, comply with, and carry out World Vision's mission, vision, and core values. Attached to this Declaration as Exhibit MF-29 is a true and correct copy of this World Vision Orange Book: Living Out Our Values (WV0708-0730).

54.     World Vision trains our staff, including DCSRs, about World Vision's Christian mission, vision, core values, and statement of faith, and their Scriptural foundations, through a number of training programs and materials, such as the Mission Immersion Program. Attached to this Declaration as Exhibit MF-30 are true and correct copies of some Mission Immersion Program materials (WV6129-6157).

55.     Some examples of World Vision's commitment to prayer by its staff, including DCSRs, include the following: the real-time invitation to prayer–"How can we pray for you?"–on the World Vision Facebook page (WV5244); the *Hope Over Fear* prayer chain that World Vision began in 2020 for staff to pray in a focused regular way for prayer requests specifically elicited from or requested by donors and others through calls from DCSRs (WV3114-3119, 4845, 4931-4934, 6063); the *Keys to a More Powerful Prayer Life* resources for staff (WV3509-3516); and the *Devotion Guidelines* to guide staff in leading and participating in the regular devotions that each World Vision department (including DCS) gathers for several times each week (WV2813-2815). Attached to this Declaration as Exhibit MF-31 are true and correct copies of these prayer-related materials.

56.     Some examples of World Vision's Christian spiritual formation of its staff include the *Living Out Our Faith at Work* materials that World Vision provides to

DECLARATION OF MELANIE FREIBERG     Page 20
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565 Fax: 206.625.1052

ER0453

1   guide staff in how to live out their faith and be committed to Christian conduct

2   throughout their lives (WV2829-2830); the *Making a difference–We are World Vision*

3   devotional materials for staff (WV5258-5263); and the *Vision Conversation* resources for

4   staff spiritual formation (WV6065-6070). Attached to this Declaration as Exhibit MF-32

5   are true and correct copies of these spiritual formation and Christian commitment

6   materials for staff.

7           57.     Additional examples of World Vision's Christian spiritual formation of

8   its staff include the *Believe Belong Become* program and resources to create a thriving,

9   Christ-centered employee experience that reinvigorates its employees to be committed

10  to World Vision's Christ-centered mission and to fulfilling it with the donors and

11  children World Vision serves, to witness to Christ, to belong to World Vision's diverse

12  community of Christian believers, and to fulfill World Vision's mission. Attached to

13  this Declaration as Exhibit MF-33 are true and correct copies of these *Believe Belong*

14  *Become* materials (WV6016-6044).

15          58.     Additional examples of World Vision's Christian spiritual formation of

16  its staff include the *Witness to Jesus Christ Council* (or "W2JCC") resources to support

17  their spiritual nurture. Attached to this Declaration as Exhibit MF-34 are true and

18  correct copies of these *Witness to Jesus Christ Council* materials (WV6077-6086).

19          59.     The deep Christian commitment of World Vision and its staff is also

20  evident in the many forms of Christian religious artwork displayed throughout World

21  Vision's offices, as the court noted in the *Spencer* case. Attached to this Declaration as

DECLARATION OF MELANIE FREIBERG        Page 21
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0454

Exhibit MF-35 are true and correct copies of some of this religious artwork (WV3120-3162).

60.     A short list of examples of religious programming and training at World Vision includes: (a) New Employee Orientation: Living Out Our Faith @ Work; (b) Faith At Work (Faith@Work) program; (c) Mission Immersion Program; (d) Management Essentials Training ("MET"): Spiritual Leadership & Spiritual Nurture of Staff; (e) MET1: Becoming a Spiritual Leadership; (f) MET2: Spiritually Leading your Teams; (g) Witness to Jesus Christ Council; (h) Believe Belong Become; (i) Annual Day of Prayer; (j) Prayer Masters: Learning to Pray; (k) Hope Over Fear Prayer Chain; (l) Weekly Chapel (organization-wide); (m) Devotions (department-wide, several times per week); and (n) How To Lead a Devotion.

61.     World Vision does not charge beneficiaries for any of its goods or services.

****** **Signature Page Follows** ******

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0455

1    I declare under penalty of perjury under the laws of the State of Washington

2   that the foregoing is true and correct.

3

4

5    SIGNED this __10__ day of April, 2023, at __Auburn____, Washington.

6

7

8    MELANIE FREIBERG

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF MELANIE FREIBERG        Page 23
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0456

# EXHIBIT MF-01

CONFIDENTIAL

**Worldvision.org Careers Page**

WV-000045

CONFIDENTIAL





WV-000046

CONFIDENTIAL



WV-000047

# EXHIBIT MF-02

ER0461

From: Catherine Miolla - US <cmiolla@worldvision.org>
Date: Fri, Dec 18, 2020 at 9:13 PM
Subject RE: World Vision Phone Interview Request
To: Aubry McMahon <aubrymcmahon@gmail.com>

Hi Aubry,

Thank you again for all of your time and effort in interviewing so far. I wanted to follow-up and let you that I just sent over to you the link's for the background check and reference check extended application that I mentioned on our last call. These are both pretty quick tasks, but if you could just make a sure a to have them completed by Saturday, Dec. 26th that would be great.

I look forward to following up with you sometime the week of Dec. 28th.

Thank you and wishing you blessed and Merry Christmas!

-Catherine

From: Catherine Miolla - US
Sent: Monday, December 14, 2020 4:25 PM
To: Aubry McMahon <aubrymcmahon@gmail.com>
Subject: RE: World Vision Phone Interview Request

Hi Aubry

I appreciate your honesty and flexibility. I was able to adjust the other meeting, so let's go ahead and stick with our original time of 2pm EST. Again I apologize for the back and forth.

We'll talk with you tomorrow.

Thank you,

Catherine

From: Aubry McMahon <aubrymcmahon@gmail com>
Sent: Monday, December 14, 2020 4 13 PM
To: Catherine Miolla - US <cmiolla@worldvision.org>
Subject Re: World Vision Phone Interview Request

Unfortunately I have another interview at 11:30 and I'm not sure how long that will be Would you be able to do earlier in the morning or after 3? If not, I am also available Wednesday and Thursday if you have any availability.

Sent from my iPhone

On Dec 14, 2020, at 6:04 PM, Catherine Miolla - US <cmiolla@worldvision.org> wrote:

Thanks Aubry,

We had something unexpected come up a 12 pm EST that I'm hoping to see if we can finish our interview before then What about starting at noon or 12:30 EST? Would one of those options work for you?

From: Aubry McMahon <aubrymcmahon@gmail com>
Sent: Monday, December 14, 2020 4:01 PM
To: Catherine Miolla - US <cmiolla@worldvision org>
Subject: Re: World Vision Phone Interview Request

I could meet at 1:30 if you would be available!

Sent from my iPhone

On Dec 14, 2020, at 5:56 PM, Catherine Miolla - US <cmiolla@worldvision.org> wrote:

Hi Aubry,

I apologize for the back and forth, but I was wondering if you might be available to meet just one hour earlier tomorrow, at 1pm EST?

Thank you so much!

Catherine

From: Catherine Miolla - US
Sent: Monday, December 14, 2020 10 53 AM
To: Aubry McMahon <aubrymcmahon@gmail com>
Subject: RE: World Vision Phone Interview Request

Hi Aubry,

Sounds good, thank you so much for making tomorrow work in your schedule. We are looking forward to talking with you at 2pm EST! Below is the link that you will use to connect with us over video. It will probably work best if you can do so from a computer, but you should be able to use your phone as well, I think it would just have you download the RingCentral app first

Let me know if you have any questions and we'll see you tomorrow!

Join from PC, Mac, Linux, iOS or Android: https://mac.Unga.ringcentral.com/j/14 #2840805

Meeting ID: 149 284 0805

From: Aubry McMahon <aubrymcmahon@gmail.com>
Sent: Monday, December 14, 2020 9:35 AM
To: Catherine Miella - US <cmiolla@worldvision.org>
Subject: Re World Vision Phone Interview Request

Tomorrow still works, no worries :)

Sent from my iPhone

> On Dec 14, 2020, at 10:35 AM, Catherine Miolla - US <cmiolla@worldvision.org> wrote:

> Good morning Aubry,

> At this time we don't have any earlier time slots than tomorrow at 2pm EST. If this time no
> longer works for you, we do have an option on Thursday afternoon. If you could please let me
> know as soon as you can if the time tomorrow will still work for you, or if we need to move to
> Thursday that would be great.

> Thank you,

> Catherine

>> From: Aubry McMahon <aubrymcmahon@gmail.com>
>> Sent: Sunday, December 13, 2020 5:54 PM
>> To: Catherine Miella - US <cmiolla@worldvision.org>
>> Subject: Re: World Vision Phone Interview Request

>> Hey Catherine,

>> Any chance you would be able to "meet" for the interview tomorrow or a bit earlier on
>> Tuesday? If not, no worries at all but I wanted to check.

>> Thanks so much!

>>> On Dec 11, 2020, at 12:15 PM, Catherine Miolla - US
>>> <cmiolla@worldvision.org> wrote:

>>> Hi Aubry,

P0003

Wonderful, we have you confirmed for Tuesday at 2pm EST. You will be interviewing via video with my self and Anthony (the director of the call center) and we have the interview scheduled for about 45 minutes to an hour. I will follow-up on Monday with the link you will use to connect with us through RingCentral video (a conferencing system powered by Zoom).

Let me know if you have any questions. We look forward to meeting with you next week. Have a wonderful weekend!

Catherine

From: Aubry McMahon <aubry.mcmahon@gmail.com>
Sent: Thursday, December 10, 2020 10:47 AM
To: Catherine Miolla - US <cmiolla@worldvision.org>
Subject: Re: World Vision Phone Interview Request

Hey there,

2pm that day would be perfect!

> On Dec 10, 2020, at 12:45 PM, Catherine Miolla - US
> <cmiolla@worldvision.org> wrote:

Hi Aubry,

Great! The interview team has some availability on Tuesday, Dec. 15th. Would you be available for the video interview that day either at 12pm EST or 4pm EST?

Thank you so much,

Catherine

From: Aubry McMahon <aubry.mcmahon@gmail.com>
Sent: Wednesday, December 9, 2020 2:04 PM
To: Catherine Miolla - US <cmiolla@worldvision.org>
Subject: Re: World Vision Phone Interview Request

Thank you so much! And any day next week is great for me!

Sent from my iPhone

> On Dec 9, 2020, at 3:51 PM, Catherine Miolla - US
> <cmiolla@worldvision.org> wrote:

Hi Aubry,

P0004

I hope you are having a good week so far. Thank you so much for completing the online assessment that I sent over. Your results look great, and the team and I would love to invite you to the next phase of the interview process, which as I mentioned will be a video interview with myself and a leader in the call center. We are working on getting these scheduled for next week.

I will reach out to you soon to confirm getting this scheduled, but are either early days or times that may work better for you?

Thank you so much.

Catherine

**From:** Catherine Miotla - US
**Sent:** Friday, December 4, 2020 5:21 PM
**To:** Aubry McMahon
<aubrymcmahon@gmail.com>
**Subject:** RE: World Vision Phone Interview Request

Hi Aubry,

Thank you so much for taking the time to talk with me earlier today regarding our Customer Service position here at World Vision. I wanted to let you know that I just initiated the online assessment that I mentioned, so you should be getting an email from the system (EASy simulation) hopefully to your inbox, but if you don't see it you may want to check your junk or clutter folder.

Let me know if you have any questions and have a wonderful weekend!

-Catherine

**From:** Aubry McMahon
<aubrymcmahon.aubry@gmail.com>
**Sent:** Thursday, December 3, 2020 6:18 PM
**To:** Catherine Miotla - US
<cmiotla@worldvision.org>
**Subject:** Re: World Vision Phone Interview Request

That's perfect. You can reach me at (980) 273-1670. Thanks so much!

On Dec 3, 2020, at 8:09 PM,
Catherine Mlolla - US
<cmlolla@worldvision.org> wrote:

Hi Aubry,

Great, thank you for getting back to me with your availability. How about tomorrow (Friday) at 3:30pm EST? If that works for you, I'll plan to give you a call at that time.

Thank you,

Catherine

From: Aubry McMahon
<aubrymcmahon@gmail.com>
Sent: Thursday, December 3, 2020 5:26PM
To: Catherine Mlolla - US
<cmlolla@worldvision.org>
Subject: Re: World Vision Phone Interview Request

[External Sender]

That's great news! I would love to set up a call with you. I am available anytime Friday after 2pm EST, anytime this weekend, or next week. Let me know what works best for you. Thanks so much!

Aubry

On Dec 1, 2020, at 12:35 PM, World Vision Inc.
<appdvsrg.generate6@silkroadtech.com> wrote:

Aubry,

Thank you for your interest in our Donor Svcs Rep Trainee (6267) position here at

P0006

World Vision. As a
reminder, this position
includes the following
details:

This position will begin
on Feb.1
Work from home, full-
time position
Pay of $12 or $15 per
hour depending on
location

I have reviewed your
profile, and if all of
these details work for
you, I would appreciate
the chance to speak
with you further about
the role. If you could
please let me know
your availability to
connect late this week,
and I will follow up to
confirm our time.

Again, thank you for
your interest in World
Vision US where
people are called to a
life-changing
commitment to serve
the poor in the name of
Christ. I look forward to
talking with you.

Best Regards,

Catherine Moda
Talent Acquisition
Partner
World Vision USA

This transmission is intended for the
sole use of the individual and entity to
whom it is addressed, and may
contain information that is confidential
and may not be disclosed under
applicable law. You are hereby
notified that any dissemination,
distribution, or duplication of this
transmission by someone other than
the intended addressee or its
designated agent is strictly prohibited.
Thank you.

This transmission is intended for the sole use of the
individual and entity to whom it is addressed, and
may contain information that is confidential and
may not be disclosed under applicable law. You are
hereby notified that any dissemination, distribution,
or duplication of this transmission by someone
other than the intended addressee or its designated
agent is strictly prohibited. Thank you.

This transmission is intended for the sole use of the individual
and entity to whom it is addressed, and may contain information
that is confidential and may not be disclosed under applicable
law. You are hereby notified that any dissemination, distribution,
or duplication of this transmission by someone other than the
intended addressee or its designated agent is strictly prohibited.
Thank you.

System

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.

P0008
ER0469

 **Gmail**

Aubry Atwood <aubrymcmaho:x@gmail.com>

## Please complete World Vision extended application

1 message

World Vision Inc. <openhire_generated@silkroadtech.com>     Fri, Dec 18, 2020 at 9:12 PM
Reply-To: cmiolla@worldvision.org
To: aubry.mcmahon@gmail.com

Hi Aubry,

As we move to the end of our interview process for the Customer Service Representative (6267) position we are requesting that you complete our supplemental application found at https://worldvision.silkroad.com/epostings?enc=60999E7EED835ECDE89D05438E1D5E4EDC. Please be prepared to provide information regarding your previous employers, your Christian commitment, and professional and spiritual/pastoral references. For your references in particular, please read the following brief instructions:

Please list a minimum of 3 professional references with at least 1 of them being a recent manager. In addition, please provide at least 1 spiritual/pastoral reference and indicate which reference(s) will serve in this capacity. For example, type "(spiritual/reference)" next to their name. Please also let your references know that we will be contacting them for a short 10-15 minutes conversation.

As a side note, you will have approximately 59 minutes to complete this application before it times out. The application itself takes an estimated 20 minutes. Please let me know if you have any questions.

Thank you,

Catherine Miolla
Talent Acquisition Partner
World Vision USA

# EXHIBIT MF-03

ER0471

CONFIDENTIAL

1/5/2021

Aubry McMahon
5008 west street
Indian Trail, North Carolina 28079

Aubry,

On behalf of World Vision, Inc., I am pleased to provide you with this letter as written confirmation of our verbal offer for the full-time position of Donor/Customer Service Representative Trainee (DSR Trainee) commencing on 2/1/2021. Your corresponding grade level is 212 and you will be paid a rate of $15.00 per hour on a bi-weekly basis with adjustments within the framework of World Vision, Inc. policy. Consideration for employment as a Donation Services Representative I is dependent upon successful completion of the training and evaluation program (predicted to be between 9 and 11 weeks). Your regular attendance is required during this period.  Should a separation occur, you will be eligible for payment for hours worked only.

Policy information and required regulatory documents will be emailed to you through Dayforce, our online on-boarding program. In accordance with World Vision, Inc. policy, as a trainee you are eligible to receive all legally mandated benefits, such as worker's compensation and health care which includes the related benefits of Flexible Spending Account (FSA) and participation in the Wellness Program. Eligibility does not include other WVUS benefit programs. Upon successful completion of your thirteen (13) week program and placement as a DSR I, you will be eligible to participate in all other applicable WVUS benefits programs. A Human Resources representative will meet with you shortly after you are hired to explain the benefits you are eligible for and that are effective at the beginning of your training period. A second meeting will be held after you successfully complete your training period and you are placed in a DSR I position to explain the other applicable benefits in which you will then be eligible to participate.

As a condition of employment, you will be required to sign and comply with a Non-Disclosure Agreement (NDA), which among other things, prohibits unauthorized use or disclosure of World Vision US proprietary information. You are required by law to present original documentation to establish (1) true identity and (2) eligibility to be employed in the United States within (3) business days of the date your employment begins. Verification of eligibility for employment is required for you to continue your employment with World Vision, Inc.

As noted in the application form, employment with World Vision, Inc. is at the mutual consent of the employee and World Vision, Inc. Accordingly, while World Vision, Inc. has every hope that employment relationships will be mutually beneficial and rewarding, employees and World Vision, Inc. retain the right to terminate the employment relationship at will, at any time, with or without cause. Likewise, World Vision, Inc. will have the right to make revisions to our policies, compensation or benefits at any time based on the needs of the business with or without advance notice.

Aubry, we are pleased to have your participation in our Donor Representative Training Program and look forward to seeing how God will use your talents and gifts to further His work here at World Vision, Inc. Please feel free to call me if you have any questions or if there is anything further I can do to assist you.


Best Regards,

Catherine Miolla

WV-000078

ER0472

CONFIDENTIAL

Talent Acquisition Partner
World Vision USA

My signature indicates that I have read, understand, and agree with the terms and conditions outlined in this letter.

_____          _____
                     Signature                                                          Date

*To this end we always pray for you, that our God may make you worthy of his calling and may fulfill every resolve for good and every work of faith by his power, so that the name of our Lord Jesus may be glorified in you, and you in him, according to the grace of our God and the Lord Jesus Christ. (2 Thessalonians 1:11–12, ESV)*



4:53
◀ Mail

LTE

AA    🔒 na4.docusign.net    ↻

☰    Select Start to begin    START

1/5/2021

Aubry McMahon
5008 west street
Indian T. Trailsmith Carolina 28079

Aubry,

On behalf of World Vision, Inc, I am pleased to provide you with this letter as written confirmation of our verbal offer for the full-time position of Donor/Customer Service Representative Trainee (DSR Trainee) commencing on 2/1/2021. Your corresponding grade level is 212 and you will be paid a rate of $15.00 per hour on a biweekly basis with adjustments within the framework of World Vision, Inc. policy. Consideration for employment as a Donation Services Representative I is dependent upon successful completion of the training and evaluation program (predicted to be between 9 and 11 weeks). Your regular attendance is required during this period. Should a separation occur, you will be eligible for payment for hours worked only.

Policy information and required regulatory documents will be emailed to you through Dayforce, our online onboarding Program. In accordance with World Vision, Inc. policy, as a trainee you are eligible to receive all legally mandated benefits, such as world's compensation and health care which includes the related benefits of Flexible Spending Account (FSA) and participation in the Wellness Program. Eligibility does not include other WVUS benefit programs. Upon successful completion of your thirteen (13) week program and placement as a DSR I, you will be eligible to participate in all other applicable WVUS benefits programs. A Human Resources representative will meet with you shortly after you are hired to explain the benefits you are eligible for and that are effective at the beginning of your training period. A second meeting will be held after you successfully complete your training period and you are placed in a DSR I position to explain the other applicable benefits in which you will then be eligible to participate.

As a condition of employment, you will be required to sign and comply with a Non-Disclosure Agreement (NDA), which among other things prohibits unauthorized use or disclosure of World Vision, US proprietary information. You are required by law to present original documentation to establish (1) true identity and (2) eligibility to be employed in the United States within (3) business days of the date your employment begins. Verification of eligibility for employment is required you to

continue your employment with World Vision, Inc.

As noted in the application form, employment with World Vision, Inc. is at the mutual consent of the employee and World Vision, Inc. Accordingly, while World Vision, Inc. has every hope that employment relationships will be mutually beneficial and rewarding, employees and World Vision, Inc. retain the right to terminate the employment relationship at will, at any time, with or without cause. Likewise, World Vision, Inc. will have the right to make revisions to our policies, compensation or benefits at any time based on the needs of the business with or without advance notice.

Aubry, we are pleased to have your participation in our Donor Representative Training Program and look forward to seeing how God will use your talents and gifts to further His work here at World Vision, Inc. Please feel free to call me if you have any questions or if there is anything further I can do to assist you.

Best Regards,

Catherine Miolla



Aubry_McMahon_Offer_Letter.pdf

DocuSign Envelope ID: B460635d-A054-48CD-9EB4-70A7838F40AE

Talent Acquisition Partner
World Vision USA

My signature indicates that I have read, understand, and agree with the terms and conditions outlined in this letter.

_____     1/9/2021
Signature                            Date

To this end we always pray for you, that our God may make you worthy of his calling and may fulfill every resolve for good and every work of faith by his power, so that the name of our Lord Jesus may be glorified in you, and you in him, according to the grace of our God and the Lord Jesus Christ (2 Thessalonians 1: 11– 12, ESV)



9:30

ER0475

# EXHIBIT MF-04

CONFIDENTIAL

From: Aubry McMahon <aubrymcmahon@gmail.com>
Sent: Tuesday, January 5, 2021 11:56 AM
To: Catherine Miolla - US <cmiolla@worldvision.org>
Subject: Quick Question

[External Sender]


Hey there,
I just have a quick question! My wife and I are expecting our first baby in March and I wanted to see if I would qualify for any time off for this since I'll be a new employee? I will be the one having the baby so I just wanted to check to see if any time would be allowed off. If not, no worries, thanks so much!
Aubry

 Gmail         Aubry Atwood <aubrymcmahon@gmail.com>

## Quick Question
9 messages

**Aubry McMahon** <aubrymcmahon@gmail.com>        Tue, Jan 5, 2021 at 1:55 PM
To: cmiolla@worldvision.org

> Hey there,
> I just have a quick question! My wife and I are expecting our first baby in March and I wanted to see if I would qualify
> for any time off for this since I'll be a new employee? I will be the one having the baby so I just wanted to check to see
> if any time would be allowed off, if not, no worries, thanks so much!
> Aubry

**Catherine Miolla - US** <cmiolla@worldvision.org>        Tue, Jan 5, 2021 at 6:59 PM
To: Aubry McMahon <aubrymcmahon@gmail.com>

> Hi Aubry,
> Thank you for your email and questions. Do you have time tomorrow afternoon to discuss by phone? I have a few
> interviews scheduled, but could give you a call around 4pm EST if that would work for you?
>
> Thanks!
> Catherine
>
> ----Original Message----
> From: Aubry McMahon <aubrymcmahon@gmail.com>
> Sent: Tuesday January 5, 2021 11:56 AM
> To: Catherine Miolla - US <cmiolla@worldvision.org>
> Subject: Quick Question
>
> [External Sender]
>
> Hey there,
> I just have a quick question! My wife and I are expecting our first baby in March and I wanted to see if I would qualify
> for any time off for this since I'll be a new employee? I will be the one having the baby so I just wanted to check to see
> if any time would be allowed off, if not, no worries, thanks so much!
> Aubry
> This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain
> information that is confidential and may not be disclosed under applicable law. You are hereby notified that any
> dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its
> designated agent is strictly prohibited. Thank you.

**Catherine Miolla - US** <cmiolla@worldvision.org>        Wed, Jan 6, 2021 at 7:14 PM
To: Aubry McMahon <aubrymcmahon@gmail.com>

> Hi Aubry,
>
> I don't believe I've heard back from you, so just wanted to check in again and see if you would be available for a call
> soon to discuss?
>
> Thank you!
> Catherine
> [Quoted text hidden]

P0030

ER0478

**Aubry McMahon** <aubrymcmahon@gmail.com>                                   Wed, Jan 6, 2021 at 7:40 PM
To: Catherine Miolla - US <cmiolla@worldvision.org>

Hey there, so sorry, I've been crazy busy with my sister getting married. That sounds great! I can talk on Friday at any point if you're available!

Sent from my iPhone

> On Jan 6, 2021, at 7:14 PM, Catherine Miolla - US <cmiolla@worldvision.org> wrote:
>
> Hi Aubry,
[Quoted text hidden]

**Catherine Miolla - US** <cmiolla@worldvision.org>                         Thu, Jan 7, 2021 at 10:53 AM
To: Aubry McMahon <aubrymcmahon@gmail.com>

No problem Aubry! How about Friday at 1pm EST? If that works for you, I will give you a call at that time.

Thank you,
[Quoted text hidden]

**Catherine Miolla - US** <cmiolla@worldvision.org>                         Fri, Jan 8, 2021 at 10:59 AM
To: Aubry McMahon <aubrymcmahon@gmail.com>

Hi Aubry,
Just wanted to check and make sure that 1pm EST works for me to give you a call today? If I don't hear from you, I'll try calling at that time.
[Quoted text hidden]

**Aubry McMahon** <aubrymcmahon@gmail.com>                                   Fri, Jan 8, 2021 at 11:00 AM
To: Catherine Miolla - US <cmiolla@worldvision.org>

That sounds great, thanks so much!

Sent from my iPhone
[Quoted text hidden]

**Catherine Miolla - US** <cmiolla@worldvision.org>                          Fri, Jan 8, 2021 at 5:00 PM
To: Aubry McMahon <aubrymcmahon@gmail.com>

Aubry, since our communication on Tuesday, I've tried several times to get in touch with you to discuss a discrepancy in your interview responses. Since I have not heard back from you to resolve the discrepancy, I am rescinding the job offer that was extended to you on Monday January 4th.

I wish you all the best in your future endeavors.
[Quoted text hidden]

**Aubry Atwood** <aubrymcmahon@gmail.com>                                    Fri, Jan 8, 2021 at 5:08 PM
To: Catherine Miolla - US <cmiolla@worldvision.org>

Hey, I am so sorry I wasnt able to get ahold of you today. I am happy to reschedule the call if you are available. While I understand your decision, can I ask what the discrepancy in my interview responses was? I am a little confused and wanted to get some clarification. Thanks so much.
[Quoted text hidden]

# EXHIBIT MF-05

ER0480



CONFIDENTIAL

DSRT PHONE SCREENING

Applicants Name: Aubry Atwood      Date: 12/4/2020

Title of Position:  **D.S.R.T.**

## SECTION 1- INTRO/LOGISTICS:

*Tell them about World Vision:*
- We're a Christian humanitarian organization helping children, families, and their communities overcome poverty and injustice
- Mission statement: World Vision is an International partnership of Christians whose mission is to follow our Lord and Savior Jesus Christ in working with the poor and oppressed to promote human transformation, seek justice, and bear witness to the good news of the Kingdom of God.

*Things to discuss prior to interview questions:*
- Hours:
    o During training: During the 9-11 week training period, hours will be:
    o After training: Anytime between 6am and 6pm PST M-F
- Pay- confirm that hourly rate will work for them
    o $13 in 300 level areas
    o $15 in 200 level areas
- Does February 1st work as a start date for you?
- Are you prepared to work from home? Have you worked from home before?
    o Do you have a reliable, high speed internet connection at home?
    o Do you have a room or dedicated workspace where you can be free of distractions (and no other adults in the room?

## SECTION 2- BACKGROUND AND SKILLS:

**Why are you interested in this position at World Vision and why do you want to work for a call/contact center?**
Sponsored a child through WV when I was younger. Gone on several mission trips before- Uganda. Did basic medical care. A lot of the kids there had been sponsored. Saw the difference between those that were sponsored and those who weren't. It broke my heart to see the kids who couldn't get what they needed. Love the mission of W V. Would love to go back someday and work full time in missions. I've done a lot of caretaking positions, CNA, marketing, networking. Education background is in psychology. I have a wide range of work experience, good communication and customer service skills.

Because of COVID, my last role ended. I haven't be enable to find a position since then. I am desperately looking.

**What work experience/background do you have that would equip you to do this job?**

I will instruct you and teach you in the way you should go; I will counsel you and watch over you. Psalms 32:8 (NIV)

WV- 000067

**ER0481**

CONFIDENTIAL



Preference is to work remotely. I am struggling financially. Been applying to both PT and FT. Would love FT. Have worked from home before, in my marketing role for several years.
I have a home office

In this position you will be making inbound and outbound calls. Also call metrics (average handle times). Our outbound calls are rapid outbound calls that you may be assigned to do all day. This is a requirement for the position. Is that something that you will feel comfortable with?
Sounds perfect

(EXTRA BLESSINGS): In addition, there may be times when talking with the donor (i.e. depending on the type of call) where you may have to ask a donor would they like to make another donation for a specific program that we are supporting (i.e. water). This would be considered upselling and is a requirement for the position. Do you feel you are able to do this?
Yes absolutely.

Great customer service is an important part of this position.
- What would you do if a customer made a request that you weren't able to accommodate?
- Provide me an example of a time you went above and beyond to meet/exceed a customer's expectations?

In my marketing position, I started doing admin work and then was brought on as the marketing director. Was often the first person they would talk to before transferred to a broker or higher up leadership. I answered phone calls and emails from our clients. Pride myself on talking to other people how I would like them to talk to me. Uplifting voice, asking about their day. Best personality. Care to any needs that they have. Make sure that they have a good experience. I enjoy that type of work. getting to talk to and help with the customers.

Please tell me about your computer experience and skills. What background do you have working with technology, and how do you do learning new systems and programs?
- What is your comfort level using virtual meeting rooms? (MS Teams, Zoom, etc.) Have you used them before?

I just finished my bachelors degree. All of my classes during COVID were done on Zoom. Skype. FaceTime. Happy to learn. Not intimidating.

Used to having camera and microphone on.

## SECTION 3 - CHRSTIAN COMMITMENT:

World Vision Christian Compatibility

Christian Compatibility Screening (Christian Commitment and Standards of Conduct)

I will instruct you and teach you in the way you should go; I will counsel you and watch over you Psalms 32:8 (NIV)

WV-000068

CONFIDENTIAL



WV is a Christian organization and because of that, I want to spend some time today talking with you about how we integrate our faith and work. about our religious values as an organization.

    *Chapel during training only?*

I want to begin with hearing a little about your personal faith journey. How does that sound?

Christian Commitment

**Share with me your spiritual journey.**

Grew up in the church, but didn't really start enjoying it until middle school or high school. Found a lot of my closest friends through youth group. In 2008 and 2009 the church helped my family save our house during the recession. Our church and our community really helped us during that time.

**How is God involved in your life right now? What are you learning and discovering about God?**

Comfort from the Lord this year in not having a job during COVID.

**Describe for me who you believe Jesus Christ is and what influence or impact he has had on your personal life?**

Learned about a lot of different religions over the years. Jesus is someone we can pray to, someone we can turn to for guidance when things are tough. The creator, guider of our lives

**According to your profile you are attending church at... Can I ask how long you've been attending there? Are you involved in church activities?**

West UMC-drive in services during COVID. Active part of the church is important to me. Mission work.

**How do you feel about working in a diverse Christian environment where over 40 different Christian denominations are represented?**

Oh yes for sure!

II. Key Points in Christian Conduct Conversation

- At World Vision, we seek individuals who not only share our Christian faith and values, but also live them out both in and outside of work.
- Our employees are expected to be in alignment with behaviors described in our standards of conduct, which are biblically based.
- The lens for determining Biblically based behavior would be to ask:
  - Does the behavior glorify God?
  - Does it build up other Christians and encourage love and good deeds?
  - Is it good stewardship (responsible use of His resources)?
  - Is the behavior consistent with the teachings of Scripture?
- Examples of behaviors that we believe are not in alignment with our standards of conduct and therefore unacceptable behavior for employees include:
  - Abuse or neglect of a child or one's spouse
  - Any sexual conduct outside of a marriage; (pause) WV defines marriage as between a man and a woman
  - Ongoing substance or alcohol abuse
  - Harassment of any type
  - Theft, fraud, embezzlement, bribery etc.
  - Malicious gossip, fighting. etc.

*I will instruct you and teach you in the way you should go; I will counsel you and watch over you. Psalms 32:8 (NIV)*

WV-000069

CONFIDENTIAL

World Vision

| Do you have any questions about our standards of conduct, the expectations we have of employee compliance with them or of our organizational culture and values? |
|---|
| No not at all |
| It's important that you know of World Vision's expectations so that you can decide if we are the right organization for you. Are you willing and able to comply with the Standards of Conduct if employed by WV? |
| I'm aligned, yes! |
| Based on our conversation today, do you feel that WV seems like a good fit for you? |
| Yeah absolutely! |

I will instruct you and teach you in the way you should go; I will counsel you and watch over you. Psalms 32:8 (NIV)

WV-000070

ER0484

# EXHIBIT MF-06

CONFIDENTIAL

| | |
|---|---|
| **From:** | Catherine Miolla - US |
| **To:** | Aubry McMahon |
| **Subject:** | RE: Quick Question |
| **Date:** | Friday, January 8, 2021 2:00:07 PM |

Aubry, since our communication on Tuesday, I've tried several times to get in touch with you to discuss a discrepancy in your interview responses. Since I have not heard back from you to resolve the discrepancy, I am rescinding the job offer that was extended to you on Monday January 4th.

I wish you all the best in your future endeavors.
Catherine

-----Original Message-----
From: Aubry McMahon <aubrymcmahon@gmail.com>
Sent: Friday, January 8, 2021 9:01 AM
To: Catherine Miolla - US <cmiolla@worldvision.org>
Subject: Re: Quick Question

That sounds great, thanks so much!

Sent from my iPhone

> On Jan 8, 2021, at 10:59 AM, Catherine Miolla - US <cmiolla@worldvision.org> wrote:
>
> Hi Aubry,
> Just wanted to check and make sure that 1pm EST works for me to give you a call today? If I don't hear from you, I'll try calling at that time.
> Thank you,
> Catherine
>
> -----Original Message-----
> From: Catherine Miolla - US
> Sent: Thursday, January 7, 2021 8:54 AM
> To: Aubry McMahon <aubrymcmahon@gmail.com>
> Subject: RE: Quick Question
>
> No problem Aubry! How about Friday at 1pm EST? If that works for you, I will give you a call at that time.
>
> Thank you,
> Catherine
>
> -----Original Message-----
> From: Aubry McMahon <aubrymcmahon@gmail.com>
> Sent: Wednesday, January 6, 2021 5:40 PM
> To: Catherine Miolla - US <cmiolla@worldvision.org>
> Subject: Re: Quick Question
>
> Hey there, so sorry, I've been crazy busy with my sister getting married. That sounds great! I can talk on Friday at any point if you're available!
>
> Sent from my iPhone
>
>> On Jan 6, 2021, at 7:14 PM, Catherine Miolla - US <cmiolla@worldvision.org> wrote:
>>
>> Hi Aubry,

CONFIDENTIAL

\>\>
\>\> I don't believe I've heard back from you, so just wanted to check in again and see if you would be available for a call soon to discuss?
\>\>
\>\> Thank you!
\>\> Catherine
\>\>
\>\> -----Original Message-----
\>\> From: Catherine Miolla - US
\>\> Sent: Tuesday, January 5, 2021 4:59 PM
\>\> To: Aubry McMahon <aubrymcmahon@gmail.com>
\>\> Subject: RE: Quick Question
\>\>
\>\> Hi Aubry,
\>\> Thank you for your email and questions. Do you have time tomorrow afternoon to discuss by phone? I have a few interviews scheduled, but could give you a call around 4pm EST if that would work for you?
\>\>
\>\> Thanks!
\>\> Catherine
\>\>
\>\> -----Original Message-----
\>\> From: Aubry McMahon <aubrymcmahon@gmail.com>
\>\> Sent: Tuesday, January 5, 2021 11:56 AM
\>\> To: Catherine Miolla - US <cmiolla@worldvision.org>
\>\> Subject: Quick Question
\>\>
\>\> [External Sender]
\>\>
\>\>
\>\> Hey there,
\>\> I just have a quick question! My wife and I are expecting our first baby in March and I wanted to see if I would qualify for any time off for this since I'll be a new employee? I will be the one having the baby so I just wanted to check to see if any time would be allowed off. If not, no worries, thanks so much!
\>\> Aubry
\>\> This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.
\> This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.

 Gmail                                Aubry Atwood <aubrymcmahon@gmail.com>

## Quick Question
9 messages

**Aubry McMahon** <aubrymcmahon@gmail.com>                    Tue, Jan 5, 2021 at 1:55 PM
To: cmiolla@worldvision.org

Hey there,
I just have a quick question! My wife and I are expecting our first baby in March and I wanted to see if I would qualify
for any time off for this since I'll be a new employee? I will be the one having the baby so I just wanted to check to see
if any time would be allowed off. If not, no worries, thanks so much!
Aubry

**Catherine Miolla - US** <cmiolla@worldvision.org>           Tue, Jan 5, 2021 at 6:59 PM
To: Aubry McMahon <aubrymcmahon@gmail.com>

Hi Aubry,
Thank you for your email and questions. Do you have time tomorrow afternoon to discuss by phone? I have a few
interviews scheduled, but could give you a call around 4pm EST if that would work for you?

Thanks!
Catherine

-----Original Message-----
From: Aubry McMahon <aubrymcmahon@gmail.com>
Sent: Tuesday January 5, 2021 11:56 AM
To: Catherine Miolla - US <cmiolla@worldvision.org>
Subject: Quick Question

[External Sender]

Hey there,
I just have a quick question! My wife and I are expecting our first baby in March and I wanted to see if I would qualify
for any time off for this since I'll be a new employee? I will be the one having the baby so I just wanted to check to see
if any time would be allowed off. If not, no worries, thanks so much!
Aubry
This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain
information that is confidential and may not be disclosed under applicable law. You are hereby notified that any
dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its
designated agent is strictly prohibited. Thank you.

**Catherine Miolla - US** <cmiolla@worldvision.org>          Wed, Jan 6, 2021 at 7:14 PM
To: Aubry McMahon <aubrymcmahon@gmail.com>

Hi Aubry,

I don't believe I've heard back from you, so just wanted to check in again and see if you would be available for a call
soon to discuss?

Thankyou!
Catherine
[Quoted text hidden]

P0020

**Aubry McMahon** <aubrymcmahon@gmail.com>                          Wed, Jan 6, 2021 at 7:40 PM
To: Catherine Miolla - US <cmiolla@worldvision.org>

Hey there, so sorry, I've been crazy busy with my sister getting married. That sounds great! I can talk on Friday at any point if you're available!

Sent from my iPhone

> On Jan 6, 2021, at 7:14 PM, Catherine Miolla - US <cmiolla@worldvision.org> wrote:
>
> Hi Aubry,
[Quoted text hidden]

**Catherine Miolla - US** <cmiolla@worldvision.org>                 Thu, Jan 7, 2021 at 10:53 AM
To: Aubry McMahon <aubrymcmahon@gmail.com>

No problem Aubry! How about Friday at 1pm EST? If that works for you, I will give you a call at that time.

Thank you,
[Quoted text hidden]

**Catherine Miolla - US** <cmiolla@worldvision.org>                 Fri, Jan 8, 2021 at 10:59 AM
To: Aubry McMahon <aubrymcmahon@gmail.com>

Hi Aubry,
Just wanted to check and make sure that 1pm EST works for me to give you a call today? If I don't hear from you, I'll try calling at that time.
[Quoted text hidden]

**Aubry McMahon** <aubrymcmahon@gmail.com>                          Fri, Jan 8, 2021 at 11:00 AM
To: Catherine Miolla - US <cmiolla@worldvision.org>

That sounds great, thanks so much!

Sent from my iPhone
[Quoted text hidden]

**Catherine Miolla - US** <cmiolla@worldvision.org>                 Fri, Jan 8, 2021 at 5:00 PM
To: Aubry McMahon <aubrymcmahon@gmail.com>

Aubry, since our communication on Tuesday, I've tried several times to get in touch with you to discuss a discrepancy in your interview responses. Since I have not heard back from you to resolve the discrepancy, I am rescinding the job offer that was extended to you on Monday January 4th.

I wish you all the best in your future endeavors.
[Quoted text hidden]

**Aubry Atwood** <aubrymcmahon@gmail.com>                           Fri, Jan 8, 2021 at 5:08 PM
To: Catherine Miolla - US <cmiolla@worldvision.org>

Hey, I am so sorry I wasnt able to get ahold of you today. I am happy to reschedule the call if you are available. While I understand your decision, can I ask what the discrepancy in my interview responses was? I am a little confused and wanted to get some clarification. Thanks so much.
[Quoted text hidden]

# EXHIBIT MF-07

Case: 24-3259, 08/21/2024, DktEntry: 25.4, Page 93 of 283
Case 2:21-cv-00920-JLR   Document 28-7   Filed 04/11/23   Page 2 of 2

(93 of 283)

CONFIDENTIAL

- Melanie asked Aubry if we were understanding the email she sent correctly, that she and her wife were having a baby soon.

    Aubry's response: Yes- referencing her wife. Correct

- Melanie went back over the standards of conduct that was shared with Aubry during her phone interview, and asked if Aubry remembered hearing this and confirming that she was in alignment.

    Aubry's response- Yes she remembered that. Said she knew that WV is Christian- and knew that marriage being between a man and a woman was a common belief. I meant that I was okay with that belief in general. She then asked, am I not being offered the position because I am in a same sex relationship?

- Melanie said no and - re-emphasized the standard of conduct.

Aubry brought up title 9- and said: I want to clarify that I am not being hired because I am gay. Said that is against the supreme court.

Melanie explained our right to hire based on conduct as a religious organization and wished her the best, then the call ended.

# EXHIBIT MF-09

CONFIDENTIAL



# State of California

### OFFICE OF THE SECRETARY OF STATE

WORLD VISION, INC.

I, *MARCH FONG EU*, Secretary of State of the State of California, hereby certify:

That the annexed transcript was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.

*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this

**NOV 12**



*March Fong Eu*

Secretary of State

WV-000001

CONFIDENTIAL

248388



**FILED**
In the office of the Secretary of State
of the State of California

SEP 22 1950

FRANK M. JORDAN, Secretary of State

ARTICLES OF INCORPORATION

OF

WORLD VISION INC.

We, the undersigned, citizens of the State of
California, do hereby associate ourselves together for
the purpose of forming a nonprofit corporation under and
by virtue of the provisions of Part 1, Division 2 of Title
I, being Sections 9000-9802 of the Corporations Code of
the State of California, as follows:

## FIRST

The name of this corporation is:

### WORLD VISION INC.

## SECOND

That the primary business in which the corporation
intends, initially to engage, is to conduct Christian
religious and missionary services, to assist in improving
and ameliorating the moral and social conditions of humanity;
to provide services to God's people which will enable them
to accomplish more quickly and efficiently the Great
Commission of advancing the Kingdom of God on earth.

That the general purposes for which this corporation
is formed are:

1. To establish, equip, conduct and maintain for the
continual carrying on and advancement of the Great Commission

CONFIDENTIAL

interest thereof, and to manage, grant, convey, lease or
otherwise dispose of the same, or any part thereof, and to
execute such trust or trusts as may be confided to the
corporation, the whole to be under the supervision of and
amenable to this corporation;

5.  To transact a general printing and publishing
business, and in connection therewith and relating thereto,
to purchase copyrights for books and publications, with the
right to lease licenses for the same and receive pay therefor.
Also, the right to engage in the engraving and bookbinding
business, and the embossing, lithographing and impressing
on paper and other impressionable surfaces, pictures, figures
and letters; with all right to manufacture such paper and
material as may be necessary in the transactions of such
business. Also, the right to engage in the business of
printers, photo-lithographers, engravers, die sinkers, and
the transaction of a printing and publishing business;

6.  To manufacture and distribute broadcast transcriptions
and domestic recordings; to manufacture, process, duplicate
and distribute motion picture and cut and roll film; to design
and make any and all equipment pertinent therewith in the
creation and production of the filming of vehicles pertaining
to and analogous to the purposes and aims contained and
enumerated herein;

7.  To apply for, purchase, register, or in any manner
to acquire, and to hold, own, use, operate, and introduce,
and to sell, lease, assign, pledge, or in any manner dispose
of, and in any manner deal with patents, patent rights,
copy-rights, trade-marks, and trade names; to acquire, own,

-3-

CONFIDENTIAL

use, or in any manner dispose of any and all inventions, improvements, processes, labels, etc., or other rights, and to work, operate, or develop the same; and to carry on any business, manufacturing or mercantile, which may directly or indirectly effectuate these objects or any of them.

8. To engage in and conduct a general photographic business, including the acquisition by purchase, manufacture or otherwise of all business materials, supplies, appliances, apparatus, machinery or other articles necessary or convenient for use in connection with and in carrying on the said business or any part thereof; and to carry on the business of manufacturers of and dealers in photographs, pictures, engravings, and other works of art; and of photographers, printers, publishers, engravers, book-binders, reproducers and publishers of works of art, books and other publications.

9. To enter into, make and perform contracts of every kind for any lawful purpose with any person, firm, association, corporation, municipality, body politic, county, territory, state, government, or society, or dependency thereof, for religious, charitable, social, educational and recreational purposes or for rendering services which do not contemplate the distribution of gains, profits or dividends to the members of the corporation; to carry on a business at a profit incidental to the main purposes of the corporation and to render help and financial assistance to various Christian religious corporations and educational institutions, associations, and charitable organizations, missionary groups or Christian individuals, selected by the Board of Directors from time to time as funds become available for distribution.

-4-

WV-000005

CONFIDENTIAL

10. To purchase, hold, sell, assign, transfer, mortgage, pledge or otherwise dispose of any bonds, securities, or evidence of indebtedness created by any other corporation or corporations organized under the laws of this state, or of any state, county, nation, or government, and while owner thereof, to exercise all the rights, powers and privileges of ownership to the same extent as natural persons might or could do; to aid in any manner any corporation, association, society, entity or person diligently working for the advancement of the Kingdom of God on earth in accordance with the religious principles and doctrinal statement of this corporation, to help further any lawful purposes of Christian organization, such as religious, charitable, social, educational recreational, cemetery, or for rendering services which do not contemplate the distribution of gains, profits or dividends to the members thereof.

11. For any of the purposes of the corporation, without limit as to amount, to borrow or raise moneys, to draw, make, accept, endorse, discount, execute, pledge, issue, sell or otherwise dispose of promissory notes, drafts, bills of exchange, warrants, bonds, debentures, and other instruments, whether negotiable or non-negotiable, transferable or non-transferable, and evidences of indebtedness, whether secured by mortgage or otherwise, as well as to secure the same and all obligations arising therefrom, by mortgage or otherwise, either alone or jointly with any other person or corporation, of the whole or any part of the property of the corporation presently owned or to be acquired; to confer upon the holders of any of its obligations such powers, rights and privileges as from time to time may be deemed advisable by the Board

-5-

ER0498

CONFIDENTIAL



of Directors; and, except as may be specifically prohibited
by law, to loan money with or without collateral security.

12. To have one or more offices, to conduct its
business, carry on its operations and promote its objects
within or without the State of California, in other states,
the District of Columbia, the territories, colonies, and
dependencies of the United States, and in foreign countries,
without restriction as to place and amount, but subject to
the laws of such state, district, territory, colony, depend-
ency, or country.

13. To do any or all of the things herein set forth to
the same extent as natural persons might or could do in any
part of the world, as principals, agents, contractors,
trustees, or otherwise, and either alone or in concert with
others.

14. In general, to carry on any other business in
connection therewith, whether manufacturing, or otherwise,
and to do all things not forbidden by the laws of the State
of California, and with perpetual duration and all the powers
conferred upon nonprofit corporations by the laws of the
State of California, and as set forth in Section 593 of the
Civil Code of the State of California.

15. To continually and steadfastly uphold and maintain
the following statement of faith of this corporation, to wit:

(a) We believe the Bible to be the inspired, the only
infallible, authoritative Word of God.

(b) We believe that there is one God, eternally existent
in three persons; Father, Son, and Holy Spirit.

(c) We believe in the deity of our Lord Jesus Christ,

-6-

WV-000007

CONFIDENTIAL

in His virgin birth, in His sinless life, in His miracles,
in His vicarious and atoning death through His shed blood,
in His bodily resurrection, in His ascension to the right
hand of the Father, and in His personal return in power and
glory.

(d) We believe that for the salvation of lost and
sinful men regeneration by the Holy Spirit is absolutely
essential.

(e) We believe in the present ministry of the Holy
Spirit by whose indwelling the Christian is enabled to live
a godly life.

(f) We believe in the resurrection of both the saved
and the lost; they that are saved unto the resurrection of
life and they that are lost unto the resurrection of damnation.

We believe in the spiritual unity of believers in our
Lord Jesus Christ.

That the aforesaid doctrinal statement is the basic
Spiritual foundation for this corporation, and the same shall
not be amended, of deleted from these Articles of Incorporation
except by vote or written consent of all of the members.

16. It is the intention that each of the objects, pur-
poses, and powers specified in each of the paragraphs of this
Second Article of these Articles of Incorporation shall, except
where otherwise specified, be no wise limited or restricted by
reference to or inference from the terms of any other paragraph
or to any other Article in these Articles of Incorporation,
but that the objects, purposes, and powers specified in this
Article, and in each of these Articles or paragraphs of these
Articles of Incorporation, shall be regarded as independent
objects, purposes and powers, and the enumeration of specific

-7-

WV-000008

CONFIDENTIAL



purposes and powers shall not be construed to restrict in
any manner the general terms and powers of this corporation,
nor shall the expression of one thing be deemed to exclude
another, although it may be of like nature; the enumeration of
the objects or purposes herein shall not be deemed to exclude
or in any way limit by inference any power, objects, or pur-
poses which this corporation is empowered to exercise, whether
expressly by force of the laws of the State of California now
or hereafter in effect, or impliedly by any reasonable
instruction of the said law.

17.  This is a corporation which does not contemplate
pecuniary gain or profit to the members thereof.

### THIRD

The county in this state where the principal office for
the transaction of the business of the corporation is to be
located is the County of Los Angeles, State of California.

### FOURTH

The names and addresses of the persons who are to act in
the capacity of directors until the election of their
successors are as follows:

| NAME | ADDRESS |
|------|---------|
| Dr. Bob Pierce | 405 West California Street, Glendale, California; |
| Paul Myers | 3814 Franklin Avenue, Los Angeles 27, California; |
| Thelma Myers | 3814 Franklin Avenue, Los Angeles 27, California. |

The authorized number of directors of this corporation may
be changed by a duly adopted By-Law.

-3-

1



CONFIDENTIAL

FIFTH

The authorized number, qualifications and other matters pertain-
ing to the members of this corporation shall be set forth in the
By-Laws.

SIXTH

That the By-Laws of this corporation shall be adopted by the
directors named in the Articles of Incorporation, and may thereafter
be amended or repealed by any means provided in the By-Laws.

SEVENTH

The incorporators hereby declare that the assets of this
corporation shall be and they are hereby impressed with an irrevo-
cable charitable, religious, scientific and educational use in
accordance with its aforesaid standards, and upon dissolution or
winding up of the corporation, after paying or adequately provid-
ing for the debts and obligations of said corporation, the remain-
ing assets of the corporation, if any, shall be subject to said
charitable, religious, scientific or educational use in accordance
with the Christian religion, doctrinal statement, objects and
purposes of said organization as manifested by its Articles of
Incorporation and adopted policies, as reflected by its operations,
and such assets may be disposed of in such manner as may be
directed by a court of competent jurisdiction, pursuant to the
provisions of the Corporations Code of the State of California.

WITNESS our hands this 24 day of August, 1950.

_____
Dr. Bob Pierce

_____
Paul Myers

_____
W. E. Myers

-9-

—

CONFIDENTIAL

STATE OF CALIFORNIA }
COUNTY OF LOS ANGELES } SS:

On this 24 day of August, 1950, before me, the undersigned,
a Notary Public in and for said County and State, personally
appeared DR. BOB PIERCY, PAUL MYERS and THELMA MYERS, known to
me to be the persons whose names are subscribed to the foregoing
instrument and acknowledged that they executed the same.

WITNESS my hand and official seal.

_____
Notary Public in and for the County
of Los Angeles, State of California.

-10-

WV-000011

ER0503

248388

CONFIDENTIAL

X FILED

DEC 13 1959

CERTIFICATE OF AMENDMENT
OF
ARTICLES OF INCORPORATION

We, the undersigned, respectively President and Secretary of

WORLD VISION, INC., a non-profit corporation, organized under the laws

of the State of California, do hereby certify:

 1. That on the 3rd day of December, 1959, at 9:00 o'clock

A. M., at the office of the corporation, 117 East Colorado, in the City

of Pasadena, California, a regular meeting of the Board of Directors of

WORLD VISION, INC. was duly held.

 2. That at the said meeting a resolution for the amendment

of the Articles of Incorporation of said corporation was adopted by the

affirmative vote of a majority of the Directors of said corporation; that

the following is a copy of the said resolution so adopted:

  RESOLVED, that the Articles of Incorporation
of World Vision, Inc., a non-profit corporation, be
amended to change the authorized purposes of the cor-
poration as follows: That Article Second and Article
Seventh be deleted in their entirety as presently written
and that new Articles Second and Seventh as written
below be substituted therefor. The officers of this
corporation are directed to forthwith file such instru-
ments with the Secretary of State as shall be necessary
to accomplish such amendment. The new Articles
Second and Seventh shall henceforth read as follows:

    SECOND

  Section A: The primary, exclusive and only
purposes for which this corporation is organized are
religious ones, to wit: To conduct Christian religious
and missionary services in evangelism, teach and
preach the Gospel and knowledge of Jesus Christ, to
encourage and aid the growth, nurture and spread of
the Christian religion and to render Christian service,
both material and spiritual to the sick, the allied, the
sorrowing and the needy. The recital of these purposes
as contained in this paragraph is intended to be exclu-
sive of any and all other purposes, this corporation being
formed for such religious purposes only.

WV-000012

CONFIDENTIAL

Section B: In order to accomplish the above purposes of the corporation, the corporation may exercise such powers as are necessary to achieve these purposes, specifically including (but not limited to) the power to solicit and receive donations, bequests and devises for such religious purposes and also in furtherance of such purposes as above stated, to restrict those acts set out in Section 9501 of the Corporative Code of the State of California, as the same relate to the powers of a nonprofit corporation. In holding any property in trust the corporation may do such things as are necessary for the holding, investment, reinvestment, management and distribution of said trust, all in accord and in furtherance of the primary purposes of the corporation, all as expressed in Section A of this Article SECOND.

Section C: This corporation shall continually and steadfastly uphold and maintain the following statement as set forth, the corporation to wit:

(1) We believe the Bible to be the inspired, the only infallible, authoritative Word of God.

(2) We believe that there is one God, eternally existent in three persons: Father, Son and Holy Spirit.

(3) We believe in the deity of our Lord Jesus Christ, in His virgin birth, in His sinless life, in His miracles, in His vicarious and atoning death through His shed blood, in His bodily resurrection, in His ascension to the right hand of the Father, and in His personal return in power and glory.

(4) We believe that for the salvation of lost and sinful men regeneration by the Holy Spirit is absolutely essential.

(5) We believe in the present ministry of the Holy Spirit by whose indwelling the Christian is enabled to live a godly life.

(6) We believe in the resurrection of both the saved and the lost; they that are saved unto the resurrection of life and they that are lost unto the resurrection of damnation.

(7) We believe in the spiritual unity of believers in our Lord Jesus Christ.

(8) That the aforesaid doctrinal statement is the basic Spiritual foundation for this corporation, and the same shall not be amended, or deleted from these Articles of incorporation except by vote or written consent of all of the members.

2

WV-000013

ER0505

CONFIDENTIAL

5. That the resolution set out above which was passed by the Directors as above set out is an identical copy of the resolution as unanimously passed by the members of said corporation and the same is made a part hereof by reference to the above recitation of said resolution as fully as though set out verbatim herein.

6. That the total number of members of said corporation entitled to vote or consent to the adoption of such amendment to the Articles was 5, of which 4 voted for the adoption of said amendment. There is only one class of membership authorized in the structure of WORLD VISION, INC, and the above-mentioned 5 members are the only members of said corporation. There is no stock of any kind or nature outstanding.

7. No action was taken at either the above Directors meeting or the above Members meeting which would affect in any way, any provision of the Articles as presently filed in the office of the Secretary of State of the State of California, except those that affect Articles Second and Seventh as above mentioned.

IN WITNESS WHEREOF, we have hereunto signed this Certificate and caused the seal of said corporation to be affixed thereto this 4th day of December, 1959.

Bob Pierce, President

Carlton Booth, Secretary

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

BOB PIERCE and CARLTON BOOTH, whose names are signed to the above Certificate, being first duly sworn, each for himself, deposes

4



and states: That the said BOB PIERCE is the President and the said CARLTON BOOTH is the Secretary of WORLD VISION, INC., the corporation mentioned in the above Certificate; that each of them has read the above Certificate and that the matters set forth therein are true of their own knowledge.

Bob Pierce

Carlton Booth

Subscribed and Sworn to Before me this 4th day of December, 1959.

Notary Public

CONFIDENTIAL

WV-000016

CONFIDENTIAL



2-18388

A215083

CERTIFICATE OF AMENDMENT

OF

ARTICLES OF INCORPORATION

OF

WORLD VISION, INC.

FILED
FEB 29 1980

THEODORE W. ENGSTROM and F. CARLTON BOOTH, certify that:

1. They are the Vice President and the Secretary, respectively, of WORLD VISION, INC., a California nonprofit corporation.

2. At a meeting of the Board of Directors of the corporation duly held at Monrovia, California on February 4, 1980, the following resolutions were adopted:

"RESOLVED: That Section A of ARTICLE SECOND of the Articles of Incorporation of this corporation be amended to read as follows:

'Section A: The primary, exclusive and only purposes for which this corporation is organized are religious ones, to wit: To perform the functions of the Christian church including, without limitation, the following functions, to conduct Christian religious and missionary services, to disseminate, teach and preach the Gospel and teachings of Jesus Christ, to encourage and aid the growth,

WV-000017

CONFIDENTIAL

nuture and spread of the Christian religion
and to render Christian service, both material
and spiritual to the sick, the aged, the
to homeless and the needy. The recital of these
purposes as contained in this paragraph is
intended to be exclusive of any and all other
purposes, this corporation being formed for
such religious purposes only.'

"RESOLVED: That Section 3 of ARTICLE SECOND of
the Articles of Incorporation of this corporation
be amended to read as follows:

    'Section 3:

    carrying on of propaganda or otherwise
    attempting to influence legislation and the
    corporation shall not participate in or
    intervene in (including the publishing or
    distribution of statements) any political
    campaign on behalf of any public office.'

"RESOLVED: That ARTICLE SEVENTH of the Articles
of Incorporation of this corporation be amended to
read as follows:

2


WV-000018

CONFIDENTIAL

"SEVENTH: The incorporators declare that the assets of this corporation shall be and they are hereby impressed with an irrevocable religious use in accordance with its aforesaid purposes and principles and upon dissolution or winding up of this corporation, after paying or adequately providing for the debts and obligations of said corporation, the remaining assets of the corporation, if any, shall be subject to said religious uses in accordance with the Christian religion, doctrinal statement and objects of the corporation as shown by the above Articles and such assets shall be disposed of in such manner as may be directed by the Board of Directors of this organization (or if the Board fails to act in the matter, then as may be directed by court of competent jurisdiction) for such Christian religious purposes, pursuant to the provisions of the law of the State of California. Any distributions to organizations on the occasion of this corporation's dissolution shall only be made to religious organizations which are then exempt under the provisions of Section 501(c)(3) of the Internal Revenue Code or corresponding section."

CONFIDENTIAL



3. The members have adopted the amendment by resolution at a meeting held at Monrovia, California, on February 4, 1980. The wording of the amended Articles as set forth in the members' resolutions is the same as that set forth in the Directors' resolutions in paragraph 2 above.

4. The number of members who voted affirmatively for the adoption of the resolutions is nine (9) and the number of members constituting a quorum is eight (8).

THEODORE W. ENGSTROM,
Vice President

F. CARLTON BOOTH,
Secretary/Treasurer

The undersigned declare under penalty of perjury that the matters set forth in the foregoing Certificate are true of their own knowledge. Executed at Monrovia, California on February 21, 1980.

THEODORE W. ENGSTROM

F. CARLTON BOOTH

WV-000020

# EXHIBIT MF-10



# World Vision is hiring **Customer Service Representatives**

## 01 At a Glance

**Start date:** Training for this position will begin February 1st (training is estimated to be between 9 and 11 weeks long)

**Hours:** Call center hours are 6am - 6pm PST (or 9am – 9pm EST) Monday-Friday. We are closed on weekends! You will work a fulltime shift within this timeframe.

**Salary/Compensation:** $13 - $15 per hour depending on location/cost of living, as well as a comprehensive benefits package.

**Location:** US remote (work remotely from your own home!)

**Required Experience:** High school graduate/GED or equivalent. Basic routine work experience. Prefer a minimum of 1 year previous customer service/sales work experience. Must have access to a reliable, high speed internet connection.

## 01 The Job



## 01 The Job

As a Customer Service Representative, you will participate in a training program to gain a working knowledge and understanding of the position and

to perform the essential functions of the job at a level of performance that consistently meets expectations. You will learn, understand and develop the skills necessary to acquire and maintain donor relationships through basic inbound and outbound calls. Serve as a liaison between donors and the general public as well as provide basic levels of customer service for all special programs. Help carry out our Christian organization's mission, vision, and strategies. Personify the ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign. You will also...

- Keep Christ central in our individual and corporate lives. Attend and participate in the leadership of devotions, weekly Chapel services, and regular prayer.
- Maintain reliable, regular attendance. Report to work on time and return from breaks and lunches on time.
- Under supervision, learn to answer inbound customer service calls and make outbound

P0013

calls, to current and potential donors in response to all media presentations and



response to all media presentations and World Vision products and services. Answer incoming calls using an Automated Call Distribution system utilizing a standard script for guidance. Recognize and respond to up-sell opportunities and actively cross-sell other WV programs when appropriate.

- Through training and active participation, gain the skills necessary to assess callers' needs and input information accurately and efficiently using data entry and ten-key skills.
- Achieve and maintain an acceptable level of individual statistics to accomplish Call Center business goals.
- Develop skills to utilize technology for maintaining and updating donor information

P0014

maintaining and updating donor information as appropriate.

- Accepts constructive feedback and welcomes instruction and direction.
- Under supervision, research and effectively respond to inquiries utilizing a variety of resource materials and methods.
- Learn and effectively communicate World Vision's involvement in ministries and projects around the world.
- Work collaboratively with team members.
- Be sensitive to Donor's needs and pray with them when appropriate.
- Perform other duties as assigned.
- Keep informed of organizational announcements, activities and changes via regular reading of the WVUS Intranet and other corporate communication tools.



**03 About World Vision USA** When you work at World Vision, your passions and talents come together to meet the greatest needs in the world today. We go to ends of the earth and into the margins. Where few go and the road is less traveled. Because Jesus is alive in the hardest places to be a child. We are dangerously soft-hearted. But just the right kind of dangerous. That's because we're a global Christian humanitarian organization. We partner with children, families, and their communities to reach their full potential by tackling the causes of poverty and injustice. We empower people out of poverty. For real. For good. For nearly the last 70 years. Jesus' love at the center. Always. We're Christian and follow Jesus' example to show unconditional love to the poor and oppressed. Serving every child we can regardless of faith. Are you feeling called to explore joining us? We hope so.

**04 Let your work be your faith in action** Every

POD 16

ER0519

day, nearly 16,000 children under the age of 5 die from preventable causes. Our call to action is urgent. That's why we're looking for someone who is ready to place their expertise behind helping the world's most vulnerable children. Every stroke of the keyboard, shift in strategy, and innovation in our marketing of fundraising initiatives can help influence whether someone chooses to help today or not. If not you, then who?



**05 Salary Range & Benefits** Your salary is important to you so it's important to us. As mentioned above, the hourly rate for this role will range from $13 to $15, depending on location. We have a robust and comprehensive benefits package as well, with health, vision and dental coverage

PQ017

offered during training. Click here to learn more.

**06 To Apply** See the Apply box in the lower left corner.

**07 You bring**

- High school graduate/GED or equivalent. Basic routine work experience
- Prefer a minimum of 1 year previous customer service/sales work experience
- Must have access to a reliable, high speed internet connection
- The ability to multi-task in a fast pace environment
- Must be able to train and work 40 hours a week
- Have strong technical skills with all Microsoft Office Suite
- The ability to type 20 wpm or more
- Enjoys making a difference in the world!
- **Must be available to start training on**

P0018

ER0521

7/8/2021 NISAR LAW Mail - Documents

February 1st



**\*\*Candidates selected for this position will have a probationary period during the estimated 9-11 week training program.**

Required Skills

Required Experience

World Vision Inc. - 30+ days ago



P0019

# I want to receive the latest job alert for **world vision** in **Remote**

## Email Address

aubry.mcmahon@gmail.com

### Be the first to see new jobs

By creating a job alert or receiving recommended jobs, you

**From:** Aubry Atwood <aubry.mcmahon@gmail.com>
**Date:** January 8, 2021 at 5:08:47 PM EST
**To:** Catherine Miolla - US <cmiolla@worldvision.org>
**Subject: Re: Quick Question**

Hey, I also do see if I would able to try I should by check by. I am happy to reschedule that call if you are available. While I understand your decision, can I see what the early timing in our interview progress was? I am a little confused and wanted to get a sense of what's been. Thank you so much.

On Friday, January 8, 2021 at 5:00 PM Catherine Miolla - US <cmiolla@worldvision.org> wrote:
Aubry, since our conversation last on Tuesday, I've tried several times to get in touch with you to discuss a new opening in your interview process. Since I have not heard back from its subreceive the discrepancy som regarding the job offer the I was extended to you on Monday January 4th.

I wish you all the best in your future endeavors.

P0020

ER0523



9:30

World Vision is hiring **Customer Service Representatives**

**01 At a Glance**

**Start date:** Training for this position will begin February 1st (training is estimated to be between 9 and 11 weeks long)

**Hours:** Call center hours are 6am – 6pm PST (or 9am – 9pm EST) Monday-Friday. We are closed on weekends! You will work a full time shift within this timeframe.

**Salary/Compensation:** $13 – $15 per hour depending on location/cost of living, as well as a comprehensive benefits package.

**Location:** US remote (work remotely from your own home!)

**Required Experience:** High school graduate/GED or equivalent. Basic routine work experience. Prefer a minimum of 1 year previous customer service/sales work experience. Must have access to a reliable, high speed internet connection.

**01 The Job**

P0072

ER0524



**01 The Job**

As a Customer Service Representative, you will participate in a training program to gain a working knowledge and understanding of the position and to perform the essential functions of the job at a level of performance that consistently meets expectations. You will learn, understand and develop the skills necessary to acquire and maintain donor relationships through basic inbound and outbound calls. Serve as a liaison between donors and the general public as well as provide basic levels of customer service for all special programs. Help carry out our Christian organization's mission, vision, and strategies. Personify the ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign. You will also...

- Keep Christ central in our individual and corporate lives. Attend and participate in the leadership of devotions, weekly Chapel services, and regular prayer.
- Maintain reliable, regular attendance. Report to work on time and return from breaks and lunches on time.
- Under supervision, learn to answer inbound customer service calls and make outbound calls, to current and potential donors in response to all media presentations and



response to all media presentations and World Vision products and services. Answer incoming calls using an Automated Call Distribution system utilizing a standard script for guidance. Recognize and respond to up-sell opportunities and actively cross-sell other WV programs when appropriate.

- Through training and active participation, gain the skills necessary to assess callers' needs and input information accurately and efficiently using data entry and ten-key skills.
- Achieve and maintain an acceptable level of individual statistics to accomplish Call Center business goals.
- Develop skills to utilize technology for maintaining and updating donor information as appropriate.
- Accepts constructive feedback and welcomes instruction and direction.
- Under supervision, research and effectively respond to inquiries utilizing a variety of resource materials and methods.
- Learn and effectively communicate World Vision's involvement in ministries and projects around the world.
- Work collaboratively with team members.
- Be sensitive to Donor's needs and pray with them when appropriate.
- Perform other duties as assigned.
- Keep informed of organizational announcements, activities and changes via regular reading of the WVUS Intranet and other corporate communication tools.

P0074



**03 About World Vision USA** When you work at World Vision, your passions and talents come together to meet the greatest needs in the world today. We go to ends of the earth and into the margins. Where few go and the road is less traveled. Because Jesus is alive in the hardest places to be a child. We are dangerously soft-hearted. But just the right kind of dangerous. That's because we're a global Christian humanitarian organization. We partner with children, families, and their communities to reach their full potential by tackling the causes of poverty and injustice. We empower people out of poverty. For real. For good. For nearly the last 70 years. Jesus' love at the center. Always. We're Christian and follow Jesus' example to show unconditional love to the poor and oppressed. Serving every child we can regardless of faith. Are you feeling called to explore joining us? We hope so.

**04 Let your work be your faith in action** Every day, nearly 16,000 children under the age of 5 die from preventable causes. Our call to action is urgent. That's why we're looking for someone who is ready to place their expertise behind helping the world's most vulnerable children. Every stroke of the keyboard, shift in strategy, and innovation in our marketing of fundraising initiatives can help influence whether someone chooses to help today or not. If not you, then who?

P0078



**05 Salary Range & Benefits** Your salary is important to you so it's important to us. As mentioned above, the hourly rate for this role will range from $13 to $15, depending on location. We have a robust and comprehensive benefits package as well, with health, vision and dental coverage offered during training. Click here to learn more.

**06 To Apply** See the Apply box in the lower left corner.

**07 You bring**

- High school graduate/GED or equivalent. Basic routine work experience
- Prefer a minimum of 1 year previous customer service/sales work experience
- Must have access to a reliable, high speed internet connection
- The ability to multi-task in a fast pace environment
- Must be able to train and work 40 hours a week
- Have strong technical skills with all Microsoft Office Suite
- The ability to type 20 wpm or more
- Enjoys making a difference in the world!
- **Must be available to start training on February 1st**

P0076



**Candidates selected for this position will have a probationary period during the estimated 9-11 week training program.

Required Skills

Required Experience

World Vision Inc. · 30+ days ago



❗ Report job

I want to receive the latest job alert for
**world vision in Remote**

**Email Address**

aubry.mcmahon@gmail.com

Be the first to see new jobs

By creating a job alert or receiving recommended jobs, you

CONFIDENTIAL

World Vision is hiring **Customer Service Representatives**

## 01 At a Glance

**Start date:** Training for this position will begin February 1st  (training is estimated to be between 9 and 11 weeks long)

**Hours:** Call center hours are 6am - 6pm PST (or 9am – 9pm EST) Monday-Friday. We are closed on weekends! You will work a fulltime shift within this timeframe.

**Salary/Compensation**: $13 - $15 per hour depending on location/cost of living, as well as a comprehensive benefits package.

**Location:** US remote (work remotely from your own home!)

**Required Experience:** High school graduate/GED or equivalent. Basic routine work experience. Prefer a minimum of 1 year previous customer service/sales work experience. Must have access to a reliable, high speed internet connection.

## 01 The Job

As a Customer Service Representative, you will participate in a training program to gain a working knowledge and understanding of the position and to perform the essential functions of the job at a level of performance that consistently meets expectations. You will learn, understand and develop the skills necessary to acquire and maintain donor relationships through basic inbound and outbound calls. Serve as a liaison between donors and the general public as well as provide basic levels of customer service for all special programs. Help carry out our Christian organization's mission, vision, and strategies. Personify the ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign. You will also…

ER0530

CONFIDENTIAL

1. Keep Christ central in our individual and corporate lives. Attend and participate in the leadership of devotions, weekly Chapel services, and regular prayer.
2. Maintain reliable, regular attendance. Report to work on time and return from breaks and lunches on time.
3. Under supervision, learn to answer inbound customer service calls and make outbound calls, to current and potential donors in response to all media presentations and World Vision products and services. Answer incoming calls using an Automated Call Distribution system utilizing a standard script for guidance. Recognize and respond to up-sell opportunities and actively cross-sell other WV programs when appropriate.
4. Through training and active participation, gain the skills necessary to assess callers' needs and input information accurately and efficiently using data entry and ten-key skills.
5. Achieve and maintain an acceptable level of individual statistics to accomplish Call Center business goals.
6. Develop skills to utilize technology for maintaining and updating donor information as appropriate.
7. Accepts constructive feedback and welcomes instruction and direction.
8. Under supervision, research and effectively respond to inquiries utilizing a variety of resource materials and methods.
9. Learn and effectively communicate World Vision's involvement in ministries and projects around the world.
10. Work collaboratively with team members.
11. Be sensitive to Donor's needs and pray with them when appropriate.
12. Perform other duties as assigned.
13. Keep informed of organizational announcements, activities and changes via regular reading of the WVUS Intranet and other corporate communication tools.

## 03 About World Vision USA

When you work at World Vision, your passions and talents come together to meet the greatest needs in the world today. We go to ends of the earth and into the margins. Where few go and the road is less traveled. Because Jesus is alive in the hardest places to be a child. We are dangerously soft-hearted. But just the right kind of dangerous. That's because we're a global Christian humanitarian organization. We partner with children, families, and their communities to reach their full potential by tackling the causes of poverty and injustice. We empower people out of poverty. For real. For good. For nearly the last 70 years. Jesus' love at the center. Always. We're Christian and follow Jesus' example to show unconditional love to the poor and oppressed. Serving every child we can regardless of faith. Are you feeling called to explore joining us? We hope so.

CONFIDENTIAL

**04 Let your work be your faith in action** Every day, nearly 16,000 children under the age of 5 die from preventable causes. Our call to action is urgent. That's why we're looking for someone who is ready to place their expertise behind helping the world's most vulnerable children. Every stroke of the keyboard, shift in strategy, and innovation in our marketing of fundraising initiatives can help influence whether someone chooses to help today or not. If not you, then who?

**05 Salary Range & Benefits** Your salary is important to you so it's important to us. As mentioned above, the hourly rate for this role will range from $13 to $15, depending on location. We have a robust and comprehensive benefits package as well, with health, vision and dental coverage offered during training. Click here to learn more.

**06 To Apply** See the Apply box in the lower left corner.

**07 You bring**

- High school graduate/GED or equivalent. Basic routine work experience
- Prefer a minimum of 1 year previous customer service/sales work experience
- Must have access to a reliable, high speed internet connection
- The ability to multi-task in a fast pace environment
- Must be able to train and work 40 hours a week
- Have strong technical skills with all Microsoft Office Suite
- The ability to type 20 wpm or more
- Enjoys making a difference in the world!
- **Must be available to start training on February 1st**

**\*\*Candidates selected for this position will have a probationary period during the estimated 9-11  week training program.**

# EXHIBIT MF-12

ER0533

## RE: [External] Addresses for USB Drive Delivery



**Matthew Szymanski**
To  Casey Wolnowski
Cc  Michael Subit; Scott Ward; Sarah Gunderson



5/6/2022

No, you should not expect anything else by mail/carrier. Other material will be transmitted via email later today. Have a great day. – Matthew

From: Casey Wolnowski <cwolnowski@nisarlaw.com>
Sent: Friday, May 6, 2022 1:59 PM
To: Matthew Szymanski <jms@gg-law.com>
Cc: Michael Subit <msubit@frankfreed.com>; Scott Ward <siw@gg-law.com>; Sarah Gunderson <SGunderson@frankfreed.com>
Subject: Re: [External] Addresses for USB Drive Delivery

Hi Matthew, this afternoon I received a UPS package, containing a USB with five MP4 video files, along with a hardbound WorldVision "Faith in Action" Study Bible. Kindly advise at your convenience if there are any other materials which I should expect to receive via mail or common carrier.

Thank you.

Casey Wolnowski

| Name | Type | Date modified | Size |
|---|---|---|---|
| 2008 World Chapel | MP4 File | 5/5/2022 5:42 PM | 587,677 KB |
| 2010 World Vision Chapel | MP4 File | 5/5/2022 5:40 PM | 447,883 KB |
| 2013 World Vision Chapel | MP4 File | 5/5/2022 5:47 PM | 428,563 KB |
| 2019 World Vision Chapel | MP4 File | 5/5/2022 5:45 PM | 237,868 KB |
| 2021 World Vision Chapel | MP4 File | 5/5/2022 5:48 PM | 314,192 KB |



WV-002794





WV-002795





WV-002796





WV-002797





WV-002798





WV-002799





WV-002800





WV-002801





WV-002802




WV-002803





WV-002804

# EXHIBIT MF-13



CONFIDENTIAL

# Mission Statement

**World Vision**

**WORLD VISION is an international partnership of Christians whose mission is to follow our Lord and Saviour Jesus Christ in working with the poor and oppressed to promote human transformation, seek justice and bear witness to the good news of the Kingdom of God.**

We pursue this mission through integrated, holistic commitment to:

### Transformational Development

that is community-based and sustainable, focused especially on the needs of children;

### Emergency Relief

that assists people afflicted by conflict or disaster;

### Promotion of Justice

that seeks to change unjust structures affecting the poor among whom we work;

### Partnerships with churches

to contribute to spiritual and social transformation;

### Public Awareness

that leads to informed understanding, giving, involvement and prayer;

### Witness to Jesus Christ

by life, deed, word and sign that encourages people to respond to the Gospel.

Mission Statement

WV-000023

ER0546

# EXHIBIT MF-14

CONFIDENTIAL

**WVUS Policy Manual**


**World Vision**

| Christian Commitment & Witness |
| --- |
| Effective: 08 Aug 2011 |

### 1.0 Purpose

To affirm World Vision United States (WVUS) commitment to:

• Follow the living Christ, individually and corporately in faith and conduct, publicly and privately, in accord with the teaching in His Word (the Bible);

• Witness to the revelation of God (Father, Son, Holy Spirit) and the redemptive work of Jesus Christ in all aspects of ministry; and

• Adhere to our Statement of Faith or the Apostles Creed, our Core Values, and the Partnership Policy on Witness to Jesus Christ.

### 2.0 Policy

#### 2.1 Christian Commitment by our Staff

All World Vision staff must subscribe to World Vision's Statement of Faith and/or Apostle's Creed in Jesus Christ. Staff members include full-time, part-time, on-call, and limited term employees, as well as volunteers and interns (but not vendors, contractors, or agency temporaries).

#### 2.2 Christian Witness in Life, Word, Deed & Sign

Through word and deed, WVUS staff must be committed to glorify God and witness to His love in the person of His Son Jesus Christ in all aspects of their lives and work, calling others to a life-changing commitment to serve the poor in the name of Christ. Based on the model of Jesus Christ, a staff member's life, deed, and word and the signs of God's action, are inseparable means of conveying the gospel message and obeying the biblical mandate to serve the poor in the name of Christ. God's love for us motivates our lifelong commitment of WVUS staff to follow Christ and integrates and motivates all aspects of the rest of WVUS' ministry: transformational development, emergency relief, the promotion of justice, strategic initiatives, and public awareness. Words clarify the meaning of our deeds, deeds verify the integrity of our words about Jesus Christ, and signs are the acts of God in the midst of what we do and say. We

WV-000027

CONFIDENTIAL

cannot separate who we are from what we do as we aim to work in a manner that encourages people to be life-long followers of Christ.

The following are indispensable elements of being a credible witness to Jesus Christ. Individually and corporately, we acknowledge that we may fall short of the standards stated in this Christian Witness policy, but they serve as goals, by which we hold each other accountable and to which we will return in repentance when we fail.

***Christian Witness and…***

### 2.2.1 **Personal commitment to Christ**

WVUS claims the revelation of God in Jesus Christ as truth and will yield to His lordship over all creation – persons, communities, structures and nature.  Our desire is to model Christ-like behavior at and away from work, so that people will be drawn to placing their personal faith in Him and follow His Compassionate Lordship.  As stated in the World Vision Partnership Policy on Witness to Jesus Christ:  "World Vision believes that being Christians, living as Christians, doing Christian service and verbally sharing the good news about Jesus Christ are inseparable aspects of the gospel."  WVUS recognizes that effective Christian witness is first expressed in the lives of staff and how we love and serve one another.  WVUS affirms the central importance of such things as prayer, worship, bible study, fellowship, and regular introspection and repentance in maturing our relationship with Christ.

The WVUS staff represents many Christian traditions and expressions.  A common commitment to what WVUS believes concerning faithfulness in biblical belief and conduct, despite this diversity of biblically faithful backgrounds, strengthens WVUS and helps us better understand those we serve.

### 2.2.2 **The workplace**

The workplace reflects our Christian unity and love for each other.  WVUS will ever pursue a greater integration and obedience- individually and corporately- of the teachings of Jesus Christ and the biblical principles that underlie its mission.  While acknowledging each individual's personal responsibility for spiritual enrichment, WVUS will enhance the spiritual development of its staff by providing them devotions, prayer, chapel, biblical reflection, and other opportunities to mature in their relationship with Christ.

### 2.2.3 **Communications & external relations**

WVUS will be clear about its Christian identity in all communications pieces and relationships with government bodies, partner organizations, and donors.

By holistically serving those in physical and spiritual need, WVUS will: encourage people to embrace a deeper personal relationship with Jesus Christ; use language and methods that are God-honoring and truthful as measured against the standards of Scripture; and be sensitive to culture and audience and seek to unify, not divide.

### 2.2.4 **Relationships with churches and Christian organizations**

CONFIDENTIAL

WVUS will cooperate and ally with Biblically-faithful Christian churches and organizations locally, nationally, and internationally, to help them serve the poor and to help WVUS more fully understand the breadth and depth of its gospel mandate.  Ministry to the poor and to donors will be done in a way that promotes Christian unity and serves, supports, and encourages the Biblically-faithful Christian church.

2.2.5 **Cultural awareness**

WVUS will practice and communicate its faith in ways that are sensitive to and appropriate for the audience and the cultural context in which it works and that center upon the teaching and work of Jesus Christ, so that the wide spectrum of Christ's followers can partner around a common allegiance to and obedience of Him.

2.2.6 **Programs**

In agreement with the Partnership Policy on Witness To Jesus Christ, WVUS encourages each national office to develop and implement an overall Christian Witness program and to allocate a portion of WVUS sponsorship funding (up to 10%) for such programming in sponsorship communities. WVUS will fund programs that clearly complement each national office's Christian Witness program and those that help assure appropriate long-term Christian Witness, staff spiritual nature, and Church relations programming. WVUS's programs are offered to people in need, regardless of their religious beliefs and without proselytism.

2.2.7 **The promotion of justice**

On behalf of the poor, neglected, and marginalized people of the world, WVUS will advocate for the biblical justice modeled by Jesus Christ as it interacts with individuals, communities, and institutions (churches, businesses, and governments).

2.3 **Periodic Review**

Senior Management will periodically review WVUS' progress in fulfilling the purpose and goals of this policy.

2.4 **RELATED POLICIES:**

2.4.1 WVUS Board Standing Policy

●Sections 1.3.1, 3.6.1, 4.1, 4.3

2.4.1 WVUS Related Policies

●Business Ethics and Christian Conduct

**3.0 Persons Affected/Scope**

Reserved

**4.0 Policy Owner**

CONFIDENTIAL

4.1 All operational policies are developed, approved, and owned by the CEO/President as stated in the Board Standing Policy.

4.2 Human Resources is responsible for appropriately vetting any substantive changes to this policy before recommending changes for the President's approval.

**5.0 Definitions**

Reserved

**6.0 Procedures**

Reserved

**7.0 Appendices/Forms**

Reserved

| Effective Date: | 08 Aug 2011 |
|---|---|
| Approved By: | Richard E. Stearns, President |
| Approved By: | Julie Regnier, Sr. Vice President, Human Resources |
| Document History: | Administrative revision deleting section 4.0 and inserting approved language per CEO/President mandate for consistent language in section 4.0 for all operational policies |

# EXHIBIT MF-15

CONFIDENTIAL

**WVUS Policy Manual**



**World Vision**

| Business Ethics & Christian Conduct |
| Effective: 26 Mar 2014 |

## 1.0 Purpose

To guide employees and directors how to conduct themselves in a manner consistent with the religious beliefs and religious practices of World Vision, Inc. (WVUS).

## 2.0 Policy

2.1 Employee and directors' conduct should uphold WVUS's Core Values, Mission Statement, and Christian Commitment and Witness Policy: enhance WVUS's reputation as a Christian organization; benefit the organization; and respect others.

2.2 WVUS acknowledges that "all have sinned and fall short of the glory of God, and are justified freely by His grace through the redemption that came by Christ Jesus." (Romans 3:23-24) WVUS is not looking for "perfect" human beings, but repentant followers of Jesus. Open, ongoing, unrepentant sin is not acceptable at World Vision. We seek to value and honor our staff and abide by biblically sound standards and expectations that seek to bring honor to God and one another. We desire to model Christ-like behavior, at and away from work, so that people will be drawn to placing their personal faith in Him and follow His Compassionate Lordship.

2.3 Effective Christian witness is first expressed in the conduct of staff and how we love and share a common Statement of Faith. WVUS seeks to be an organization that is "Christian" in every sense of the word: therefore, all staff represent WVUS and, more importantly, the Gospel of Jesus Christ, in their work as well as in their private lives.

2.4 This policy provides guidelines for appropriate behavior for all employees, interns, volunteers, and board members, within and outside the work place. WVUS seeks to honor staff members' privacy and personal convictions. However, behavior (whether in private or at work) that contradicts your profession of Christian commitment, may require the organization to counsel and to take disciplinary action, up to and including termination.

2.5 Ethical Guidelines: WV recognizes that singling out certain behaviors as unacceptable requires drawing a line based on the determination of whether that particular behavior reflects poorly on the name of Christ or WVUS' reputation, distracts us from our core mission,

CONFIDENTIAL

compromises the safety of oneself or others; or is disruptive in the workplace or likely to be offensive to our donors and/or church partners.

2.6 It is impossible for World Vision to identify every form of behavior that we understand the Bible defines as acceptable and unacceptable to God.  Therefore, we have provided the following as guidelines:

2.6.1 Does this behavior, wherever engaged in, glorify God?  Does it cause others to praise your Heavenly Father?  Is it worthy of Jesus Christ? *(See Matthew 5:16; Colossians 1:9-12; Corinthians 10:31-11:1; Ephesians 4:22-24)*

2.6.2 Does it build up other Christians and encourage love and good deeds? *(See Hebrews 10:23-25; Ephesians 4:1-3; 15-16; Ephesians 5:3-4; Colossians 3:15-17)*

2.6.3 Is it loving? *(See John 13.34-35; Ephesians 5:1-2; Galatians 5:13)*

2.6.4 Does it advance truth and truthfulness? *(See 1 John 1:5-7; 3:18; Ephesians 4:25; 2 Timothy 2:15)*

2.6.5 Is it good stewardship, i.e., a responsible way to use God given time, talent and resources? *(See 1 Peter 4:10; Ephesians 2:10; Colossians 3:23-24)*

2.6.6 Is this behavior consistent with the teachings of scripture?  *(See Philippians 1:27; Titus 2:11-12; Galatians 5:22-25; Romans 13:13-14; Matthew 19:4-5; Proverbs 26:20; Philippians 4:8; 1 Corinthians 6:9-10; 6:12-13; 17-19)*

2.6.7 Behave at work and outside of work, publicly and privately, in ethical, honest, and in a trustworthy manner, always consistent with our Christian commitment and witness.

2.6.8 Adhere to applicable laws and WVUS policies.

2.6.9 Treat others with respect, dignity, and impartiality.

2.6.10 Adhere to safety, security, and health rules.

2.6.11 Properly manage and use WV assets, funds, equipment, and property appropriately.

2.6.12 Wear appropriate attire that respects local custom and is sensitive to our International visitors.

2.7 This policy incorporates by reference the WVI Partnership Code of Conduct Board Policy and Guidelines.

2.8 **WV Reserves all Rights:**

WVUS will implement this policy in its sole, good faith discretion, seeking to obey the law, protect the innocent, and pursue fairness.

2.9 **Related Policies:**

2.9.1 WVUS Board Standing Policy

WV-000032

CONFIDENTIAL

·1.1-1.4, 3.7, and 6.2

2.9.2 WVUS Operational Polices:

·WVUS Policy Manual

2.9.3 World Vision International (WVI)

·WV Partnership Policy & Decision Manual

**3.0 Persons Affected/Scope**

This policy applies to all WVUS employees, interns, volunteers, and board members.

**4.0 Policy Owner**

4.1 All operational policies are developed, approved, and owned by the CEO/President as stated in the Board Standing Policy.

4.2 Human Resources is responsible for appropriately vetting any substantive changes to this policy before recommending changes for the President's approval.

**5.0 Definitions**

Christian Ethics and Business Conduct:  Through life, word and deed, WVUS staff must be committed to glorifying God and witnessing to His love in the person of His Son Jesus Christ in all aspects of their lives and work, calling others to a life-changing commitment to serve the poor in the name of Christ.  We seek to value and honor our staff and abide by biblically sound standards that bring honor to God and one another.  We desire to model Christ-like behavior at and away from work so that people will be drawn to placing their personal faith in Him and will follow His Compassionate Lordship.

**6.0 Procedures**

New employees are required to sign the WV Statement of Faith or Apostles Creed, review the WVUS Standards of Christian Ethics and Business Conduct, the on-line WVUS Policy Manual, and sign an acknowledgment attestation as part of their on-boarding process.  The WVUS Standards of Christian Witness and Business Conduct and Policy Manual are available to all WVUS staff via the WVUS Intranet.  HR provides mandatory New Employee Orientation (NEO) and management training surrounding World Vision's Mission, Vision, Core Values, and Standards of Christian Witness and Business Conduct. The Office of Accountability, Compliance, and Ethics (ACE) partners with other WVUS capacity building departments and units *(e.g. Finance, Grant Compliance, Human Resources, and Legal)* to ensure appropriate compliance training is provided to WVUS staff. ACE provides on-going ACE Awareness Messages via the WVUS Intranet surrounding important compliance and ethics issues and policies as part of the WVUS Compliance and Ethics education and training program.

**7.0 Appendices / Forms**

Standards of Conduct

WV-000033

CONFIDENTIAL

| | |
|---|---|
| Effective Date: | 28 Mar 2014 |
| Approved By: | Richard E Steema, President |
| Approved By: | Julie Reissier, SVP, Human Resources |
| Document History: | Administrative revision to reflect title approved by CLO and SVP HR: |

WV-000434

# EXHIBIT MF-16

CONFIDENTIAL

DCS Trainee Onboarding January 1, 2021

WV-006115

CONFIDENTIAL

DCS Trainee Onboarding January 1, 2021

WV-006116

CONFIDENTIAL

DCS Trainee Onboarding January 1, 2021

WV-006117

CONFIDENTIAL

DCS Trainee Onboarding January 1, 2021

WV-006118

# EXHIBIT MF-17

ER0562

Case 2:21-cv-00920-JLR   Document 28-17   Filed 04/11/23   Page 2 of 19



CONFIDENTIAL

World Vision

# WVUS
# CHRISTIAN
# WITNESS
# MESSAGING

Approved July 2021 by the WVUS president and CEO
CONFIDENTIAL: Document not for external distribution but to guide external conversations.

Guiding framework

WV-001124

ER0563



**INTRODUCTION**  How does World Vision witness to the gospel of Jesus Christ?

1 **COMMUNICATION GOAL**

2 OUR BASIS

3 THE CHALLENGE

4 OUR RESPONSE

5 OUR MESSAGE

Every current and potential donor and partner will clearly understand our mission to bear witness to Jesus Christ—through life, deed, word, and sign—in ways that encourage people to respond to the gospel of Jesus Christ.

 LIFE  DEED  WORD  SIGN

*Witness to Jesus Christ by life, deed, word, and sign that encourages people to respond to the gospel.*

—From World Vision's mission statement

CONFIDENTIAL – SENSITIVE

WV-001725

ER0564

CONFIDENTIAL
World Vision


**INTRODUCTION**  How does World Vision witness to the gospel of Jesus Christ?

**1 COMMUNICATION GOAL**

**WHY**
We bear witness to the gospel as an expression of our obedience to the biblical call to love God, love our neighbors, and make disciples (Matthew 22:37-40; 28:19-20). Showing people the love of Christ draws them to the cross of Christ.

**2 OUR BASIS**

**WHAT**
We believe that the good news of Jesus Christ is His offer of fullness of life in the kingdom of God through His death and resurrection. This fullness of life is to be experienced both here on earth and in heaven (John 10:10). We believe that poverty is both physical and spiritual, and that it is rooted in broken relationships with God, self, others, and the rest of creation. Fullness of life is not possible when such broken relationships and marred identities exist. These broken relationships are often caused by mindsets such as arrogance, racism, sexism, and tribalism and/or hopelessness, fear, ignorance, and lack of self-respect. These attitudes can in turn lead to personal and institutional injustice, violence, marginalization, passivity, and abuse of power.

**3 THE CHALLENGE**

**4 OUR RESPONSE**

**HOW**
We witness to the good news of restoration in the kingdom of God through life, deed, word, and sign to all people—donors and the children and families we serve. We seek to see God restore broken relationships as we take up the ministry of reconciliation. We strive to create mutually transforming connections that meet physical and spiritual needs wherever they exist. We desire that all people respond to the good news and grow in their faith in Jesus Christ.

**5 OUR MESSAGE**

CONFIDENTIAL



**World Vision**

## INTRODUCTION   ❯   How does World Vision witness to the gospel of Jesus Christ?



**1** COMMUNICATION GOAL

**2** OUR BASIS

**3** THE CHALLENGE

**4** OUR RESPONSE

**5** OUR MESSAGE

As we've experienced for ourselves, fullness of life is not possible where broken relationships and marred identities have led to physical and spiritual poverty. We were created to glorify God, reflect His image, love one another, and steward creation. But the devil and our own sinful nature have corrupted what God originally created as good (Romans 1:20-25).

> We believe that the world's most vulnerable children—those living in extreme poverty or fragile contexts—disproportionately bear the brunt of evil and broken relationships.

World Vision intentionally serves these highly vulnerable children, knowing that sustainable solutions to deep-rooted poverty require spiritual solutions and are only achievable when the child is the focus of development efforts and measurements of effectiveness. In many countries where World Vision serves, barriers such as marred identity, lack of opportunity, dependency, and fragility of governance limit people's ability to envision—and work toward—restored relationships and success in breaking the generational cycle of poverty.

CONFIDENTIAL


## INTRODUCTION ❯ How does World Vision witness to the gospel of Jesus Christ?



**1 COMMUNICATION GOAL**

**2 OUR BASIS**

**3 THE CHALLENGE**

**4 OUR RESPONSE**

**5 OUR MESSAGE**

All people—regardless of the context in which they were born—deserve the chance to know the love of God, learn about Jesus' offer of salvation, and experience fullness of life in God's kingdom. This is why World Vision chooses to work not only in contexts where Christianity is welcomed (Christian-majority and Christian-minority contexts) but ALSO in contexts where it is not (Restricted contexts). Our approach to witnessing to the gospel through the incarnational witness of our staff varies in each context—from simply shining the light of Christ's presence in Restricted contexts to fostering Christian discipleship in a Christian-majority context (1 Corinthians 9:19–23). It is our prayer that all people would experience healing from broken relationships, restoration of their identity in Christ, and movement toward a personal and ever-growing relationship with Jesus.

**This witness is done through:**

 **LIFE** *Demonstrating Christ's love and mercy with humility and grace*

 **DEED** *Acts of service through our programs that focus on emergency response, education, food security, economic empowerment, advocacy, and more*

 **WORD** *Our life testimonies, responding to questions, sharing the gospel and biblical truths where possible, and partnerships with churches*

 **SIGN** *Praying for and expecting answers to prayer, and pointing to God's miraculous provision*

CONFIDENTIAL

World Vision

## INTRODUCTION    How does World Vision witness to the gospel of Jesus Christ?

1. **COMMUNICATION GOAL**

2. **OUR BASIS**

3. **THE CHALLENGE**

4. **OUR RESPONSE**

5. **OUR MESSAGE**



God is at work restoring broken relationships around the world. We are participants in and witnesses to this miraculous work. Jesus' promise of fullness of life is for everyone—donors, partners, staff, and the most vulnerable children and families, who are near to the heart of God. Join us in this transformational mission.

ER0568



**FRAMEWORK**  How we **witness in different contexts**



**World Vision witnesses to the good news of Jesus Christ in different contexts that require different approaches.**

| MINISTRY CONTEXT | HOW WE WITNESS | OUR OBJECTIVE |
| --- | --- | --- |

 **Restricted**

These are places where overt witness to the good news of Christ is against the law or is politically sensitive. Very few Christian organizations operate in these contexts. Examples: Afghanistan, Syria, Iraq, Somalia (full list of countries available upon request).

 **Christian-majority and Christian-minority**

These are places where Christian witness is welcome, yet physical and spiritual poverty keep people from experiencing the fullness of life that Jesus offers. Examples: Guatemala, Kenya, Mexico, the Philippines, the United States, Zambia (full list of countries available upon request).

**CONFIDENTIAL – SENSITIVE**

WV-001130

ER0569



CONFIDENTIAL
World Vision



## FRAMEWORK  How we witness in different contexts

| MINISTRY CONTEXT | **HOW WE WITNESS** | OUR OBJECTIVE |
|---|---|---|



**World Vision witnesses to the good news of Jesus Christ in different contexts that require different approaches.**

 **Restricted**

In Restricted contexts, we witness by our Christian identity and presence; through life, deed, and sign (words more rarely and when advisable); and through biblical, faith-based approaches that are sensitively adapted to the specific context.

 **Christian-majority and Christian-minority**

In these contexts, we bear witness to the good news of Jesus Christ through biblically based approaches, often in partnership with local church and ministry organizations.



World Vision has two categories of programs for children and youth:

 Christian discipleship

 Spiritual nurture

CONFIDENTIAL
World Vision


## FRAMEWORK ⟩ How we witness in different contexts



**World Vision witnesses to the good news of Jesus Christ in different contexts that require different approaches.**

| MINISTRY CONTEXT | HOW WE WITNESS | OUR OBJECTIVE |
| --- | --- | --- |



**Christian presence\* (Restricted)**
Children develop curiosity about Jesus Christ as they see our witness through life, deed, and sign and experience our Christian presence. We pray that children would have opportunities to discover and experience God's love in Jesus.

**Spiritual nurture (Christian minority)**
Children experience and learn about God's love and the restoration of broken relationships through Jesus Christ.

**Christian discipleship (Christian-majority)**
Broken relationships are restored and children grow in their knowledge and experience of God's love in Jesus Christ.

\*Bearing witness through a life of Christian presence encompasses our work in every context. In most places (Christian-majority or Christian-minority), we also witness through deed, word, and sign.

CONFIDENTIAL
World Vision



## FRAMEWORK    How we witness in different contexts



| PROGRAMMING CONTEXT | Christian presence (Restricted) | Spiritual nurture (Christian-minority) | Christian discipleship (Christian-majority) |
|---|---|---|---|
| Faith program examples | Biblically based values education and programs such as Channels of Hope, Celebrating Families, and Empowered Worldview | Biblically based programs such as Channels of Hope, Celebrating Families, and Empowered Worldview (definitions on page 15) | Vacation Bible School, Sunday school, Bible clubs, afterschool and teen clubs, and summer camps in addition to the biblically based programs described in the previous contexts |
| Direct target of programs | • Children and families<br>• Other faith leaders<br>• Christian pastors where possible | • Children and families<br>• Pastors and church leaders | |
| Who carries out the program | Our Christian staff shine the light of Christ's presence as they conduct our programs, build trust with staff and partners of other faiths, and guide our faith-based work with local partners. | Our Christian staff demonstrate Christ's love through all our relief and development programs and through our partnerships with churches and other Christian ministries such as Awana, Child Evangelism Fellowship, Young Life, Youth For Christ, and Bible societies. | |




CONFIDENTIAL – SENSITIVE

WVUS CHRISTIAN WITNESS MESSAGING FRAMEWORK | 10

ER0572

Case: 24-3259  08/21/2024  DktEntry: 25.4  Page 175 of 283
Case 2:21-cv-00920-JLR  Document 28-17  Filed 04/11/23  Page 12 of 19

(175 of 283)



CONFIDENTIAL
**World Vision**

**FRAMEWORK**   **Summary statements**



LIFE

DEED

WORD

SIGN

### Restricted contexts

📍 **In Restricted contexts,** World Vision shines the light of Christ where we are often one of the few Christian organizations allowed to work. We work with "gentleness and respect" as 1 Peter 3:15 asks believers to do among people of other faiths. We consider it an honor to represent the love of Christ to everyone. We witness by our **Christian presence** through faith-based approaches in life, deed, and sign, sensitively adapted to the context to help children be aware of and develop curiosity about Jesus Christ. This ministry can be either directly to children and families by World Vision staff or in partnership with other leaders and partners.

### Christian-majority and Christian-minority contexts

📍 **In Christian-majority and Christian-minority contexts,** World Vision bears witness to Jesus Christ through biblically based approaches. Sometimes this is through **Christian discipleship** programs done in collaboration with other ministries that help children come to know Christ and grow in their faith. Sometimes it's through **spiritual nurture** programs, in which children experience and learn about God's love through Jesus. This ministry can be directly to children and their families or through pastors, church leaders, and even public school teachers as they prepare for afterschool Bible clubs. This is done either by World Vision staff or in partnership with other Christian churches or ministries, such as Awana, Child Evangelism Fellowship, Young Life, and Youth For Christ.

Case: 24-3259 08/21/2024 DktEntry: 25.4 Page 176 of 283
Case 2:21-cv-00920-JLR Document 28-17 Filed 04/11/23 Page 13 of 19

(176 of 283)



 **FRAMEWORK** › **Impact statements**

 Each year* around **2.8 million children** participate in our **Christian discipleship** programs.[1]

*Between 2015 and 2019

 Each year* around **3.5 million children** around the globe take part in World Vision–supported **spiritual nurture activities** that strengthen their faith and help them learn about God's love for them.

 Each year* World Vision trains more than **100,000 pastors, youth workers, and other Christian faith leaders** associated with the churches we support.

 World Vision shows God's love through our **Christian identity and presence** in **38 of the 57 countries** listed as fragile or violence-affected,** where extreme poverty has a firm grip—the margins of our world.

**Organisation for Economic Cooperation and Development

 Based on research done by World Vision, children of all faiths develop curiosity about the love of God as they experience (1) acts of love and kindness starting in their own families, (2) inexplicable blessings, or (3) God's work revealed in creation. Curiosity leads to awareness and eventually, we pray, to a knowledge of God in Jesus.

 For additional impact statements not approved for print, *please contact Torrey Olsen with the WVUS Faith & Development team in I&G.*



## FRAMEWORK  Context background

### Christian presence (Restricted) 

- In some areas, it's against the law or culturally forbidden to proclaim the gospel through word and distribution of Scripture. In these contexts, opposition to the gospel comes from those in power, not from the poor.

- We seek to find common ground but don't waver from our biblical beliefs.

- We collaborate with leaders and groups of different faiths, but we don't use our resources to promote other religions. Our work with those of other faiths focuses on shared values that are appropriate to the context and embraced by their faith traditions.

### Spiritual nurture (Christian-minority) 

- World Vision's spiritual nurture programming empowers children to grow in awareness of, knowledge of, and relationship with God.

- World Vision's biblically based approaches effectively help people address the broken relationships that keep them trapped in a cycle of poverty.

- World Vision believes that seeking justice and peace through restoring broken relationships—with God, self, others, and creation—is essential in ending spiritual and physical poverty.

### Christian discipleship (Christian-majority) 

- Many Christian faith leaders in developing countries lack resources and training, especially for teaching and discipling kids.

- In many developing countries, people operate out of fear of evil spirits, curses, and long-held beliefs in fatalism and superstition.

- While Christians make up nearly one third of the world's population, more than 3.2 billion people have never heard the good news of Jesus.[2]



**CONFIDENTIAL**
**World Vision**

**FRAMEWORK**  **Programmatic information**

 **Christian presence**
**(Restricted)**

**Spiritual nurture**
**(Christian-minority)**

**Christian discipleship**
**(Christian-majority)**

Through our Christian identity and presence, we confidently witness to the truth of the gospel in ways that are appropriate to each context, with the hope that people will see Jesus in us and be drawn to Him (Matthew 5:16).

> We respect the God-given dignity and right to self-determination of all people. We will never exploit the vulnerability of those we serve by coercing conversions.

> We know that God is already at work among all people, and we therefore relate to them with compassion and without discrimination. We do this with neither hesitation nor aggression, through life, deed, sign, and word where appropriate.

**PROGRAMS**

In many Restricted contexts, we are able to carry out our biblically based programs for adults: Channels of Hope, Celebrating Families, and Empowered Worldview.*

**Channels of Hope**

A biblically based program that integrates Scripture to engage and equip church and faith leaders to tackle specific issues in their community that affect child well-being.

**Celebrating Families**

A biblically based program that integrates Scripture to teach parents and caregivers how to be loving spouses and contributors to their children's faith and spiritual development.

**Empowered Worldview**

A biblically based program that integrates Scripture to help people restore their true identity in Christ, recognize their God-given value, and use their talents and resources to change their lives.

**CAUTION IN RESTRICTED CONTEXTS**

> In places where the government will not license us to work unless we hire local staff, we may hire people of other faiths. In these cases, our global policies ensure that leadership roles are filled by Christians.

> *Our local non-Christian staff offer invaluable knowledge about development work, local languages, cultures, roads, and authorities. They also serve as trusted liaisons with communities and government offices. As they work closely with World Vision's Christian leaders, many are drawn to Christ by seeing Him in the leaders' lives.*

> *We work in the most challenging places because we believe that God loves all people, is already at work everywhere, and wants every child to experience the fullness of life Jesus offers.*

WV-001137    CONFIDENTIAL – SENSITIVE

WVUS CHRISTIAN WITNESS MESSAGING FRAMEWORK | 14

**ER0576**



CONFIDENTIAL
World Vision

## FRAMEWORK  Programmatic information

| Christian presence (Restricted) |  Spiritual nurture (Christian-minority) | Christian discipleship (Christian-majority) |
|---|---|---|

Between 2015 and 2019, a yearly average of **3.5 million children** participated in our **spiritual nurture** activities that helped them grow in their awareness and knowledge of God's love and, where possible, a relationship with Jesus.

### PARTNERING WITH CHURCHES

> Between 2015 and 2019, World Vision annually trained more than 100,000 pastors, priests, youth workers, and other Christian faith leaders, many of whom are associated with the churches we support.

> World Vision celebrates the church's role in sustaining spiritual and social transformation in their communities both while World Vision is present and after we leave an area.

### PROGRAMS

Our three most important biblically based programs for adults are Channels of Hope, Celebrating Families, and Empowered Worldview.*

These programs mobilize pastors to apply scriptural truths to the key issues their communities face regarding marriage, health, economic empowerment, gender, and child protection.

**Channels of Hope**

A biblically based program that integrates Scripture to engage and equip church and faith leaders to tackle specific issues in their community that affect child well-being.

**Celebrating Families**

A biblically based program that integrates Scripture to teach parents and caregivers how to be loving spouses and contributors to their children's faith and spiritual development.

**Empowered Worldview**

A biblically based program that integrates Scripture to help people restore their true identity in Christ, recognize their God-given value, and use their talents and resources to change their lives.

*A fuller description of these programs is provided through the Christian Witness messaging training.

ER0577



**FRAMEWORK** > **Programmatic information**

| Christian presence (Restricted) | Spiritual nurture (Christian-minority) |  Christian discipleship (Christian-majority) |
|---|---|---|

Between 2015 and 2019, a yearly average of **2.8 million children** participated in **Christian discipleship** programs supported by World Vision. In contexts where it's possible to openly share the good news of Jesus' love, World Vision staff and our Christian child-ministry partners explain to interested children and youth how they can start and grow in a relationship with Jesus. They then aim to strengthen children's faith and apply it to each area of their lives by teaching about their identity in Christ, the power of prayer, and how to follow Jesus and bless others.

### PARTNERING WITH CHURCHES

> Between 2015 and 2019, World Vision annually trained or supported the ministry of more than 100,000 churches in over 60 countries.

> World Vision also partners with local churches and organizations like Young Life and Youth for Christ to reach and empower more young people with the good news. We do this by providing resources and support for programs like Vacation Bible School, Sunday school, Bible-based afterschool kids' and teens' clubs, church-based summer camps, community Bible reading, and WASH clubs based on the biblical curriculum created by World Vision called Jesus: The Source of Living Water.

> In partnership with Biblica, Tyndale, One Hope, and local Bible societies, World Vision facilitates access to at least 50,000 Bibles or New Testaments a year to those who desire to grow in their Christian faith.

### TRACKING DISCIPLESHIP, NOT CONVERSIONS

> While we consistently track the number of children in our discipleship programs, we rarely track first-time decisions for Christ. Information regarding conversions is rarely shared due to risks to staff and program security in sensitive contexts. If this information is absolutely required, World Vision will refer the request to or directly quote reports from church or Christian ministry partners.

Case: 24-3259  08/21/2024  DktEntry: 25.4  Page 181 of 283
Case 2:21-cv-00920-JLR  Document 28-17  Filed 04/11/23  Page 18 of 19

(181 of 283)



**CONFIDENTIAL**
**World Vision**

**FRAMEWORK**  **Stories of impact**

**Christian presence**
*(Restricted)*



## VIET NAM

**In Viet Nam,** the Living Values Development curriculum helps children understand how values such as honesty, humility, and responsibility can be expressed through attitudes and behaviors. This training for children and youth is paired with Celebrating Families workshops to help moms and dads learn positive parenting techniques. Because the government has seen the positive impact of this training on family relationships and child protection, they have allowed its use in communities.

**Spiritual nurture**
*(Christian-minority)*



## BANGLADESH

**In Bangladesh,** we're equipping faith leaders to become stronger advocates for kids. Through working with mostly Muslim faith leaders, we've helped prevent child marriages, secure the release of child laborers, and ensure birth registration for children who would otherwise lack a legal identity.

**Christian discipleship**
*(Christian-majority)*



## ZAMBIA

**In Zambia,** millions of people have no choice but to live with contaminated water. Water provides an ideal way for World Vision staff to share our faith. It opens doors to talk with community members about good health and Christ's character by using our biblical curriculum, *Jesus: The Source of Living Water.*

CONFIDENTIAL – SENSITIVE

**ER0579**

CONFIDENTIAL
World Vision



**CONCLUSION**  Our invitation



**God** is at work restoring broken relationships around the world, and we are participants in and witnesses to this miraculous work. Jesus' promise of fullness of life is for everyone—donors, partners, and the most vulnerable children and families in some of the world's toughest places. God is already in these places. Join us in this transformational mission.

[1] Statistics on pages 12, 15, and 16 referencing "Between 2015 and 2019" reflect changes from FY15 through FY19, as shown in the WVI Power Claims document.

[2] reachbeyond.org

 With questions or for more information, please contact Torrey Olsen with the WVUS Faith & Development team in IPG.

WVUS CHRISTIAN WITNESS MESSAGING FRAMEWORK | 18

ER0580

# EXHIBIT MF-18

CONFIDENTIAL

## World Vision United States' Standards of Conduct -for Employees -

The purpose of this document is to clarify World Vision United States' (WVUS) expectations of conduct for individuals considering employment with WVUS and for its employees.

WVUS is a faith based organization comprised of Christian employees from a variety of many church traditions and denominations including Anglican, Evangelical, Historic Protestant, Orthodox, Pentecostal, Roman Catholic, Wesleyan and other Trinitarian churches. As such, our employee population is a multi-denominational fellowship of Christians united by a shared doctrine described in the Apostles' Creed and/or WV's statement of faith.  We seek to be an organization that is "Christian" in every sense of the word; therefore, all staff represent WVUS – and more importantly, the Gospel of Jesus Christ – in their work as well as in their private lives.  While WVUS offers our programs to people in need, regardless of their religious beliefs and without proselytism, WVUS employees cannot separate who we are from what we do as we aim to work in a manner that draws people to Christ.  Words clarify the meaning of our deeds, deeds verify the integrity of our words about Jesus Christ, and signs are the acts of God in the midst of what we do and say

Through life, word and deed, WVUS staff must be committed to glorifying God and witnessing to His love in the person of His Son Jesus Christ in all aspects of their lives and work, calling others to a life-changing commitment to serve the poor in the name of Christ. We seek to value and honor our staff and abide by biblically-sound standards that bring honor to God and one another. We desire to model Christ-like behavior at and away from work so that people will be drawn to placing their personal faith in Him and will follow His compassionate Lordship.

It is impossible for World Vision to identify every form of behavior that we understand the Bible defines as acceptable and unacceptable to God.  Therefore, we have provided the following guidelines.  Our hope is that this information will help clarify expectations and assist candidates/employees in deciding whether or not WVUS is the right place for them to serve the Lord.  If further clarity on our conduct policy is needed, candidates/employees are encouraged to talk with their recruiter and/or HR Business Partner.

1.  **How can I know what WVUS considers "biblically-sound standards" and behavior "consistent with our Christian commitment and witness"?**

    *World Vision acknowledges that "all have sinned and fall short of the glory of God, and are justified freely by His grace through the redemption that came by Christ Jesus." (Romans 3:23-24)  WVUS is not looking for "perfect" human beings, but repentant followers of Jesus.  Open, ongoing, unrepentant sin is not acceptable at World Vision. We recognize that singling out certain behaviors as unacceptable requires drawing a line based on the determination of whether that particular behavior is: disruptive in the workplace, reflects poorly on the name of Christ or WVUS' reputation, distracts us from our core mission, compromises the safety of oneself or others or is likely to be offensive or off-putting to our donors and/or church partners.  Christians may sincerely reach different conclusions on some behaviors; but for this private organization, the Board of Directors and senior management of WVUS discern and establish the standards to be upheld by employees.  Rather than trying to itemize behavioral do's and don'ts, consider the following Biblical guidelines:*

    A.  ***Does this behavior, wherever engaged in, glorify God?  Does it cause others to praise your Heavenly Father?  Is it worthy of Jesus Christ?*** [See Matthew 5:16; Colossians 1:9-12; I Corinthians 10:31-11:1; Ephesians 4:22-24]

CONFIDENTIAL

B. ***Does it build up other Christians and encourage love and good deeds?*** [See Hebrews 10:23-25; Ephesians 4:1-3; 15-16; Ephesians 5:3-4; Colossians 3:15-17]

C. ***Is it loving?*** [See John 13.34-35; Ephesians 5:1-2; Galatians 5:13]

D. ***Does it advance truth and truthfulness?*** [See I John 1:5-7; 3:18; Ephesians 4:25; 2 Timothy 2:15]

E. ***Is it good stewardship, i.e., a responsible way to use God-given time, talent and resources?*** [See I Peter 4:10; Ephesians 2:10; Colossians 3:23-24]

F. ***Is this behavior consistent with the teachings of scripture?*** [See Philippians 1:27; Titus 2:11-12; Galatians 5:22-25; Romans 13:13-14; Matthew 19:4-5; Proverbs 26:20; I Corinthians 6:9-10; 6:12-13; 6:17-19; Philippians 4:8]

Note: Scripture verses mentioned above can be found in Attachment I of this document. Unless otherwise noted, Scripture is quoted from Today's New International Version (TNIV)

## 2. Does WVUS have the right to have such standards that address my behavior outside as well as during my work hours?

*Yes, it does under decades of well-established law. The religious freedom guaranteed in the First Amendment to the U.S. Constitution as well as a number of federal statutes (including the Civil Rights Act of 1964) guarantee that a church or religious association such as WVUS has the right to consider religious criteria in employment matters. This includes the right to set and apply to job applicants and employees standards of conduct that are based on sincere religious belief.*

## 3. Do WVUS's standards apply to my private relationships or conduct outside of the workplace?

*Yes. We are Christian 24/7, not just while we are in the office. While WVUS seeks to respect the privacy of its employees, one's life away from work is an important component of one's witness as a Christian. As a Christian organization WVUS expects biblically-faithful conduct both within and outside the workplace to ensure that conduct of our employees reinforces, and does not divert our focus from, our core mission: to serve the poor in the name of Christ.*

*Any behavior inside or outside the workplace which becomes: disruptive in the workplace, reflects poorly on the name of Christ or WVUS's reputation, distracts us from our core mission, compromises the safety of oneself or others, or is likely to be offensive or off-putting to our donors and/or church partners, may be grounds for discipline or dismissal.*

*Examples of these behaviors include, but are not limited to:*
- *substance or alcohol over use or abuse;*
- *harassment of any type;*
- *child or spousal abuse or neglect;*
- *sexual exploitation and trafficking in persons (human trafficking)*
- *theft, fraud, embezzlement, corruption, bribery, misappropriations, or inappropriate removal or possession of property belonging to WVUS, a co-worker, or a vendor;*
- *greed and indifference to the needs of the poor;*
- *sexual conduct outside the Biblical covenant of marriage between a man and a woman;*
- *malicious gossip;*
- *fighting or threatening violence; etc.*

WVUS expects that all individuals who accept an offer of employment with WVUS will try to the best of their abilities to conduct themselves according to these expectations. WVUS reserves the right to define acceptable conduct for WVUS staff and to end the employment of an individual who fails to comply with these expectations.

WV-000036

ER0583

CONFIDENTIAL

**ATTACHMENT I**
**SCRIPTURE QUOTES**

## A. DOES IT GLORIFY GOD? DOES IT CAUSE OTHERS TO PRAISE YOUR HEAVENLY FATHER? IS IT WORTHY OF JESUS CHRIST?

- Matthew 5:16:  "In the same way, let your light shine before others, that they may see your good deeds and glorify your Father in heaven."

- Colossians 1:9-12: "We continually ask God to fill you with the knowledge of his will through all the wisdom and understanding that the Spirit gives,  so that you may live a life worthy of the Lord and please Him in every way: bearing fruit in every good work, growing in the knowledge of God,  being strengthened with all power according to his glorious might so that you may have great endurance and patience,  and giving joyful thanks to the Father, who has qualified you to share in the inheritance of his people in the kingdom of light."

-  1 Corinthians 10:31–11:1: "So whether you eat or drink or whatever you do, do it all for the glory of God. Do not cause anyone to stumble, whether Jews, Greeks or the church of God— even as I try to please everybody in every way.  For I am not seeking my own good, but the good of many, so that they may be saved.  Follow my example, as I follow the example of Christ."

- Ephesians 4:22–24:  "You were taught, with regard to your former way of life, to put off your old self, which is being corrupted by its deceitful desires; to be made new in the attitude of your minds;  and to put on the new self, created to be like God in true righteousness and holiness."

## B. DOES IT BUILD UP OTHER CHRISTIANS AND ENCOURAGE LOVE AND GOOD DEEDS?

- Hebrews 10:23-25: "Let us hold unswervingly to the hope we profess, for he who promised is faithful.  And let us consider how we may spur one another on toward love and good deeds,  not giving up meeting together, as some are in the habit of doing, but encouraging one another—and all the more as you see the Day approaching."

- Ephesians 4:1-3; 15-16: ". . . I urge you to live a life worthy of the calling you have received.  Be completely humble and gentle; be patient, bearing with one another in love.  Make every effort to keep the unity of the Spirit through the bond of peace."   ". . . speaking the truth in love, we will in all things grow up into Him who is the head, that is, Christ.  From Him the whole body, joined and held together by every supporting ligament, grows and builds itself up in love, as each part does its work."

- Ephesians 5:3-4:"But among you there must not be even a hint of sexual immorality, or of any kind of impurity, or of greed, because these are improper for the Lord's people. Nor should there be obscenity, foolish talk or coarse joking, which are out of place, but rather thanksgiving."

- Colossians 3:15-17: "Let the peace of Christ rule in your hearts, since as members of one body you were called to peace. And be thankful.  Let the message of Christ dwell among you richly as you teach and admonish one another with all wisdom through psalms, hymns and songs from the Spirit, singing to God

3

ER0584

with gratitude in your hearts. And whatever you do, whether in word or deed, do it all in the name of the CONFIDENTIAL
Lord Jesus, giving thanks to God the Father through him."

## C.  IS IT LOVING?

- John 13:34-35:  "A new command I give you:  Love one another.  As I have loved you, so you must love one another.  By this everyone will know that you are my disciples, if you love one another."

- Ephesians 5:12:  "Follow God's example, therefore, as dearly loved children and walk in the way of love, just as Christ loved us and gave himself up for us as a fragrant offering and sacrifice to God."

- Galatians 5:13: "You, my brothers and sisters, were called to be free. But do not use your freedom to indulge the sinful nature; rather, serve one another humbly in love."

## D.  DOES IT ADVANCE TRUTH AND TRUTHFULNESS?

- 1 John 3:18:  "Dear children, let us not love with words or tongue but with actions and in truth."

- Ephesians 4:25: "Therefore each of you must put off falsehood and speak truthfully to your neighbor, for we are all members of one body."

- 2 Timothy 2:15: "Do your best to present yourself to God as one approved, a worker who does not need to be ashamed and who correctly handles the word of truth."

- 1 John 1:5-7: "This is the message we have heard from Him and declare to you: God is light; in Him there is no darkness at all.  If we claim to have fellowship with Him and yet walk in the darkness, we lie and do not live out the truth.  But if we walk in the light, as he is in the light, we have fellowship with one another, and the blood of Jesus, his Son, purifies us from all sin."

## E.  IS IT GOOD STEWARDSHIP (i.e., A RESPONSIBLE WAY TO USE GOD-GIVEN TIME, TALENT AND TREASURE/RESOURCES?

- 1 Peter 4:10:  "Each of you should use whatever gift you have received to serve others, as faithful stewards of God's grace in its various forms."

- Ephesians 2:10:  "For we are God's workmanship, created in Christ Jesus to do good works, which God prepared in advance for us to do."

- Colossians 3:23-24: "Whatever you do, work at it with all your heart, as working for the Lord, not for human masters,  since you know that you will receive an inheritance from the Lord as a reward. It is the Lord Christ you are serving."

## F.    IS THIS BEHAVIOR CONSISTENT WITH THE TEACHINGS OF SCRIPTURE?

- Philippians 1:27:  "Whatever happens, as citizens of heaven live in a manner worthy of the gospel of Christ.  Then, whether I come and see you or only hear about you in my absence, I will know that you stand firm in the one Spirit, striving together with one accord for the faith of the gospel."

WV-000038

ER0585

CONFIDENTIAL

- Titus 2:11-12: "For the grace of God has appeared that offers salvation to all people. It teaches us to say 'No' to ungodliness and worldly passions, and to live self-controlled, upright and godly lives in this present age."

- Galatians 5:22-25: "But the fruit of the Spirit is love, joy, peace, patience, kindness, goodness, faithfulness, gentleness and self-control. Against such things there is no law. Those who belong to Christ Jesus have crucified the sinful nature with its passions and desires. Since we live by the Spirit, let us keep in step with the Spirit."

- Romans 13:13-14: "Let us behave decently, as in the daytime, not in carousing and drunkenness, not in sexual immorality and debauchery, not in dissension and jealousy. Rather, clothe yourselves with the Lord Jesus Christ, and do not think about how to gratify the desires of the sinful nature."

- Matthew 19:4-5: "Haven't you read, he replied, "that at the beginning the Creator 'made them male and female,' and said, 'For this reason a man will leave his father and mother and be united to his wife, and the two will become one flesh'?"

- Proverbs 26:20: "Without wood a fire goes out; without a gossip a quarrel dies down."

- I Corinthians: 6:9-10; 6:12-13; 6:17-19: "Do you not know that the wicked will not inherit the kingdom of God? Do not be deceived: neither the sexually immoral nor idolaters nor adulterers nor male prostitutes nor homosexual offenders….will inherit the kingdom of God. 'I have the right to do anything', you say— but not everything is beneficial. 'I have the right to do anything'—but I will not be mastered by anything. You say, 'Food for the stomach and the stomach for food, and God will destroy them both.' The body, however, is not meant for sexual immorality but for the Lord, and the Lord for the body. But whoever is united with the Lord is one with Him in spirit. Flee from sexual immorality. All other sins people commit are outside their bodies, but those who sin sexually sin against their own bodies. Do you not know that your bodies are temples of the Holy Spirit, who is in you, whom you have received from God? You are not your own . . ."

- Philippians 4:8: "Finally, brothers and sisters, whatever is true, whatever is noble, whatever is right, whatever is pure, whatever is lovely, whatever is admirable – if anything is excellent or praiseworthy – think about such things."

WV-000039

ER0586

# EXHIBIT MF-19

ER0587

CONFIDENTIAL

**FREQUENTLY ASKED QUESTIONS**
**Christian Commitment and Witness**
**Standards of Conduct**

The purpose of this document is to provide a resource for clarity to employees and employment candidates regarding World Vision's expectations for Christian Commitment and Witness related to the words that we use, and how we conduct our lives.

Through word and deed, WVUS staff must be committed to glorifying God and witness to His love in the person of His Son Jesus Christ in all aspects of their lives and work, calling others to a life-changing commitment to serve the poor in the name of Christ. We seek to value and honor our staff and abide by biblically-sound standards and expectations that bring honor to God and one another. We desire to model Christ-like behavior, at and away from work, so that people will be drawn to placing their personal faith in Him and follow His compassionate Lordship. Effective Christian witness is first expressed in the lives of staff and how we love and serve. We are Christians from a variety of over 35 church traditions including Anglican, Evangelical, Historic Protestant, Orthodox, Pentecostal, Roman Catholic, Wesleyan and other Trinitarian churches. Because all staff share a common Statement of Faith, because we seek to be an organization that is "Christian" in every sense of the word, and because all staff represent WVUS – and more importantly, the Gospel of Jesus Christ – in their work as well as in their private lives, we expect our staff to consistently conduct themselves with honesty and integrity. As our programs are offered to people in need, regardless of their religious beliefs and without proselytism, we cannot separate who we are from what we do as we aim to work in a manner that draws people to Christ. Words clarify the meaning of our deeds, deeds verify the integrity of our words about Jesus Christ, and signs are the acts of God in the midst of what we do and say.

It is impossible for World Vision to list all forms of acceptable and unacceptable behavior. Therefore, we have provided answers to some frequently asked questions. It is our hope that this information will help clarify expectations. If further clarity is needed, employees are encouraged to talk with their managers and/or their HR generalists; employment candidates are encouraged to talk with the recruiter.

## FAQs:

Note: Scripture references are provided within the FAQ's. The scripture is written out at the end of this document.

1. **How can I know what WVUS considers "biblically-sound standards" and behavior "consistent with our Christian commitment and witness"?**

   *Christians may sincerely reach different conclusions on some behaviors. But for this private organization, the Board of Directors of WVUS discerns the standards to be upheld by employees. World Vision acknowledges that "all have sinned and fall short of the glory of God, and are justified freely by His grace through the redemption that came by Christ Jesus." (Romans 3:23-24) Open, ongoing, unrepentant sin is not acceptable at World Vision. Rather than trying to itemize behavioral do's and don'ts, consider the following Biblical guidelines:*

   A. ***Does it glorify God? Does it cause others to praise your Heavenly Father? Is it worthy of Jesus Christ?*** [See Colossians 1:9-12; I Corinthians 10:31-11:1; Ephesians 4:22-24]
   B. ***Does it build up other Christians and encourage love and good deeds?*** [See Hebrews 10:23-25; Ephesians 4:1-3; 15-16; Ephesians 5:3-4; Colossians 3:15-17]
   C. ~~***Is it loving?***~~ [See Galatians 5:13; 22-26; John 13.34-35; Ephesians 5:1-2]
   D. ~~***Does it advance truth and truthfulness?***~~ [See I John 1:5-7; 3:18; Ephesians 4:25; 2 Timothy 2:15]
   E. ***Is it good stewardship, i.e., a responsible way to use God-given time, talent and resources?*** [See I Peter 4:10; Ephesians 2:10; Colossians 3:23-24]
   F. ***Does it express sexuality solely within a faithful marriage between a man and a woman?*** [See Hebrews 13:4; Romans 13:13-14; I Corinthians 6:9-10; 12-13; 17-19; I Thessalonians 4:3-5]

2. **Does WV have the right to have such standards that address my behavior outside as well as during my work hours?**
   *Yes, it does under long and well-established law. The religious freedom guarantee in the First Amendment to the U.S. Constitution as well as a number of federal statutes (including the Civil Rights Act of 1964) guarantee that a church or religious association like WVUS has the right to consider religious criteria in employment matters. This includes the right to set and apply to job applicants and employees standards of conduct that are based on sincere religious belief.*

3. **Do WV's standards apply to my private relationships?**

   *Yes. WVUS seeks to respect the privacy of its employees. However, even your life away from work is an important component of your witness as a Christian and it is subject to WVUS's Standards of Conduct. For example, being sexually active with someone other than your spouse of the opposite sex fails WVUS' Standard of Conduct. If that behavior becomes known to WVUS it can result in adverse employment action, up to and including termination. Any action taken by WVUS will be consistent with the*

WV-004694

CONFIDENTIAL

*principles described in Section 1 above (i.e. open, ongoing and unrepentant sin is not acceptable).  By adhering to this Standard, WVUS seeks to honor the Biblical model of a monogamous heterosexual marriage.*

**SCRIPTURE QUOTES**

Note:  Scripture is quoted from Today's New International Version (TNIV) unless noted otherwise.

**A.  DOES IT GLORIFY GOD? DOES IT CAUSE OTHERS TO PRAISE YOUR HEAVENLY FATHER?  IS IT WORTHY OF JESUS CHRIST?**

- Colossians 1:9-12: "We continually ask God to fill you with the knowledge of his will through all the wisdom and understanding that the Spirit gives,  so that you may live a life worthy of the Lord and please Him in every way: bearing fruit in every good work, growing in the knowledge of God,  being strengthened with all power according to his glorious might so that you may have great endurance and patience, and giving joyful thanks to the Father, who has qualified you to share in the inheritance of his people in the kingdom of light."

- 1 Corinthians 10:31–11:1: "So whether you eat or drink or whatever you do, do it all for the glory of God. Do not cause anyone to stumble, whether Jews, Greeks or the church of God— even as I try to please everybody in every way. For I am not seeking my own good, but the good of many, so that they may be saved.  Follow my example, as I follow the example of Christ."

- Ephesians 4:22–24: "You were taught, with regard to your former way of life, to put off your old self, which is being corrupted by its deceitful desires; to be made new in the attitude of your minds;  and to put on the new self, created to be like God in true righteousness and holiness."

**B.  DOES IT BUILD UP OTHER CHRISTIANS AND ENCOURAGE LOVE AND GOOD DEEDS?**

- Hebrews 10:23-25: "Let us hold unswervingly to the hope we profess, for he who promised is faithful.  And let us consider how we may spur one another on toward love and good deeds,  not giving up meeting together, as some are in the habit of doing, but encouraging one another—and all the more as you see the Day approaching."

- Ephesians 4:1-3; 15-16: ". . . I urge you to live a life worthy of the calling you have received.  Be completely humble and gentle; be patient, bearing with one another in love.  Make every effort to keep the unity of the Spirit through the bond of peace."  ". . . speaking the truth in love, we will in all things grow up into Him who is the head, that is, Christ.  From Him the whole body, joined and held together by every supporting ligament, grows and builds itself up in love, as each part does its work."

- Ephesians 5:3-4:"But among you there must not be even a hint of sexual immorality, or of any kind of impurity, or of greed, because these are improper for the Lord's people. Nor should there be obscenity, foolish talk or coarse joking, which are out of place, but rather thanksgiving."

- Colossians 3:15-17: "Let the peace of Christ rule in your hearts, since as members of one body you were called to peace. And be thankful.  Let the message of Christ dwell among you richly as you teach and admonish one another with all wisdom through psalms, hymns and songs from the Spirit, singing to God with gratitude in your hearts. And whatever you do, whether in word or deed, do it all in the name of the Lord Jesus, giving thanks to God the Father through him."

**C.  IS IT LOVING?**

- Galatians 5:22-26:  "But the fruit of the Spirit is love, joy, peace, patience, kindness, goodness, faithfulness, gentleness and self-control. Against such things there is no law.  Those who belong to Christ Jesus have crucified the sinful nature with its passions and desires. Since we live by the Spirit, let us keep in step with the Spirit.  Let us not become conceited, provoking and envying each other."

- Ephesians 5:12:  "Follow God's example, therefore, as dearly loved children and walk in the way of love, just as Christ loved us and gave himself up for us as a fragrant offering and sacrifice to God."

- Galatians 5:13: "You, my brothers and sisters, were called to be free. But do not use your freedom to indulge the sinful nature; rather, serve one another humbly in love."

WV-004695

ER0589

CONFIDENTIAL

**D.  DOES IT ADVANCE TRUTH AND TRUTHFULNESS?**

- 1 John 3:18:  "Dear children, let us not love with words or tongue but with actions and in truth."

- Ephesians 4:25: "Therefore each of you must put off falsehood and speak truthfully to your neighbor, for we are all members of one body."

- 2 Timothy 2:15: "Do your best to present yourself to God as one approved, a worker who does not need to be ashamed and who correctly handles the word of truth."

- 1 John 1:5-7: "This is the message we have heard from Him and declare to you: God is light; in Him there is no darkness at all.  If we claim to have fellowship with Him and yet walk in the darkness, we lie and do not live out the truth.  But if we walk in the light, as he is in the light, we have fellowship with one another, and the blood of Jesus, his Son, purifies us from all sin."

**E.  IS IT GOOD STEWARDSHIP (i.e., A RESPONSIBLE WAY TO USE GOD-GIVEN TIME, TALENT AND TREASURE/RESOURCES?**

- 1 Peter 4:10:  "Each of you should use whatever gift you have received to serve others, as faithful stewards of God's grace in its various forms."

- Ephesians 2:10:  "For we are God's workmanship, created in Christ Jesus to do good works, which God prepared in advance for us to do."

- Colossians 3:23-24: "Whatever you do, work at it with all your heart, as working for the Lord, not for human masters,  since you know that you will receive an inheritance from the Lord as a reward. It is the Lord Christ you are serving."

**F.      DOES IT EXPRESS SEXUALITY SOLELY WITHIN A FAITHFUL MARRIAGE BETWEEN A MAN AND A WOMAN?**

- Hebrews 13:4:  "Marriage should be honored by all, and the marriage bed kept pure, for God will judge the adulterer and all the sexually immoral."

- Romans 13:13-14: "Let us behave decently, as in the daytime, not in carousing and drunkenness, not in sexual immorality and debauchery, not in dissension and jealousy. Rather, clothe yourselves with the Lord Jesus Christ, and do not think about how to gratify the desires of the sinful nature."

- 1 Corinthians 6:9-10; 6:12-13; 17-19: "Do you not know that the wicked will not inherit the kingdom of God?  Do not be deceived: neither the sexually immoral nor idolaters nor adulterers nor male prostitutes nor homosexual offenders….will inherit the kingdom of God. 'I have the right to do anything,' you say—but not everything is beneficial. 'I have the right to do anything'—but I will not be mastered by anything.  You say, 'Food for the stomach and the stomach for food, and God will destroy them both.' The body, however, is not meant for sexual immorality but for the Lord, and the Lord for the body.  But whoever is united with the Lord is one with Him in spirit. Flee from sexual immorality. All other sins people commit are outside their bodies, but those who sin sexually sin against their own bodies.  Do you not know that your bodies are temples of the Holy Spirit, who is in you, whom you have received from God? You are not your own; . . ."

- I Thessalonians 4:3-5: "It is God's will that you should be sanctified: that you should avoid sexual immorality;  that each of you should learn to control your own body  in a way that is holy and honorable,  not in passionate lust like the pagans, who do not know God;. . .."

NOTE: According to Strong's Concordance, the Greek word for "sexual immorality" ("fornication" in the King James Version) means illicit sexual intercourse" to include adultery, homosexuality and fornication.

The dictionary definition of "Fornication" refers to "voluntary sexual intercourse between two unmarried persons or two persons not married to each other." (www.dictionary.com)

WV-004696

# EXHIBIT MF-20

ER0591

Do you hire LGBTQ individuals? CONFIDENTIAL



COMMONLY ASKED QUESTIONS

# Do you hire LGBTQ individuals?

Published 2/18/2022

### *People of any sexual orientation can work at World Vision as long as they agree with our statement of faith and abide by our conduct policy.*

World Vision has the freedom to hire people who live out biblical standards of conduct. We expect all employees, regardless of sexual orientation, to live by these standards, outlined in our conduct policy, including remaining celibate outside of marriage. It's our deeply held belief that marriage is a Biblical covenant between a man and a woman. This is made clear to people applying to work at World Vision.

We understand that some Christians might not agree with our stance, but our standards reflect our interpretation of Scripture. Working at World Vision may not be for everyone.

ER0592

# EXHIBIT MF-21

ER0593

CONFIDENTIAL

Donor Contact Services / References / Escalated Topics   Share ··· 

# Hiring Practices

Created by Cleo Lujan-Eckhart
Last updated: Mar 11, 2022 • 8 min read

### General Statement

World Vision exists to bring life in all its fullness to children and their communities (John 10:10). At the core of our mission and identity is our faith. Who we hire determines what we do, how we do it, and where we go as an organization. It is an entirely of foundational creed and conduct is essential to our mission to serve Christ, as well as our Christian witness to the world.

View our Statement of Faith and the Apostles' Creed.

### Employees Must be Christian

World Vision U.S. is both an equal opportunity employer and a faith-based religious organization. This means that we conduct hiring without regard to race, color, ancestry, national origin, citizenship, age, sex, marital status, parental status, membership in any labor organization, political ideology, and disability or an otherwise qualified individual. The status of World Vision U.S. as a faith-based equal opportunity employer permits us to hire staff based on their Christian religious beliefs so that all staff share the same religious commitment.

The Civil Rights Act of 1964, Section 702 42 USC 2000e-1(A) provides World Vision U.S. the right to hire only candidates who agree with World Vision's Statement of Faith and/or the Apostles' Creed which is found under the Equal Opportunity Employer section on our website at: http://www.worldvision.org/about-us/job-opportunities/working-for-world-vision .

### Hiring of Christians may be Viewed as Discrimination

The Civil Rights Act of 1964 allows religious groups to maintain their faith-based identities by limiting their hiring to those who share their faith. Our faith-based organizations – Muslim, Jewish, Hindu, Buddhist, or Christian – should be forced to change as organizational identity and culture in order to receive public funds, so long as those funds are used as they are intended: to deliver effective social services and not promote any religious beliefs. World Vision has been receiving federal funds for our work serving the poor for more than 25 years – not because we are Christian, but because of the quality of our programs.

### Hiring Outside the U.S.

Regarding World Vision's hiring practices, it is our policy that, whenever and wherever possible, staff are selected based on their skills for the position and their faith in Jesus Christ. However because God calls us to work in places where the practice of Christianity may be illegal or where other religions are prevalent, there may not be qualified local Christians. As a result, exceptions to our policy may be made. In countries where Christians are a minority, we do employ people of other faiths – or people of no faith. Those in senior leadership roles, however, are required to meet World Vision's standards of Christian commitment and professional competence.

For additional information, we encourage you to visit https://www.worldvision.org/about-us/job-opportunities

Employment information, both here and abroad, can be found at https://www.worldvision.org/about-us/jobs-opportunities/jobs

### Employment and Sexual Orientation

We don't ask pre-employment questions concerning one's sexual orientation during the applicant process. We don't and don't force employment to those with a same-sex orientation once they express that all employees, regardless of orientation, abide by our standards of conduct, which among other things requires employees to remain abstinent outside of marriage between a man and a woman.

We honor employees' privacy, assume the best about their commitments to abide by our standards of conduct, and didn't look for involvement in the private lives of individuals. We take employees at their word to respect their private lives, unless we have facts to the contrary. Our response to potential violations of our standards of conduct that come to our attention is to first ask employees about the situation and treat our employees with sensitivity, discretion, and care, along with providing an opportunity to align with our standards of conduct.

### Benefits to Spouses of Employees in Same-Sex Marriages

The statement below was provided by Risk with approval from HR and Legal:

No, we do not offer benefits to someone in a same-sex marriage as we believe the Biblical endorsement of marriage between a man and a woman.

### Media Coverage

~ 2010 Court of Appeals Ruling over lawsuit by former World Vision Employee

WV-002849

CONFIDENTIAL

We applaud the August 23, 2010, ruling by the U.S. Court of Appeals for the Ninth Circuit, upholding our legally protected practice of hiring people of like-minded faith. The tenets of the faith at issue in this case are foundational to our definition of Christian.

The ruling affirmed that World Vision, U.S. qualifies as a religious organization under the 1964 Civil Rights Act. Our Christian faith has been the foundation of our work since the organization was established in 1950, and our hiring policy is vital to the integrity of our mission to serve the poor as followers of Jesus Christ.

World Vision's Statement of Faith, or the alternative, the Apostles' Creed, is consistent with all orthodox expressions of the Christian faith. Belief in the Trinity and the divinity of Christ is what unites Roman Catholics and Protestants, including evangelicals and Pentecostals as well as Russian Orthodox Christians, and others.

World Vision U.S. is both an equal opportunity employer and a faith-based religious organization. This means that we conduct hiring without regard to race, color, ancestry, national origin, citizenship, age, sex, marital status, parental status, membership in any labor organization, political ideology, or disability of an otherwise qualified individual. The status of World Vision U.S. as a faith-based equal opportunity employer permits the organization to hire staff based on their Christian religious beliefs so that all staff share the same religious commitment.

Pursuant to the Civil Rights Act of 1964, Section 702 42 USC 2000E-1(A), World Vision U.S. has the right to, and does, hire only candidates who agree with World Vision's Statement of Faith and/or the Apostles' Creed (http://www.worldvision.org/about-us/_____faith-our-_____vision), which can be found under the Equal Opportunity Employer section.

To learn more about our Christian identity and hiring practices, please visit our website (http://www.worldvision.org/about-us/job-opportunities/who-we-are).

World Vision does not discriminate on the basis of religion when it comes to distributing aid. In fact, we work in many countries where there are few, if any, Christians, and where Christian teaching is not welcome. In all cases, we abide by local laws and respect local customs. Where we have a common goal such as preventing the spread of HIV or helping survivors of a disaster, we work with local religion leaders of many faiths.

We'll continue to vigorously defend our organization's freedom to hire employees who share our faith, as do other religious organizations, whether Muslim, Buddhist, Jewish, or Christian.

- April 2012 Christianity Today article on USAID grantee policy on sexual orientation

An article in the April 2012 issue of Christianity Today magazine highlights USAID asking grantees to develop anti-discrimination policies regarding sexual orientation. Here is a link to the story: http://_____.com/ct/2012/april/USAID-policy-hiring.html .

Please use the following points to respond to any donor inquiries about the article:

- Because our faith is essential to our work and our identity, all employees of World Vision in the US are asked to affirm our shared statement of faith and due to this by the standards which our board of directors has established as representing our faith community.

- World Vision does not discriminate in our hiring based on race, gender, age, nationality or sexual orientation. However, we do set a high standard of expected conduct for our employees - both inside and outside of the workplace - which is derived from our understanding of biblically based principles and teachings.

- With regard to the issue of sexuality, we expect celibacy for all unmarried employees, whether heterosexual or homosexual in orientation. World Vision accepts the traditional teaching of scripture that sexuality was intended to be expressed only within marriage and that marriage is a God-ordained covenant between a man and a woman.

- World Vision expects all of our employees to act with love and kindness toward all people. As a result, through our work we equally serve all people regardless of sexual orientation, race, religion, ethnicity, or gender.

If you are unable to address questions using the talking points provided or the call is from a journalist/reporter, please email the caller's questions and contact info to DCSCommunication.

- June 2015 Supreme Court's Decision on Gay Marriage

The Supreme Court's ruling does not affect faith-based organizations like World Vision US. Our Christian faith is central to our work and identity and we maintain a practice of hiring those who share our faith in religious belief, observance and practice. The right of World Vision US to practice hiring only Christians was affirmed in 2010 in the federal appeals court under the Civil Rights Act of 1964, which protects the practice of hiring people who share the same religious beliefs and practice standards.

### Q&A

**What is World Vision US's opinion of the Supreme Court's decision to recognize SSM as a constitutional right?**

World Vision US believes marriage is a biblical covenant between a man and a woman and will continue to uphold our standards of conduct reflecting that belief.

**Does this ruling impact World Vision US's hiring practice?**

The ruling does not affect World Vision US's hiring practices like World Vision US. Our Christian faith is central to our work and identity and we maintain a practice of hiring those who share our faith and conduct standards. The right of World Vision US to practice hiring only Christians was affirmed in 2010 in the federal appeals court under the Civil Rights Act of 1964, which protects the practice of hiring people who share the same religious beliefs and conduct standards.

**Does the decision have any impact on World Vision US's work globally or in the U.S.?**

No.

**Will the WVUS President and Board of Directors have to modify that year's employee conduct policy reverse?**

No, the decision made last March 26, 2014, remains in effect.

**Where does your organization stand for common mission?**

World Vision US believes the bible teaches that marriage is a covenant between a man and a woman.

WV-002850

CONFIDENTIAL

**Does this ruling affect World Vision US's tax-exempt status?**

No, it does not affect our tax-exempt status. Contributions to World Vision US remain fully deductible by donors and its revenue fully exempt from government taxation.

**Does this ruling affect World Vision US's eligibility for federal grants?**

No.

**Does World Vision US consider hiring people unwilling to comply with the standards of conduct policy?**

No. A part of the candidate qualifying process includes reviewing their willingness to comply with the standards of conduct, which will not change as a result of the ruling. Those candidates who cannot both the job criteria and biblical conduct criteria are considered fully qualified according to our standards da

**Has World Vision US fired people for being either practicing or celibate homosexuals?**

No. However, World Vision US does have sexual conduct expectations, delineated in our conduct policy, which impact both heterosexual and same-sex attracted individuals. World Vision US does not ask applicants or employees about their sexual orientation and that has never been grounds for termination.

**Would World Vision US fire an employee for committing to an active homosexual lifestyle?**

Yes, if the employee is unwilling to bring his or her conduct into compliance with World Vision's conduct policy. If we became aware of such a situation, we would discuss the matter with him or her, point out that this is not consistent with the standards of conduct, and note that further employment would not be possible should they be unwilling to bring their conduct that falls outside our policy back in alignment.

**Would World Vision US recognize the legal same-sex marriage of one of its staff members?**

World Vision US does not ask about its staff's sexual behavior, but each employee is informed of our conduct policy and signs a statement that he or she is willing to abide by it. If an employee disclosed that he or she is married to a person of the same sex, or if World Vision US became aware of such a situation, we would discuss the matter with him or her and point out that this is not consistent with the standards of conduct. At the point of confirming such a marriage exists, further employment of this individual would not be possible.

© World Vision US.com

No labels

4/11/22, 1:33 PM                    Hiring Practices - Donor Contact Services - Confluence                    CONFIDENTIAL

Donor Contact Services / References / Escalated Topics          

# Hiring Practices



Created by Cleo Lujan-Eckhart
Last updated: Mar 11, 2022 • 8 min read

### General Statement

World Vision exists to bring life in all its fullness to children and their communities (John 10:10). At the core of our mission and identity is our faith. Who we hire determines what we do, how we do it, and where we go as an organization. This unanimity of foundational creed and conduct is essential to our mission to serve the poor, as well as our Christian witness to the world.

View our Statement of Faith and the Apostles' Creed.

### Employees Must be Christian

World Vision U.S. is both an equal opportunity employer and a faith-based religious organization. This means that we conduct hiring without regard to race, color, ancestry, national origin, citizenship, age, sex, marital status, parental status, membership in any labor organization, political ideology, or disability of an otherwise qualified individual. The status of World Vision U.S. as faith-based equal opportunity employer permits us to hire staff based on their Christian religious beliefs so that all staff share the same religious commitment.

The Civil Rights Act of 1964, Section 702 42 USC 2000E-1(A) provides World Vision U.S. the right to hire only candidates who agree with World Vision's Statement of Faith and/or the Apostles' Creed which is found under the Equal Opportunity Employer section on our website at http://www.worldvision.org/about-us/job-opportunities/working-for-world-vision .

### Hiring of Christians may be Viewed as Discrimination

The Civil Rights Act of 1964 allows religious groups to maintain their faith-based identities by limiting their hiring to those who share their faith. No faith-based organization – Muslim, Jewish, Hindu, Buddhist, or Christian – should be forced to change its organizational identity and culture in order to receive public funds, so long as those funds are used as they are intended: to deliver effective social services and not promote any religious beliefs. World Vision has been receiving federal funds for our work serving the poor for more than 25 years – not because we are Christian, but because of the quality of our programs.

ER0597

4/11/22, 1:33 PM                    Hiring Practices - Donor Contact Services - Confluence                    CONFIDENTIAL

## Hiring Outside the U.S.

Regarding World Vision's hiring practices, it is our policy that, whenever and wherever possible, staff are selected based on their skills for the position and their faith in Jesus Christ. However, because God calls us to work in places where the practice of Christianity may be illegal or where other religions are predominant, there may not be qualified local Christians. As a result, exceptions to our policy may be made. In countries where Christians are a minority, we do employ people of other faiths - or people of no faith. Those in senior leadership roles, however, are required to meet World Vision's standards of Christian commitment and professional competence.

For additional information, we encourage you to visit https://www.worldvision.org/about-us/job-opportunities

Employment information, both here and abroad, can be found at https://www.worldvision.org/about-us/job-opportunities/jobs

## Employment and Sexual Orientation

We don't ask pre-employment questions surrounding one's sexual orientation during the applicant process. We don't exclude from employment those with a same-sex orientation; we do expect that all employees, regardless of orientation, abide by our standards of conduct, which among other things requires employees to remain abstinent outside of marriage between a man and a woman.

We honor employees' privacy, assume the best about their commitments to abide by our standards of conduct, and don't look for involvement in the private lives of individuals. We take employees at their word in matters of their private lives, unless we have facts to the contrary. Our response to potential violations of our standards of conduct that come to our attention is to first ask employees about the situation and treat our employees with sensitivity, discretion, and care, along with providing an opportunity to align with our standards of conduct.

## Benefits to Spouses of Employees in Same-Sex Marriages

*The statement below was provided by Risk with approval from HR and Legal:*

No, we do not offer benefits to someone in a same-sex marriage as we believe in the Biblical covenant of marriage between a man and a woman.

## Media Coverage

> 2010 Court of Appeals Ruling over lawsuit by former World Vision Employees

> April 2012 Christianity Today article on USAID grantee policy on sexual orientation

> June 2015 Supreme Court's Decision on Gay Marriage

WV-002853

ER0598

4/11/22, 1:33 PM                          Hiring Practices - Donor Contact Services - Confluence          CONFIDENTIAL

😊  Be the first to add a reaction                                                              No labels

WV-002854

ER0599

# EXHIBIT MF-22

ER0600

CONFIDENTIAL

## World Vision Christian Compatibility

### Christian Compatibility Screening (Christian Commitment and Standards of Conduct)

Let's shift our conversation to an important discussion around how your Christian beliefs align with World Vision's. First, it may surprise you that all WVUS staff are Christian. We have each wholeheartedly agreed with either our Statement of Faith or The Apostles Creed. Both of those documents are found on our careers page. What many people don't realize is that US law for a long time has protected the right of faith groups like World Vision to decide whether a potential employee would align with our organization based on questions around personal faith and a person's conduct. That's why you see questions on our formal job application that ask whether you are a Christian or not, are a committed believer of Jesus Christ, attend a church, and ask you to describe your faith in Jesus.

Now, as we know, denominations have differing interpretations of scripture which can cause some challenges within the Christian community. It's even quite possible you and I may not share the same exact beliefs. And that's ok. I am not here to judge your beliefs. With all this in mind, I am going to walk you through a few questions that will help ensure for both of us that you are able to meet the conditions of employment for working at World Vision.

To begin, I'd like to learn more about your spiritual journey and then follow that by sharing with you some key highlights from our standards of conduct. We require employees to faithfully follow these standards at home and at the office while employed at World Vision. Along the way, I will also mention a couple things we do to formally integrate our faith with our work that will give you a sense of some the unique aspects of our workplace culture. Would that be ok?

Please share with me a brief summary of your faith journey as a Christian.

Describe for me who you believe Jesus Christ is and what influence or impact he has had on your life?

We have a diverse Christian staff comprised of employees from over 40 different Christian denominations. What does regular Christian fellowship and church involvement look like to you?

I wanted to share a couple of ways we formally integrate our Christian faith into the weekly rhythm of our work: (1) weekly chapel services that include prayer, worship music, and a keynote speakers who delivers a Biblical message to staff and (2), teams are given time each week to participate in staff-led Bible devotions and fellowship. In addition, each employee has the opportunity to lead and participate in devotions. Do you have any questions about either of these activities? Would you be willing to actively participate in these expressions of group worship and instruction?

CONFIDENTIAL

### II. Script to be Read to Candidate regarding our Standards of Conduct and Expectations for Employee Compliance

Thank you so much for being willing to share about your spiritual background. I now want to move into more information about World Vision's Standards of Conduct.

- At World Vision our aim is to hire employees who not only share our Christian faith and values, but also live them out both in and outside of work.
- Our employees are expected to conduct themselves in a manner consistent and compliant with the expectations outlined in our standards of conduct, which are Biblically-based.
- The lens we ask staff to use for determining whether or not their conduct is Biblically-based behavior would be to ask questions such as:
    - Does my behavior glorify God?
    - Does it build up other Christians and encourage love and good deeds?
    - Is it wise stewardship or use of the money, time, and opportunities I've been entrusted with?
    - Is my behavior consistent with the teachings of the Bible and World Vision's interpretation and application of it?
- As part of the standards of conduct,
    - World Vision does not accept any abusive behavior or neglect of a child.
    - We do not tolerate harassment of any type.
    - World Vision also expects all unmarried employees to be abstinent until marriage.
- World Vision sincerely believes that biblical marriage is intended to be between one man and one woman. We understand that not everyone shares this same interpretation of scripture about a marriage being intended only for opposite sexes. World Vision does not judge your faith values or religious convictions nor are we trying to change them. I genuinely respect your right to hold to whatever religious belief you have. We do, however, want to be transparent about our beliefs as an organization, ensure you can adhere to the standards of conduct with your behavior, and give you the opportunity to decide if World Vision is right for you.

| |
|---|
| Do you have any questions about our expectations of employee beliefs and conduct ? |
| |
| It's important that you know of World Vision's expectations so that you can decide if we are the right organization for you. By God's grace, are you committed to complying with our Standards of Conduct inside and outside of the workplace if employed by World Vision? |
| |
| Do you feel that World Vision is a good fit for you? |
| |

CONFIDENTIAL

**Christian Compatibility Screening (Christian Commitment and Standards of Conduct)**

WV is a Christian organization and because of that, I want to spend some time today talking with you about how we integrate our faith and work, about our religious values as an organization.
I want to begin with hearing a little about your personal faith journey. How does that sound?

**Christian Commitment**

| |
|---|
| Share with me your spiritual journey. |
| |
| How is God involved in your life right now?  What are you learning and discovering about God? |
| |
| Describe for me who you believe Jesus Christ is and what influence or impact he has had on your personal life? |
| |
| According to your profile you are attending church at,..  Can I ask how long you've been attending there?  Are you involved in church activities? |
| |
| How do you feel about working in a diverse Christian environment where over 40 different Christian denominations are represented? |

**II. Key Points in Christian Conduct Conversation**

At World Vision, we seek individuals who not only share our Christian faith and values, but also live them out both in and outside of work.  Our employees are expected to be in alignment with behaviors described in our standards of conduct, which are biblically based.  The lens for determining Biblically based behavior would be to ask:

- Does the behavior glorify God?
- Does it build up other Christians and encourage love and good deeds?
- Is it good stewardship (responsible use of His resources)?
- Is the behavior consistent with the teachings of Scripture?

Examples of behaviors that we believe are not in alignment with our standards of conduct and therefore unacceptable behavior for employees include:

- Child or spousal abuse or neglect
- Ongoing substance or alcohol abuse
- Harassment of any type
- Any sexual conduct outside of a marriage between a man and a woman
- Theft, fraud, embezzlement, bribery, gossip, slander, etc

| |
|---|
| Do you have any questions about our standards of conduct, the expectations we have of employee compliance with them or of our organizational culture and values? |
| |
| It's important that you know of World Vision's expectations so that you can decide if we are the right organization for you.  Are you willing and able to comply with the Standards of Conduct if employed by WV? |
| |
| Based on our conversation today, do you feel that WV seems like a good fit for you? |

CONFIDENTIAL

## World Vision Christian Compatibility

### Christian Compatibility Screening (Christian Commitment and Standards of Conduct)

Let's shift our conversation to an important discussion around how your Christian beliefs align with World Vision's.  First, it may surprise you that all WVUS staff are Christian. They have each wholeheartedly agreed with either our Statement of Faith or Apostles Creed documents found on our careers page. What many people don't realize is that US law has given groups including World Vision the freedom to decide whether a potential employee would be a good fit with our organization based on questions around personal faith and a person's conduct. That's why you see questions on our formal job application that ask whether you are a Christian or not, are a committed believer of Jesus Christ, attend a church, and ask you to describe your faith in Jesus.

Now, as we know, denominations have differing interpretations of scripture which can cause some challenges within the Christian community. It's even quite possible you and I may not share the same exact beliefs. And that's ok. I am not here to judge your beliefs. With all this in mind, I am going to walk you through a few questions that will help ensure for both of us that working at World Vision is a good fit.

To begin, I'd like to learn more about your spiritual journey and then follow that by sharing with you some key highlights from our standards of conduct that we require employees to faithfully adhere to while working here. Along the way, I will also mention a couple things we do to formally integrate our faith with our work that will give you a sense of some the unique aspects of our workplace culture. Would that be ok?

| Please share with me a brief summary of your faith journey as a Christian. |
| --- |
|  |

| How is God working in your life as you go through this current season? What are you learning and discovering about God? |
| --- |
|  |

| Describe for me who you believe Jesus Christ is and what influence or impact he has had on your life? |
| --- |
|  |

| Are you regularly attending a church at this time? What church? Can I ask how long you have been attending there? For the sake of conversation, are you involved in any church activities outside of attending worship services (e.g. serving/volunteering, participating in small groups or studies)? |
| --- |
|  |

| We have a diverse Christian staff comprised of employees from over 40 different Christian denominations. In light of that, do you feel comfortable about the prospect of integrating well into our work environment? |
| --- |
|  |

CONFIDENTIAL

I wanted to share a couple of ways we formally integrate our Christian faith into the weekly rhythm of our work: (1) weekly chapel services that include announcements, prayer, worship music, and a keynote speakers who deliver a message to staff and (2), teams are given time each week to participate in staff-led Bible devotions and fellowship. In addition, each employee has the opportunity to lead and participate in devotions. Do you have any questions about either of these activities? Would you be willing to actively participate in these expressions of group worship and instruction?

## II. Script to be Read to Candidate regarding our Standards of Conduct and Expectations for Employee Compliance

Thank you so much for being willing to share about your spiritual background. I now want to move into more information about World Vision's Standards of Conduct.

- At World Vision our aim is to hire employees who not only share our Christian faith and values, but also live them out both in and outside of work.
- Our employees are expected to conduct themselves in a manner consistent and compliant with the expectations outlined in our standards of conduct, which are Biblically-based.
- The lens we ask staff to use for determining whether or not their conduct is Biblically-based behavior would be to ask questions such as:
    - Does my behavior glorify God?
    - Does it build up other Christians and encourage love and good deeds?
    - Is it wise stewardship or use of the money, time, and opportunities I've been entrusted with?
    - Is my behavior consistent with the teachings of the Bible and World Vision's interpretation and application of it?
- As part of the standards of conduct, World Vision does not accept any abusive behavior or neglect of a child or to one's spouse. We do not tolerate harassment of any type. World Vision also expects all non-married employees to be celibate and all married employees to be faithful within a Biblically-based marriage covenant between a man and a woman.
- We understand that not everyone shares this same interpretation of scripture. World Vision does not judge your faith values or religious convictions nor are we trying to change them. I genuinely respect your right to hold to whatever religious belief you have. We do, however, want to be transparent about our beliefs as an organization, and give you the opportunity to decide if this is a good fit for you.

Do you have any questions about the expectations we have of employee compliance with our standard of conduct or our organization cultural and values in general?

CONFIDENTIAL

It's important that you know of World Vision's expectations so that you can decide if we are the right organization for you.  By God's grace, are you committed to complying with our Standards of Conduct inside and outside of the workplace if employed by World Vision?

Based on our conversation today, do you feel that World Vision is a good fit for you?

WV-001394

# EXHIBIT MF-23

CONFIDENTIAL

# WVUS Board Policy



**B-01010 - WVUS Board Standing Policy**

Effective: 8 June 2021

## INTRODUCTION

A.   This Standing Policies Manual contains all of the standing, or ongoing, policies adopted by the board of directors of World Vision, Inc. (WVUS or World Vision). The first version was adopted on September 22, 1998.

B.   Reasons for adopting this evolving manual include the following:
   - Efficiency of having ALL ongoing board policies in one place.
   - Ability to quickly orient new board members to current policies.
   - Elimination of redundant, or conflicting, policies over time.
   - Ease of reviewing current policies when considering new issues.
   - Clarity of proactive policies to guide the president and staff.
   - Modeling an approach to governance other organizations may choose to follow.

C.   Each policy is consistent with the Articles of Incorporation and Bylaws, which have precedence over these standing board policies. Except for time-limited or procedural-only policies (approve minutes, elect an officer, adopt a budget, approve reports, etc.), which are recorded in the regular board minutes, all new standing policies should fit into this document. Certain important policies drafted outside of this format may be referenced in this manual as attachments.

D.   If any discrepancy is found between these policies and any policies adopted in previous meetings, these later policies will prevail.

E.   Any conflict in interpretation between this manual and previously adopted board policies will be resolved by the president, chair, or board, depending on the nature of the policy.

F.   These policies are always under review and may be refined at every board meeting. The general intent is to review policies every 1-2 terms (3-6 years) for continued relevancy, as determined appropriate by each oversight committee listed below.

G.   Changes to this manual must be approved by the full board of directors. Proposed changes may be submitted by any director or by the president, which usually will be referred to the appropriate board committee before being presented to the full board for adoption.

H.   Each new policy will be drafted to fit most logically with other numbered chapters and paragraphs. Whenever changes are adopted, a new document will be printed, dated, and made available to the board and senior staff.

I.   Each set of policies should be drafted from the "outside in," meaning the broadest policy statement should be made first, then the next broadest, etc. Over time, the board can reduce or add to the specificity of its policies.

J.   The chapters, the committees primarily responsible for drafting and reviewing those chapters, and the individuals given authority to interpret and make decisions within the scope of those policies are as follows:

WV-000659

CONFIDENTIAL

| Chapter | Draft/Oversight Committee | Implement Policies |
|---|---|---|
| 1. Guiding Principles for Strategy | Ministry Programs Committee | President |
| 2. Governance Process | Board Develop. & Gov. Committee | Chair/President |
| 3. Board-CEO/Staff | Executive Committee | Chair/President |
| 4. World Vision Partnership | Ministry Programs Committee | President |
| 5. Finance | Audit & Finance Committee | President |
| 6. Ministry Programs | Ministry Programs Committee | President |
| 7. Resource Development | Ministry Programs Committee | President |
| 8. Audit Oversight | Audit & Finance Committee | Chair/President |
| 9. Miscellaneous | Any Committee | President |

**K.**   This manual should never exceed 20 pages excluding the introduction. The board secretary will ensure that staff record and publish all standing policies correctly. The president or his or her designee will maintain the policies on computer files and provide updated copies to the board.

**L.**   The president is accountable for developing all other organizational policies and procedures consistent with this manual.

**M.**   The president will help board committees and the full board develop parameters and limitations for their review and possible board adoption. Directors should discuss their ideas with the chair, committee chairs, and the president prior to meetings so draft amendments and policy proposals can be carefully analyzed. To give absent directors an opportunity to comment, the president will circulate major policy proposals prior to meetings.

**N.**   The date of the last version of this manual will be identified in the box at the top of the first page. Prior to each regular board meeting, the president will send copies of this manual, documented on a light blue background, to each board member. That version will asterisk (*) all paragraphs with recommended changes using standard blackline formatting to indicate additions and deletions. *Changes made in the previous board meeting will be shown in italics*; and page footnotes will identify the version and date.

**O.**   Within 30 days following each board meeting, the president is responsible for distributing an updated official version through posting to the WVUS Board website.

**Note:** Copies of documents referenced in these policies are available on the WVUS Board website.

WV-000660

ER0609

CONFIDENTIAL

## 1.  Guiding Principles for WVUS Strategy

**Preamble.** This chapter clarifies the principles to guide WVUS strategy development. As a member of the international World Vision Partnership, WVUS is governed by the Partnership Vision and Mission Statements, Core Values, Covenant of Partnership, Statement of Faith, and Partnership policies, as referenced in Chapter 4 of this document (full text is available in the WVI Core Documents). WVUS also aligns its strategy with Partnership-agreed principles and mandates for strategy.

1.1     **Purpose.**  World Vision United States exists to help fulfill the Partnership Vision, Mission, *and* global "Our Promise" strategy:

- **Partnership Vision:**  Our vision for every child, life in all its fullness. Our prayer for every heart,the will to make it so.  (see John 10:10)
- **Partnership Mission:** World Vision is an international partnership of Christians whose mission is to follow our Lord and Savior Jesus Christ in working with the poor and oppressed to promote human transformation, seek justice and bear witness to the good news of the kingdom of God.
- **Our Promise Partnership Strategy**:
  A.   Strategic Imperatives:
      1.   Deepen our commitment to the most vulnerable children
      2.   Focus our ministry for greater impact
      3.   Collaborate and advocate for broader impact
      4.   Deliver high quality, sustainable funding
      5.   Live out our Christian faith and calling with boldness and humility
  B.               Mindsets and Behaviors
      1.   Unity and Trust
      2.   Wise Stewardship
      3.   Looking Outward
      4.   Timely Truth-Telling with Love

1.2     **Guiding Principles**:  A WVUS multi-year strategy will be updated every five years (minimum), with progress monitored annually by the Board. The strategy should proactively address changing realities in the external and internal environment and fulfill the following guiding principles:

1.2.1     **Principle 1 — Follow Christ**: We seek to glorify God and demonstrate Christ's love through our programs, our communications, our people, and our conduct.
- We are faithful to our Christ-centered vision, mission, and values
- We clearly communicate World Vision's Christian motivation and holistic mission to our constituencies.
- We promote and support appropriate Christian Commitment strategies in all WV programs.
- We strengthen and sustain an environment where biblical principles are lived out in the workplace.

1.2.2     **Principle 2 — More Help for Children:** We provide the right resources in the right amounts for sustainable impact for children and their communities.
- We value depth before breadth in our ministry commitments, leveraging all resource types.
- We maximize financial yield to ministry for best return-on-investment at the community and child levels.
- We ensure program quality, depth, and sustainable impact, domestically and internationally.

1.2.3     **Principle 3 — Voice for the Poor:** In partnership with the poor, we leverage our influence as an effective agent for change within the larger movement to tackle the causes of poverty and injustice.
- We recruit supporters and sustain long-term relationships through varied engagement opportunities relevant to our target audience(s), toward the desired outcome of positive transformation of supporter values, priorities, and actions regarding poverty.
- We positively influence, partner with, and/or mobilize key supporter audiences to

WV-000661

CONFIDENTIAL

appropriately address poverty and injustice.

- We view the church as an indispensable partner in shared ministry with the poor. We pursue relationships with all churches and desire mutual participation in ministry. We seek to contribute to the holistic mission of the church.

### 1.2.4 Principle 4 — Keep Our Promises: We are effective, efficient, and accountable to communities, supporters, the World Vision Partnership, and each other.

- We deliver on our promises for child well-being and demonstrate to our supporters the positive impact we have in the lives of children.
- We implement our programs, supporter engagement efforts, customer service, and supporting services with operational excellence and effective stewardship.

### 1.3 WVUS Strategy: The following represents the strategy (see complete Board-approved strategy document for FY20-24 on the WVUS Board website for more specific strategies, initiatives, and measures).

### 1.3.1 Objective: Motivated by our faith in Jesus Christ, we invite people to positively impact the lives of the world's most vulnerable children. We serve and partner with beneficiaries and supporters, so that we all experience Jesus Christ's transforming love, grace, and power.

### 1.3.2 Goals: To help fulfill Our Promise, WVUS will accomplish the following goals through our relief, development and advocacy work:

- Inspire over one million individual donors to a transformative journey that also increases their understanding of God's love for the poor
- Grow yield to ministry with a focus on private and public international cash
- Build upon integrated, contextually-appropriate faith and development programming, to focus across five sectors for greater impact for the most vulnerable: a) improvement in the health of mothers and children; b) increased reach for more people with clean water, sanitation and/or hygiene; c) protect children by reducing violence against them; d) improve education learning outcomes for girls and boys; and e) enable higher income generation via economic empowerment to improve access to food, reduce mortality, and achieve an improved outlook for families

### 1.3.3 Strategies: Where to Focus:

**Segments**:
- Private donors: "Bond-driven Passionates" and "Faithful Skeptics" include High Net Worth Individuals; Foundations
- Public donors:  US Government and global multilaterals

**Products**:
- Sponsorship
- Private flexible funding: branded recurring pledge and planned gifts
- Every Last One campaign
- Public Grants
- Emergency relief (International and US)

**Channels**:
- The Church
- WV Artists
- New channels, starting with Schools
- Relational fundraising and grant acquisition reps/officers

### 1.3.4 Strategies—How to Succeed:

- Unleash our passion for witnessing to Jesus Christ
- Strengthen evidence of impact
- Transform our digital capabilities and engagement approaches
- Delight our donors and partners
- Reignite creativity for innovation in growth, productivity, and planning

WV-000662

ER0611

CONFIDENTIAL

- Develop a more agile, diverse, and fully interdependent organization

## 2. Board Governance Structure and Process

2.1     **Governing Style.** The board will approach its task with a style that emphasizes policy, outward vision, encouragement of diversity in viewpoints, strategic leadership more than administrative detail, clear distinctions between board and staff roles, and proactivity rather than reactivity. In thisspirit, the board will strive to:

    2.1.1   Enforce upon itself and its members whatever discipline is needed to govern with excellence. Discipline will apply to matters such as attendance, respect of clarified roles, speaking with one board voice, and self-policing of any tendency to stray from governanceadopted in these board policies.

    2.1.2   Be accountable to the public for competent, conscientious, and effective accomplishment of its obligations as a governing body. It will allow no officer, individual, or committee of the board to usurp this role or hinder this commitment.

    2.1.3   Monitor and regularly discuss the board's own process and performance, seeking to ensurethe continuity of its governance effectiveness by selection of capable directors, orientationof directors both before and after election, board training, and peer and self-evaluation.

    2.1.4   Be responsible for its own performance, but seek and encourage assistance from the president in the board's pursuit of excellence.

2.2     **Board Job Description.**

    2.2.1   Determine and hold the organization accountable to its mission and goals.
    2.2.2   Establish standing policies to guide the board and staff.
    2.2.3   Link with the organization's "stakeholders" (donors, recipients, and WVI partners).
    2.2.4   Appoint, nurture, evaluate and, if needed, terminate the president. The WVUS Board will not take any action to appoint or terminate its President without first consulting with and obtaining the concurrence of WVI, through the WVI President or the WVI Board.
    2.2.5   Ensure financial solvency and integrity.
    2.2.6   Require periodic external audits.
    2.2.7   Help the president represent WVUS externally.
    2.2.8   Serve as final arbiter in unresolved internal WVUS disputes.
    2.2.9   Evaluate and improve itself as the governing body.
    2.2.10  Involve itself in WVUS's strategic planning development and provide final Plan approval

2.3     **Board Member Criteria.** In addition to bylaw requirements, the board will be guided by its "profilegrid" of general and special criteria for election to the board. (See Attachment A.)

2.4     **Board Member Nomination Process.** The Board Development & Governance Committee will solicit names of qualified candidates from the full board, and maintain an active list of prospective nominees. New names under consideration will be communicated to the entire board as soon as possible, so that the board is aware of individuals being considered by the committee. The activelist of prospective nominees shall be published to the board at least annually and updated on a timely basis. Prior to election, a nominee shall be interviewed by the Board Chair and/or the Chairof the Board Development and Governance Committee, and by the President, to receive an overview of expectations for the role. The Committee will take into consideration the President's point of view before a nominee is recommended to the full Board to stand for election.

2.5     **Chair's Role and Succession.**

    2.5.1   **Chair's Role.** The responsibility of the chair is primarily to ensure the integrity of the board's process. The chair is the manager of the board. He or she is the spokesperson forthe board itself,

CONFIDENTIAL

other than in specifically authorized instances when others fill that role. The chair ensures that the board operates within its own rules and those legitimately imposed upon it from outside. The chair oversees the annual review of the president/CEO.Business meetings will focus on policy clearly belonging to the board, not the staff. The chair has no authority to make policy decisions for the board, but he or she is expected tohelp the president interpret board policy. With agreement from the board, the chair may delegate to the vice chair any of these duties including, but not limited to, preparation for and presiding over board meetings.  It is expected that the board chair will represent WVUSas a member on the WVI board.

2.5.2   **Chair Succession.** The Board Development & Governance Committee will solicit namesfor chair from the full board and discuss with the WVUS President. Candidate(s) will be approached for interest and availability. Based on this input, the Board Development & Governance Committee will then recommend one or more candidates to stand for electionby the full board.  Whenever possible, the selection of the chair should occur at least six
(6) months prior to the incumbent's departure.

2.6   **Board Meetings.**

2.6.1   Board meetings should be scheduled at least two years in advance.

2.6.2   Any Board member may suggest topics for meetings. The President will recommend a meeting agenda and review it with the Executive Committee. The President will send appropriate information to the directors prior to meetings.

2.6.3   Board and Executive Committee minutes and the updated Standing Policies Manual shouldbe posted to the WVUS Board website within 30 days of the last meeting.

2.6.4   The board will meet at least three times per year.

2.7   **Standing Committees.** Committees help the board operate effectively and efficiently. Theynormally speak "to the board" and not "for the board," except when formally given such authority; they should not interfere with responsibilities of the board or interfere with delegation from board topresident. Unless otherwise noted or required, the chair appoints committee members and chairs in consultation with the president and Board Development & Governance Committee, with formal board confirmation. The chair is an ex-officio member of all committees. The WVUS president andthe WVI president (or his or her nominee) are ex-officio members of all committees, other than theAudit & Finance Committee.

2.7.1   **Executive Committee.** This committee includes the board chair, vice chair, Founder's Chair, and standing committee chairs.  The committee is chaired by the board chair.  It mayact on behalf of the board between meetings. In addition to responsibilities and limitationson its authority outlined in the bylaws, the committee may not change the bylaws nor appoint/terminate or accept a resignation from the president. The committee serves the board by overseeing relationships with other organizations (including any subsidiary or supporting corporations), public affairs, and the board's annual evaluation of the presidentand his compensation.

2.7.2   **Board Development & Governance Committee.** This committee is charged with maintaining a roster of potential directors, suggesting ways for them to become involved with the organization, nominating new directors, officers and committee chairs, orienting and training directors, evaluating the governance process and the contributions of individual directors, and recommending bylaw changes. The committee recommends to the WVUS board the nomination of the two individuals to fill WVI board positions as well as the individual to fill the Founder's Chair of the WVI board.  This committee makes policyrecommendations to the board regarding human resource matters.

2.7.3   **Ministry Programs Committee.** This committee recommends policies to the board that promote

WV–000664

ER0613

integrity and effectiveness in ministry programs, public sector funding, external advocacy/policy influence and supporter engagement and resource development. The committee ensures alignment with the Covenant of Partnership and Partnership Ministry Policies governing relief, development and advocacy, including, but not limited to, the Christian Witness and Public Awareness policies. Often these policies will be coordinated with the international board and staff, so this committee also will serve as a liaison between WVUS representatives to/from the WVI board. At least one of the WVUS delegates to the WVI Board should serve on this committee.

2.7.4 **Audit & Finance Committee.** This committee makes policy recommendations to the board related to accounting practices and principles and selects, engages, and oversees the independent accountant. The committee also makes recommendations to the board relevant to the operational budget, investments, insurance, property, planned giving arrangements, fiduciary agreements, and related matters. The chief audit executive shall report directly to this committee.

2.8 **Board Member Annual Affirmations.** The board has adopted several expectations for its members that are reflected in a Board Member Annual Affirmation Statement of Service approved and signed by each board member annually. (See Attachment B.)

2.9 **Director Expenses.** WVUS will reimburse directors for all expenses necessary to attend board and committee meetings, if so requested by the director. WVUS also will reimburse expenses for a director to travel on one overseas trip before or during the first term of office to familiarize him or her with World Vision's work. Additional director trips may be approved by the President.

Director spouses are encouraged to participate in these vision trips, and also in special board conferences that occur occasionally (such as the North America Regional Forum). Travel expenses for spouses or other family members are generally not covered, but exceptions can be made by the Chair of the Board Development & Governance Committee if the family member's participation serves to advance the mission of World Vision during the trip. The rationale for such an exception will be documented and filed in the President's Office. In the event that travel expenses for a family member are covered without such an exception, WVUS will issue a Form 1099 for the amount of excess benefit to the family member.

2.10 **Director Giving.** Recognizing that World Vision, at its core, is a ministry of giving, each board member agrees to be a donor of record each calendar year at a level that is personally significant. Giving to World Vision will be among the board member's highest giving priorities.

2.11 **Nomination and Appointment to WVI Board.** A director who is elected to serve on the WVI Board shall, upon a majority vote of the WVUS board, be eligible for an extension of term of service on the WVUS board, for a period of time sufficient to fulfill his or her service on the WVI board, and/or to ensure staggered rotation of WVUS representatives to the WVI board.

2.12 **External Communications.** Board members have significant opportunities through the news media and social media outlets, publishing, public speaking and other means to influence individuals, groups and organizations about World Vision. When asked for a general endorsement of World Vision, a WVUS board member is free to provide it. In regard to media interviews, public speaking, or other venues for discussions of more substantive issues on World Vision's work both domestically and internationally, board members shall seek guidance from the President or his or her designee and use only approved messaging or other collateral material.

2.13 **Board Decision-Making Process.** For high-risk policy decisions (those decisions that involve key doctrinal issues, could pose reputational risk, or are likely to have significant impact on World Vision partners and donors), the WVUS board will utilize a formalized decision-making process. This process will include the following elements:

2.13.1 Research, background and other information will be provided to the WVUS board by staff when an initial recommendation is first brought to the board.

2.13.2 Recommendations from staff will be assigned to a standing committee or to an appointed task

WV-000665

ER0614

CONFIDENTIAL

force to study the issue and report back to the full board with a recommendation.

2.13.3  Background information will include a pulse of WVUS stakeholders, suitably identified and monitored by a checklist specific to the recommended decision.

2.13.4  Votes will be taken by secret ballot.

2.13.5  A "responsible skeptic" role will be assigned to one WVUS board member.

2.13.6  A "keeper of the Core Documents" role will be assigned to one WVUS board member.

### 3. Board-CEO/Staff

**Board Parameters and Limitations on Executive Action.** The WVUS board is committed to increasing the professionalism and opportunities for growth of World Vision's staff.  One way to do this is to proactively develop parameters on staff activity. This approach frees staff from delaying action until the board can approve each staff initiative.

For board and staff, the overarching purpose is to exemplify Christ-centered attitudes, values, and actions and to only take actions that are legal, moral, and prudent.

3.1  **Delegation to the President.** The board's job is generally confined to establishing the broadest policies, while the implementation and subsidiary policy development is delegated to the board's agent, its president. With respect to ends and executive means, the president is authorized to establish all further policies, make decisions, take actions, and develop activities as long as they do not violate the law or any reasonable interpretation of the bylaws or these standing policies.

3.2  **President's Job Requirements.** As the board's official link to the operating organization, the president's job requirements, as chief executive officer, include performance in two areas: (1) organizational accomplishment of the policies in this manual and (2) organizational operations within the boundaries of prudence and ethics established in board policies regarding staff parameters and limitations.

3.3  **Communication and Counsel to the Board.** With respect to providing information and counsel to the board, the president shall keep the board informed about matters essential to carrying out its policy duties. Accordingly, the president shall:

3.3.1  Keep the board aware of progress on achievement of goals, relevant trends, anticipated adverse media coverage, and material external and internal changes, particularly changes in the assumptions upon which any board policy has previously been established.

3.3.2  Seek as many staff and external points of view and options as needed, including input from advisors, for fully informed board recommendations.

3.3.3  Present information in clear and simple terms.

3.3.4  Relate to the board as a whole except for (1) fulfilling reasonable individual requests for information or (2) responding to officers or committees duly charged by the board.

3.3.5  Report actual or anticipated material noncompliance with any board policy as soon as that is known.

3.4  **President's Evaluation and Compensation.** The Executive Committee, after seeking input from all directors and in consultation with the Senior Vice President of Human Resources, will formally evaluate the president annually, based upon achievement of organizational goals and any other specific goals the board adopts for the president and that are expressed in this section, as well as the president's own written self-evaluation. Any specific goals for the president in the year ahead will be determined at that time. The Executive Committee will conduct a performance review with the president and determine any compensation adjustment.  The action of the Executive Committee will be reported to the full board no later than the next meeting.  (See section 3.6.2.1)

3.5  **Board Monitoring and Reports.** In addition to reports the president may choose to make to the board, he

WV-000666

ER0615

CONFIDENTIAL

or she will provide all pertinent documents for use at board meetings in a printed and/orelectronic pdf Board Meeting Book. These documents will also be posted to the WVUS Board website. Written or oral reports shall include:

3.5.1   Quarterly:
(1) Summary financial information

3.5.2   At each Board meeting:
(1) YTD summary financial information including Balance Sheet
(2) Investments and Pension Report
(3) Annual Corporate Scorecard Progress
(4) Report on any pending legal actions
(5) Results of Audit and risk management findings
(6) Content and resolution of calls made to the Integrity Hotline

3.5.3   Annually:
(1) Budget for the coming year
(2) Financial review of the year just completed
(3) Independent Audit Report
(4) Annual Internal Audit Risk Assessment and Proposed Internal Audit Activities
(5) Summary of organizational accomplishments
(6) IRS Form 990
(7) Pension Plan review for the year just completed

The board or Executive Committee can request other formal reports at any time.

3.6   **Philosophy for Human Resource Management.** The President shall establish practices that comply with biblical principles, World Vision's Christ-centered core values, and the law. Practices shall also be performance driven while valuing staff, including, but not limited to, their cultural diversity, varied gifts, and their contributions to the ministry.

3.6.1   **Staffing**: The President shall approve a staffing plan that meets the organization's mission,goals, and objectives. The President shall uphold a hiring policy that ensures that all WVUS full-time and part-time employees have accepted Jesus Christ as their Lord and Savior, and have so affirmed by their signature to World Vision's Statement of Faith and/or The Apostle's Creed (John 15:5-8; 1 Corinthians 12; 2 Corinthians 6:14-18).

3.6.2   **Total Pay and Benefits**: The president shall establish wage and benefit programs that aremarket based to attract and retain a high caliber staff, while reflecting a call to stewardshipand respect for the sacrifices made by donors. The President shall report to the Board periodically on the criteria used as a basis for the WVUS compensation philosophy.

3.6.2.1   The board shall approve overall parameters that govern compensation, benefitsand pension policies. The board shall ascertain that policies adhere to the approved parameters. The board shall approve and document overall processto assure that the organization and board have carried out due diligence in reviewing compensation related to the intermediate sanctions provisions for exempt organizations

3.6.2.2   The board approves the occasional use of loans to employees for either relocation or hardship situations.  No loans or extension of credit will be made todirectors or executive officers

3.6.3   **Professional Development**: The president shall invest in training and professional development to equip the staff with the increasing ability to learn, adapt, and change as the organization pursues its mission.

3.6.4   **Employee Relations**: The president shall ensure a work environment that adheres to highethical

CONFIDENTIAL

standards; treats individuals with fairness and equity; abhors harassment, violence, and illegal activities; promotes conditions that are safe, secure, and healthy; and responds to staff suggestions and concerns.

3.7    **Miscellaneous Staff Policies.**  Policies not fitting easily into the above paragraphs are as follows:

    3.7.1    All staff shall be required to agree to and comply with WVUS's Business Ethics & Christian Conduct policy (John 14:15-21; I John 2:3-6 and 3:4-6; Galatians 5:22-25). Failure to do so may require disciplinary action or termination.

## 4.  World Vision Partnership

4.1    **Membership.**  WVUS is a member of the WVI Partnership and as such agrees to fully support and abide by the partnership documents, including:
- Statement of Faith
- Partnership Vision Statement and Mission Statement
- Core Values
- Covenant of Partnership
  (Copies are located on the WVUS Board website)

WVUS will always endeavor to act in a spirit of cooperation which contributes to the enrichment of Partnership life and unity and the concept of "twin citizenship" in which WVUS interests are regarded as subordinate to those of the Partnership as a whole.

4.2    **Governance and Representation.**  WVUS functions as a fully interdependent national office as defined in the WVI Partnership National Boards Policy and the partnership WV Governance Handbook.  (Located on the WVUS Board website)

    4.2.1    **WVI Board.**  WVUS complies with all partnership policies adopted by the WVI Board and agrees to work within the accountability structure by which the partnership functions. WVUS nominates two of its board members to serve on the WVI Board and nominates a third person from within the partnership to occupy the Founder's Chair

    4.2.2    **Peer Review.**  WVUS submits to the Partnership peer review process whereby the U.S. office is evaluated regarding compliance to the core documents (see 4.1) every 3-5 years.

4.3    **Oversight for Compliance.**  Every three years, at the request of the Board, the President will complete a compliance review with regard to WVI Board policies and provide appropriate evidence to the Board that the organization is in compliance with such policies.

## 5.  Finance

The following policies are intended to guide the board of directors in the exercise of its fiduciary responsibility over the operations of World Vision Inc. When the policy indicates that it is the board's responsibility "to ascertain that," it is assumed that the board will, from time to time, request that the president provide appropriate evidence to the board that the organization is in compliance with the policy.

5.1    **Financial Management.**

    5.1.1    **Annual Planning Process.** As part of the annual planning process the board shall evaluate and assure that the plans, priorities and activities of the organization are focused on effectively carrying out the mission of the organization. Further, the board shall determine that the coming year's annual budget is in keeping with the mission statement and strategic priorities of the organization and that it maintains the liquidity and reserves position within guidelines established by the board. The board shall approve a three-year summary financial plan that includes gross income, ministry funding, and operating cost totals, after review and recommendation by the Audit *& Finance* Committee.

WV-000668

ER0617

CONFIDENTIAL

5.1.2 **Budget Management**. The board shall receive interim reports prior to each board meeting of actual income and expenditures compared to budget, as well as forecasts of projected annual income and expenditures compared to the annual budget. The board shall approve any significant changes to budgeted operating expenses or ministry

funding for the current year, and, will be notified immediately when such changes are known.

5.2 **Trust and Fiduciary Agreements.**

5.2.1 **Gift Planning Program.** The board approves the existence of a gift planning and/or charitable trusts operation, which may include the hiring of outside trustees, co-trustees, legal counsel, and other professionals as necessary. The board shall require that appropriate gift acceptance practices are followed to protect WVUS from risks such as environmental liability, conflict of interest, undue influence of donors, and any illegal or unethical practices.

5.2.2 **Donor Advised Funds**. The board approves the use of Donor Advised Funds through which the donor may make irrevocable gifts to World Vision with the privilege of providing non-binding advice on the use of the funds. No DAF distributions will be made to organizations whose purposes are contrary to the Christian ethos and core values of World Vision. Detailed requirements of the applicable laws and World Vision policy are outlined in operational policy guidelines and review procedures.

5.3 **Debt.** World Vision US will not incur debt, defined as credit arrangements established for the purpose of borrowing cash to meet short- or long-term financing needs, for the purpose of funding ministry programs, but may borrow for specific purposes such as the purchase or financing of capital assets and for short-term operating needs. Accordingly, the president shall:

5.3.1 Obtain Board approval before establishing any lines of credit that may be necessary for providing working capital. Such lines of credit shall be used only to meet the short-term cash-flow needs of the organization and not to finance operations long term.

5.3.2 Obtain board approval for any real estate or capital asset purchases in excess of $1 million, unless specifically budgeted in the board-approved capital budget. Debt maybe incurred, subject to board approval, to finance these purchases in accordance with standard underwriting and financing practices. The maturity of the debt instrument shall not exceed the expected life of the capital asset.

5.3.3 Make timely payments on any debt and advise the Audit & Finance Committee of any proposed restructuring of debt prior to implementing. In addition, management shall regularly report to the Committee on the organization's indebtedness and compliance with all covenants.

5.4 **Investments**. The board shall ascertain that assets are invested in a prudent manner, taking into account fiduciary requirements, applicable laws, liquidity requirements, and security needs or restrictions.

Additionally, investment policies, performance and strategy must be reviewed on an annual basis by the Audit & Finance Committee of the Board, with particular consideration given to market conditions and the financial needs of the organization.

5.4.1 **Assets.** Asset classes acceptable for investment are specifically defined in the Operational Investment Policy.

5.4.1.1 It is the responsibility of the Audit & Finance Committee to oversee the investment practices and reports of the approved investment officers and to

WV-000669

ER0618

CONFIDENTIAL

consider any proposed exceptions to the investment policy, reporting such exception approvals at the next Board meeting.

5.4.1.2  The Audit & Finance Committee shall review annually the list of financial officersthat may make investments, including their level of investment authority, and a list of approved brokers for completing such investment transactions.  To assure

a complete absence of any conflict of interest no organizational investments should be made through brokers that are used as personal financial advisors toany of the executive officers.

5.4.1.3  The Audit & Finance Committee shall review with the investment officers to determine the optimum asset allocation for all investments and review any significant proposed changes to the allocation as time, markets and the financialneeds of the organization may change.

5.4.1.4  The actual investment of funds, within the established asset allocation, may consist of fixed income investments, equity investments and certain alternative investments as outlined in the Operational Investment Policy, which policy shallbe reviewed and approved by the Audit & Finance Committee on an annual basis.

5.4.1.5  Any proposed significant changes to the overall timing or duration of such investments shall also be reviewed and approved on those occasions. All investments are to be made through markets in the United States in United States dollar funds.

5.4.1.6  At all times investment decisions will be made within the "prudent person rule" which states that "those with responsibility to invest money for others should act with prudence, discretion, intelligence, and regard for the safety of capital as wellas income."

5.4.1.7  The board shall require that a more detailed operational investment policy be maintained which shall include items such as: acceptable asset classes, liquidity requirements, and prohibited transactions. The operational investment policy shall be reviewed annually by the Audit & Finance Committee and any significantchange to the policy shall be approved in advance of implementation.

5.4.2  **Prohibitions**. Funds shall not be borrowed for the purpose of investment, nor shall securities be purchased on margin, unless specifically authorized by the board or Audit &Finance Committee. Investments in unlimited liability equity positions shall not be made. Investments shall only be made in instruments or entities that are in accord with World Vision ethos and core values and shall not jeopardize World Vision's nonprofit tax- exempt status.

5.4.2.1  Pension investments made in World Vision mortgages, notes, or any other instruments that would be in effect investing in any World Vision business or operations will be prohibited.

5.4.3  **Liquidity and Reserves.**  The board shall ascertain that WVUS operates within a prudent range of financial soundness and stability, maintaining adequate liquid assets to fund near-term operating needs of the organization, with sufficient reserves to provide reasonable assurance that its long-term obligations will be discharged. This objective forfinancial integrity is balanced by an imperative of equal weight: to distribute maximum funds to ministry as quickly as practicable, recognizing that WVUS assets do not belong to us ... "they are a gift from God, through donors, on behalf of the poor." (Quotation fromWV Partnership documents.) The following financial metrics are considered acceptable ranges that appropriately balance these competing objectives:

WV–000670

ER0619

CONFIDENTIAL

   5.4.3.1 **Liquidity.** Defined as current financial assets (excluding GIK inventory) less current liabilities, will be targeted at a minimum of 30 days WVUS expenses (lessgrants and GIK).

   5.4.3.2 **Reserves.** Defined as "Liquid unrestricted net assets," measured by unrestrictednet assets per WVUS financial statements, excluding GIK inventory, fixed assets

   net of mortgage, donor advised funds and charitable gift annuities, and over/under funded status of pension plan. The year-end balance of reservesshall be targeted within a range of 15 to 60 days' private cash revenue.

## 6. Ministry Programs

6.1   **Ministry Programs**. World Vision is driven by faith to partner with donor communities and program communities to enable the world's children to realize their God-given potential by tackling root causes of poverty. As a member of the WV International Partnership, WVUS will support and comply with all Partnership ministry policies. These policies guide the core ministries of Transformational Development, Emergency Relief, Promotion of Justice, Witness to Jesus Christ,Public Awareness, and Partnership with Churches.

   6.1.1   WVUS will support programs to improve the spiritual, physical, and social well-being of children, families and their communities, without discrimination based on religious beliefs,gender, race, or ethnic background.

   6.1.2   WVUS will support programs that facilitate self-help and popular participation, build local capacities, promote sustainable development and avoid dependencies, while being responsive to urgent needs.

   6.1.3   WVUS will collaborate with program partners to regularly monitor and evaluate program effectiveness according to established operating policies and standards.

6.2   **Witness to Jesus Christ**. WVUS upholds the WVI Policy on Witness to Jesus Christ, and implements operating policies and strategies to assure that Christian witness is integral to WVUS identity and action through programs, communications, management practices, and the personal commitments and conduct of leaders and staff.  WVUS should continue to play a leadership role inChristian Witness, recognizing that it should be implemented in culturally appropriate ways.

6.3   **U.S. Programs**. Our mission to tackle the causes of poverty in the United States represents botha biblical and ethical responsibility. We serve the poor around the world, including the United States, providing visibility and credibility for our commitment to obey God's call to practice justice and mercy to all people near and far (Jeremiah 29:7, Luke 4:17-27, Acts 1:8).

   6.3.1   The U.S Programs ministry model will focus on the following core elements: gifts-in-kind,youth education and development, emergency response, training and capacity building.

     6.3.1.1 Transformational development programs within the U.S. Programs are guided by applicable World Vision International Partnership policies and standards.

     6.3.1.2 U.S. Programs quality and accountability standards are based on WVItransformational development principles and performance indicators, which will guide all ministry partnerships, program design and implementation, asappropriate for the local context.

     6.3.1.3 WVUS will respond to domestic disasters based on an evaluation of scale, needsof our partner network, our capacity to respond and our ability to raise funds.

   6.3.2   U.S. Programs sustainability and growth will be supported by designated resources, bothpublic and private.

CONFIDENTIAL

6.4   **Sponsorship.** In accord with WVI Partnership policies, WVUS promotes child sponsorship to connect sponsors in the U.S. with children and families involved in programs of the WVI Partnership. Through the sponsorship relationship and ongoing communications, WVUS will seek to increase sponsors' understanding and concern for spiritual, poverty and justice issues, as sponsors provide encouragement, prayer and financial support.

6.5   **Advocacy and Public Policy.** Advocacy seeks to address the structural and systemic causes of poverty by changing the policies, systems, practices and attitudes that perpetuate inequality and the denial of justice, religious freedom and human rights. Advocacy is the ministry of influence using persuasion, dialog and reason to obtain change. In the United States, WVUS conducts advocacy based on the principles of Christ-centered ministry, non-partisanship, and a spirit of unity within the WV Partnership.

    6.5.1   WVUS will focus advocacy efforts based upon the operational experiences, needs and context of the WV Partnership and that of the people served in program communities. Because of World Vision's special concern for the well-being of children, families, and the communities in which they live, our policy positions and advocacy efforts will focus on these aspects and on the freedom to practice our Christian identity and mission.

    6.5.2   WVUS works in consultation with the WVI Partnership Policy and Advocacy Department, and is responsible for policy positions and advocacy with governments, institutions and individuals within the United States. WVUS will direct policy positions or advocacy activities at the policies of other countries only with the agreement of the World Vision entities of those countries.

    6.5.3   WVUS will not approve or sign-on to public policy advocacy positions and statements without appropriate consideration and review by the President or designee. (See WVUS Operating Policy.)

6.6   **Partnering with Churches**. WVUS upholds the WVI Policy on Partnership with Churches, and implements strategies and programs to work with churches as partners both in the US and in the communities in which programmatic activities take place.

6.7   **Safeguarding.** WVUS upholds the WVI Child and Adult Safeguarding Policy and endorses the Core Elements for Codes of Conduct recommended by InterAction (June 2002).

6.8   **Family Planning.** WVUS upholds the WVI Family Planning Policy, WV supports family planning programs that are biblically and medically appropriate, opposes all abortifacient birth control methods, and opposes coercive family planning measures. Programs seek to strengthen marriages and the shared responsibility of parents in the stewardship of their children's birth and nurture. This policy is based upon the belief that human life begins at conception.

6.9   **Joint Committee Meeting with Audit & Finance Committee.** At least every three (3) years the Ministry Programs Committee will hold a joint committee meeting with the Audit & Finance Committee during one of the regularly scheduled WVUS board meetings. Areas for review should be selected primarily on the basis of: a) threat to WVUS's reputation and b) threat to WVUS's revenue and assets, and c.) results of internal audit reviews.

## 7. Resource Development

7.1   **Donor Transformation**. To fully realize the WVUS Mission Statement and the WVI Vision Statement, WVUS strives to be part of God's plan for Donor Transformation. World Vision's relationship with donors and sponsors results over time in changes in values, giving patterns, and lifestyles that are consistent with Christ's concern for the poor as well as an enhanced relationship with God.

    7.1.1   WVUS upholds the WVI policies for Transformational Development and Public Awareness, and engages with the WVI partnership to support the effective implementation of these policies.

    7.1.2   WVUS implements operating policies and programs to facilitate donor transformation, and

CONFIDENTIAL

evaluates the ongoing effectiveness of these programs.

7.2 **Communications and Fund-raising.** In accord with Partnership policy, through its communications and fund-raising practices, WVUS will consistently:

7.2.1 Provide messages and materials that:
- Are truthful, accurate, and not misleading and will include words, images, and statistics that are consistent with ministry realities.
- Create realistic donor expectations of how their gifts will be used.
- Taken as a whole, make our Christian identity and commitment to holistic ministry clear.
- Are consistent with our understanding of the Kingdom of God, in particular with respect to experiencing the love of Jesus Christ and his concern for justice, peace, reconciliation, and healing within a broken world.
- Educate people in their understanding of relief situations, development processes and outcomes, advocacy issues, and Christian witness activities.
- Are free from demeaning and degrading images and avoid paternalism and cultural insensitivity.
- Demonstrate good stewardship in the use of resources.

7.2.2 Build openness, confidence, knowledge, and trust within and outside the Partnership by upholding the Covenant of Partnership and the WVI Public Awareness ministry policy.

7.2.3 Abide by the standards of the Evangelical Council for Financial Accountability (ECFA) (see WVUS Board website).

7.2.4 Sponsorship marketing materials will communicate clearly that the sponsor's contributions are combined with resources from other sponsors and donors to support community-based development activities that benefit the child and the child's community, and other World Vision child sponsorship communities. Such activities benefitting sponsored children and their communities may occur at the local, national, and global levels (e.g. field-level program support serving multiple projects; national-level advocacy; global technical support for program design, monitoring, and evaluation standards; etc.). NOTE: This policy relates to messaging around the use of sponsorship "net yield to ministry" – the amount of total sponsorship-designated revenue less sponsorship's share of WVUS operating costs (direct and indirect).

7.2.5 Conduct a review by Internal Audit of external communications every two years or as needed to ensure that external communications materials align with World Vision's brand visually, and in content, voice, and integrity.

7.3 **Confidentiality of Donor Data.** Because we value each donor, World Vision will at all times abide by the following principles regarding the personal data of World Vision donors.

- Confidentiality: Donor data will be held in confidence and not shared or exchanged with organizations outside of World Vision, except in accordance with this policy and as approved by the President.
- Adherence to legal requirements: Donor data will be secured, retained, and used in accordance with all applicable laws, regulations, and contractual requirements.
- Transparency: World Vision's practices regarding the use of donor data will be clearly communicated to donors and their choices regarding usage will be honored.

7.3.1 **Exceptions for Limited Sharing of Donor Data.** Exceptions to this policy must be approved by the President and are expected to be few. Such exceptions will be communicated annually to the Board via written report, including exceptions continuing from previous years.

The following are examples of acceptable criteria for making such exceptions:
a. Increasing fundraising effectiveness while retaining safeguards. When the benefit to World Vision is substantial (e.g. acquiring new prospects or performing essential analysis on existing

CONFIDENTIAL

donor data), sharing donor data outside of World Vision may be

allowed if the data sharing is minimized to the greatest extent possible, and our PrivacyPolicy fully and truthfully informs donors of the sharing.

b.   Sharing identity of supporters with a trusted party, as a pre-condition of partnering. When a trusted party requires donor identity sharing under the terms of specific, writtenpartnering agreement, sharing such data may be approved on a case-by-case basis, if the organization has been carefully vetted to assure compatibility with our values, shares a similar constituency, and likewise follows principles in section 7.3 above.

7.3.2  **Policy Review and Audit**. This policy will be reviewed every 3 years, and donor data-sharingpractices audited periodically, to assure continued alignment of the policy, principles, andpractices with the external and legal environment.

7.4  **U.S. Government, all Public Sector Funding, and Multilateral Donors.** WVUS shall be the means by which World Vision International and the U.S. Government may work together in programs of assistance to the poor.

7.4.1  WVUS may enter into contractual agreement with government agencies and appropriate multilateral agencies to accept funds or commodities for specific humanitarian and development assistance programs through which the mutual goals of WVUS and the agency can be achieved.

7.4.2  WVUS shall not use funds from the U.S. Government for religious activities.

7.4.3  WVUS shall not accept funds or commodities that have conditions that compromise WorldVision's mission or core values.

7.4.4  In upholding the WVI Policy on Witness to Jesus Christ, WVUS will monitor its level of dependence on government and multilateral funding sources. To this end, WVUS will strive to maintain its public sector cash grant revenue, excluding revenue from subgrants to others and Humanitarian Emergency Affairs, at no more than 35% of total WVUS cash revenue, excluding public revenue from subgrants to others and Humanitarian EmergencyAffairs, over any given consecutive two-year period.

7.5  **Gifts-In-Kind (GIK).** By obtaining, processing and distributing high quality donated products, World Vision links corporations, volunteers, community-based organizations and churches in service with the poor. GIK are utilized to support the purpose and objectives of the WV Mission. WVUS upholds WVI Partnership GIK policies, as well as InterAction and ACCORD Interagency Standards for product appropriateness, valuation, documentation, accounting and disclosurepractices.

WVUS seeks to procure products in response to requests from WV domestic and international fieldpartners; in addition, WVUS may accept products offered by donors if there is reason to believe that those products can be effectively used to serve the poor in the programs of WV or of qualifiedpartner agencies.

## 8.  Audit

The following policies are intended to guide the board of directors in the exercise of its fiduciary responsibility over the financial operations of World Vision Inc. The board will, from time to time, request that the president provide appropriate evidence to the board that the organization is in compliance with thepolicy.

8.1  **Annual Financial Statement Audit and Independent Accountant.** The board shall select and engage a reputable independent accountant with adequate capacity (domestically andinternationally) to audit the financial statements of the organization in accordance with generally accepted accounting principles (GAAP). The firm should have experience with nonprofit organizations and in government requirements under the US Office of Management and Budget (OMB) Uniform Guidance codified in 2 CFR 200.  The Audit & Finance Committee shall meet at

least annually with the external auditors to review financial statements and required communications.

8.2 **Financial Integrity**. The board shall ascertain that the organization demonstrates the highest standard of integrity in all of its financial operations and that it is in full compliance with both the spirit and the letter of the Evangelical Council for Financial Accountability (ECFA), and the Council of the Better Business Bureau (CBBB) standards.

8.3 **Extraordinary Transactions.** The board shall require that prior to any commitment of funds in an extraordinary transaction, the president shall conduct a due diligence review of the proposed commitment of funds as outlined in the operational policy on extraordinary transactions and present them to the Audit & Finance Committee for review and recommendation to the board.

8.4 **Internal Audit.** The Audit & Finance Committee shall have unrestricted access to and receive reports from the Senior Director. The Audit & Finance Committee shall be consulted in the hiring or termination of audit staff. The Audit & Finance Committee shall annually receive and review an organizational risk assessment and annually receive and approve a schedule of proposed internal audit activities. The Audit & Finance Committee shall also periodically review and approve the internal audit department charter.

8.5 **Legal Compliance**. The board shall ascertain that the organization is in compliance with all applicable federal, state, and local laws.

8.6 **Conflict of Interest.** The board shall ascertain that a conflict of interest policy is in place, is being complied with, and covers all WVUS board members and employees. The Board shall approve and document the process to assure due diligence in compliance with intermediate sanction requirements for exempt organizations.

8.7 **Integrity Hotline.** The board shall receive reports at each board meeting from the Senior Director and Legal Counsel as to content and resolution of calls made to the Integrity Hotline.

8.8 **Risk Management.** The Committee shall also receive confidential and privileged reports directly from the Senior Director, Legal Counsel and other staff, when required, identifying risks and mitigation measures recommended to be implemented by management. The Audit & Finance Committee will act as a risk committee to monitor interest rate risk, develop any needed hedging policies and assure balance sheet flexibility.

8.9 **Compliance.** The board shall receive reports from the Chief Legal Officer on the state of the compliance framework.

8.10 **Audit Fees.** The Audit & Finance Committee shall pre-approve all audit fees and any fees paid to the independent accountant.

## 9. Miscellaneous

[Note: This "chapter" is for those few miscellaneous policies that just don't fit well in any of the other chapters. There may not be any.]

Attachment A: Board Profile
Attachment B: Annual Affirmation Statement

General comments or questions should be directed to Mr. Edgar Sandoval Sr., President.

WV-000675

ER0624

CONFIDENTIAL

<u>**ATTACHMENT A**</u>

**BOARD PROFILE FOR SELECTION OF NEW DIRECTORS**

I.   **EVERY** board candidate should:
   A.   Be known as a committed believer in and follower of Jesus Christ and participate in the worship and life of a local church.
   B.   Be known as a person of integrity and good reputation, consistent with World Vision's standards of Christian conduct.
   C.   Have a passion for and an intellectual interest in international Christian relief and development work.
   D.   Be willing to sign and wholeheartedly affirm the Annual Affirmation Statement of Service.
   E.   Not be an employee of World Vision U.S. (except for the president) or a close family member of an employee.

II.   As a **GROUP**, the entire board should:
   A.   Reflect the ethnic, gender, age and denominational diversity of our current and future key constituencies.
   B.   Represent a balance among the corporate, church, and professional sectors needed for effective ministry.
   C.   Reflect international experience.

III.   The **BOARD must have** persons whose professions or experience represent these categories:
   A.   Church and ministry leadership.
   B.   Knowledge of, and work among, the poor in the United States.
   C.   Financial and audit expertise.
   D.   Major donor community.
   E.   Management of fund-raising.
   F.   Marketing expertise.

IV.   It is desirable that the **BOARD** have persons whose professions or experience lie in categories such as:
   A.   Relief and development.
   B.   Law, education, or medicine.
   C.   Human resources.
   D.   Experience working with the media, creative agencies, and/or communications technology.
   E.   Experience in internet technology and social networking
   F.   U.S. Government affairs and politics.
   G.   Senior corporate leadership

V.   Spiritual gifts should be taken into account when considering persons for Board membership.

WV-000676

CONFIDENTIAL

ATTACHMENT B

**BOARD MEMBER ANNUAL AFFIRMATION STATEMENT OF SERVICE**

**(Please consider thoughtfully, sign, and return in the envelope provided)**

1. I continue to support our Mission Statement, Core Values, Covenant of Partnership, and leadership of WVUS and WVI (see the WVUS Board website).

2. I understand board membership requires the equivalent of up to 12 days per year of my time, including travel, preparation, and meetings. I am able to give that time during the coming 12 months and expect to attend all board and committee meetings unless I give the chair advance notice of my need to be absent for good cause.

3. I am personally committed to WVUS's biblical principles and Statement of Faith. (see the WVUS Board website)

4. I commit to uphold faithfully in prayer the ministry, board, and staff and to promote the mission of WVUS within my sphere of influence, including assisting with fundraising and advocacy.

5. I agree to provide financial support in the coming year at a level that is personally significant. My giving to World Vision will be among my highest giving priorities.

6. I have reviewed and intend to comply with WVUS's Child Protection and Adult Beneficiary Safeguarding policy and WVUS's Conflict of Interest policy. I am disclosing any known or potential conflicts of interest that have not been previously disclosed to the secretary of the board on the form provided (see the WVUS Board website)

7. I have reviewed and intend to comply with WVUS's conduct policy, including affirmation that marriage is a biblical covenant between a man and a woman.

8. I will strive continuously to increase my knowledge in the primary areas of ministry for WVUS.

9. I will strive to be a good steward of funds expended on my behalf as a board member of WVUS.

10. I understand that I am expected to contribute positively to the work of the board during meetings, and I will be candid in making any concerns I may have about the work of WVUS to the board chair or president.

11. I understand that my authority as a member of the governing board is limited to board and committee meetings, or in fulfilling roles assigned to me by the board, and that other activities in which I choose to engage are done so as a volunteer. I further understand that information discussed in Board meetings will be held in strict confidence.

12. If anything should occur during the year that would not allow me to keep these intentions of being a positive contributor to the board, I will take the initiative to talk to the board officers about a voluntary resignation to allow another to serve who is better able to meet these expectations of all board members.

_____ I am able to affirm all of the above items and look forward to continued service.

Signed:______________________________ Date:______________________________

WV-000677

ER0626

CONFIDENTIAL

| **Document History** |
|---|

B-010.00 Dated 8 June 2021
This section reflects all revisions approved by the WVUS Board of Directors through 8 June 2021:

Revision dated 8 June 2021: Slight change to the Chair's Role in 2.5; substantial revisions to update the wording of 7.2.4 in alignment with current sponsorship funding model.
Revision dated 25 January 2021: Updates to Introduction and 6.7; significant revisions to section 7.3.
Revision dated 22 Sept. 2020: Changes to policy in section 7.4.4.
Revision dated 2 June 2020: Additional language proposed for policy update in section 7.4.4.
Revision dated 15 January 2020: Attachment B, Annual Affirmation Letter, updating name of safeguarding policy.
Revisions dated 24 September 2019: Numerous additions and deletions to Section 1 to update language to new WVUS Strategy (FY20-24).
Revisions dated 24 May 2019: Numerous revisions to update Audit Committee references to Audit & Finance Committee; revision to 5.4.2.1 to reflect change in practice; changes to Section 8 regarding reports on compliance from the CLO and committee pre-approval for audit fees. In addition, change applied to 2.7.1 to include Founder's Chair on Executive Committee, and additions made to the "must have" list in Appendix A. All revisions will be documented in detail to the Minutes for the June 2019 Board meeting.
Revision dated 28 January 2019: Revisions in Section 8 to reflect staffing changes; president's name changed in Section 9.
Revision dated 25 April 2017: Revised Section 5.3 to clarify policy regarding the use of debt, as recommended by the Audit Committee to the full Board.
Revision dated 24 January 2017: Numerous revisions to several chapters, to harmonize language in this document with Board action that combined the Audit Committee and Finance Committee into a single committee named Audit Committee. Additionally, Section 2.9 was revised to clarify policy for the treatment of travel expenses for spouses or other family members of Directors. All revisions are documented in detail in the Appendix to the Minutes for the January 2017 Board meeting.
Revision dated 27 September 2016: Revised Sections 5.4.3.1 and 5.4.3.2 to modify the definitions of Liquidity and Reserves, as recommended by the Finance Committee to the full Board.
Revision dated 29 September 2015: Revised Section 2.4 to clarify the roles of the Board Chair and the Chair of the Board Development and Governance Committee, in the Board member nomination process.
Revision dated 20 April 2015: Revised Section 5.3 to include financing of capital assets.
Revision dated 26 January 2015: Chapter 1 revised to incorporate content of new WVUS Strategy FY15-19 and to add Guiding Principles from language of prior version; added items (6) and (7) to Section 3.5.3. Revision dated 25 July 2014: Added Section 2.13; modified Attachment B: added new item #7 and revised item #6 (removed reference to conduct policy and placed into new item #7).
Revision dated 28 January 2014: Added Section 2.2.10 to Board Job Description; modified Section 2.7 to add reference to WVI President's nominee; in Section 7.5, updated name of former AERDO organization to new name of ACCORD.
Revision dated 04 June 2013: Modified Section 2.9 regarding Director Expenses; modified Section 3.5.2 to include Balance Sheet being supplied at each Board meeting; modified Chapter 8 Preamble and Section 8.3 regarding Audit, and added new Sections 8.4 through 8.7 to the Audit chapter. All revisions are documented in detail in the Appendix to the Minutes for the June 2013 Board meeting.
Revision dated 22 May 2012: Added Section 2.12 regarding External Communications; extensive revisions to Chapter 5 Finance; modified Section 6.6 and added Section 6.9 regarding Joint Committee Meeting with Audit Committee; modified Section 8.3. All revisions are documented in detail in the Appendix to the Minutes for the May 2012 Board meeting.
Revision dated 24 January 2012: Extensive revisions to the entire document, as the result of a compre- hensive review undertaken by WVUS staff and WVUS Board. Revisions were made to all portions of the document except for Chapters 5 and 8 (which retain entirely the content of the 21 Sept 2010 document). All revisions are documented in the Appendix to the Minutes for the January 2012 Board meeting.
The first version was adopted on 22 Sept 1998. (For document history from 1998 through 2010, see versions of 24 January 2017 and prior.)

WV-000678

# EXHIBIT MF-29

CONFIDENTIAL



# THE ORANGE BOOK:
## LIVING OUT OUR VALUES



Building a better world for children

WV-0007008

CONFIDENTIAL

# Table of contents

**THE ORANGE BOOK**

Message from Edgar Sandoval ...................................................................... 3

Our mission statement ................................................................................... 4

Our vision statement ..................................................................................... 5

Our cultural characteristics ........................................................................... 6

Overview of our core values .......................................................................... 7

Our core values and key supporting policies ................................................. 8

    • We are Christian ...................................................................................... 9

    • We are committed to the poor ................................................................ 12

    • We value people ..................................................................................... 13

    • We are stewards ..................................................................................... 15

    • We are partners ...................................................................................... 18

    • We are responsive .................................................................................. 20

IMPORTANT ................................................................................................. 21

Additional resources .................................................................................... 22

*"Let my heart be broken with the things that break the heart of God."*

—Bob Pierce, World Vision founder




WV-000705

CONFIDENTIAL

# Message from Edgar Sandoval

Dear colleagues:

It is my pleasure to provide you with this resource, The Orange Book: Living Out Our Values. I trust it will equip you for this season in which God has called you to take part in His miraculous impact for kids and families worldwide.

In my corporate career before coming to World Vision, I learned valuable lessons about the importance of accountability, trust, and mission focus. In a Christ-centered organization such as World Vision, the stakes are much higher, and these qualities take on a greater significance.

Every organization needs to know why it exists, what drives it, and where it is going. For World Vision, our key documents provide these answers—answers we need to *be* the best and *do* the best we can in witnessing to the incredible love of Jesus Christ through our work.

Our mission and vision statements and core values provide the inspiration and foundation for how and why we operate with accountability and transparency. We are committed to doing the right thing, which means complying with both the spirit and the letter of the laws that govern our ministry. Conducting ourselves according to our Christian values helps us earn and keep the public trust and the respect of those we serve.

I ask that you review this employee guidebook and familiarize yourself with essential employee resources, especially the WVUS Policy Manual. These resources outline WVUS policies and set forth expectations for us, as employees and volunteers, on how we do business with others. It is important that you understand the implications of your decisions in the workplace and comply with policies and procedures relevant to your work. Policies help us put our values into practice as we continue to allow the Holy Spirit to transform us from within.

Living out our Christian values requires each of us to give our full commitment. The responsibility lies with all of us—it's mine, it's yours, it's ours. This organization has a strong reputation around the world, and I am counting on you to help protect it, and to always act in the best interests of World Vision with a high degree of integrity and Christian ethics.

Thank you for embracing and implementing our core values, for committing to the high standards that define who we are, and for your partnership in working toward our mission and vision.

Sincerely,

Edgar Sandoval Sr.
President, World Vision U.S.

WV-000710

3

CONFIDENTIAL

## Our mission statement

World Vision is an international partnership of Christians whose mission is to follow our Lord and Savior Jesus Christ in working with the poor and oppressed to promote human transformation, seek justice, and bear witness to the good news of the kingdom of God.

More on our mission statement



ER0632

CONFIDENTIAL

# Our vision statement

Our vision for every child, life in all its fullness. Our prayer for every heart, the will to make it so.

**More on our vision statement**







ER0633

CONFIDENTIAL

## Our cultural characteristics



### URGENCY

"Whoever heard me spoke well of me, and those who saw me commended me, because I rescued the poor who cried for help, and the fatherless who had none to assist them."

—Job 29:11–12 (NIV)

### EXCELLENCE

Whatever you do, work at it with all your heart, as working for the Lord, not for human masters, since you know that you will receive an inheritance from the Lord as a reward. It is the Lord Christ you are serving.

—Colossians 3:23-24

### INTEGRITY

For we are taking pains to do what is right, not only in the eyes of the Lord but also in the eyes of man.

—2 Corinthians 8:21

### HUMILITY

But we have this treasure in jars of clay to show that this all-surpassing power is from God and not from us.

—2 Corinthians 4:7

### UNITY

So Christ himself gave the apostles, the prophets, the evangelists, the pastors and teachers, to equip his people for works of service, so that the body of Christ may be built up until we all reach unity in the faith and in the knowledge of the Son of God and become mature, attaining to the whole measure of the fullness of Christ.

—Ephesians 4:11–13

ER0634

CONFIDENTIAL

## Overview of our core values

**WE ARE CHRISTIAN**

We acknowledge one God: Father, Son, and Holy Spirit. In Jesus Christ the love, mercy, and grace of God are made known to us and all people. From this overflowing abundance of God's love we find our call to ministry. We proclaim together, "Jesus lived, died, and rose again. Jesus is Lord." We desire Him to be central in our individual and corporate life.

**WE ARE COMMITTED TO THE POOR**

We are called to serve those in greatest need around the world, to relieve their suffering and to promote the transformation of their condition of life. We stand in solidarity in a common search for justice. We seek to understand the situation of the poor and work alongside them toward fullness of life.

**WE VALUE PEOPLE**

We regard all people as created and loved by God. We give priority to people before money, structure, systems, and other institutional machinery. We act in ways that respect the dignity, uniqueness, and intrinsic worth of every person—the poor, our donors, our staff and their families, our boards, and our volunteers. We celebrate the richness of diversity in human personality, culture, and contribution.

**WE ARE STEWARDS**

The resources at our disposal are not our own. They are a sacred trust from God through our donors on behalf of the poor. We are faithful to the purpose for which those resources are given and manage them in a manner that brings maximum benefit to the poor.

**WE ARE PARTNERS**

We are members of the international World Vision Partnership, which transcends legal, structural, and cultural boundaries. We accept the obligations of joint participation, shared goals, and mutual accountability that true partnership requires. We affirm our interdependence and our willingness to yield autonomy as necessary for the common good. We commit ourselves to know, understand, and love each other.

**WE ARE RESPONSIVE**

We are responsive to life-threatening emergencies where our involvement is needed and appropriate. We are willing to take intelligent risks and act quickly. We do this from a foundation of experience and sensitivity to what the situation requires. We also recognize that even in the midst of crisis, the destitute have a contribution to make from their experience.

More on our core values

ER0635

CONFIDENTIAL

# Our core values and key supporting policies

Our mission, vision, and core values are put into action through policies that govern our work and our conduct. Policies help act as our guide to conducting ourselves in a manner befitting an organization that is committed to serving the poor and following Christ.

This section of The Orange Book links to the key policies that undergird our core values.



## The integrity of the upright guides them …

—Proverbs 11:3





8

ER0636

CONFIDENTIAL

# We are Christian

**OUR WITNESS**

World Vision staff are committed to glorifying God and to witnessing, through both word and deed, to His redemptive work and love in the person of His Son, Jesus Christ.

Our lives, our deeds, our words, and the signs of God's action are inseparable means of conveying the gospel and obeying the biblical mandate to serve the poor. Words clarify the meaning of our deeds, deeds verify the integrity of our words about Jesus Christ, and signs are the acts of God in the midst of what we do and say. We cannot separate who we are from what we do as we aim to work in a manner that encourages people to be lifelong followers of Christ.

Our desire is to model Christ-like behavior at and away from work, at all times, so that people will be drawn to placing their faith in Him and following His compassionate lordship. World Vision recognizes that effective Christian witness is first expressed in the personal lives of staff and how we love and serve one another.

**OUR ONENESS IN DIVERSITY**

World Vision's staff represent many Christian traditions and expressions. Despite this diversity, we share a common commitment to what World Vision states about faithfulness in biblical belief and conduct. This commonality strengthens World Vision and helps us better understand the diversity among those we serve.

**OUR FAITH AT WORK**

Our workplace should reflect our unity and love for each other in Christ. World Vision staff, both individually and corporately, are called to pursue an ever greater integration of and obedience to the teachings of Jesus Christ and the biblical principles that underlie our organization's mission. While acknowledging each individual's personal responsibility for spiritual enrichment, World Vision seeks to enhance the spiritual development of its staff through the provision of time and structure for devotions, prayer, chapel, biblical reflection, and other opportunities to mature in relationship with Christ.

**OUR SERVICE**

As we holistically serve those in physical and spiritual need, World Vision encourages staff to embrace a deeper relationship with Jesus Christ, to use language and methods that are God-honoring and truthful as measured against the standards of Scripture, and to be sensitive to culture and audience, seeking to unify rather than divide.

"We are therefore Christ's ambassadors." His kingdom is one of "kindness, justice and righteousness."

*(2 Corinthians 5:20, Jeremiah 9:24)*

WV-000716

ER0637

CONFIDENTIAL

# We are Christian (cont.)

World Vision offers assistance to those in need regardless of their religious beliefs and without taking advantage of people's vulnerability or making any attempt to coerce a change in their faith.

On behalf of the poor, neglected, and marginalized, World Vision advocates for the biblical justice modeled by Jesus Christ in our interactions with individuals, communities, and institutions such as churches, businesses, and governments.

## Christian Commitment and Witness Policy

As the foundation for all we do, our Christian faith is a uniting factor among staff. All World Vision U.S. staff are asked and expected to affirm belief in World Vision's Statement of Faith and/or the Apostles' Creed.

### STATEMENT OF FAITH

*We believe the Bible to be the inspired, the only infallible, authoritative Word of God.*

*We believe that there is one God, eternally existent in three persons: Father, Son, and Holy Spirit.*

*We believe in the deity of our Lord Jesus Christ, in His virgin birth, in His sinless life, in His miracles, in His vicarious and atoning death through His shed blood, in His bodily resurrection, in His ascension to the right hand of the Father, and in His personal return in power and glory.*

*We believe that for the salvation of lost and sinful man, regeneration of the Holy Spirit is absolutely essential.*

*We believe in the present ministry of the Holy Spirit by whose indwelling the Christian is enabled to live a godly life.*

*We believe in the resurrection of both the saved and the lost; they that are saved unto the resurrection of life and they that are lost unto the resurrection of damnation.*

*We believe in the spiritual unity of believers in our Lord Jesus Christ.*

### THE APOSTLES' CREED

*I believe in God, the Father almighty, creator of heaven and earth.*

*I believe in Jesus Christ, his only Son, our Lord, who was conceived by the Holy Spirit, born of the Virgin Mary, suffered under Pontius Pilate, was crucified, died, and was buried; he descended to the dead. On the third day he rose again; he ascended into heaven, he is seated at the right hand of the Father, and he will come again to judge the living and the dead.*

*I believe in the Holy Spirit, the holy catholic church, the communion of saints, the forgiveness of sins, the resurrection of the body, and the life everlasting. Amen.*

ER0638

CONFIDENTIAL

# We are Christian (cont.)

**FAITH AT WORK**

One of the primary objectives of World Vision is to follow Christ in serving the poor by demonstrating God's love through our interactions with each other and those we serve. Faith exhibiting itself at work means Christ and His love are at the center of all we do.

**WEEKLY CHAPEL**

World Vision staff are invited and expected to worship every week (usually Wednesday) in an organization-wide chapel in Federal Way (or in the Washington, D.C. office). Employees working in other locations may stream the live broadcast of the Federal Way service. Each week's chapel service is intended to encourage employees and to remind us that our mission is focused on the work of Christ to the poor.

**TEAM DEVOTIONS**

Each World Vision team is expected to spend one additional hour each week in team devotions. Teams have the flexibility to schedule these devotions as fits best in their weekly schedules. Devotions are an excellent way for each team to pray for and focus their labors on the overall mission of God.

**A PRAYER-CENTERED WORK ENVIRONMENT**

Prayer plays a central role in World Vision's ministry. We recognize that our mission is not only commanded by God but also resourced by

Him. We place such a high value on prayer that we begin each fiscal year with an entire day dedicated to prayer, thanksgiving, and reflection. In addition, we provide prayer rooms with special emphases throughout the year and encourage employees to begin and end each work or project meeting in prayer.

**EXPECTATIONS OF BEHAVIOR**

World Vision staff are committed to glorifying God and to witnessing, through life, word, and deed, to His redemptive work and love in the person of His Son, Jesus Christ. We do this by following Him individually and corporately, in accord with our understanding of the teachings in His Word, the Bible. By doing so in all aspects of our lives and work, we call others to a life-changing commitment to serve the poor in the name of Christ.

World Vision staff members are expected to comply with the Business Ethics and Christian Conduct policy, adhere to all U.S. laws and World Vision policies, and conduct themselves with uncompromising honesty and integrity.

<u>Business Ethics and Christian Conduct Policy</u>

ER0639

CONFIDENTIAL

# We are committed to the poor

## CHILD PROTECTION

What is child protection? It encompasses all measures taken to prevent and respond to exploitation, neglect, abuse, and all other forms of violence affecting children. Guided by Christ's teaching, World Vision seeks to enable the fulfillment of children's rights to protection from all forms of abuse and violence.

World Vision has specific child protection behavior expectations of staff, standards for the protection of children, and steps staff members are to take should they ever become aware of inappropriate treatment of a child.

Child Protection Policy

## PROMOTING TRUTHFULNESS AND ACCURACY IN FUNDRAISING AND MARKETING

World Vision is committed to marketing and promotion practices that reflect the character of Jesus Christ and elevate His reputation among those who see and/or hear our materials or media. World Vision does not employ or condone deceptive or inappropriate

fundraising, marketing, or promotion practices. This is a vital tenet of our dedication to Jesus Christ and our donors as well as essential to securing and maintaining our Christian brand and reputation.

The Resource Development Policy provides detailed guidelines and resources that impact staff behavior and practice in raising ministry funds.

In addition to multiple state charitable registration and solicitation laws and regulations with which World Vision must comply, the organization must show, annually or bi-annually, that all our communications and fundraising practices abide by and meet the fundraising principles and standards for the following association, certification, and watchdog agencies:

- Evangelical Council for Financial Accountability (ECFA)
- Better Business Bureau Wise Giving Alliance (BBB WGA)
- InterAction

Resource Development Policy

Defend the weak and the fatherless; uphold the cause of the poor and the oppressed.

—*Psalm 82:3*




ER0640

CONFIDENTIAL

# We value people

**OUR COMMITMENT
TO VALUING PEOPLE**

World Vision is committed to valuing our employees. The We Value People policy describes our commitment to valuing people and recognizes our shared responsibility to ensure an environment in which our employees can realize their full, God-given potential and which enhances the well-being of our staff. We celebrate the richness of diversity in human personality, culture, and contribution. We focus on leadership, engagement, accountability, talent, inclusion, execution, and rigor.

**EQUAL OPPORTUNITY,
NON-DISCRIMINATION,
ANTI-HARASSMENT, AND
REASONABLE ACCOMMODATION**

World Vision provides equal employment and advancement opportunities to all individuals. As such, employment decisions at World Vision are based on merit qualifications and abilities of applicants and employees and on the operational needs of the organization.

World Vision does not discriminate in employment opportunities or practices on the basis of race, color, sex, national origin, age, disability, or any other characteristic protected by law. World Vision is a religious organization, exempt from Title VII as to discrimination based on religion. World Vision will make reasonable accommodations for any qualified employees and/or job applicants with respect to terms, privileges, or conditions of employment because of an individual's disability.

World Vision is committed to providing an environment free from hostility and unlawful harassment in any form, e.g., sexual harassment or unlawful harassment based on any protected status.

Employees with questions or concerns about any type of discrimination or harassment in the workplace are encouraged to bring these issues to the attention of their immediate supervisor or Human Resources.

<u>(1) Equal Opportunity Policy;</u>
<u>(2) Anti-Harassment Policy;</u>
<u>(3) Reasonable Accommodation Policy</u>

**COMPENSATION AND BENEFITS**

World Vision maintains a compensation and benefits program which comprises elements that:

• Attract and retain qualified employees at all levels of responsibility

• Reflect the value of jobs in the labor market

• Are externally competitive, while being internally consistent and fair

• Provide the flexibility to reward employees on the basis of individual performance and contribution to the achievement of the organization's goals

• Comply with World Vision U.S. Board of Directors' directives

• Comply with state and federal laws and regulations, including all applicable minimum wage, overtime, and wage and hours laws

WV-000720

**ER0641**

Case 2:21-cv-00920-JLR Document 28-29 Filed 04/15/22 Page 13 of 24

CONFIDENTIAL

# We value people (cont)

World Vision is committed to providing a compensation and benefits program that is valued by employees and is competitive, while reflecting our stewardship of donor funds. At the same time, the organization's mission and core values will guide us to:

- Remember we serve the poor
- Be good stewards
- Value employees
- Focus on performance
- Drive efficiency, effectiveness, and quality
- Be flexible and fair

**(1) Salary Administration Policy; (2) Work Hours Policy; (3) Overtime Policy**

### SAFETY AND PREVENTING VIOLENCE IN THE WORKPLACE

World Vision is committed to providing a healthy, drug-free, safe, and secure work environment.

World Vision is a drug-free environment. The use of drugs (excluding the proper use of prescription drugs and over-the-counter medications) and the unlawful possession of controlled substances on World Vision premises constitute a health and safety hazard and will not be tolerated. Both are also prohibited while conducting World Vision business off company premises.

World Vision has a zero-tolerance policy for actual or threatened violence against co-workers, visitors, or any other persons who either are on our premises or have contact with employees in the course of their duties.

"Workplace Violence Do's and Don'ts" provides suggestions of how to de-escalate potentially violent situations. Immediately report—to your supervisor and/or HR business partner—when an employee is threatened or is the victim of a violent act in the workplace, or when behavior is observed to be violent or potentially violent.

**(1) Safety Policy; (2) Drug-Free Workplace Policy; (3) Preventing Violence in the Workplace Policy**

*My brothers and sisters, believers in our glorious Lord Jesus Christ must not show favoritism.*

*—James 2:1*




WV-000721

14

CONFIDENTIAL

## We are stewards

### CONFLICTS OF INTEREST

When engaged in World Vision operations, officers, staff, and volunteers are required to act in World Vision's best interests and to ensure that business and financial dealings and/or relationships do not cause situations where they may appear biased.

A conflict of interest arises when a staff member has a personal relationship or a financial or other interest that could interfere with their obligation to act in the best interests of World Vision, or when they use their position with the organization for personal gain. Please refer to the Conflict of Interest Policy to review common situations where potential or actual conflicts of interest might arise.

Conflict of Interest Policy

### FRAUD, ILLEGAL ACTIVITIES, WASTE, AND ABUSE

Our continued success depends on all staff members conducting World Vision business with the utmost integrity and transparency. Prioritizing the organization's best interests ensures that fraud and wasteful spending do not impair our ability to achieve our mission.

Each staff member, regardless of tenure or position, plays an important role in the stewardship of World Vision resources. It is not acceptable to turn a blind eye to fraud, wasteful spending, or internal control violations. Any suspicions or concerns are to be raised through the appropriate channels. If

an occurrence of fraud, illegal activities, waste, or abuse within World Vision is observed or suspected, the observer is expected to report the concern to management or confidentially, as provided in the Integrity Hotline Policy.

(1) Fraud, Illegal Activities, Waste, and Abuse Policy; (2) Integrity Hotline Policy

### INFORMATION SECURITY

Appropriate use of technology is founded on professional, honest, and ethical behavior that demonstrates consideration for others, respect for data privacy and intellectual property rights, and concern for confidentiality, integrity, and availability of the data entrusted to us by our constituents.

The Information Security General Policy outlines World Vision's expectations on the handling of data of all classifications, including personally identifiable information. World Vision provides the utmost care and security in the handling of donor funds and personal financial information, including adherence to regulatory and legal requirements, to honor our supporters' trust in the organization as outlined in our Donor Funds and Personal Financial Information Policy.

At World Vision, we believe that information security is a shared responsibility. The Technology Acceptable Use Policy contains examples of allowed and disallowed uses for World Vision computing resources. We all

ER0643

CONFIDENTIAL

## We are stewards (cont.)

help protect the organization's donor data, confidential information, and World Vision systems and networks to avoid compromising information integrity or security.

(1) Information Security General Policy;
(2) Technology Acceptable Use Policy;
(3) Donor Funds and Personal Financial Information Policy

### ACCURACY OF REPORTING AND RECORDS

World Vision corporate records are to be true, accurate, and complete, and data is to be promptly and accurately entered into our accounting books in accordance with Generally Accepted Accounting Principles (GAAP). World Vision's Record Retention and Destruction Policy is administered in accordance with applicable state and federal laws.

Record Retention and Destruction Policy

### APPROPRIATE USE OF SOCIAL MEDIA

World Vision engages people through a variety of communication tools, including the use of social media.

World Vision approaches social media opportunities with the intent to build our brand equity in order to bring social and economic justice to the poor and the marginalized in the name of Jesus Christ. Employees are expected to approach their online conduct with the same ethics and

standards they apply to their offline conduct.

As such, World Vision's social media policy works alongside, not in place of, other existing policies and protocols. Please refer to the Social Media Policy to gain a thorough understanding of the general principles that World Vision employees are expected to follow when engaging in the social media sphere.

How a staff member communicates through social media depends on whether they are doing so on behalf of World Vision in their role, or whether their use is of a personal nature. Before posting or engaging in online comments, the following should be considered:

• How does this statement elevate the name of Christ?

• How will this statement build World Vision's brand equity?

• Do I completely understand the implications of my statement for my organization and for the rest of the World Vision Partnership?

• How will the statement enhance my credibility when read by others?

• Is my statement in compliance with World Vision's child protection standards and protocols?

• Am I sharing any confidential, restricted, proprietary, or private World Vision information?

Social Media Policy

ER0644

CONFIDENTIAL

## We are stewards (cont.)

### TRAVEL AND HOSPITALITY

World Vision has established travel and hospitality guidelines and practices that embody our corporate philosophy and are in alignment and compliance with limits set by government regulations. As stewards of the public trust, employees are responsible to ensure that their spending is modest and in keeping with our ministry goals and objectives.

Staff should travel only when objectives cannot be met by using other forms of communication. Issues such as employee safety, cost efficiency, reasonable time efficiency, and personal work/ life balance, along with World Vision's public image, should all be taken into consideration. In addition, the organization is committed to promoting the safety of, and mitigating risk for, staff travelers. Please refer to the Promoting Safety for WVUS International Travelers Policy and the Travel Portal (see The Vine) for valuable staff resources.

Employee claims for travel and hospitality reimbursement must be accurate and related only to legitimate World Vision business. Expenses are to be submitted in a timely manner through the Concur system. Employees who travel or incur expenses on behalf of WVUS should be familiar with, and comply with, the Travel and Hospitality

Policy. Corporate credit cards are issued for World Vision travel and non-travel expenses, and must not be used for personal expenses, per the Corporate Card Program Policy.

(1) Promoting Safety for WVUS International Travelers Policy; (2) Travel and Hospitality Policy; (3) Corporate Card Program Policy

### ACCEPTANCE OF GIFTS FROM VENDORS

World Vision makes decisions based on legitimate business considerations. Accepting gifts or entertainment may limit our ability to make an objective business decision and must be in accordance with our Acceptance of Gifts from Vendors Policy. In addition, gifts and business entertainment of government officials must be in accordance with our Anti-Bribery and Corruption Policy.

While performing their role with World Vision, an employee may develop relationships with donors, vendors, advisory board members, and others in which a gift, monetary or otherwise, is offered. They are to be cautious when giving gifts or entertainment to, or accepting gifts or entertainment from, anyone who does or seeks to do business with World Vision.

(1) Acceptance of Gifts from Vendors Policy; (2) Anti-Bribery and Corruption Policy




WV-000724

ER0645

CONFIDENTIAL

# We are partners

**WORLD VISION PARTNERSHIP**

World Vision is an international partnership of Christians. Guided by the Holy Spirit, our corporate pilgrimage brought the Partnership to an understanding of what it means to be in relationship and ministry together. Sensing the need to express these shared understandings as a framework for joint global action, the World Vision Partnership formulated a Covenant of Partnership. The Covenant is based on the principle of interdependent national entities held together, under God, by voluntary commitment.

We affirm the spirit of citizenship in the kingdom of God described in Ephesians: "... fellow citizens with God's people and also members of his household, built on the foundation of the apostles and prophets, with Christ Jesus himself as the chief cornerstone" (Ephesians 2:19–20).

World Vision protects the shared World Vision trademark; learn more in the WVUS Trademark and Logo Policy.

WVUS Trademark and Logo Policy

**FAIR DEALING WITH VENDORS AND DONORS**

World Vision's success depends on building productive relationships with vendors and donors based on ethical behavior and mutual trust.

Our vendors are valued partners in the success of our organization. Employees' relationships with them are to be characterized by honesty and fairness. Vendors are selected on a competitive basis, when required, according to the Contracting and Purchasing Policy and established procedures. Terms and conditions defining our relationship with vendors are communicated early in the vendor selection process, and signed agreements to such terms and conditions, or any acceptable modifications, are reached before work begins. Included in these agreements are World Vision's standard terms and conditions regarding payment, confidentiality, child protection protocols, and the use of intellectual property.

World Vision works with governments that are donors. World Vision's policies and procedures require strict observance of the laws and regulations which govern grants by governmental entities, whether in the United States or in any other country. It is World Vision's policy that all statements to government officials, including grant officials, are accurate and truthful, including financial data.

World Vision does not knowingly, unless in possession of a government license to do so, engage in transactions with "blocked parties" (individuals and entities to whom the U.S. or other countries—in order to prevent terrorism, narcotics trafficking, weapons

WV-000725

ER0646

CONFIDENTIAL

## We are partners (cont.)

proliferation, etc.—prohibit any transfer of any item or transaction of economic value). World Vision follows our Blocked Parties Screening Policy.

(1) Contracting and Purchasing Policy;
(2) Signature and Approval Policy;
(3) Blocked Parties Screening Policy and Procedures

### MEDIA RELATIONS

Providing accurate and consistent information to the media and general public maintains integrity in our relationships. To ensure that accurate and consistent information about World Vision is provided to the news media or other interested parties, all calls or inquiries from or to journalists or the news media are to originate from the Office of Public Engagement, per the Media Relations Policy and Social Media Policy.

(1) Media Relations Policy;
(2) Social Media Policy

I pray that your partnership with us in the faith may be effective in deepening your understanding of every good thing we share for the sake of Christ.

—Philemon 1:6






19

ER0647

CONFIDENTIAL

# We are responsive

## INTEGRITY HOTLINE

World Vision provides a process to ensure that employees may confidentially and anonymously submit concerns regarding incidents of unethical conduct, illegal activities, fraud, waste, or abuse. Each employee plays a crucial role in the reporting of integrity or compliance concerns.

When an employee believes that World Vision's integrity is being compromised by unethical behavior or actions that violate World Vision's standards, they are encouraged to talk with their manager. If they are more comfortable reporting the concerns anonymously to a neutral third party, they may do so by calling the Integrity Hotline.

All good-faith reports will be kept confidential. To the extent allowed by law, World Vision will take reasonable precautions to maintain the confidentiality of those reporting an integrity

or compliance concern. Please refer to the Integrity Hotline Policy for examples of the types of issues that should be reported.

Contact the Integrity Hotline at 1.866.885.5883 (toll free, 24 hours a day) or https://worldvision.alertline.com.

**Integrity Hotline Policy**

## NON-RETALIATION

World Vision strives to provide a safe, healthful, productive, and Christ-like work environment. Inappropriate behavior, discrimination, harassment, or violence in the workplace is not tolerated. World Vision will protect employees from harassment or retaliation for reporting to World Vision, in good faith, any reportable incident or risk, per the Non-Retaliation Policy.

**Non-Retaliation Policy**

*For we are taking pains to do what is right, not only in the eyes of the Lord but also in the eyes of man.*

*—2 Corinthians 8:21*





20

ER0648

CONFIDENTIAL

# IMPORTANT

The Orange Book: Living Out Our Values is a resource guide for employees. It is not intended to describe every policy that may apply to you while working at World Vision (WVUS/World Vision). All current corporate WVUS policies are available on The Vine (WVUS intranet) under the left-hand blue Policies and Procedures tab.

You should periodically review all WVUS policies, as we are all responsible for complying with them. If you have questions, ask your supervisor; HR Business Partner; or staff in the Audit and Risk Management Services, Legal, or Office of Accountability, Compliance, and Ethics (ACE) departments.

This guidebook and our policies are not a contract, express or implied. Nothing in the guidebook or policies changes your right, or the right of WVUS, to separate and end employment at any time with or without cause ("at will"). WVUS can change and revise this guidebook at any time without notice.

<u>WVUS Policy Hub</u>

ER0649

CONFIDENTIAL

# Additional resources

**ON THE VINE (WVUS INTRANET)**

Resources

- Faith at Work
- Orange Pages
- Help Desks
- Organizational Charts
- My Life. My Benefits.
- Forms
- Integrity Hotline
- Crisis and Closure
- Policies and Procedures (WVUS Policy Manual)

Support

- Audit and Risk Management Services (ARMS)
- Corporate Services
- Finance
- Grant Solutions
- Human Resources
- Information Systems
- Legal
- Security
- Travel
- Vendor and Contract Services

WV-000729

22

**ER0650**

CONFIDENTIAL







34834 Weyerhaeuser Way S.
P.O. Box 9716
Federal Way, WA 98063-9716

**worldvision.org**

World Vision is a Christian humanitarian
organization dedicated to working with children,
families, and their communities worldwide to
reach their full potential by tackling the causes
of poverty and injustice. Motivated by our faith
in Jesus Christ, we serve alongside the poor
and oppressed as a demonstration of God's
unconditional love for all people. World Vision
serves all people regardless of religion, race,
ethnicity, or gender.



Scripture taken from the Holy Bible, New International
Version®, NIV®. Copyright © 1973, 1978, 1984, 2011
by Biblica, Inc.™ Used by permission of Zondervan.
All rights reserved worldwide. www.zondervan.com
The "NIV" and "New International Version" are
trademarks registered in the United States Patent
and Trademark Office by Biblica, Inc.™

# EXHIBIT MF-30

**ER0652**





WV-006130









WV-006134













CONFIDENTIAL









WV-006144

ER0668











WV-006149



CONFIDENTIAL













CONFIDENTIAL

