No. 24-3259

# In the United States Court of Appeals for the Ninth Circuit

WORLD VISION, INC.,
Defendant-Appellant,

v.

AUBRY MCMAHON,
Plaintiff-Appellee.

Appeal from the United States District Court
for the Western District of Washington
Honorable James L. Robart
(2:21-cv-00920-JLR)

## EXCERPTS OF RECORD
## VOLUME 4 OF 5

NATHANIEL L. TAYLOR
ABIGAIL J. ST. HILAIRE
ELLIS, LI & MCKINSTRY PLLC
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
(202) 682-0565
*ntaylor@elmlaw.com*

SCOTT J. WARD
J. MATTHEW SZYMANSKI
GAMMON & GRANGE, P.C.
1945 Old Gallows Road, Suite 650
Tysons, Virginia 22182
(703) 761-5012
*sjw@gg-law.com*

DANIEL H. BLOMBERG
  *Counsel of Record*
LUKE W. GOODRICH
JORDAN T. VARBERG
AMANDA G. DIXON
THE BECKET FUND FOR
  RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW
  Suite 400
Washington, DC 20006
(202) 955-0095
*dblomberg@becketlaw.org*

*Counsel for Defendant-Appellant*

# EXHIBIT MF-31

ER0683



Hope Over Fear Article on the Vine from March 23, 2020





Last week at chapel, we had the opportunity to hear from our donors and pray over some of their requests. This was just a fraction of the thousands of requests we received. Many donors have asked for prayer over fear, anxiety, uncertainty, finances, health, and for leadership decisions in light of COVID-19. We know we serve a powerful God who hears our prayers and that we can be bold in our requests, pleas, and cries to Him during this challenging time.

## We invite all staff to join us in prayer.

Once you have prayed for a donor, simply click the checkbox and close the browser window. This is very similar to the donor prayer time that during the Day of Prayer. **Important: Prayer request are confidential and for internal use only.**

*Published on March 23, 2020*

Not only are our donors grateful to have World Vision pray for them, but it's such a blessing for us to be able to! Thank you for taking time to pray for them during such a time as this.

WV-003114

ER0685

↩ Reply all  ∨   🗑 Delete   ⊘ Junk   Block sender   ⋯

# Join the World Vision Hope Over Fear Prayer Chain

 **SendAll**
Mon 4/27/2020 10:58 AM
Bcc: Sendall WVUS All Locations

👍 ↩ ↩ → 🔲 ⋯

Dear World Vision Family,

I would like to invite you to join the World Vision Hope Over Fear Prayer Chain. The scripture tells us in 2 Timothy 1:7 that as Christians, "God gave us a spirit not of fear but of power and love and self-control." Join your fellow World Vision employees across the US where we will entreat the Lord to give us hope, to remove our fears, and to strengthen us by His power to love others with all that we are and all that we have.

## What is the "Hope Over Fear" Prayer Chain?
A God-inspired prayer movement where you are invited to pray 15 minutes a week (same day and time every week)! *We will seek the Lord's face and ask Him for direction, strength, encouragement and favor.* (Exodus 33)

## Prayer Warriors: Please sign up for a day and time to pray each week for World Vision, our partners, and our donors. We are receiving prayer requests daily from our donors, and we ask that you join us in praying.

## What do you need to do to join the movement?
Please follow this **link** to sign up for your 15-minute weekly Hope Over Fear prayer window.

Then, go to the **Hope Over Fear Prayer Chain article** on the Vine to read the requests that have been coming in from our donors. Select **3-5** prayer requests you'd like to pray for each week and remember to check-off the ones that you pray for. We'll be adding more prayers each week, as donors have submitted more than **5,000** prayers to us.

In addition to the prayer requests from our donors, you can also pray for World Vision, our partners, our leadership and staff, and for the children, families, and communities that we serve.

Seeking His Face in Grace and Peace,

**Michael Sieber**
Vice President, Channel Development and Management

Reply | Reply all | Forward

WV-003115



# UPDATE: Hope Over Fear prayer chain

 Michael Sieber - US

Sign Up for a Prayer Time

Hope over Fear Prayer Requests

## UPDATE: January 22, 2021

The Hope Over Fear prayer chain launched last April with more than **5,000 donor prayer requests** waiting to be lifted in prayer. On launch day, Michael Sieber posted a passionate appeal to World Vision employees in the U.S. to commit to praying over donor prayer requests at least 15 minutes a week. Prayer requests were also distributed at the Day of Prayer virtual event. **Because of the amazing efforts from WVUS employees, every single donor prayer request on the list had been prayed for!** It was a huge accomplishment, and one that had never been reached!

Since October 2, an **additional 2,578 prayer requests** were posted on Hope Over Fear and were prayed for.

DCS agents continue logging donor prayer requests daily in the Voice of the Donor database and they are shared on the Hope Over Fear prayer list. There are currently **510 prayer requests** dating back to December 29.

Let's continue our commitment to praying for our donors at least 15 minutes a week. New sign-ups are always welcome, or you can simply click the Hope over Prayer Requests button above whenever the Spirit prompts you. Additional details below.


**PREVIOUSLY POSTED**

Join fellow World Vision employees across the US where we will entreat the Lord to give us hope, to remove our fears, to strengthen us by His power to love others with all that we are and all that we have.

## What is the "Hope Over Fear" Prayer Chain?

A God-inspired prayer movement where you are invited to pray 15 minutes a week (same day and time every week)! We will seek the Lord's face and ask Him for direction, strength, encouragement and favor. (Exod. 33)

## What do you need to do to join the movement?

Please follow **this link** to sign up for your 15-minute weekly Hope Over Fear prayer window.

Then go to the **Hope over Fear Prayer Requests page** to read the requests that have been coming in from our donors. Select **3-5** prayer requests you'd like to pray for each week and remember to check-off the ones that you pray for.

In addition to the prayer requests from our donors, you can also pray for World Vision, our partners, our leadership and staff and for the children, families and communities that we serve.

WV-003117

ER0688



# Donors continue to share their prayer requests

 Michael Sieber - US

> Sign Up for a Prayer Time

> Hope over Fear Prayer Requests

## UPDATE: June 1, 2021

Since the last update in January, an additional 2,709 donor prayer requests were lifted up to our Lord.

DCS enters an average of 150-200 donor prayer requests daily into the Voice of the Donor system. There are currently 927 prayer requests that date back to April 23 waiting to be prayed over.

Let's revive our commitment to praying for our donors. You can sign up for 15 minutes a week (same time and day) or simply visit the prayer list whenever you feel led to a time of prayer.

And pray in the Spirit on all occasions with all kinds of prayers and requests. With this in mind, be alert and always keep on praying for all the Lord's people. Eph 6:18 NIV

## PREVIOUSLY POSTED

WV-003118

ER0689

Join fellow World Vision employees across the US where we will entreat the Lord to give us hope, to remove our fears, to strengthen us by His power to love others with all that we are and all that we have.

## What is the "Hope Over Fear" Prayer Chain?

A God-inspired prayer movement where you are invited to pray 15 minutes a week (same day and time every week)! We will seek the Lord's face and ask Him for direction, strength, encouragement and favor. (Exod. 33)

## What do you need to do to join the movement?

Please follow **this link** to sign up for your 15-minute weekly Hope Over Fear prayer window.

Then go to the **Hope over Fear Prayer Requests page** to read the requests that have been coming in from our donors. Select **3-5** prayer requests you'd like to pray for each week and remember to check-off the ones that you pray for.

In addition to the prayer requests from our donors, you can also pray for World Vision, our partners, our leadership and staff and for the children, families and communities that we serve.

WV-003119

ER0690

↩ Reply all  ⌄    🗑 Delete    ⊘ Junk    Block sender    ⋯

# Join the World Vision Hope Over Fear Prayer Chain

SendAll

Mon 4/27/2020 10:58 AM

👍 ↩ ↩ → ⊞ ⋯

Bcc: Sendall WVUS All Locations

Dear World Vision Family,

I would like to invite you to join the World Vision Hope Over Fear Prayer Chain. The scripture tells us in 2 Timothy 1:7 that as Christians, "God gave us a spirit not of fear but of power and love and self-control." Join your fellow World Vision employees across the US where we will entreat the Lord to give us hope, to remove our fears, and to strengthen us by His power to love others with all that we are and all that we have.

## What is the "Hope Over Fear" Prayer Chain?
A God-inspired prayer movement where you are invited to pray 15 minutes a week (same day and time every week)! *We will seek the Lord's face and ask Him for direction, strength, encouragement and favor.* (Exodus 33)

## Prayer Warriors: Please sign up for a day and time to pray each week for World Vision, our partners, and our donors. We are receiving prayer requests daily from our donors, and we ask that you join us in praying.

## What do you need to do to join the movement?
Please follow this **link** to sign up for your 15-minute weekly Hope Over Fear prayer window.

Then, go to the **Hope Over Fear Prayer Chain article** on the Vine to read the requests that have been coming in from our donors. Select **3-5** prayer requests you'd like to pray for each week and remember to check-off the ones that you pray for. We'll be adding more prayers each week, as donors have submitted more than **5,000** prayers to us.

In addition to the prayer requests from our donors, you can also pray for World Vision, our partners, our leadership and staff, and for the children, families, and communities that we serve.

Seeking His Face in Grace and Peace,

**Michael Sieber**
Vice President, Channel Development and Management

Reply  |  Reply all  |  Forward

WV-004845



# UPDATE: Hope Over Fear prayer chain

 Michael Sieber - US

Sign Up for a Prayer Time

Hope over Fear Prayer Requests

## UPDATE: January 22, 2021

The Hope Over Fear prayer chain launched last April with more than **5,000 donor prayer requests** waiting to be lifted in prayer. On launch day, Michael Sieber posted a passionate appeal to World Vision employees in the U.S. to commit to praying over donor prayer requests at least 15 minutes a week. Prayer requests were also distributed at the Day of Prayer virtual event. **Because of the amazing efforts from WVUS employees, every single donor prayer request on the list had been prayed for!** It was a huge accomplishment, and one that had never been reached!

Since October 2, an **additional 2,578 prayer requests** were posted on Hope Over Fear and were prayed for.

DCS agents continue logging donor prayer requests daily in the Voice of the Donor database and they are shared on the Hope Over Fear prayer list. There are currently **510 prayer requests** dating back to December 29.

WV-004931

Let's continue our commitment to praying for our donors at least 15 minutes a week. New sign-ups are always welcome, or you can simply click the Hope over Prayer Requests button above whenever the Spirit prompts you. Additional details below.


**PREVIOUSLY POSTED**

Join fellow World Vision employees across the US where we will entreat the Lord to give us hope, to remove our fears, to strengthen us by His power to love others with all that we are and all that we have.

## What is the "Hope Over Fear" Prayer Chain?

A God-inspired prayer movement where you are invited to pray 15 minutes a week (same day and time every week)! We will seek the Lord's face and ask Him for direction, strength, encouragement and favor. (Exod. 33)

## What do you need to do to join the movement?

Please follow **this link** to sign up for your 15-minute weekly Hope Over Fear prayer window.

Then go to the **Hope over Fear Prayer Requests page** to read the requests that have been coming in from our donors. Select **3-5** prayer requests you'd like to pray for each week and remember to check-off the ones that you pray for.

In addition to the prayer requests from our donors, you can also pray for World Vision, our partners, our leadership and staff and for the children, families and communities that we serve.

WV-004932                                                                          ER0693

4/20/22, 10:14 AM     Case 2:21-cv-00920-JLR  Document 22-5  Donors continue to share their prayer requests  Page 12 of 25     (13 of 260)

Case: 24-3259, 08/21/2024, DktEntry: 25.5, Page 13 of 260



# Donors continue to share their prayer requests

 Michael Sieber - US

> Sign Up for a Prayer Time

> Hope over Fear Prayer Requests

## UPDATE: June 1, 2021

Since the last update in January, an additional 2,709 donor prayer requests were lifted up to our Lord.

DCS enters an average of 150-200 donor prayer requests daily into the Voice of the Donor system. There are currently 927 prayer requests that date back to April 23 waiting to be prayed over.

Let's revive our commitment to praying for our donors. You can sign up for 15 minutes a week (same time and day) or simply visit the prayer list whenever you feel led to a time of prayer.

And pray in the Spirit on all occasions with all kinds of prayers and requests. With this in mind, be alert and always keep on praying for all the Lord's people. Eph 6:18 NIV

## PREVIOUSLY POSTED

4/20/22, 10:14 AM
Case: 24-3259, 08/21/2024, DktEntry: 25.5, Page 14 of 260    (14 of 260)
Case 2:21-cv-00920-JLR    Document 28-1 — Filed 04/11/22    Page 13 of 25

Join fellow World Vision employees across the US where we will entreat the Lord to give us hope, to remove our fears, to strengthen us by His power to love others with all that we are and all that we have.

## What is the "Hope Over Fear" Prayer Chain?

A God-inspired prayer movement where you are invited to pray 15 minutes a week (same day and time every week)! We will seek the Lord's face and ask Him for direction, strength, encouragement and favor. (Exod. 33)

## What do you need to do to join the movement?

Please follow **this link** to sign up for your 15-minute weekly Hope Over Fear prayer window.

Then go to the **Hope over Fear Prayer Requests page** to read the requests that have been coming in from our donors. Select **3-5** prayer requests you'd like to pray for each week and remember to check-off the ones that you pray for.

In addition to the prayer requests from our donors, you can also pray for World Vision, our partners, our leadership and staff and for the children, families and communities that we serve.

WV-004934    ER0695



# Hope over Fear donor prayer requests

**JOIN US IN PRAYING FOR OUR DONORS**

*And pray in the Spirit on all occasions with all kinds of prayers and requests. With this in mind, be alert and always keep on praying for all the Lord's people. Eph 6:18 NIV*

Let's revive our commitment to praying for our donors! Join fellow World Vision employees across the US where we will entreat the Lord to give us hope, to remove our fears, to strengthen us by His power to love others with all that we are and all that we have.

## What is the "Hope Over Fear" Prayer Chain?

A God-inspired prayer movement where you are invited to pray 15 minutes a week (same day every week)! We will seek the Lord's face and ask Him for direction, strength, encouragement, and favor. (Exod. 33)

## What do you need to do to join the movement?

Go to the **Hope over Fear Prayer Requests page** to read the requests that have been coming in from our donors. Select **3-5** prayer requests you'd like to pray for each week and remember to check off the ones that you pray for.

In addition to the prayer requests from our donors, you can also pray for World Vision, our partners, our leadership and staff, and for the children, families, and communities that we serve.

WV-006083
ER0696

PRAYERS (HTTPS://WWW.WORLDVISION.ORG/FILTER/PRAYERS)

# 8 keys to a more powerful prayer life in 2022



I love Luke 5:16 because it shows that just like you and me, Jesus needed a break from the demands of his busy life to recharge his batteries and spend time with his Heavenly Father. The life of Christ is intended to give us examples we can follow and learn from (/christian-faith-news-stories/matthew-25-prayer-reflection). So, even though he was God incarnate, Jesus didn't draw on his superpowers as the Son of God when it came to facing life's challenges. Instead, when he was exhausted or burdened or in need of spiritual refreshment, he would "slip away" to pray — plugging into the power, perception, and purpose that can only be found in God's presence.

> But Jesus Himself would often slip away to the wilderness and pray.

*—Luke 5:16, AMP*

v-003509

ER0697

Prayer is one of the most powerful weapons God has given us, and looking ahead at 2022, I believe it has never been more important for God's people to be on our knees. But knowing how to pray is not always easy. Jesus' disciples felt the same confusion. They were familiar with the oft-repeated prayers of the Torah. But Jesus prayed with a kind of authority and power they had never seen before — as though God was listening! So when they came to Jesus, as told in Matthew 6, they didn't say, "Teach us another prayer." They said, "Lord, teach us to pray."

The Lord's Prayer (Matthew 6:9–13) is Christ's response. It is a beautiful prayer and one that every Christian should hide in their heart — I challenged my granddaughter to memorize it. But elegant as the words are, I do not believe Jesus intended it to become another ritualistic prayer. Rather, it was to be an example of *how* to pray.

This, then, is how you should pray:
'Our Father in heaven,
hallowed be your name,
your kingdom come,
your will be done,
on earth as it is in heaven.
Give us today our daily bread.
And forgive us our debts,
as we also have forgiven our debtors.
And lead us not into temptation,
but deliver us from the evil one.'

—*Matthew 6:9–13, NIV*

Here are eight keys that have helped me develop a more powerful and effective prayer life. I hope they will encourage you to make 2022 a year of prayer.

## 1. Know to whom you are speaking.

WV-003510

Prayer is a conversation with God, and every conversation begins by addressing the person to whom you are speaking by name. Jesus begins with "Our Father in heaven." He focuses on a distinct person — the Heavenly Father with whom he has a personal relationship. We share the same right to call God "Father," and there are times when we need to talk with our Abba Father, Daddy God. But God is three distinct persons in One: the Father, the Son, and the Holy Spirit.

I find it helpful in my prayer times to focus on which of the Holy Trinity I need to talk to. Often I talk to Jesus, the friend who is closer than a brother and the Savior of my soul. Other times I cry out to the Holy Spirit, who fills and empowers me to do the tasks Father God has called me to do. Having a distinct sense of who I am speaking to helps me formulate what I want to say and how I want to say it.

## 2. Thank him.

A heartfelt thank you is always a great conversation starter. Like any parent, God loves to see that we have grateful hearts. But more importantly, as we take the time to praise God for all He has done in the past — the answered prayers, the impossible situations overcome, the healings and grace — our faith to believe for even greater answers to prayer grows stronger and more confident. Praise opens the gates of heaven and should always be part of our alone time with God.

## 3. Ask for God's will.

The Lord's Prayer is not the only place where Jesus role-modeled a heart of obedience and submission to the will of God over his own desires and needs. In the Garden of Gethsemane, only hours before Jesus' crucifixion, he would once again pray, "not my will, but yours be done." In a world where right and wrong are frequently confused and the future is so uncertain, it can be hard to know how to pray or what to ask for when difficult circumstances arise. But the one thing we can know with absolute certainty is that God's plan for those who love him is good, and the safest place we can be is in the center of his divine will.

## 4. Say what you need.

In Jesus' time, bread was a staple — one of the most basic needs of life — and he did not hesitate to ask God to provide it. But we often hesitate to bother God with the little things we need, thinking he shouldn't be bothered. And when the big problems come, we try everything we can to solve the problem *before* we think to pray. The Bible says, "You do not have because you do not ask God." So never hesitate to ask God for what you need in 2022. Your Father in heaven delights to give you good gifts.

WV-003511

## 5. Ask for forgiveness.

James 5:16 reminds us that if we want our prayers to be heard, our hearts need to be right with God and with one another. If you feel your prayers are bouncing off the ceiling, take some time to check your heart.

## 6. Pray with a friend.

There is power in agreement when we pray in Jesus' name. When I have an urgent need to take before the throne of God, I will often call a friend to pray with me. If you don't already have one, make finding a trusted prayer partner one of your goals in 2022.

## 7. Pray the Word.

My mother was a spiritual prayer warrior, and much that I know about prayer I learned from her. I loved to listen to her pray because for every need or situation, she would claim a scripture of promise. "The Word of God has power and is our great spiritual weapon," Mama would say. "Pray the Word, Marilee. Pray the Word."

Jesus did the same when he was tempted by Satan in the wilderness (see Luke 4:1-12). He was the Son of God, but he did not use his divine authority. Instead, he used the authority of the Scriptures.

## 8. Memorize Scripture.

The most important key to a vibrant prayer life is to understand our spiritual authority in Christ as explained in the Scriptures. The only way to do that is to become intimately familiar with the Bible. Even a few minutes a day in the Word of God will add strength and authority to your prayers in 2022.

Pray with us for World Vision's work around the world.

✉ (/#email) f (/#facebook) ℗ (/#pinterest) 🐦 (/#twit

PRAY NOW (HTTPS://WWW.WORLDVISION.ORG/FILTER/PRAYERS?CAMPAIGN=310

WV-002512

(https://www.addtoany.com/share#url=https%3A%2F
faith-news-stories%2Fkeys-powerful-prayer-life-
2022&title=8%20keys%20to%20a%20more%20pow

OUR WORK :

Christian Faith (https://www.worldvision.org/category/christian-faith-news-stories)

WRITTEN BY:

Marilee Pierce Dunker (https://www.worldvision.org/author/marilee_pierce_dunker)

UPDATED ON:

December 27, 2021

## Get the Hope Over Fear Prayer Guide

TELL ME MORE (HTTPS://WORLDVISION

## Christian Faith

View All Stories (https://www.worldvision.org/category/christian-faith-news-stories)

In Uganda, Angelo prioritizes daily Bible reading, prayer, and worship to grow his family's belief in God.

CHANGE MAKERS

Stir your faith: 6 ways to put faith into action
(https://www.worldvision.org/christian-faith-news-stories/stir-your-faith-6-ways-put-faith-into-action)

Children laugh while sitting on a stoop.

FROM THE FIELD

WV-003513                                                                                    ER0701

# 12 reasons to have hope in 2022

(https://www.worldvision.org/christian-faith-news-stories/12-reasons-hope-2022)



In 2021, 90% of World Vision's total operating expenses were used for programs that benefit children, families, and communities in need. Learn More >
(https://www.worldvision.org/about-us/financial-accountability)

every single penny counts
(https://www.worldvision.org/about-us/financial-accountability)

we're an open book
(https://www.worldvision.org/about-us/financial-accountability)

we maximize your impact
(https://www.worldvision.org/about-us/financial-accountability)

DONATE >

ABOUT US >

MEDIA CENTER >

BACK TO TOP

wv-003514

ER0702

NEWS & STORIES >

MY WORLD
VISION (SIGN IN) >

MY BASKET >

CAREERS &
INTERNSHIPS >

SITE MAP >

CHANGE
COUNTRY/REGION
>

WORLD VISION
INTERNATIONAL >

REPORT A
CONCERN >

한국어 >

中文 >

CONTACT US

**f**

(https://www.facebook.com/worldvision)    (https://twitter.co

Featured       Africa (https://www.worldvision.org/sponsor-a-child/sponsor-a-child-in-africa)
Sponsorships:   Girls (https://www.worldvision.org/sponsor-a-child?view=grid&CG=F&search=Girls)
               Boys (https://www.worldvision.org/sponsor-a-child?view=grid&CG=M&search=Boys)
               Select a child for me (https://donate.worldvision.org/chooseachild?dest=detail)

wv-003515

(https://www.charitynavigator.org/index.cfm?
bay=search.summary&orgid=4768)



Better Business Bureau

(https://www.give.org/charity-reviews/national/child-
sponsorship/world-vision-in-federal-way-wa-12791)



Evangelical Council for Financial Accountability

We are proud to be reviewed and held
accountable by these independent third-
party organizations:

(https://www.ecfa.org/MemberProfile.aspx?ID=5968)



GuideStar

(https://www.guidestar.org/profile/95-1922279)



CharityWatch

(https://www.charitywatch.org/ratings-and-metrics/world-
vision/176)

World Vision Inc. is a registered 501(c)3 nonprofit organization. All donations are tax deductible in full or in part.
(https://www.worldvision.org/donating-to-world-vision)

| Security | Privacy Policy | Terms of Use |
|---|---|---|
| (https://www.worldvision.org/security) | (https://www.worldvision.org/privacy-policy) | (https://www.worldvision.org/terms-of-use) |

© 2022 World Vision, Inc. All rights reserved.

WV-003516

## WVUS DEVOTION GUIDELINES

### STATEMENT ON THE PURPOSE OF CORPORATE WORSHIP, DEVOTIONS AND PRAYER

World Vision is a diverse partnership of followers of Jesus Christ committed to serving God through the ministry of World Vision (WV). The main purpose of our corporate worship, devotions and prayer is to draw us closer to God and to be encouraged to serve God in the fulfillment of our unique organizational calling.

Through our corporate worship, Bible study and prayer, we pray that God humbles, encourages, refreshes, unites and empowers us to be faithful in the mission to which we are called. We pray that God will be glorified, that those in poverty and oppression will experience justice and release, and that God's kingdom will indeed come on earth as it is in heaven. (*Common Mission, Common Lord, Tim Dearborn*)

### DEVOTIONS

We draw closer to God and are encouraged as we serve God through regular department/divisional devotions. Devotions are a time for staff to gather to:

❖ Entrust our work and ourselves to God.
❖ Pray for the work of World Vision: to prepare our hearts and our team for the work of the day; to remember those we serve – the children, the vulnerable, the suffering; and to remember our donors and ministry partners.
❖ Pray for our staff: our co-workers working alongside of us; our staff throughout the world – especially those working in difficult places; and personal concerns/work challenges of staff.
❖ Build closer relationships with one another.

### LENGTH OF DEVOTIONS

The intent of devotion is for departments to meet fours times a week (excluding the day of Chapel) for 10 minutes. This provides time for reading of Scripture and prayer for the daily work. However, leadership is allowing each department to determine the day(s) and time for devotions that is best for their departments, with a maximum time of 45 minutes per week.

### LEADERSHIP OF DEVOTIONS

In addition to being a part of every WVUS job description, rotating leadership among staff provides an excellent opportunity to experience the many and diverse spiritual expressions and faith traditions represented at World Vision.

❖ We encourage leaders to present devotions in the spirit of Paul's exhortation to "*be completely humble and gentle; be patient, bearing with one another in love. Make every effort to keep the unity of the Spirit through the bond of peace.*" (Ephesians 4:2-3, NIV)
  ○ We especially encourage restraint from any comments that may be perceived as judgmental, divisive or alienating towards any specific faith tradition(s). For additional information see *Kingdom Connectors/Kingdom Dividers* in Appendix A.
❖ For staff members who are not comfortable leading devotions, we suggest asking another staff member to co-lead with them.
  ○ In addition, training is available titled "How to Lead Devotions" which may be offered to teams, or individuals may view a webinar version of the training. For information on this training, contact the Spiritual Formation Coordinator.

### DEVOTION CONTENT

Appropriate devotional materials will:

❖ Be Christ-centered.
❖ Be consistent with the teaching of Scripture.
❖ Be based on biblical principles.
❖ Address issues faced in the context of our work.
❖ Apply to the spiritual nurture of our staff.

For a list of suggested materials, please see Appendix B.

WV-002813

APPENDIX A

*KINGDOM CONNECTORS AND KINGDOM DIVIDERS*

[1]As a prisoner for the Lord, then, I urge you to live a life worthy of the calling you have received.
[2]Be completely humble and gentle; be patient, bearing with one another in love.
[3]Make every effort to keep the unity of the Spirit through the bond of peace.
Ephesians 4:1-3, NIV

As we seek to obey the biblical mandate to serve the poor in the name of Christ and to bear witness to God's love for all people, our effectiveness is enhanced when we model Christ-like characteristics towards one another within the workplace. Focusing on Christ's character and love enables us to emphasize what unites us, rather than what divides us.
Devotions are an opportunity to unite us in the midst of our cultural and spiritual diversity as we focus on our One Lord and Savior, Jesus Christ.

World Vision recognizes that there are shared beliefs within the community of Christian faith. KINGDOM CONNECTORS represent these uniting beliefs.

Authority of Scripture
Christ's uniqueness
Jesus as Savior and Lord
Life "in Christ" through personal faith
Love for neighbors through social action
Worship, Prayer and Sacraments
Presence of God's Spirit
Power of good and evil
Community and Belonging
Witness and Mission

KINGDOM DIVIDERS represent beliefs where differing views exist.

Views of Scripture*
Modes of Baptism
Worship Styles
Women in Leadership
Personal Faith or Social Action
Charismatic or Non Speaking in Tongues
Born Again Salvation or Sacramental Salvation
Decision or Process Evangelism
Eucharistic Diversity
Lifestyle Standards
Social Ethics

*"In the essentials unity, in the nonessentials liberty, and in all things charity."*
Rupertus Meldenius

* Christians are in agreement that the Bible (including both testaments) is the highest authority for our beliefs and practices. However, differing views exist with regards to the extent of its inspiration and inerrancy.

Reviewed and affirmed by WVUS Senior Leadership Team February 2010
WVUS Capacity Development

WV-002814

ER0706

APPENDIX B

*Devotional Resources*

1. Resources that focus on the mission of World Vision.
- **Current WVI Bible Study:** Available on Intranet/Faith at Work/Devotions
- Previous studies may be found on the Christian Commitments section of the WVI Global Centre website. You may access the WVI Global Centre website from the home page of the WVUS intranet.
  - Available studies include: 2001 Discipleship Bible Study: 2002 Peace building Bible Study: 2003 Vision Statement Bible Study; 2005 Women in Leadership Bible Study; 2006 Micro-enterprise Development Bible Study Workbook; 2006 Transformational Development Bible Study; 2007 God's Purpose for our lives; 2008 Doing Justice and Advocacy Bible Study; 2009 Discernment Bible Study.

2. **Fiscal Year Scripture verse – quarterly and monthly themes:** A devotional on the current fiscal year scripture verse is available on the Intranet/Faith at Work/Devotions.

3. **A testimony of faith**

4. **A passage from a devotional** –
   Resources for on-line devotionals:
- www.crosswalk.com/faith/devotionals;
- www.catholic.org/bible;
- www.thehighcalling.org

5. **A passage from a book** that has impacted your life
- Share why/how the book impacted you.
- Read only small portions, key passages.

6. **Prayer led devotions**
- Use regularly the WVI monthly prayer guide – available on the Prayer Connection (Intranet/Prayer Connection)
- Pray for current projects and work your team is engaged in.
- Pray for the children we work with and our donors

7. **A passage of Scripture**
- When using a passage of Scripture, it is helpful to begin your time with prayer, asking the Holy Spirit to teach and provide wisdom and understanding.
- Read through the passage several times slowly; pay attention to words, phrases that speak to you.   If possible, read in several translations.   What does God seem to be saying in this passage?
- Look for:
  - Different names, titles, pronouns used for God (or Christ, or Holy Spirit). Make a list of everything you learn about God (or Christ, or Holy Spirit).
  - Repeated words or phrases?  What do you learn about these words/phrases?
  - Promises from God
  - Instructions for us to follow
- Prayerfully, reflect on the passage considering the items above – or others that come to your mind.
- Consider a couple of key findings that are important for our work and ministry and/or for our spiritual nurture.

8. **Music**
- Play an inspiring song on a CD – have copies of the words available.
- Lead worship by playing an instrument

Reviewed and affirmed by WVUS Senior Leadership Team February 2010
WVUS Capacity Development

WV-002815                                                    ER0707

# EXHIBIT MF-32

ER0708



## Christ-Centered Life and Work

The norm within World Vision is that all staff are committed followers of Jesus Christ. This includes living out a compassionate approach to witness and service, as well as seeking to develop spiritual maturity and supporting corporate spirituality. We do this by:

- Linking personal mission and work to spirituality
- Affirming and explaining the basic beliefs of the Christian faith
- Reflecting Christ-like values in work and life
- Seeking spiritual growth for self and others
- Demonstrating a growing understanding of and respect for Christian diversity
- Respecting and relating appropriately to people of other faiths
- Contributing to corporate spirituality

## Corporate Spirituality

While our staff reflect a wide variety of faith traditions and backgrounds, we are unified in our Christian identity as followers of Jesus Christ. We celebrate and express that identity corporately in three significant ways:

**Corporate Worship:** *Attendance at weekly Chapel services every Wednesday at 11:00am PST. Staff located in the Federal Way, WA and Washington, DC offices should attend in person, and other offices may connect by VTC or video stream. We worship through music, reading of the Word, and rejoicing in what God is doing through our work, and messages of encouragement and reflection. What a privilege we have to worship together!*

**Corporate Devotions:** *Attending and leading regular team devotions. Teams are expected to meet together for 45 minutes each week for team devotions, and all staff are expected to participate by attending and taking turns leading the devotional time. This is an important aspect of worshiping in God's word and praying for our work. Devotional guidelines and resources are available on the intranet.*

**Corporate Prayer:** *Praying regularly for our colleagues and our work. Prayer should infuse every aspect of our work as an acknowledgement of our dependence upon the Lord for wisdom, guidance, effectiveness and outcomes. Our colleagues working in difficult places are counting on us to pray for them as well. Prayer is an integral part of our regular Chapel serves and devotion times.*

WV-002829



# Our Faith at Work

## Committed to Christian Conduct

Effective Christian witness is first expressed in the conduct of our staff and unity around our Statement of Faith. Behavior consistent with our profession of Christian commitment is expected in our both work and personal lives. We are not looking for perfect human beings, but repentant followers of Christ.

### Singling out certain behaviors as unacceptable requires drawing a line based on determination of whether or not the particular behavior is:

- *Disruptive in the workplace*
- *Reflects poorly on the name of Christ or World Vision's reputation*
- *Distracts us from our core mission*
- *Compromises the safety of oneself or others*
- *Is likely to be offensive or off-putting to our donors and/or church partners*

### Rather than itemizing a list of do's and don'ts, we are committed to using the following guidelines:

- *Does the behavior glorify God? Cause others to praise our Heavenly Father? Is it worthy of Jesus Christ?*
- *Does it build up other Christians and encourage love and good deeds?*
- *Is it loving?*
- *Does it advance truth and truthfulness?*
- *Is it good stewardship—a responsible way to use God-given time, talent and resources?*
- *Is the behavior consistent with the teachings of scripture?*

WV-002830

CONFIDENTIAL



# Making a difference – We are World Vision

## Devotion for individual reflection



1

WV-005258

ER0711

CONFIDENTIAL

# Making a Difference – We are World Vision

## Devotion

## INTRODUCTION

We are World Vision, a global community of people committed to improving the lives and futures of children everywhere by empowering them, their families, communities and supporters to overcome the challenges of poverty and injustice.

Our Christian faith teaches us that all children, regardless of gender, faith or race, are a precious gift to the entire world - and that their well-being concerns us all. We serve others because of their unique worth as human beings created by God. We are inspired by the example of our Lord Jesus Christ who commands us to love our neighbours and to honour all people.

This devotion, which can be used for personal or group reflection, helps us to recognise who we are in God's eyes, what He has called us to do and ultimately, what God is expecting of us. Through prayer and reflection, we can come to a shared understanding of how our individual and collective actions help to make a difference in the world for all God's children.

## WHO WE ARE

### *Our vision and mission*

We are a Partnership of Christians with a vision of a different world -- a world free of poverty, full of justice and one in which every child thrives. That vision also compels us to engage with donors and supporters in a way that contributes to transformation of their values, beliefs, and behaviours so that they give, act and pray for the well-being of vulnerable children and help us overcome causes of poverty and injustice.

**Prayer**
We come to you for help, our God, to ask that your light might shine on our eyes and that the darkness of our hearts will not hinder us from seeing you at each step.
We want to discern your face in the faces of those who suffer, recognise your voice in the voices of those who have been silenced, perceive your hand in the outstretched hand
of the hungry. Holy Spirit, give us your light, that we might see the Son and fulfill the Father's will. Amen.

**James 1:27 NRSV**
Religion that is pure and undefiled before God, the Father, is this: to care for orphans and widows in their distress, and to keep oneself unstained by the world.

2

WV-005259

ER0712

CONFIDENTIAL

**1 Samuel 2:8 NRSV**
He raises up the poor from the dust;
he lifts the needy from the ash heap,
to make them sit with princes
and inherit a seat of honour.
For the pillars of the earth are the Lord's,
and on them he has set the world.

**Reflection:**
How am I/are we seeing God's face in those whom we serve?

In what ways am I/are we struggling to carry out this vision and mission from God?

In what ways can I/we express my reliance on God to bring life in all its fullness to those we serve?

# WHERE WE ARE GOING

*Doing our part to bring about God's kingdom*

Our path has been defined: we are united in the quest to improve the well-being of children. To help live out our vision, we have set for ourselves a challenging goal: to strive to achieve the well-being of 150 million of the world's most vulnerable children by 2016. This goal inspires and motivates us, guiding our leaders to invest time and resources in areas that make the greatest contribution to the well-being of children and communities, and helping staff members know that no matter their role or area of work, their efforts are making a difference.

**Prayer**
God, we ask you today to fill us with courage to announce your kingdom, which is a kingdom of justice, love, and faith. We want to discern and obey your voice—we want to obey it even if trials and difficulties come. Don't leave us alone. Don't let us be dismayed. May your Spirit strengthen us and may your friendly hand lead us always. May the example of Jesus inspire us, so that, in the end, we may be useful servants. Amen.
O Lord, father of all children,
Watch over your little ones
Who are poor and abandoned
They cry, for they hunger for food,
For the cold chills their bones,
For their bodies suffer with disease,
For they never know the tenderness of love
Lord, grant that these little ones come to you!
Warm their tender hearts,
Gather them under your wings,
That they may feel the care of your heart

3

WV-005260

CONFIDENTIAL

And ever enjoy your kindness as their Father.
*A prayer for orphans, Xaverian Missionary Society, Burundi*

**Matthew 19:14 NRSV**
but Jesus said, 'Let the little children come to me, and do not stop them; for it is to such as these that the kingdom of heaven belongs.'

**Matthew 18:10 NRSV**
Take care that you do not despise one of these little ones; for, I tell you, in heaven their angels continually see the face of my Father in heaven.

**Reflection:**
What type of organisation do I/we think God wants World Vision to be as we focus our collective efforts on child well-being?

What is God's dream for the impoverished and oppressed and in particular for the children of our country /region?

What new things does God hope we will do?

What things does God want us to stop doing?


# HOW WE WILL GET THERE

## *Using the gifts and resources God has provided*

Working together day-by-day, our combined efforts achieve what none of us could do alone -- a substantial and sustained difference in the lives of the world's most vulnerable children. Our strategies put children first and we are working to ensure they are aligned.
Each part of our Partnership – ADPs, national offices and regions, ministries, as well as support offices and departments in the Global Centre – makes choices on how to use time and resources to contribute to the well-being of children.

Every national office has developed a strategy; every region has identified its master goal or regional strategy. These national and regional strategies combine to create the overall strategy for our Partnership.

By passionately focusing on child well-being, and cutting out activities and inefficiencies that do not contribute, every day we can get a little closer to our vision. Our challenge is to work as though *every* task we carry out makes a significant difference in children's well-being. Because when you add up all that we do -- all our rewarding, life-changing contributions and even our routine activities -- we *are* making a difference…every day…in the lives of millions of children and their communities.

4

CONFIDENTIAL

**Prayer**

In the midst of physical pain, in the midst of the soul's
tears, in the midst of dreadful darkness,
in the midst of the violent
whirlwind of conflicting passions,
in the midst of the cries for
help from abandoned children,
in the midst of the hut made
of tin and cardboard, in the
midst of the homeless,
in the midst of dehumanised
metropolis, …in the midst of
everything!
I know for sure that you are there, O God!
Yes! Bringing comfort, wiping away the tears, bringing forth light
in the darkness, refreshing as the soft breeze refreshes,
extending a strong and sweet hand as necessary,
offering hope, peace, life, dreams and laughter, guiding, advising
and admonishing…
Thanks, O Lord, for this all!
I realise that, in order to carry out your work, you need each one
of us!
Thanks because we are your instruments, your tools,
to serve and to shed love and peace!
That's beautiful, isn't it? Come on! Let's not waste our time. ~ Elisa de Bulmes

**Psalm 40:5 NRSV**

You have multiplied, O Lord my God,
your wondrous deeds and your thoughts towards us;
none can compare with you.
Were I to proclaim and tell of them,
they would be more than can be counted.

**Isaiah 58:6-10 NRSV**

Is not this the fast that I choose:
to loose the bonds of injustice,
to undo the thongs of the yoke,
to let the oppressed go free,
and to break every yoke?
Is it not to share your bread with the hungry,
and bring the homeless poor into your house;
when you see the naked, to cover them,
and not to hide yourself from your own kin?
Then your light shall break forth like the dawn,
and your healing shall spring up quickly;
your vindicator shall go before you,
the glory of the Lord shall be your rearguard.
Then you shall call, and the Lord will answer;
you shall cry for help, and he will say, Here I am.

5

WV-005262

CONFIDENTIAL

If you remove the yoke from among you,
the pointing of the finger, the speaking of evil,
if you offer your food to the hungry
and satisfy the needs of the afflicted,
then your light shall rise in the darkness
and your gloom be like the noonday.

**Reflection**

How is God working through my/our office's initiatives and strategy to bring forth light in the darkness?

What resources is he providing? What choices can we make to use them wisely?

What is God saying to me/us about being His instrument for change?

What is one thing that God could do through me/us or through World Vision in this coming year to make a difference in multiplying His Kingdom and contributing to child well-being?

**Resources**

For more information, visit **Making a Difference  – We Are World Vision** on wvcentral

**https://www.wvcentral.org/weareworldvision/**

For additional prayer resources, visit **Christian Commitments** on wvcentral at

**https://www.wvcentral.org/cc/**

2014 - Making a Difference Deovtional -

6

WV-005263



# A Vision Conversation

Faith@Work, Spiritual Formation, Godly Discernment

WV-006065

# Where we currently focus

Biblical th olo    of work: (In fulfilling our mission, w  understand that our dependence is primaril  on God – no  on ourselves or our own abilities. There is no sacred/secular split in life.  For Christians *all work* is done as unto the Lord.)

- World Vision's Unique call – Witness to Chris : (Motivated by our faith in Jesus, we serve th  poor as a demonstration of God's unconditional love for all people.)

- Staff Spiritual Formation: (We are not the church, we are on mission with the church. We seek to address particular spiritual challenges we face in our work with the poor, for example: developing a biblical perspec ive on suffering, biblical  olism and serving in pluralistic contexts.)

- Christian work ethic in our life tog t er/Spiri ual Unity & Diversi y: (...with a mix of different church  raditions, job responsibilities, and levels of authority and power – we want to be people in whom Christ-like behaviors and Christ-honoring actions are evident)

WV-006066

# Chapel

- Speakers Scheduling & Consulting
- Weekly Content Design
- Special Chapels design and delivery (Advent, Easter)
- Virtual Tech Arrangements & Rehearsals
- Musicians/Music
- Power Points & video

- Moderator Notes
- Render & post Chapels on Vine

**Additionally when live:**

- Ushers
- Overhead Announcements
- Run-thru's w/SR.Team
- Set up w/Facilities

WV-006067

# Trainings

- MET1: Becoming a Spiritual Leadership
- MET2: Spiritually Leading your teams
- Mission Immersion Program
- NEO: Living Out Our Faith@Work
- Prayer Masters: (learning to pray)
- How to Lead a Devotion
- Other trainings as assigned by W2JCC (CW101)

WV-006068

# Other

- Day of Prayer (2 months F/T) & Qtrly Activities (Love Ball Challenge)
- Assignments from W2JCC
- Faith@Work Vine Resources
- Prayer Rooms & Prayer Vigils
- Devotional writings (e.g., SLT Strategies)
- F@W Letter for New Employees
- Market Monthly WVI resources
- Market WVI Annual Bible Studies (2x p/w)
- Liaison w/WVI F&D
- Memorial Services

WV-006069

ER0721

Question: Where would you like the spiritual focus of World Vision to grow/change in the next 1-3 years for staff? Stay the same? Be less?

## Current Focus:

- Biblical Theology of Work
- World Vision's Unique Call – Witness to Christ
- Staff Spiritual Formation
- Christian Work ethic in our life together: Spiritual Unity & Diversity

## Possible Future Focus:

- Building Spiritual Community
- Building Biblical knowledge
- Building a stronger Biblical World View
- Other

WV-006070

# EXHIBIT MF-33

ER0723





# WVUS Organization Health Strategy FY22-FY24

## Believe Belong Become

Our objective is to create a thriving, Christ Centered employee experience that re-invigorates, fosters connections virtually and in-person, and inspires employees to fulfill the WVUS Strategy.

2

WV-006017



World Vision

"As a prisoner for the Lord, then, I urge you to live a life worthy of the calling you have received...There is one body and one Spirit, just as you were called to one hope when you were called; one Lord, one faith, one baptism; one God and Father of all, who is over all and through all and in all."

— Ephesians 4:1, 4-6 (NIV)

*Live a life worthy of the calling*

3



# GOALS



## BELIEVE

We are committed to our Christ-centered mission and united to fulfilling it with the donors and children we serve, witnessing to Christ.



## BELONG

We are fostering unity within a diverse community of believers, where everyone feels valued, respected and contributing to their fullest potential.



## BECOME

We are fulfilling our mission as we pursue individual and corporate growth, overcoming the challenges of our time, and bringing excellence to our work for optimal impact.

4

WV-006019



World Vision

## WHERE TO FOCUS?

1. Teams

2. Making org. health a key theme in our
   transition to our new workforce culture
   of hybrid and flexible working

3. Equipping managers and leaders to
   model the way

5

ER0728


**World Vision**

# HOW TO SUCCEED

1. **Remain united in Christ**

2. Create **community** in the new normal

3. Foster **connection** to our mission.

4. Living our **values** so that staff feel connected, trusted, and heard.

5. Fostering **learning and development** that inspires growth.

6. Keep chipping away at **simplifying work** and becoming more **agile**

7. Managers and employees value personal **wellness and safety** as the new normal.

WV-006021

# KEY CAPABILITIES

1. **Christ Centered leadership** down through manager level leadership.

2. Manager **coaching** for development.

3. Continuous **process improvement** at the team level.

4. Building **community** at the team level.

5. Creating psychological **safety** so everyone contributes perspectives and knowledge.

6

ER0729

**World Vision**

# FY22 ORG. WIDE ACTIVITIES

## Activities to **fuel** Believe Belong Become

1. Vine Stories: Senior Leader and Employee Interviews (highlighting our stories of calling and commitment)

2. Quarterly mailing to homes to build visual reminders (Q1: postcard (DONE), Q2: calendar (DONE), Q3 / Q4: TBD)

3. Casual visual interactive experience in lobby/lunchrooms areas at all sites, i.e. comment boards, other

4. Vine site with shared core messaging/scripts, strategy outline, manager resources, poll results, and visual templates

5. Incorporating Believe Belong Become ideas into DEI strategy implementation

6. BBB Devotions and Chapel

7. Integrate BBB content into New Employee Orientation, Manager Essential Training and Cultural Competency Training

WV-006022

**Believe Belong Become**    7

**ER0730**



**World Vision**

## MANAGER'S ROLE

Managers can begin living into Believe Belong Become by taking the following actions:

**ADOPT** and reinforce Believe, Belong, Become.

**CONNECT** the dots with Division OVS plans.

**CHECK** on progress and perceptions with polls, groups and check-in's

**OPTIMIZE** existing resources and efforts underway (resist the temptation to introduce new initiatives)

**LEAD** where you can uniquely have the greatest impact.

**ENROLL** all employees to contribute.

8

WV-006023



WV-006024

ER0732



WV-006025

# Believe Belong Become: Strategy

The Believe Belong Become Strategy is the WVUS Organizational Health Plan for FY22-FY24.

## Objective

**Create a thriving, Christ Centered employee experience that re-invigorates, fosters connections virtually and in-person, and inspires employees to fulfill the WVUS Strategy.**

## Goals

### Believe

We are committed to our Christ-centered mission and united to fulfilling it with the donors and children we serve, witnessing to Christ.

### Belong

We are fostering unity within a diverse community of believers, where everyone feels valued, respected and contributing to their fullest potential.

### Become

We are fulfilling our mission as we pursue individual and corporate growth, overcoming the challenges of our time, and bringing excellence to our work for optimal impact.

WV-006026

ER0734

## Where to Focus

1. Teams
2. Making org. health a key theme in our transition to our new. workforce culture of hybrid and flexible working.
3. Equipping managers and leaders to model the way.

## How to Succeed

1. Remain united in Christ
2. Create community in the new normal
3. Foster connection to our mission.
4. Living our values so that staff feel connected, trusted, and heard.
5. Fostering learning and development that inspires growth.
6. Keep chipping away at simplifying work and becoming more agile.
7. Managers and employees value personal wellness and safety as the new normal.

## Key Capabilities

1. Christ Centered leadership down through manager level leadership.
2. Manager coaching for development.
3. Continuous process improvement at the team level.
4. Building community at the team level.
5. Creating psychological safety so everyone contributes perspectives and knowledge.

## Measures

1. OVS eight categories and Our Promise *(increase FY21 scores 60% or lower to above 70%; and increase scores between 70-79% to above 80%)*
2. Manager Effectiveness Index within OVS Reports (new in 2022)
3. Inclusion Index as subset of OVS statements at organization level – help focus belonging efforts
4. Pulse Checks (polling) around elements of Believe, Belong, Become

WV-006027

## Additional Resources



Resources for "Believe"



Resources for "Belong"



Resources for "Become"



Believe Belong Become: Scripture

Edit    Vine Homepage

WV-006028



## FY20-FY24 WVUS Objective, Goals, Strategy, and Measurements

Learn more →

Aligning with Our Promise

Learn more →

Believe Belong Become

Printable Strategy Brochure

### FY20-FY24 WVUS Strategy Objective:

Motivated by our **faith in Jesus Christ**, we invite people to positively impact the lives of the world's **most vulnerable children**. We serve and partner with beneficiaries and supporters, so that **we all experience Jesus Christ's transforming** love, grace, and power.

## Video of All Staff on September 2019



### Quick Links

 Printable Strategy Brochure - Internal Use Only (8.5x11 paper)

 Our Promise

 Our Voice Survey

### Questions? Contact:

 Kathy Evans - US
VP Strategy & Operations 4360

WV-006029

You are part of the World Vision legacy.

Motivated by our faith in Jesus Christ, we invite people to positively impact the lives of the world's most vulnerable children.  We serve and partner with beneficiaries and supporters, so that we all experience Jesus Christ's transforming love, grace, and power.



WV-006030



# BBB News

## News

+ Add ⌄



### Believe Belong Become: Strategy

Click here to learn about the objective, goals, and details of the Believe Belong Become...



### Believe Belong Become: Scripture

Our approach to organization health is rooted in Scriptural principles applied to our...



### Resources for "BECOME" of Believe Belong Become

You belong here to share your unique talents, experiences, and spiritual gifts with your colleague...



### Resources for "BELONG" of Believe Belong Become

You are encouraged to live into what God as planned for you and all of us, both in your career and...



### Resources for "BELIEVE" of Believe Belong Become

You've been called here to be Christ's hands and feet for the donors and children we serve....



### Believe Belong Become: Get Involved

New resources will be launching soon. Check back for more information.



### Believe Belong Become: Manager Resources

Believe Belong Become: Resources for Managers

Edit    Vine Homepage

WV-006031

ER0739

BBB News

https://wvusso.sharepoint.com/sites/BelieveBelongBecome/SitePages/Be...

WV-006032



# Resources for "BECOME" of Believe Belong Become

*You are encouraged to live into what God as planned for you and all of us, both in your career and who you are in Christ.*

We are fostering unity within a diverse community of believers, where everyone feels valued, respected and contributing to their fullest potential. Below are resources related to "Become."

## Quick Links



Learning and Development



Leverage Learning with WV University



Affirming your purpose while working virtually

WV-006033

**ER0741**



Careers at WVUS



Manager Resources: Staff Development & Coaching



Edgar Sandoval's Imperatives as WVUS President



WVUS Strategy and connection with Our Promise

## Headlines related to "Become"

See all

+ Add ∨

WV-006034

**ER0742**



News

Hope over Fear donor prayer requests



News

12 reasons to have hope in 2022

Edit    Vine Homepage



Click here to learn about the objective, goals, and
details of the Believe Belong Become Organizational
Health Strategy for FY22-FY24.



your life – and your projects too.



THE VINE

WV wins USAID's Competition on
Organizational Learning

Margaret Schuler announces big win for World Vision.



THE VINE

A reflection on hope by Cory Trenda

WV-006035

ER0743

1/9/2022, 3:34 PM

Resources for "BELIEVE" of Believe Belong Become    Case: 24-3259  08/21/2024   DktEntry: 25.3  Page:63 of 260  s/sites/BelieveBelongBecome/SitePages/BELIEVE(1).aspx (63 of 260)

Case 2:21-cv-00920-JLR   Document 28-33   Filed 04/11/23   Page 22 of 30



# Resources for "BELIEVE" of Believe Belong Become

*You've been called here to be Christ's hands and feet for the donors and children we serve.*

We are committed to our Christ-centered mission and united to fulfilling it with the donors and children we serve, witnessing to Christ.  Below are resources related to "Believe."

## Quick Links



Mission, Vision, and Core Values



New: WVUS Christian Witness Messaging Guide



Faith at Work

WV-006036

ER0744



Chapel information and connection details



Praying for our work



Unleashing our Passion for Witnessing to Jesus Christ



Witness to Jesus Christ Resources



Mission Immersion Program



WVUS Devotions Guidelines



Understanding our Christian Witness work in the field



WVUS Pastor Resource Hub



World Vision History

WV-006037

ER0745

## Headlines Related to "Believe"

See all

+ Add ∨



News

**Pray for Peace in Ukraine**

March 25



News

**Volunteers needed for Asian American Pacific Islander Heritage...**

Help us celebrate AAPI culture, traditions,...
March 16



News

**International Women's Day: Chapel Videos Available**

WVUS marks 2022 International Women's...
March 8



News

**WVUS Policy Acknowledgements and Christian Faith Affirmation**

Complete this organizational requirement...
January 30



News

**Chapel information and connection details**

Chapel will be led by the World Vision...
January 21



News

**Devotion: Joy in Obedience**

Additional resource for your personal or...
January 19

Edit    Vine Homepage

WV-006038



# Resources for "BELONG" of Believe Belong Become

*You belong here to share your unique talents, experiences, and spiritual gifts with your colleagues and the world.*

We are fulfilling our mission as we pursue individual and corporate growth, overcoming the challenges of our time, and bringing excellence to our work for optimal impact. Below are resources related to "Belong."

## Quick Links



Building Your Virtual Work Community



Diversity & Inclusion (D&I) Resources



Corinthians Council - Embracing Diversity, and Unity in Christ

WV-006039

ER0747

4/9/2022 3:14 PM



Parent and Caregiver Community Hub



Employee Recognition



Looking to virtually recognize your team?



We Value People Policy



Staff Care Resources

## Headlines related to "Belong"

See all

+ Add ∨

WV-006040



News

### Awardco years of service email

Did you receive an email from Awardco today? You can ignore the email.



Believe Belong Become

### Believe Belong Become: Scripture

Our approach to organization health is rooted in Scriptural principles applied to our workplace. Click here to learn more.

Edit    Vine Homepage



experiences, and spiritual gifts with your colleagues and the world. Click here to find out more.



for you and all of us, both in your career and who you are in Christ. Click her to find out more.



Believe Belong Become

### Resources for "BELIEVE" of Believe Belong Become

You've been called here to be Christ's hands and feet for the donors and children we serve. Click here to find out more.



Believe Belong Become

### Believe Belong Become: Get Involved

New resources will be launching soon. Check back for more information.

WV-006041



# Believe Belong Become: Manager Resources

## Resource Highlight:

### Details about Connecting Conversations

Includes a full set of questions fit to work with Believe Belong Become for you to share with your teams and in your 1:1s.

## Manager's Role

Managers can begin living into Believe Belong Become by taking the following actions:

**Adopt** and reinforce Believe, Belong, Become.

**Connect** the dots with Division OVS plans.

**Check** on progress and perceptions with polls, groups and check-in's

**Optimize** existing resources and efforts underway (resist the temptation to introduce new initiatives)

**Lead** where you can uniquely have the greatest impact.

**Enroll** all employees to contribute.



## BELIEVE

WV-006042

- [Spiritual Leadership for Managers](#)
- [Mission, Vision, & Core Values](#)
- [Faith at Work](#)

Click ***here*** for more resources on Believe.



## BELONG

- [Diversity and Inclusion Site](#)
- [Staff Engagement & Recognition](#)
- [Recognizing Staff for Managers](#)
- [Recognizing Great Work Virtually](#)
- [Best Practices for Virtual Teams](#)
- [Building Your Virtual Work Community](#)

Click ***here*** for more resources on Belong.



## BECOME

- [Staff Development & Coaching Resources](#)
- [Career Coaching Guide for Managers](#)
- [Leading & Coaching](#)

WV-006043

ER0751

- Developing Staff
- WVUS Leadership Programs
- Affirming Your Purpose Working Virtually

Edit    Vine Homepage

WV-006044

ER0752

# EXHIBIT MF-34

# Early W2JCC: Objectives for Spiritual Nurture of staff

•Enable and nurture spiritual growth…for oneself and every employee……

- Staff communicate a growing relationship in knowing and experiencing Christ in their life as they work at World Vision.
- Staff recognize and are able to share how God called them to World Vision and how God continues to transform through them in their work and life.
- Staff celebrate all expressions of Christian faith – adopting an inclusive and respectful approach to different church traditions.
- Leaders understand their responsibility to model spiritual growth and prioritize the spiritual care and nurture of their staff

*Believe  Belong  Become*

1

WV-006077

ER0754

SU0

# Spiritual Truths

*Believe  Belong  Become*



Assignment: what are the 2 truths, and what 2 things do we want staff to say for each section?

### Work Event/Ongoing
› We represent ourselves as a Christian organization in all things
› We seek community with one other to encourage and spur others on to good deeds.

"My work is a calling, not a job"
"I am committed to working with other followers of Christ"
"I am valued at World Vision for my story and my experience"

### Worship & Prayer
› We acknowledge World Vision is God's work and we are the servants to this end
› We worship together
› We devote our work in prayer
› We intercede for each other in prayer
› We deepen our own spiritual maturity through prayer & study
› We also believe our work is our worship

"I practice spiritual disciplines"
"I demonstrate Godly Character"
"I see God in our work-here and there"
"My life and my work is guided by the word of God"

### Offboarding
› We acknowledging our staffs' legacy of faithfulness
› Spiritually Mentoring others
› Commissioning to next Call

"I have served the Lord well"
"God commissions us to new territory"

     

### Pre-Hire, At Hire & Onboarding
› Belief in Christ seen clearly in external career sites
› Hiring & Interview process steeped in deep faith questions & discussion
› Resources/onboarding clarifies our faith mission and commitments

**Emphasis is on God's Call to WVUS**
"I am called to World Vision"
"I belong here"
"My faith in Jesus will be a priority at work"
"I am passionate for serving the poor"
"All of my work is done unto the Lord"

### Equipping
› We strive to model biblical principles in actions, our work & our decisions.
› We prioritize spiritual nurture of staff

"I understand that my spiritual formation requires active effort on my part."
I know what my spiritual gifts are"
"I am becoming more like Christ"
"I am growing in the relationship w Christ
"I am prepared for works of service – Eph 4:12

### Leadership
› Leaders are expected to be spiritual leaders
› We strive for unity in Christ amid denominational variety
› Leaders are conscientious about work productivity AND support balance that honors health & the Sabbath
› Leaders demonstrate spiritual maturity & model servant leadership

"I develop my team spiritually"
"I am growing as a spiritual leader"
"I hear from God then I discern what do?
"I lead with Godly Courage" Josh 1:9a
"I lead with Integrity" Eph 4:1
"I model biblical principals"
"I model timely truth telling with love"
"I grow in Christ as I live for others"

2

WV-006078

ER0755

---

**Slide 2**

---

**SU0**   Could we say "We represent ourselves as Christ's ambassadors in all things" instead of a Christian organization? Feels more personal/individual accountability...

Sunita Groth - US, 2022-01-14T15:59:49.692

WV-006079

# Ideal Spiritual Journey Map

| Onboarding | Work Events/Ongoing | Equipping | Worship & Prayer | Leadership | Offboarding |
|---|---|---|---|---|---|
| › Interview/deeper dive into faith & calling | › Vine Communications – 'God is at work' | › NEO | › Weekly Chapel | › MET: Becoming a Spiritual Leader | › Acknowledging Legacy of Faithfulness |
| › Clear overview of Statement of Faith | › Service Years- affirming Call | › MIP Course & Cohort | › Team Devotions | › CORE: Spiritually Leading Teams | › Spiritually Mentoring others |
| › Candidate Calling & Discernment resource | › Milestone recognition: (life events, etc) | › Our Core Values Course | › Corporate Prayer | › Masterclass series: Spiritual Leadership | › Commissioning to next Call |
| › Faith@Work overview letter | › Employees participate in seasonal marketing campaigns & org-events (ie., Sponsorship, TWV) | › Spiritual Gifts Inventory | › Annual Day of Prayer | › New Leader Mentoring: Transitioning to a Christian Org. | |
| › Commissioning at Chapel | | › Resource: "Sharing My Faith/ Bearing Witness Resource" | › Prayer Initiatives (eg. Hope over Fear) | › Lead Devotions | |
| | | | › Advent/Lent/Holy Week Resources & events | › Discernment & Leading Resource | |

Assignment: if these are core to all employees, part of every employee's journey....what should be added/taken off? And if you limited each column to five each, what would they be?

*Believe  Belong  Become*

3

WV-006080

ER0757



# 'On the Journey' Electives

| Onboarding | Work Events/Ongoing | Equipping | Worship & Prayer | Leadership | Offboarding |
|---|---|---|---|---|---|
| • Career Pages & LinkedIn highlight our faith commitment<br><br>• Vision" conversation with a Council member or other faith leader at WVUS (personal, informal) | • ALPHA Groups<br><br>• Service Projects<br><br>• Employees sharing stories of faith<br><br>• "Discipleship Week"<br><br>• Vine memory verses<br><br>• Hiring Anniversary<br><br>• Annual Report Letter –"God used you to make this happen" | • Bible Studies<br><br>• Discipleship Groups<br><br>• How to Lead Devotions Class<br><br>• Prayer Masters Class<br><br>• 'Discernment' Training<br><br>• Life/work Rhythms course/exercises<br><br>• Biblical Worldview course (SLT 1ˢᵗ)<br><br>• Rev: Giving Word to Our Faith Resource?<br><br>• Crucial Conversations | • Ongoing Prayer Alerts<br><br>• Rethinking Devotions @WVUS<br><br>• Intercessory Prayer Groups<br><br>• 2ⁿᵈ Day of prayer<br><br>• Elevating/Req. Chapel 3 questions<br><br>• Listening to God Sessions<br><br>• Daily Quiet time (IJM)<br><br>• Corporate Prayer Times<br><br>• Annual Day of Solitude or Retreat<br><br>• Accountability Groups (Jaya's suggestions)<br><br>• EE's lead in chapel – bring gifts to the community | • Spiritual Leadership Newsletter<br><br>• SLT expectations for chapel attendance<br><br>• Lead Like Jesus Course<br><br>• Christian Leadership Alliance Member<br><br>• Course: Spiritual nurture of staff<br><br>• Attending portions of Pastors Gathering or create one for WVUS<br><br>• Greater Sharing of Gifts Corporately | • TBD |

Assignment: if we were to offer only 3 in each column, electives for staff – what should they be?

*Believe  Belong  Become*

4

WV-006081

ER0758

# Appendix Documents

WV-006082



### The Critical Journey
By Janet Hagberg and Robert Guelich

**Terms**
- Spirituality – the way in which we live out our response to God
- Faith – letting God direct our lives (verb)
- Journey – an extended trip whose process is as important as its destination

**Stage Concepts**
- Fluid and Cumulative Stages
- Home Stage and Revisiting
- Cages: Getting Stuck
- Outer and Inner Stages
- Understanding Other Stages
- Crisis: A Time for Moving
- Similarities and Movements

*"The beauty is in the walking; We are betrayed by destinations"*
--Gwyn Thomas

©Transforming Center 2019. Not to be reproduced without permission.



### The Critical Journey: Stages in the Life of Faith
By Janet O. Hagberg and Robert A. Guelich  *(self worth)*

#### Stage 1: The Recognition of God

**Thesis:** Faith is the discovery or recognition of God.

**Characteristics of Stage 1:**
- A sense of Awe
- A sense of Need
- A Natural Awareness
- Greater Meaning in Life
- A Sense of Innocence

**Caged at Stage 1:**
- Worthlessness, Spiritual Bankruptcy, Martyrdom, Ignorance

**Moving from Stage 1 to Stage 2:**
- Become Part of a Strong Group
- Let Your Life Take on More Significance
- Find a Charismatic Leader to Follow
- Discover the Way

**Catalyst for Movement:**
- Accept Self Worth
- Reduce Isolation

**Reflection:**
- How and when and where did you first recognize God in your life?  (Awe or Need?)

6

WV-006083

ER0760

## Stage 2: The Life of Discipleship



**Thesis:** Faith is learning about God.

**Characteristics of Stage 2:**
- Meaning from Belonging
- Answers found in a Leader, Cause or Belief System
- Sense of Rightness
- Security in Our Faith

**Caged at Stage 2:**
- Rigid in Righteousness
- We against Them
- Switchers
- Searchers

**Moving from Stage 2 to Stage 3:**
- Recognize Uniqueness
- Identify Gifts
- Recognize Contributions
- Seek Responsibility

**Catalyst for Movement:**
- Risk Taking
- Acceptance of Gifts

**Reflection**
- What was your experience of discipleship and of group life?

## Stage 3: The Productive Life



**Thesis:** Faith is working for God.

*(Doing stage)*
*+often decades long*

**Characteristics of Stage 3:**
- Uniqueness in the Community
- Responsibility
- Values Placed on Symbols
- A Spiritual Goal Reached

*Being in the world FOR God (instead of WITH Him).*

**Caged at Stage 3:**
- Overly Zealous
- Weary in Well Doing
- Self-Centered
- Life as Performance

**Moving from Stage 3 to Stage 4:**
- Lost Sense of Certainty
- Experience Faith/Personal Crisis
- Feel Abandoned
- Look for Direction

**Catalyst for Movement:**
- Letting go of Success
- Accepting Vulnerability

*Reflection:*
*How were your gifts named and developed? What do you feel good about in that regard?*

7

WV-006084



## Stage 4: The Journey Inward

**Thesis:** Faith is Rediscovering God

**Characteristics of Stage 4:**
- Life or Faith Crisis
- Loss of Certainties in Life and Faith
- A Search for Direction, Not Answers
- Pursuit of Personal Integrity in Relation to God
- God Released from Box
- Apparent Loss of Faith

**Caged at Stage 4:**
- Always Questioning
- Consumed by Self Assessment
- Immobilized

**Moving from Stage 4 to Stage 5:**
- Let go of Spiritual Ego (Self-Centeredness)
- Accept God's Purpose for Our Lives
- Seek Wholeness Through Personal Healing and Pilgrimage
- Be Willing to Commit to Whatever it Takes

**Catalyst for Movement:**
- Finding Peace Through Giving Up Search for Self
- Allowing a New Certainty in God
- Open to the Cost of Obedience

*Reflection:*
*How do you find yourself connecting with any parts of Stage 4?*

*(handwritten notes: (self worth) Letting go of the God we know to receive the God who is. Peter at the place of failure "Do you love me?" ... Then feed my sheep (explore emotions) Someone who will sit with the place in the unanswerable Companioned)*



## The Wall

**Thesis:** The Mystery of Our Will Meeting God's Will Face to Face.

**Types of Resistance at the Wall:**
- Strong Egos
- Self Deprecators
- Guilt/Shame-Ridden
- Intellectuals
- High Achievers
- Doctrinaire
- Ordained

**Going Through the Wall:**
- Discomfort
- Surrender
- Healing
- Awareness, Forgiveness, Acceptance, Love
- Closeness to God
- Discernment
- Melting, Molding
- Solitude and Reflection

*Reflection*
*Is there a season in your life that might be named the wall?*

*(handwritten notes: You have to go thru the wall brick-by-brick. * Not a performer, become effective & fruitful — AND YOU HAVEN'T DONE IT, YOU'VE LET GOD TAKE YOUR PART IN YOU.)*

8

WV-006085

ER0762

## Stage 5: The Journey Outward

**Thesis:** Faith is Surrendering to God.

**Characteristics of Stage 5:**
- A Renewed Sense of God's Acceptance
- A New Sense of the Horizontal Life
- Sense of Calling, Vocation, or Ministry
- Concern and Focus on Other's Best Interests
- A deep Calm or Stillness

**Caged at Stage 5:**
- Seemingly Out of Touch with Practical Concerns
- Apparently Careless about Important Things

**Moving from Stage 5 to Stage 6:**
- No Striving, Just Evolving—Growing Deeper
- Seeing God in All of Life
- Being God's Person

**Catalyst for Movement:**
- Vocation is Satisfying
- Being Whole Seems Enough

*Reflection:*
*Do you have a Glimpse of God's Calling in your Life?*
*Do you know someone who you sense might be in Stage 5*
*and find yourself drawn to them and curious?*

## Stage 6: The Life of Love

**Thesis:** Faith is Reflecting God

*7 gives us what we did not know we had*

**Characteristics of Stage 6:**
- Christ-like Living in Total Obedience to God
- Wisdom Gained from Life's Struggles
- Compassionate Living for Others
- Detachment from Things and Stress
- Life Underneath or on Top
- Life Abandoned

**Caged at Stage 6:**
- Separation from the World
- Neglect of Self
- Apparent Waste of Life

*Reflection:*
*If God were everything to you what would need to be left behind and*
*what might be gained for others?*

9

WV-006086

ER0763

# EXHIBIT MF-35

ER0764



ER0765



ER0766



ER0767



ER0768



ER0769








ER0772



ER0773



ER0774





ER0776











ER0778



# Faith

## Christian faith

Beginning with our founder's passion for sharing God's heart for the world, our faith remains central to our work today. We seek to know Jesus and to share His love through the transforming power of the Holy Spirit. Our prayer is that all may come to experience life to its fullest measure.

 our foundation

ER0779





"Dear friends,
let us
love one another,
for love comes
from God."

1 John 4:7

ER0781





QUALITY

GOD IS IN THE DETAILS.



ER0784



ER0785



ER0786



ER0787



ER0788





# The Pierce Family Chapel





ER0793



ER0794







Let my heart
be broken with
the things that
break the heart
of God.

—Bob Pierce
*World Vision founder*








ER0793



ER0796









Our vision
for every child,
life in all its fullness.

Our prayer
for every heart,
the will to make it so.

—World Vision's
vision statement









ER0798

"So the poor have hope,
and injustice shuts its mouth."

—Job 5:16 (NIV)

Hope

ER 0799



ER0800



ER0801





ER0803



e Becomes a Legacy

The World Vision Society

*"But store up for yourselves treasures in heaven,
where moth and rust do not destroy, and where
thieves do not break in and steal. For where
your treasure is, there your heart will be also."*

— Matthew 6:20-21 (NIV)



ER0806



ER0807

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUBRY MCMAHON,

       Plaintiff,

   vs.

WORLD VISION, INC.

       Defendant.

CASE NO. 2:21-CV-00920-JLR

DECLARATION OF
SHANNON OSBORNE

Shannon Osborne declares:

1.     I have personal knowledge of the facts stated in this declaration and am competent to testify to those facts.

2.     I am the Director – Contact Center Operations at World Vision, Inc. ("World Vision" or "WV") and have been so employed since January 4, 2012.

3.     World Vision is a Christian ministry dedicated to spreading the gospel of Jesus Christ, primarily through humanitarian outreach to poor and underserved children and families around the world. It operates in many ways like a Christian

DECLARATION OF SHANNON OSBORNE    Page 1
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0808

church and implements its programs through and as supported by local churches in the United States and around the world.

    4.    The job posting for the role that Plaintiff Aubry McMahon sought at World Vision would have required her to "Personify the ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign [and k]eep Christ central in our individual and corporate lives." Attached to this Declaration as Exhibit SO-01 is a true and correct copy of this Job Posting, 2020 (P0011-20; P0072-77; WV0048-50).

    5.    My responsibilities include Managing the Quality Coach team, Supervisor/Manager Team(s), Communications and Research in Donor Contact Services ("DCS").

    6.    DCS also can refer to "Donor/Customer Service," as is typical in our offer letters to prospective DCS representatives such as the Plaintiff Aubry McMahon. *See* Offer Letter (WV0078-79; P0009-10). Attached to this Declaration as Exhibit SO-02 is a true and correct copy of this Offer Letter to Aubry McMahon dated January 5, 2021 (WV0078-79; P0009-10).

    7.    As used in this Declaration, "DCSR" means a DCS Representative (or a "DSRT" while in Training). All these titles refer to the same role/career path at World Vision.

    8.    I am personally familiar with all documents and media referenced in this Declaration, all of which were provided to Plaintiff during discovery and bear a "WV___" citation number (or in the few cases of Plaintiff's production, a "P___"

DECLARATION OF SHANNON OSBORNE    Page 2
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

**ER0809**

citation number). I attest to the authenticity and accuracy of these documents and media at appropriate places throughout this Declaration.

9.      I daily work with and supervise DCS Quality Coaches, Communications, Research and Managers/Supervisors and their Direct Reports in DCS, the World Vision department that Aubry McMahon sought to join as a DCSR if she successfully completed the 9 to 11 weeks of training and evaluation as a DSRT (trainee).

10.      I have direct detailed personal knowledge of the day-to-day responsibilities of DCSRs.

11.      I confirm that the following statements of fact (in this paragraph), taken from the court opinions in the *Spencer v. World Vision* litigation (2008-2011), have remained true at all times of my World Vision tenure: World Vision's "overt Christianity is especially evident to those applying for employment at World Vision" because it permeates the World Vision workplace. It does so because World Vision exists "only" to "spread" its "Christian faith" as "infallibl[y]" and "authoritative[ly]" established by "the Bible." This faith dwells "at the heart of all" World Vision does, including its "relief efforts," which "flow from [its] profound sense of religious mission." Since World Vision "believes the key" to this mission "lies first in the hearts and minds of [its] staff," its workforce consists "only [of] Christians for all positions." From each member of this Christian workforce, World Vision requires a "commitment to [this] shared faith [and] a common understanding of how that faith is lived out day-to-day."

DECLARATION OF SHANNON OSBORNE     Page 3
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565   Fax: 206.625.1052

ER0810

12.      I also confirm that the following statements of fact (in this paragraph), taken from the court opinions in the *Spencer v. World Vision* litigation, have remained true at all times of my World Vision tenure:: All World Vision staff, including DCSRs, are responsible for: (a) confessing they are committed Christians; (b) agreeing "wholeheartedly" with World Vision's core religious principles; (c) "communicating [World Vision's] Christian faith [and] witness," which is "integrated [into] everything [it] does," "accurately and with integrity"; and (d) participating "regularly" in "prayer activities, devotionals, and weekly chapel services." A core job responsibility of all staff is prayer, which "is a component of [World Vision's] work." To begin each work year, "an entire work day is set aside each year for prayer," which all staff must attend.

13.      World Vision's annual Day of Prayer ("DOP"), which marks the beginning of each fiscal year in October, is a unique role for all our staff in our uniquely Christian ministry. DOP 2020 occurred remotely on October 1, 2020, eight weeks before Aubry McMahon applied to join our Christian ministry. A key theme for DOP 2020 was seeking God's Kingdom *first*, as required by Scripture. Attached to this Declaration as Exhibit SO-03 is a true and correct copy of an October 1, 2020 Email from the World Vision Faith at Work Manager for DOP 2020 and the related PowerPoint slides and "2020 Master Showflow" script materials for DOP 2020 (WV1772-1817).

14.      These DOP 2020 materials provide a few (of many) examples that prayer is a core "component of [World Vision's] work" and a core job responsibility of all WV staff. They illustrate that a core job responsibility of DCSRs is praying for and with the

DECLARATION OF SHANNON OSBORNE      Page 4
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

**ER0811**

persons with whom they talk. "[This coming year] we must 'seek first the kingdom [of God]' through prayer." DOP 2020, at 5 (WV1778). "Key Goals [include] praying for our work, our donors and our staff." *Id*. at 4. "[Expect your] unique packet of donor prayer requests." Faith at Work Manager (WV1772). "Have that document handy for the Donor Prayer Request session!" *Id*. at 1773. "Well, we've arrived at one of the most treasured parts of our day—Donor Prayer Requests. [W]e have the great honor of praying for our donors. [P]lease be sure that you honor them by praying for each one." DOP 2020 Script at 11:43 (WV1805). *See id*. at 11:46 (20-minute Donor Prayer Request Video). "It never ceases to amaze me how faithful God's people are even when they may be facing many difficulties in their own life. I just feel honored to have a small part in their faith journey." *Id*. at 12:31. *See also id*. at 1:36 (President's Address).

15.     Prayer is critical to World Vision's ministry. All World Vision staff, including DCSRs, are responsible for participating in and helping to foster a "Prayer-Centered Work Environment," as stated in our Orange Book: Living Out Our Values, 11 (WV718). Attached to this Declaration as Exhibit SO-04 is a true and correct copy of this World Vision Orange Book: Living Out Our Values (WV0708-0730). "Prayer plays a central role in [World Vision's mission, which] is not only commanded by God but also resourced by Him." (WV718). Thus, staff are encouraged to "begin and end [each] meeting in prayer." *Id*. "With God's Help, we will [p]ray, pray again, and pray some more." Core Values: We Are Christian (WV0740, 4700). Attached to this Declaration as Exhibit SO-05 is a true and correct copy of this World Vision Core Values: We Are Christian presentation document (WV0738-0752).

DECLARATION OF SHANNON OSBORNE     Page 5
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0812

16.     Prayer is pivotal for many reasons at World Vision. The following statements of fact (in this paragraph) accurately reflect World Vision's policies, expectations, and beliefs during my tenure at World Vision. Prayer unquestionably constitutes the exercise of religion at World Vision. It is plainly part of World Vision's religious worship and integral to its free exercise. Like all religious exercise, prayer begins with religious beliefs held inwardly and secretly. But it does not stop there. World Vision, like many of America's founders, has faith in the power of prayer—including prayer that is silent, aloud, private, and corporate—to release the power and Providence of God. Partly for that reason, World Vision believes the guarantee of religious freedom does perhaps its most important work by protecting the ability of those who hold religious beliefs of all kinds to live out their faiths in daily life through the performance of (or abstention from) physical acts.

17.     All the above is expected of all World Vision staff, but is uniquely expected of DCSRs, who serve as World Vision's "voice, face, and heart." This is why 9-11 weeks of training are required to join DCS. As stated in her offer letter, Aubry McMahon would have had to pass 9-11 weeks of such "training and evaluation" in order to join the DCS team. *See* Offer Letter, Exhibit SO-02 (WV0078-79; P0009-10).

18.     There are many good reasons for these rigorous religious requirements for the DCSR role.

19.     The DCS "Mission Statement" begins, "***Consumed and called by Jesus Christ***." Donor Contact Services: DCS Policies, 5 (WV425). "Being a part of DCS means you are the ***Voice***, ***Face*** and ***Heart*** of World Vision." *Id*. Attached to this Declaration

DECLARATION OF SHANNON OSBORNE     Page 6
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0813

as Exhibit SO-07 is a true and correct copy of this World Vision Donor Contact Services: DCS Policies document (WV0421-0429).

20.     "Expectations in DCS [include:] Attend & participate in Devos and Chapel—part of your workday, an essential function of your job. You are the face of WV and play an invaluable role!" DSRT Training: HR Introduction, 1 (WV0430). "Key policies [include] Standards of Christian Ethics and Business Conduct—Appropriate behavior in/out of the workplace[.]" *Id*. at 2 (WV0431).  Attached to this Declaration as Exhibit SO-08 is a true and correct copy of this World Vision Donor DSRT Training: HR Introduction document (WV0430-0433).

21.     As part of their DCSR training, DCSRs trainees are quizzed on their ability to recognize the correct DCS Mission Statement. WV5269 (New Employee Orientation quiz) ("Which of the following is the correct DCS Mission Statement?"). Attached to this Declaration as Exhibit SO-09 is a true and correct copy of this New Employee Orientation Quiz (WV5264-5269).

22.     According to the job posting for Aubry McMahon's role, which she read and responded to, she would be required to do the following: "Help carry out our Christian organization's mission, vision, and strategies. Personify the ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign. [K]eep Christ central in our individual and corporate lives. Attend and participate in the leadership of devotions, weekly Chapel services, and regular prayer." Job Posting, 2020, Exh. SO-01 (P0011-20, P0072-77; WV0048-50).

DECLARATION OF SHANNON OSBORNE     Page 7
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0814

23.     As a DCSR, Aubry McMahon would interact all day with the ministry's donors, its lifeblood, striving to be "sensitive to [their] needs and pray[ing] with them." *Id*. Transformation of donors is just as vital to World Vision as that of the children they sponsor. Why Focus on Donor Transformation? (WV2805-12) (so that they may "experience Jesus Christ's transforming love, grace, and power"). Variations of the word "transform" appear throughout World Vision documents concerning donors. Attached to this Declaration as Exhibit SO-10 is a true and correct copy of this Why Focus on Donor Transformation? document (WV2805-12).

24.     As a DCSR, Aubry McMahon would be a "crucial member" of the DCS team and "key liaison and 'voice of World Vision.'" Job Posting, 2022 (WV184).[1] She would need to carry out her role "persuasively and convincingly," DSRT Job Description (WV181), requiring her to believe it and live it—all of it. In summary, her job did, and would have continued to, include important ministerial duties.  Attached to this Declaration as Exhibit SO-11 is a true and correct copy of this Job Posting, 2022 (WV0180-0188).

25.     These ministerial duties of a DCSR are traditional Christian ones, as shown by the five companywide chapel services led by DCS produced in discovery. These include the DCS-led chapel services on June 11, 2008; September 1, 2010; January 22, 2013; June 26, 2019; and August 4, 2021. Each lasts up to an hour.

---

[1] These phrases are from the job posting for a DSRT "class" in 2022, but they describe accurately the role that McMahon sought in 2020, consistently with the job posting for her DSRT class. *See* Job Posting, 2020 (P0011-20; P0072-77; WV0048-50).

DECLARATION OF SHANNON OSBORNE      Page 8
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

**ER0815**

26.     I am personally familiar with DCS-led services and have participated in preparing, attending, and implementing them since I joined DCS in January of 2012, including, specifically, attending the DCS-led chapel service on January 22, 2013, and preparing, attending, and implementing the DCS-led chapel services on June 26, 2019, and August 4, 2021. True and correct video recordings of these three DCS-led companywide chapel service are being filed with this Declaration as Exhibits SO-12, SO-13, and SO-14.

27.     I co-organized, attended, and opened the June 26, 2019 chapel service. I also recently viewed the entire video recording of this service. It is representative of DCS-led chapel services during my tenure at World Vision. This June 26, 2019 chapel service timely portrays the environment and role that Aubry McMahon sought to join in 2020.

28.     DCS opened this service with prayer and Bible reading (0:07-5:04) followed by DCSR messages (5:05-9:35), praise and worship time (9:36-20:45), DCSR testimonials (20:46-23:26), DCSR panel discussion (23:27-48:26), more testimonials (48:28-50:44), and closing prayer (50:45-53:05). Transcriptions of some excerpts from this chapel service are provided below and speak for themselves.

29.     "[G]od brought us here [to DCS] to be the voice, face, and heart of World Vision [to serve] our donors in the name of Jesus…. In the last year, donors called us over 210,000 times. We also called them over 100,000 times … and ministered to our donors through prayer. [We] replied to 51,000 emails and letters and prayed for nearly 10,000 prayer requests." (6:04-6:37)

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0816

30.    "I have been in call centers for 11 years, but nothing prepares you for [the] prayer requests. One man said his sister-in-law passed away that very morning. Several women just lost their husbands. Many people have health and financial issues. However, the Lord cares for each one. I am grateful and blessed for a chance to tell them how good the Lord is. I'm grateful they trust me to share, and I'm blessed by how much appreciation and love they give to myself and World Vision[.]" (22:00-22:30) (Video testimonial by a DCSR).

31.    During the panel discussion, the moderator asked this question: "How has working [in] DCS impacted your faith and walk with Christ?" Below are some of the responses from DCSRs. "So, from Day One, I've always felt like working in DCS [really] puts us on the front lines of World Vision. [We] openly discuss our stories, give our testimonies, both to each other as friends, coworkers, and also to donors and have them share their testimonies with us. [It] has been an incredible way to witness Christ and everything that he's done for us as people, as an organization, and for our donors." (24:35-25:29) "Fellowship that we have with coworkers and donors, it's so amazing. We're praying with each other. We're praying with the donors." (27:26-27:33) "[I]t's a calling to come to World Vision [where we] actually pray for people all over the world when we answer [the phone] and ask, Can I pray for you? And the requests are just amazing. And then God gets to use us in a mighty way to pray for our donors[.] When you work in a place that's also a ministry, it just opens this fire for Jesus within you." (27:51-28:49) "[I] believe the Lord placed me [here for most] of the last decade [and] simply remind[s] me to look around and see his faithfulness[.] To see it in our donors

DECLARATION OF SHANNON OSBORNE    Page 10
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0817

[and] in the countless stories of redemption that we hear from around the world. We have opportunity to pray with our donors, as you have heard from most every testimony from DCS today. We have opportunity to pray for one another and we have the opportunity to pray together for those who have experienced devastation[.]" (29:47-30:49)

32.     So, DCS is no common call center. "[I]n prayer, the donors share so many things with us, as you've heard already. One family called [after a] terrible car accident[. T]he mother and the son were injured very badly, and they called us for prayer. Well, four months later, they called us back [and] were just in joy. They were healed [and] really believed that our prayers for them helped them heal [and] put their lives back together, and they just couldn't wait to share [what] God had done in their lives. So, God is everywhere in our work and he's in our donors[.]" (39:16-39:58)

33.     DCSRs explained their personal "ministry" to World Vision's ministry in various but interconnected ways. "[Talking to donors is] an opportunity to share what's on our hearts and to be a mouthpiece for our ministry." (40:45-40:54) "I'm glad I get to be the mouthpiece[.] I know that by opening up my mouth and allowing for the Holy Spirit to flow like living water, this allows room for the donor to know more about how they can actually help[.] Now, not everyone can actually give, but [the] Lord puts a calling in each and everybody's heart, and how they can serve. [I] also take mental notes [from] our chapels and glean information that may be useful for when I'm talking to the donors. Next, I pour out my heart to every [caller] because we just don't know [what they are] going through[.]" (41:02-42:30) "I love sharing World

DECLARATION OF SHANNON OSBORNE     Page 11
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0818

Vision's needs [with] our donors[. They] just love World Vision [and] I always [tell] them what our need is. [They can] lift our need in prayer and if they are able [to donate]. I thank them whether it's monetary or prayer. And at this time I usually hear lovely stories of how God has called them to be prayer warriors or intercessor[s] and it's [a]mazing to be able to open my mouth and allow for the Holy Spirit to work." (42:46-43:42)

34.     When DCSRs visit World Vision field offices around the world, they often experience what they as Christians view as taking their place in the Body of Christ. "[I] had the life changing opportunity, like many of [us in DCS] have had, to visit our colleagues in Kenya. [Our] staff in the field [say] how thankful they are—and the heroes we are to the children. [And] we protest and say, How can you say that: you are the heroes; [you are] literally serving the children. And they say, But we wouldn't be able to do any of that work if you weren't sending gifts halfway around the [world]. And we say, But we wouldn't have anything to ask for if it wasn't for [the] incredible things [you are doing] with those funds. And they say, But we wouldn't be able to do anything if not for your generous donors. And we say, But you are the hands and feet of this organization. [And] they say, But you are the ears and mouths of this organization. And *that* is what it looks like for World Vision to be the body of Christ." (46:53-48:05)

35.     "Being in DCS has been a faith-building experience because you can see God moving everywhere you look, from the obvious events in the field to the miracles of every day…. The miraculous is part of our culture and something that gives us hope

DECLARATION OF SHANNON OSBORNE     Page 12
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

daily." (48:26-48:51) "Working in DCS has impacted my faith [and] I'm constantly reminded of the privilege I have to be the voice for those who are unable to speak up for themselves [whom] we serve in Christ." (50:27-40)

36.      Anthony Williams, the Director of DCS (at that time and now), closed this "DCS Chapel," referencing *Luke* 9:48 and 19:17. "We represent each one of you as we provide the highest level of service [to] our donors. But most of all, we obey God's calling to be the voice for the children, the families, that we care so much about. In my 14 and half years here, there has never been a day … that I didn't know why God called me to this place. [And when] that day comes [and] each of you is standing before [God], I pray that He looks at each one of you in your faces and says, Well done, good and faithful servant: you did *exactly* what I asked you to do. I will now close us in prayer …." (51:14-52:21)

37.      As a DCSR, Aubry McMahon's responsibilities would have included praying faithfully with donors, as illustrated by ten representative donor calls from the year 2020. True and correct audio recordings of these DCSR donor calls are being filed with this Declaration as Exhibit SO-15. *See* 2020Call1–2020Call10 (private info redacted). These ten samples reflect the more than 15,000 prayer requests recorded during calendar year 2020.

38.      In each of these 2020 calls, DCSRs prayed with donors about their needs and the needs of the children they sponsor. These donor needs included an elderly man's constant pain, a wife's kidney infection, a mother's biopsy, a recent widow's troubled daughter, a father's broken hip, a husband's safety as a doctor responding to

DECLARATION OF SHANNON OSBORNE      Page 13
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0820

Covid, a brother-in-law's wife going to hospice, a family dairy farm's fate, a church's desire to rebuild its youth ministry, and an emotional young woman "really worried that I'm going to lose my job."

39.     Here is one example with a female donor, in April 2020, early into the COVID-19 pandemic:

> **Donor**: "My uncle … contracted the virus [and my mom] had to make the decision today to remove life support. So, please pray for my mom. [I]t's her big brother [and] it was sudden…. [I]f you guys could pray for my mom, I'd appreciate that very much."
> **DCSR**: "[I]f you're comfortable, would you be okay if I prayed right now over the phone?"
> **Donor**: "Yes. Definitely. That would be great."
> **DCSR**: "Dear Lord, I just want to lift up [donor] and her family as well as her uncle specifically…. I pray for comfort and for healing for the family, specifically for [her] mother as she goes through this time with her big brother…. [W]e pray for comfort and for support for this entire family…. So, thank you so much for your comfort, dear Lord, and we thank you for loving us, in Jesus' name. Amen."
> **Donor**: "Amen. Thank you so much for that. I really appreciate that. Thank you."
> **DCSR**: "Of course. And … don't hesitate to give us a call…. to reach out …. Okay?"
> **Donor**: "Okay. Thank you so much. And I really—I really appreciate you calling. It was really well timed. So, thank you." [DCS Prayer Call, April 1, 2020, at 0:53-3:50.]

40.     The following representative examples of encouraging "shout outs" from DCS managers to their staff also show how important prayer is to the work of DCSRs. *See* WV3103-10 (donor identifying information redacted). "Mr. [Donor was] overwhelmed when he shared [that female DCSR] prayed for him and showed him the love of the Lord on their phone call amidst his own personal trials he shared with her. He said he has never had such an amazing experience with an organization."

DECLARATION OF SHANNON OSBORNE     Page 14
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0821

WV3103. "Michael [Donor] was blown away [by DCSR, who] offered prayer [that] deeply touched [him.] Thank you [DCSR] for reminding donors we are a ministry ready to be God's hands and feet!" *Id*. at 3105. "Ms. [Donor called] leadership this morning to share [her] incredible [call with DCSR, who] prayed the most beautiful prayer over [her,] straight from the heart of Jesus." *Id*. at 3106. "Mrs. [Donor said she] was touched by [DCSR's] prayer [and] is incredibly thankful for [our] ministry." *Id*. at 3107. Attached to this Declaration as Exhibit SO-16 are true and correct copies of these DCS manager "shout outs" to DCSRs (WV3103-3110) (donor identifying information redacted).

41.     The sample shout-outs continue as follows. "Susanna [Donor] wanted us to know how amazing [DCSR] is. She said [he] was compassionate, kind and so very caring. As she [described] how [he prayed] for her she got choked up and started to cry…. This [is] pure ministry [and] you understand what is truly important." *Id*. at 3108-09. "Mrs. [Donor called] to say: '[female DCSR] was amazing [and such] a blessing today for me because I asked for prayer and [she] encourage[d] me and lifted me to the Lord and I feel amazing. She is a beautiful human being and she praises GOD! She is in the *right position*.'" *Id*. at 3110 (emphasis added). "Mrs. [Donor] called to [commend DCSR for praying for her] daughter [which] touched [her] heart. She said she believes [in] World Vision [and that DCSR] is in the *right place* in the kingdom of God." *Id*. at 3112 (emphasis added).

42.     As detailed above, Aubry McMahon, to be qualified as a DCSR, would need to fit the DCSR's ministerial role and duties in many ways. First, she would need

DECLARATION OF SHANNON OSBORNE     Page 15
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0822

to be a "key" "messenger" and "voice of World Vision." Second, she would need to "personify its ministry" to its lifeblood of donors. Third, she would need to support donor transformation via "Christ's transforming love, grace, and power." Fourth, she would need to combine with likeminded colleagues to be "God's hands and feet" in the "body of Christ." Fifth, she would need to perform "ministry" through outbound and inbound calls being able to explain World Vision's ministry, its programs and how World Vision witnesses to Christ in its work and through fundraising itself.

43.     As part of our Christian faith, World Vision understands the activity of fundraising and the role of the DCS staff in fundraising to be not only part of World Vision's ministry but also a form of ministry in itself. "Done right, fund-raising is ministry," Christian Witness/Ministry of Fundraising, ¶4.1 (WV1363), just "as spiritual as giving a sermon, entering a time of prayer, visiting the sick, or feeding the hungry." *Id*. This tenet of fundraising-as-ministry is reinforced by twenty-six slides included as part of World Vision's Christian Witness Immersion Program materials. *See id*. (WV1361-87). Attached to this Declaration as Exhibit SO-17 is a true and correct copy of this Christian Witness/Ministry of Fundraising document (WV1360-1388).

44.     This tenet of fundraising-as-ministry is also illustrated throughout World Vision's donor-focused materials. *See, e.g.*, Reflections on Marketing & Fundraising (WV1515-56); Why Focus on Donor Transformation? (WV2805-12). Attached to this Declaration as Exhibit SO-18 are true and correct copies of these donor transformation and fundraising materials (WV1515-1556; WV2805-2812).

DECLARATION OF SHANNON OSBORNE    Page 16
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

**ER0823**

45.     As explained above, all these ministry activities need to be performed daily by DCSRs "convincingly" to advance the Christian "mission, vision, and strategies" of World Vision. All day they must speak with donors and colleagues amid opportunities to "[p]ray, pray again, and pray some more," seeking God's power and blessings on World Vision, its donors, and its programs, as "resourced by Him." Orange Book: Living Out Our Values, Exh. SO-04, 11 (WV0718).

46.     The latter point is essential, because prayer moves God's hand. As explained in our Orange Book: "**A PRAYER-CENTERED WORK ENVIRONMENT**. Prayer plays a central role in World Vision's ministry. We recognize that our mission is not only commanded by God but also resourced by God. We place such a high value on prayer that we begin each fiscal year with an entire day dedicated to prayer, thanksgiving, and reflection. In addition, we provide prayer rooms with special emphases throughout the year and encourage employees to begin and end each work or project meeting in prayer." *Id*.

47.     We pray for God's help to meet donor needs and facilitate their transformation. We pray for God's help to meet the physical, emotional, and spiritual needs of the children and families the donors sponsor. Most of all, we pray to advance God's kingdom through our Lord and Savior Jesus Christ. None of these goals are achievable through purely earthly powers or means. World Vision believes God, and His Word, and believes in the power of prayer described in God's Word. That is why: "With God's Help, we will: … Pray, pray again, and pray some more." Core Values: We Are Christian (citing Scriptures), Exh. SO-05 (WV0740).

DECLARATION OF SHANNON OSBORNE      Page 17
CASE NO. 2:21-CV-00920-JLR

48.    To perform the role described in detail above, Aubry McMahon would need to believe it, and live it, each day, in both her professional and personal lives.

49.    The DCSR role is not just about fundraising (as vital as that is). In the words of the courts in *Spencer*, a primary goal of World Vision is to promote the "child sponsorship program" that "pair[s]" donors with children; some of these donors may wish to "learn about the Christian faith."

50.    The DCSR role is not just about the children (as vital as they are). DCSRs support donor transformation, by inspiring those donors who share World Vision's faith and by sharing that faith with those who don't.

51.    The DCSR role is not just about the donors. DCSRs grow World Vision's ministry by sharing its mission, vision, and strategies.

52.    The DCSR role is not just about World Vision's programs. DCSRs are to be likeminded colleagues and witnesses to Jesus Christ at work and elsewhere.

53.    The DCSR role, most importantly, is not just about this world. DCSRs play a key role fulfilling World Vision's core purpose of advancing by all means "the Gospel [of] Jesus Christ."

54.    The DCSR role, the one sought by Aubry McMahon, is about all of these things. Ms. McMahon would have needed to further the goal that "[e]very current and potential donor and partner will clearly understand our mission to bear witness to Jesus Christ—through life, deed, word, and sign—in ways that encourage people to respond to the gospel of Jesus Christ." WV Christian Witness Messaging (WV1125).

DECLARATION OF SHANNON OSBORNE    Page 18
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER0825

Attached to this Declaration as Exhibit SO-19 are true and correct copies of these WV Christian Witness Messaging materials (WV1124-1141).

55.      World Vision can accomplish its Christian mission only to the extent it remains free to determine which hires fill the "right position" or "right place" in its Christian ministry.

56.      In my view, there is no World Vision without: (a) the donors (most of whom share its faith and thus sponsor, pray for, write to, and sustain the children out of common purpose); (b) the children (many of whom learn about this faith); and (c) the staff (whose shared faith kindles internal synergies and garners God's providence).

57.      In the role that she sought, Aubry McMahon was to "personify," be a "voice" for, and be a "messenger" for World Vision's faith. That role required her wholehearted assent—sharing World Vision's faith—to perform and promote it "accurately and with integrity," "persuasively and convincingly," to donors, supporters, colleagues, and the public. She was to "live[ it] out day-to-day." Those were her responsibilities. They were religious. They were important. And they were key to World Vision's mission.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED this 6ᵗʰ day of April, 2023, at Seattle, Washington.

_____
SHANNON OSBORNE

DECLARATION OF SHANNON OSBORNE     Page 19
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565 Fax: 206.625.1052

**ER0826**

# EXHIBIT SO-01



World Vision is hiring **Customer Service Representatives**

## 01 At a Glance

**Start date:** Training for this position will begin February 1st (training is estimated to be between 9 and 11 weeks long)

**Hours:** Call center hours are 6am - 6pm PST (or 9am – 9pm EST) Monday-Friday. We are closed on weekends! You will work a fulltime shift within this timeframe.

**Salary/Compensation**: $13 - $15 per hour depending on location/cost of living, as well as a comprehensive benefits package.

**Location:** US remote (work remotely from your own home!)

P0011

**ER0828**

**Required Experience:** High school graduate/GED or equivalent. Basic routine work experience. Prefer a minimum of 1 year previous customer service/sales work experience. Must have access to a reliable, high speed internet connection.

## 01 The Job



## 01 The Job

As a Customer Service Representative, you will participate in a training program to gain a working knowledge and understanding of the position and

to perform the essential functions of the job at a level of performance that consistently meets expectations. You will learn, understand and develop the skills necessary to acquire and maintain donor relationships through basic inbound and outbound calls. Serve as a liaison between donors and the general public as well as provide basic levels of customer service for all special programs. Help carry out our Christian organization's mission, vision, and strategies. Personify the ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign. You will also...

- Keep Christ central in our individual and corporate lives. Attend and participate in the leadership of devotions, weekly Chapel services, and regular prayer.
- Maintain reliable, regular attendance. Report to work on time and return from breaks and lunches on time.
- Under supervision, learn to answer inbound customer service calls and make outbound

P0013

calls, to current and potential donors in response to all media presentations and



response to all media presentations and World Vision products and services. Answer incoming calls using an Automated Call Distribution system utilizing a standard script for guidance. Recognize and respond to up-sell opportunities and actively cross-sell other WV programs when appropriate.

- Through training and active participation, gain the skills necessary to assess callers' needs and input information accurately and efficiently using data entry and ten-key skills.
- Achieve and maintain an acceptable level of individual statistics to accomplish Call Center business goals.
- Develop skills to utilize technology for

P0014

maintaining and updating donor information as appropriate.

- Accepts constructive feedback and welcomes instruction and direction.
- Under supervision, research and effectively respond to inquiries utilizing a variety of resource materials and methods.
- Learn and effectively communicate World Vision's involvement in ministries and projects around the world.
- Work collaboratively with team members.
- Be sensitive to Donor's needs and pray with them when appropriate.
- Perform other duties as assigned.
- Keep informed of organizational announcements, activities and changes via regular reading of the WVUS Intranet and other corporate communication tools.



**03 About World Vision USA** When you work at World Vision, your passions and talents come together to meet the greatest needs in the world today. We go to ends of the earth and into the margins. Where few go and the road is less traveled. Because Jesus is alive in the hardest places to be a child. We are dangerously soft-hearted. But just the right kind of dangerous. That's because we're a global Christian humanitarian organization. We partner with children, families, and their communities to reach their full potential by tackling the causes of poverty and injustice. We empower people out of poverty. For real. For good. For nearly the last 70 years. Jesus' love at the center. Always. We're Christian and follow Jesus' example to show unconditional love to the poor and oppressed. Serving every child we can regardless of faith. Are you feeling called to explore joining us? We hope so.

**04 Let your work be your faith in action** Every

P0016

day, nearly 16,000 children under the age of 5 die from preventable causes. Our call to action is urgent. That's why we're looking for someone who is ready to place their expertise behind helping the world's most vulnerable children. Every stroke of the keyboard, shift in strategy, and innovation in our marketing of fundraising initiatives can help influence whether someone chooses to help today or not. If not you, then who?



**05 Salary Range & Benefits** Your salary is important to you so it's important to us. As mentioned above, the hourly rate for this role will range from $13 to $15, depending on location. We have a robust and comprehensive benefits package as well, with health, vision and dental coverage

P0017

offered during training. Click here to learn more.

**06 To Apply** See the Apply box in the lower left corner.

## 07 You bring

- High school graduate/GED or equivalent. Basic routine work experience
- Prefer a minimum of 1 year previous customer service/sales work experience
- Must have access to a reliable, high speed internet connection
- The ability to multi-task in a fast pace environment
- Must be able to train and work 40 hours a week
- Have strong technical skills with all Microsoft Office Suite
- The ability to type 20 wpm or more
- Enjoys making a difference in the world!
- **Must be available to start training on**

P0018

ER0835

February 1st



**\*\*Candidates selected for this position will have a probationary period during the estimated 9-11 week training program.**

Required Skills

Required Experience

World Vision Inc. - 30+ days ago



P0019

ER0836

# I want to receive the latest job alert for **world vision** in **Remote**

## Email Address

aubry.mcmahon@gmail.com

## Be the first to see new jobs

By creating a job alert or receiving recommended jobs, you

---

**From:** Aubry Atwood <aubrymcmahon@gmail.com>
**Date:** January 8, 2021 at 5:08:47 PM EST
**To:** Catherine Miolla - US <cmiolla@worldvision.org>
**Subject: Re: Quick Question**

Hey, I am so sorry I wasnt able to get ahold of you today. I am happy to reschedule the call if you are available. While I understand your decision, can I ask what the discrepancy in my interview responses was? I am a little confused and wanted to get some clarification. Thanks so much.

On Fri, Jan 8, 2021 at 5:00 PM Catherine Miolla - US <cmiolla@worldvision.org> wrote:
  Aubry, since our communication on Tuesday, I've tried several times to get in touch with you to discuss a discrepancy in your interview responses. Since I have not heard back from you to resolve the discrepancy, I am rescinding the job offer that was extended to you on Monday January 4th.

  I wish you all the best in your future endeavors.

P0020

ER0837

9:30

World Vision is hiring **Customer Service Representatives**

**01 At a Glance**

**Start date:** Training for this position will begin February 1st (training is estimated to be between 9 and 11 weeks long)

**Hours:** Call center hours are 6am - 6pm PST (or 9am – 9pm EST) Monday-Friday. We are closed on weekends! You will work a fulltime shift within this timeframe.

**Salary/Compensation:** $13 - $15 per hour depending on location/cost of living, as well as a comprehensive benefits package.

**Location:** US remote (work remotely from your own home!)

**Required Experience:** High school graduate/GED or equivalent. Basic routine work experience. Prefer a minimum of 1 year previous customer service/sales work experience. Must have access to a reliable, high speed internet connection.

**01 The Job**

P0072

ER0838



9:30

## 01 The Job

As a Customer Service Representative, you will participate in a training program to gain a working knowledge and understanding of the position and to perform the essential functions of the job at a level of performance that consistently meets expectations. You will learn, understand and develop the skills necessary to acquire and maintain donor relationships through basic inbound and outbound calls. Serve as a liaison between donors and the general public as well as provide basic levels of customer service for all special programs. Help carry out our Christian organization's mission, vision, and strategies. Personify the ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign. You will also...

- Keep Christ central in our individual and corporate lives. Attend and participate in the leadership of devotions, weekly Chapel services, and regular prayer.
- Maintain reliable, regular attendance. Report to work on time and return from breaks and lunches on time.
- Under supervision, learn to answer inbound customer service calls and make outbound calls, to current and potential donors in response to all media presentations and

P0073

ER0839



9:30

response to all media presentations and World Vision products and services. Answer incoming calls using an Automated Call Distribution system utilizing a standard script for guidance. Recognize and respond to up-sell opportunities and actively cross-sell other WV programs when appropriate.

- Through training and active participation, gain the skills necessary to assess callers' needs and input information accurately and efficiently using data entry and ten-key skills.
- Achieve and maintain an acceptable level of individual statistics to accomplish Call Center business goals.
- Develop skills to utilize technology for maintaining and updating donor information as appropriate.
- Accepts constructive feedback and welcomes instruction and direction.
- Under supervision, research and effectively respond to inquiries utilizing a variety of resource materials and methods.
- Learn and effectively communicate World Vision's involvement in ministries and projects around the world.
- Work collaboratively with team members.
- Be sensitive to Donor's needs and pray with them when appropriate.
- Perform other duties as assigned.
- Keep informed of organizational announcements, activities and changes via regular reading of the WVUS Intranet and other corporate communication tools.



**03 About World Vision USA** When you work at World Vision, your passions and talents come together to meet the greatest needs in the world today. We go to ends of the earth and into the margins. Where few go and the road is less traveled. Because Jesus is alive in the hardest places to be a child. We are dangerously soft-hearted. But just the right kind of dangerous. That's because we're a global Christian humanitarian organization. We partner with children, families, and their communities to reach their full potential by tackling the causes of poverty and injustice. We empower people out of poverty. For real. For good. For nearly the last 70 years. Jesus' love at the center. Always. We're Christian and follow Jesus' example to show unconditional love to the poor and oppressed. Serving every child we can regardless of faith. Are you feeling called to explore joining us? We hope so.

**04 Let your work be your faith in action** Every day, nearly 16,000 children under the age of 5 die from preventable causes. Our call to action is urgent. That's why we're looking for someone who is ready to place their expertise behind helping the world's most vulnerable children. Every stroke of the keyboard, shift in strategy, and innovation in our marketing of fundraising initiatives can help influence whether someone chooses to help today or not. If not you, then who?



**05 Salary Range & Benefits** Your salary is important to you so it's important to us. As mentioned above, the hourly rate for this role will range from $13 to $15, depending on location. We have a robust and comprehensive benefits package as well, with health, vision and dental coverage offered during training. Click here to learn more.

**06 To Apply** See the Apply box in the lower left corner.

**07 You bring**

- High school graduate/GED or equivalent. Basic routine work experience
- Prefer a minimum of 1 year previous customer service/sales work experience
- Must have access to a reliable, high speed internet connection
- The ability to multi-task in a fast pace environment
- Must be able to train and work 40 hours a week
- Have strong technical skills with all Microsoft Office Suite
- The ability to type 20 wpm or more
- Enjoys making a difference in the world!
- **Must be available to start training on February 1st**

P0076

ER0842



**Candidates selected for this position will have a probationary period during the estimated 9-11 week training program.

Required Skills

Required Experience

World Vision Inc. - 30+ days ago



**⦁ Report job**

I want to receive the latest job alert for **world vision** in **Remote**

**Email Address**

aubry.mcmahon@gmail.com

**Be the first to see new jobs**

By creating a job alert or receiving recommended jobs, you

P0077

CONFIDENTIAL

# The Intersection of Calling and Career

World Vision is hiring **Customer Service Representatives**

## 01 At a Glance

**Start date:** Training for this position will begin February 1st  (training is estimated to be between 9 and 11 weeks long)

**Hours:** Call center hours are 6am - 6pm PST (or 9am – 9pm EST) Monday-Friday. We are closed on weekends! You will work a fulltime shift within this timeframe.

**Salary/Compensation**: $13 - $15 per hour depending on location/cost of living, as well as a comprehensive benefits package.

**Location:** US remote (work remotely from your own home!)

**Required Experience:** High school graduate/GED or equivalent. Basic routine work experience. Prefer a minimum of 1 year previous customer service/sales work experience. Must have access to a reliable, high speed internet connection.

## 01 The Job

As a Customer Service Representative, you will participate in a training program to gain a working knowledge and understanding of the position and to perform the essential functions of the job at a level of performance that consistently meets expectations. You will learn, understand and develop the skills necessary to acquire and maintain donor relationships through basic inbound and outbound calls. Serve as a liaison between donors and the general public as well as provide basic levels of customer service for all special programs. Help carry out our Christian organization's mission, vision, and strategies. Personify the ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign. You will also…

CONFIDENTIAL

1. Keep Christ central in our individual and corporate lives. Attend and participate in the leadership of devotions, weekly Chapel services, and regular prayer.
2. Maintain reliable, regular attendance. Report to work on time and return from breaks and lunches on time.
3. Under supervision, learn to answer inbound customer service calls and make outbound calls, to current and potential donors in response to all media presentations and World Vision products and services. Answer incoming calls using an Automated Call Distribution system utilizing a standard script for guidance. Recognize and respond to up-sell opportunities and actively cross-sell other WV programs when appropriate.
4. Through training and active participation, gain the skills necessary to assess callers' needs and input information accurately and efficiently using data entry and ten-key skills.
5. Achieve and maintain an acceptable level of individual statistics to accomplish Call Center business goals.
6. Develop skills to utilize technology for maintaining and updating donor information as appropriate.
7. Accepts constructive feedback and welcomes instruction and direction.
8. Under supervision, research and effectively respond to inquiries utilizing a variety of resource materials and methods.
9. Learn and effectively communicate World Vision's involvement in ministries and projects around the world.
10. Work collaboratively with team members.
11. Be sensitive to Donor's needs and pray with them when appropriate.
12. Perform other duties as assigned.
13. Keep informed of organizational announcements, activities and changes via regular reading of the WVUS Intranet and other corporate communication tools.

## 03 About World Vision USA

When you work at World Vision, your passions and talents come together to meet the greatest needs in the world today. We go to ends of the earth and into the margins. Where few go and the road is less traveled. Because Jesus is alive in the hardest places to be a child. We are dangerously soft-hearted. But just the right kind of dangerous. That's because we're a global Christian humanitarian organization. We partner with children, families, and their communities to reach their full potential by tackling the causes of poverty and injustice. We empower people out of poverty. For real. For good. For nearly the last 70 years. Jesus' love at the center. Always. We're Christian and follow Jesus' example to show unconditional love to the poor and oppressed. Serving every child we can regardless of faith. Are you feeling called to explore joining us? We hope so.

CONFIDENTIAL

**04 Let your work be your faith in action** Every day, nearly 16,000 children under the age of 5 die from preventable causes. Our call to action is urgent. That's why we're looking for someone who is ready to place their expertise behind helping the world's most vulnerable children. Every stroke of the keyboard, shift in strategy, and innovation in our marketing of fundraising initiatives can help influence whether someone chooses to help today or not. If not you, then who?

**05 Salary Range & Benefits** Your salary is important to you so it's important to us. As mentioned above, the hourly rate for this role will range from $13 to $15, depending on location. We have a robust and comprehensive benefits package as well, with health, vision and dental coverage offered during training. Click here to learn more.

**06 To Apply** See the Apply box in the lower left corner.

**07 You bring**

- High school graduate/GED or equivalent. Basic routine work experience
- Prefer a minimum of 1 year previous customer service/sales work experience
- Must have access to a reliable, high speed internet connection
- The ability to multi-task in a fast pace environment
- Must be able to train and work 40 hours a week
- Have strong technical skills with all Microsoft Office Suite
- The ability to type 20 wpm or more
- Enjoys making a difference in the world!
- **Must be available to start training on February 1st**

**\*\*Candidates selected for this position will have a probationary period during the estimated 9-11  week training program.**

WV-000050

ER0846

# EXHIBIT SO-02

CONFIDENTIAL



1/5/2021

Aubry McMahon
5008 west street
Indian Trail, North Carolina 28079

Aubry,

On behalf of World Vision, Inc., I am pleased to provide you with this letter as written confirmation of our verbal offer for the full-time position of Donor/Customer Service Representative Trainee (DSR Trainee) commencing on 2/1/2021. Your corresponding grade level is 212 and you will be paid a rate of $15.00 per hour on a bi-weekly basis with adjustments within the framework of World Vision, Inc. policy. Consideration for employment as a Donation Services Representative I is dependent upon successful completion of the training and evaluation program (predicted to be between 9 and 11 weeks). Your regular attendance is required during this period.  Should a separation occur, you will be eligible for payment for hours worked only.

Policy information and required regulatory documents will be emailed to you through Dayforce, our online on-boarding program. In accordance with World Vision, Inc. policy, as a trainee you are eligible to receive all legally mandated benefits, such as worker's compensation and health care which includes the related benefits of Flexible Spending Account (FSA) and participation in the Wellness Program. Eligibility does not include other WVUS benefit programs. Upon successful completion of your thirteen (13) week program and placement as a DSR I, you will be eligible to participate in all other applicable WVUS benefits programs. A Human Resources representative will meet with you shortly after you are hired to explain the benefits you are eligible for and that are effective at the beginning of your training period. A second meeting will be held after you successfully complete your training period and you are placed in a DSR I position to explain the other applicable benefits in which you will then be eligible to participate.

As a condition of employment, you will be required to sign and comply with a Non-Disclosure Agreement (NDA), which among other things, prohibits unauthorized use or disclosure of World Vision US proprietary information. You are required by law to present original documentation to establish (1) true identity and (2) eligibility to be employed in the United States within (3) business days of the date your employment begins. Verification of eligibility for employment is required for you to continue your employment with World Vision, Inc.

As noted in the application form, employment with World Vision, Inc. is at the mutual consent of the employee and World Vision, Inc. Accordingly, while World Vision, Inc. has every hope that employment relationships will be mutually beneficial and rewarding, employees and World Vision, Inc. retain the right to terminate the employment relationship at will, at any time, with or without cause. Likewise, World Vision, Inc. will have the right to make revisions to our policies, compensation or benefits at any time based on the needs of the business with or without advance notice.

Aubry, we are pleased to have your participation in our Donor Representative Training Program and look forward to seeing how God will use your talents and gifts to further His work here at World Vision, Inc. Please feel free to call me if you have any questions or if there is anything further I can do to assist you.

Best Regards,

Catherine Miolla

WV-000078

ER0848

CONFIDENTIAL

Talent Acquisition Partner
World Vision USA

My signature indicates that I have read, understand, and agree with the terms and conditions outlined in this letter.

_____          _____
                 Signature                                    Date

*To this end we always pray for you, that our God may make you worthy of his calling and may fulfill every resolve for good and every work of faith by his power, so that the name of our Lord Jesus may be glorified in you, and you in him, according to the grace of our God and the Lord Jesus Christ. (2 Thessalonians 1:11–12, ESV)*



4:53

◀ Mail

📶 LTE 🔋

AA   🔒 na4.docusign.net   ↻

≡   Select Start to begin   **START**

1/5/2021

Aubry McMahon
5008 west street
Indian Trail, North Carolina 28079

Aubry,

On behalf of World Vision, Inc., I am pleased to provide you with this letter as written confirmation of our verbal offer for the full-time position of Donor/Customer Service Representative Trainee (DSR Trainee) commencing on 2/1/2021. Your corresponding grade level is 212 and you will be paid a rate of $15.00 per hour on a bi-weekly basis with adjustments within the framework of World Vision, Inc. policy. Consideration for employment as a Donation Services Representative I is dependent upon successful completion of the training and evaluation program (predicted to be between 9 and 11 weeks). Your regular attendance is required during this period. Should a separation occur, you will be eligible for payment for hours worked only.

Policy information and required regulatory documents will be emailed to you through Dayforce, our online on-boarding program. In accordance with World Vision, Inc. policy, as a trainee you are eligible to receive all legally mandated benefits, such as worker's compensation and health care which includes the related benefits of Flexible Spending Account (FSA) and participation in the Wellness Program. Eligibility does not include other WVUS benefit programs. Upon successful completion of your thirteen (13) week program and placement as a DSR I, you will be eligible to participate in all other applicable WVUS benefits programs. A Human Resources representative will meet with you shortly after you are hired to explain the benefits you are eligible for and that are effective at the beginning of your training period. A second meeting will be held after you successfully complete your training period and you are placed in a DSR I position to explain the other applicable benefits in which you will then be eligible to participate.

As a condition of employment, you will be required to sign and comply with a Non-Disclosure Agreement (NDA), which among other things, prohibits unauthorized use or disclosure of World Vision US proprietary information. You are required by law to present original documentation to establish (1) true identity and (2) eligibility to be employed in the United States within (3) business days of the date your employment begins. Verification of eligibility for employment is required for you to

P0009

continue your employment with World Vision, Inc.

As noted in the application form, employment with World Vision, Inc. is at the mutual consent of the employee and World Vision, Inc. Accordingly, while World Vision, Inc. has every hope that employment relationships will be mutually beneficial and rewarding, employees and World Vision, Inc. retain the right to terminate the employment relationship at will, at any time, with or without cause. Likewise, World Vision, Inc. will have the right to make revisions to our policies, compensation or benefits at any time based on the needs of the business with or without advance notice.

Aubry, we are pleased to have your participation in our Donor Representative Training Program and look forward to seeing how God will use your talents and gifts to further His work here at World Vision, Inc. Please feel free to call me if you have any questions or if there is anything further I can do to assist you.

Best Regards,

Catherine Miolla

---

Aubry_McMahon_Offer_Letter.pdf                                                                    1 o

DocuSign Envelope ID: B4606354-A054-48DC-9BBA-7DA763BF4DAE

Talent Acquisition Partner
World Vision USA

My signature indicates that I have read, understand, and agree with the terms and conditions outlined in this lett


_____          1/9/2021
                    Signature                                          Date

*To this end we always pray for you, that our God may make you worthy of his calling and may fulfill every resolve for good and every work of faith by his power, so that the name of our Lord Jesus may be glorified in you, and you in him, according to the grace of our God and the Lord Jesus Christ. (2 Thessalonians 1:11–12, ESV)*

    

---

9:30





ER0851

# EXHIBIT SO-04

CONFIDENTIAL



# THE ORANGE BOOK:
## LIVING OUT OUR VALUES



Building a better world for children

WV-000708

CONFIDENTIAL

# Table of contents

**THE ORANGE BOOK**

Message from Edgar Sandoval ........................................................ 3

Our mission statement ................................................................ 4

Our vision statement ................................................................. 5

Our cultural characteristics ........................................................ 6

Overview of our core values ......................................................... 7

Our core values and key supporting policies ........................................ 8

    • We are Christian ............................................................... 9

    • We are committed to the poor .................................................. 12

    • We value people .............................................................. 13

    • We are stewards .............................................................. 15

    • We are partners ............................................................... 18

    • We are responsive ............................................................ 20

IMPORTANT ........................................................................... 21

Additional resources ............................................................... 22

*"Let my heart be broken with the things that break the heart of God."*

—Bob Pierce, World Vision founder




WV-000705

ER0854

CONFIDENTIAL

## Message from Edgar Sandoval

Dear colleagues:

It is my pleasure to provide you with this resource, The Orange Book: Living Out Our Values. I trust it will equip you for this season in which God has called you to take part in His miraculous impact for kids and families worldwide.

In my corporate career before coming to World Vision, I learned valuable lessons about the importance of accountability, trust, and mission focus. In a Christ-centered organization such as World Vision, the stakes are much higher, and these qualities take on a greater significance.

Every organization needs to know why it exists, what drives it, and where it is going. For World Vision, our key documents provide these answers—answers we need to *be* the best and *do* the best we can in witnessing to the incredible love of Jesus Christ through our work.

Our mission and vision statements and core values provide the inspiration and foundation for how and why we operate with accountability and transparency. We are committed to doing the right thing, which means complying with both the spirit and the letter of the laws that govern our ministry. Conducting ourselves according to our Christian values helps us earn and keep the public trust and the respect of those we serve.

I ask that you review this employee guidebook and familiarize yourself with essential employee resources, especially the WVUS Policy Manual. These resources outline WVUS policies and set forth expectations for us, as employees and volunteers, on how we do business with others. It is important that you understand the implications of your decisions in the workplace and comply with policies and procedures relevant to your work. Policies help us put our values into practice as we continue to allow the Holy Spirit to transform us from within.

Living out our Christian values requires each of us to give our full commitment. The responsibility lies with all of us—it's mine, it's yours, it's ours. This organization has a strong reputation around the world, and I am counting on you to help protect it, and to always act in the best interests of World Vision with a high degree of integrity and Christian ethics.

Thank you for embracing and implementing our core values, for committing to the high standards that define who we are, and for your partnership in working toward our mission and vision.

Sincerely,

Edgar Sandoval Sr.
President, World Vision U.S.

WV-000710

3

ER0855

CONFIDENTIAL

## Our mission statement

World Vision is an international partnership of Christians whose mission is to follow our Lord and Savior Jesus Christ in working with the poor and oppressed to promote human transformation, seek justice, and bear witness to the good news of the kingdom of God.

More on our mission statement



WV-000711

4

ER0856

CONFIDENTIAL

# Our vision statement

Our vision for every child, life in all its fullness. Our prayer for every heart, the will to make it so.

More on our vision statement






ER0857

CONFIDENTIAL

# Our cultural characteristics



### URGENCY

"Whoever heard me spoke well of me, and those who saw me commended me, because I rescued the poor who cried for help, and the fatherless who had none to assist them."

—*Job 29:11–12 (NIV)*

### EXCELLENCE

Whatever you do, work at it with all your heart, as working for the Lord, not for human masters, since you know that you will receive an inheritance from the Lord as a reward. It is the Lord Christ you are serving.

—*Colossians 3:23–24*

### INTEGRITY

For we are taking pains to do what is right, not only in the eyes of the Lord but also in the eyes of man.

—*2 Corinthians 8:21*

### HUMILITY

But we have this treasure in jars of clay to show that this all-surpassing power is from God and not from us.

—*2 Corinthians 4:7*

### UNITY

So Christ himself gave the apostles, the prophets, the evangelists, the pastors and teachers, to equip his people for works of service, so that the body of Christ may be built up until we all reach unity in the faith and in the knowledge of the Son of God and become mature, attaining to the whole measure of the fullness of Christ.

—*Ephesians 4:11–13*

6

ER0858

CONFIDENTIAL

# Overview of our core values

**WE ARE CHRISTIAN**

We acknowledge one God: Father, Son, and Holy Spirit. In Jesus Christ the love, mercy, and grace of God are made known to us and all people. From this overflowing abundance of God's love we find our call to ministry. We proclaim together, "Jesus lived, died, and rose again. Jesus is Lord." We desire Him to be central in our individual and corporate life.

**WE ARE COMMITTED TO THE POOR**

We are called to serve those in greatest need around the world, to relieve their suffering and to promote the transformation of their condition of life. We stand in solidarity in a common search for justice. We seek to understand the situation of the poor and work alongside them toward fullness of life.

**WE VALUE PEOPLE**

We regard all people as created and loved by God. We give priority to people before money, structure, systems, and other institutional machinery. We act in ways that respect the dignity, uniqueness, and intrinsic worth of every person—the poor, our donors, our staff and their families, our boards, and our volunteers. We celebrate the richness of diversity in human personality, culture, and contribution.

**WE ARE STEWARDS**

The resources at our disposal are not our own. They are a sacred trust from God through our donors on behalf of the poor. We are faithful to the purpose for which those resources are given and manage them in a manner that brings maximum benefit to the poor.

**WE ARE PARTNERS**

We are members of the international World Vision Partnership, which transcends legal, structural, and cultural boundaries. We accept the obligations of joint participation, shared goals, and mutual accountability that true partnership requires. We affirm our interdependence and our willingness to yield autonomy as necessary for the common good. We commit ourselves to know, understand, and love each other.

**WE ARE RESPONSIVE**

We are responsive to life-threatening emergencies where our involvement is needed and appropriate. We are willing to take intelligent risks and act quickly. We do this from a foundation of experience and sensitivity to what the situation requires. We also recognize that even in the midst of crisis, the destitute have a contribution to make from their experience.

More on our core values

WV-000714

7

ER0859

CONFIDENTIAL

## Our core values and key supporting policies



Our mission, vision, and core values are put into action through policies that govern our work and our conduct. Policies help act as our guide to conducting ourselves in a manner befitting an organization that is committed to serving the poor and following Christ.

This section of The Orange Book links to the key policies that undergird our core values.

*The integrity of the upright guides them …*

*—Proverbs 11:3*





ER0860

CONFIDENTIAL

# We are Christian

## OUR WITNESS

World Vision staff are committed to glorifying God and to witnessing, through both word and deed, to His redemptive work and love in the person of His Son, Jesus Christ.

Our lives, our deeds, our words, and the signs of God's action are inseparable means of conveying the gospel and obeying the biblical mandate to serve the poor. Words clarify the meaning of our deeds, deeds verify the integrity of our words about Jesus Christ, and signs are the acts of God in the midst of what we do and say. We cannot separate who we are from what we do as we aim to work in a manner that encourages people to be lifelong followers of Christ.

Our desire is to model Christ-like behavior at and away from work, at all times, so that people will be drawn to placing their faith in Him and following His compassionate lordship. World Vision recognizes that effective Christian witness is first expressed in the personal lives of staff and how we love and serve one another.

## OUR ONENESS IN DIVERSITY

World Vision's staff represent many Christian traditions and expressions. Despite this diversity, we share a common commitment to what World Vision states about faithfulness in biblical belief and conduct. This commonality strengthens World Vision and helps us better understand the diversity among those we serve.

## OUR FAITH AT WORK

Our workplace should reflect our unity and love for each other in Christ. World Vision staff, both individually and corporately, are called to pursue an ever greater integration of and obedience to the teachings of Jesus Christ and the biblical principles that underlie our organization's mission. While acknowledging each individual's personal responsibility for spiritual enrichment, World Vision seeks to enhance the spiritual development of its staff through the provision of time and structure for devotions, prayer, chapel, biblical reflection, and other opportunities to mature in relationship with Christ.

## OUR SERVICE

As we holistically serve those in physical and spiritual need, World Vision encourages staff to embrace a deeper relationship with Jesus Christ, to use language and methods that are God-honoring and truthful as measured against the standards of Scripture, and to be sensitive to culture and audience, seeking to unify rather than divide.

"We are therefore Christ's ambassadors." His kingdom is one of "kindness, justice and righteousness."

*(2 Corinthians 5:20, Jeremiah 9:24)*

WV-000716

9

ER0861

CONFIDENTIAL

# We are Christian (cont.)

World Vision offers assistance to those in need regardless of their religious beliefs and without taking advantage of people's vulnerability or making any attempt to coerce a change in their faith.

On behalf of the poor, neglected, and marginalized, World Vision advocates for the biblical justice modeled by Jesus Christ in our interactions with individuals, communities, and institutions such as churches, businesses, and governments.

### Christian Commitment and Witness Policy

As the foundation for all we do, our Christian faith is a uniting factor among staff. All World Vision U.S. staff are asked and expected to affirm belief in World Vision's Statement of Faith and/or the Apostles' Creed.

### STATEMENT OF FAITH

*We believe the Bible to be the inspired, the only infallible, authoritative Word of God.*

*We believe that there is one God, eternally existent in three persons: Father, Son, and Holy Spirit.*

*We believe in the deity of our Lord Jesus Christ, in His virgin birth, in His sinless life, in His miracles, in His vicarious and atoning death through His shed blood, in His bodily resurrection, in His ascension to the right hand of the Father, and in His personal return in power and glory.*

*We believe that for the salvation of lost and sinful man, regeneration of the Holy Spirit is absolutely essential.*

*We believe in the present ministry of the Holy Spirit by whose indwelling the Christian is enabled to live a godly life.*

*We believe in the resurrection of both the saved and the lost; they that are saved unto the resurrection of life and they that are lost unto the resurrection of damnation.*

*We believe in the spiritual unity of believers in our Lord Jesus Christ.*

### THE APOSTLES' CREED

*I believe in God, the Father almighty, creator of heaven and earth.*

*I believe in Jesus Christ, his only Son, our Lord, who was conceived by the Holy Spirit, born of the Virgin Mary, suffered under Pontius Pilate, was crucified, died, and was buried; he descended to the dead. On the third day he rose again; he ascended into heaven, he is seated at the right hand of the Father, and he will come again to judge the living and the dead.*

*I believe in the Holy Spirit, the holy catholic church, the communion of saints, the forgiveness of sins, the resurrection of the body, and the life everlasting. Amen.*

ER0862

CONFIDENTIAL

# We are Christian (cont.)

## FAITH AT WORK

One of the primary objectives of World Vision is to follow Christ in serving the poor by demonstrating God's love through our interactions with each other and those we serve. Faith exhibiting itself at work means Christ and His love are at the center of all we do.

## WEEKLY CHAPEL

World Vision staff are invited and expected to worship every week (usually Wednesday) in an organization-wide chapel in Federal Way (or in the Washington, D.C. office). Employees working in other locations may stream the live broadcast of the Federal Way service. Each week's chapel service is intended to encourage employees and to remind us that our mission is focused on the work of Christ to the poor.

## TEAM DEVOTIONS

Each World Vision team is expected to spend one additional hour each week in team devotions. Teams have the flexibility to schedule these devotions as fits best in their weekly schedules. Devotions are an excellent way for each team to pray for and focus their labors on the overall mission of God.

## A PRAYER-CENTERED WORK ENVIRONMENT

Prayer plays a central role in World Vision's ministry. We recognize that our mission is not only commanded by God but also resourced by Him. We place such a high value on prayer that we begin each fiscal year with an entire day dedicated to prayer, thanksgiving, and reflection. In addition, we provide prayer rooms with special emphases throughout the year and encourage employees to begin and end each work or project meeting in prayer.

## EXPECTATIONS OF BEHAVIOR

World Vision staff are committed to glorifying God and to witnessing, through life, word, and deed, to His redemptive work and love in the person of His Son, Jesus Christ. We do this by following Him individually and corporately, in accord with our understanding of the teachings in His Word, the Bible. By doing so in all aspects of our lives and work, we call others to a life-changing commitment to serve the poor in the name of Christ.

World Vision staff members are expected to comply with the Business Ethics and Christian Conduct policy, adhere to all U.S. laws and World Vision policies, and conduct themselves with uncompromising honesty and integrity.

<u>Business Ethics and Christian Conduct Policy</u>

ER0863

CONFIDENTIAL

## We are committed to the poor

**CHILD PROTECTION**

What is child protection? It encompasses all measures taken to prevent and respond to exploitation, neglect, abuse, and all other forms of violence affecting children. Guided by Christ's teaching, World Vision seeks to enable the fulfillment of children's rights to protection from all forms of abuse and violence.

World Vision has specific child protection behavior expectations of staff, standards for the protection of children, and steps staff members are to take should they ever become aware of inappropriate treatment of a child.

Child Protection Policy

**PROMOTING TRUTHFULNESS AND ACCURACY IN FUNDRAISING AND MARKETING**

World Vision is committed to marketing and promotion practices that reflect the character of Jesus Christ and elevate His reputation among those who see and/or hear our materials or media. World Vision does not employ or condone deceptive or inappropriate fundraising, marketing, or promotion practices. This is a vital tenet of our dedication to Jesus Christ and our donors as well as essential to securing and maintaining our Christian brand and reputation.

The Resource Development Policy provides detailed guidelines and resources that impact staff behavior and practice in raising ministry funds.

In addition to multiple state charitable registration and solicitation laws and regulations with which World Vision must comply, the organization must show, annually or bi-annually, that all our communications and fundraising practices abide by and meet the fundraising principles and standards for the following association, certification, and watchdog agencies:

- Evangelical Council for Financial Accountability (ECFA)
- Better Business Bureau Wise Giving Alliance (BBB WGA)
- InterAction

Resource Development Policy

**Defend the weak and the fatherless; uphold the cause of the poor and the oppressed.**

—*Psalm 82:3*




ER0864

CONFIDENTIAL

# We value people

**OUR COMMITMENT
TO VALUING PEOPLE**

World Vision is committed to valuing our employees. The We Value People policy describes our commitment to valuing people and recognizes our shared responsibility to ensure an environment in which our employees can realize their full, God-given potential and which enhances the well-being of our staff. We celebrate the richness of diversity in human personality, culture, and contribution. We focus on leadership, engagement, accountability, talent, inclusion, execution, and rigor.

**EQUAL OPPORTUNITY,
NON-DISCRIMINATION,
ANTI-HARASSMENT, AND
REASONABLE ACCOMMODATION**

World Vision provides equal employment and advancement opportunities to all individuals. As such, employment decisions at World Vision are based on merit qualifications and abilities of applicants and employees and on the operational needs of the organization.

World Vision does not discriminate in employment opportunities or practices on the basis of race, color, sex, national origin, age, disability, or any other characteristic protected by law. World Vision is a religious organization, exempt from Title VII as to discrimination based on religion. World Vision will make reasonable accommodations for any qualified employees and/or job applicants with respect to terms, privileges, or conditions of employment because of an individual's disability.

World Vision is committed to providing an environment free from hostility and unlawful harassment in any form, e.g., sexual harassment or unlawful harassment based on any protected status.

Employees with questions or concerns about any type of discrimination or harassment in the workplace are encouraged to bring these issues to the attention of their immediate supervisor or Human Resources.

(1) Equal Opportunity Policy;
(2) Anti-Harassment Policy;
(3) Reasonable Accommodation Policy

**COMPENSATION AND BENEFITS**

World Vision maintains a compensation and benefits program which comprises elements that:

- Attract and retain qualified employees at all levels of responsibility

- Reflect the value of jobs in the labor market

- Are externally competitive, while being internally consistent and fair

- Provide the flexibility to reward employees on the basis of individual performance and contribution to the achievement of the organization's goals

- Comply with World Vision U.S. Board of Directors' directives

- Comply with state and federal laws and regulations, including all applicable minimum wage, overtime, and wage and hours laws

WV-000720

ER0865

CONFIDENTIAL

## We value people (cont)

World Vision is committed to providing a compensation and benefits program that is valued by employees and is competitive, while reflecting our stewardship of donor funds. At the same time, the organization's mission and core values will guide us to:

- Remember we serve the poor
- Be good stewards
- Value employees
- Focus on performance
- Drive efficiency, effectiveness, and quality
- Be flexible and fair

(1) Salary Administration Policy; (2) Work Hours Policy; (3) Overtime Policy

### SAFETY AND PREVENTING VIOLENCE IN THE WORKPLACE

World Vision is committed to providing a healthy, drug-free, safe, and secure work environment.

World Vision is a drug-free environment. The use of drugs (excluding the proper use of prescription drugs and over-the-counter medications) and the unlawful possession of controlled substances on World Vision premises constitute a health and safety hazard and will not be tolerated. Both are also prohibited while conducting World Vision business off company premises.

World Vision has a zero-tolerance policy for actual or threatened violence against co-workers, visitors, or any other persons who either are on our premises or have contact with employees in the course of their duties.

"Workplace Violence/Do's and Don'ts" provides suggestions of how to de-escalate potentially violent situations. Immediately report—to your supervisor and/or HR business partner—when an employee is threatened or is the victim of a violent act in the workplace, or when behavior is observed to be violent or potentially violent.

(1) Safety Policy; (2) Drug-Free Workplace Policy; (3) Preventing Violence in the Workplace Policy

My brothers and sisters, believers in our glorious Lord Jesus Christ must not show favoritism.

—James 2:1





WV-000721

14

CONFIDENTIAL

# We are stewards

## CONFLICTS OF INTEREST

When engaged in World Vision operations, officers, staff, and volunteers are required to act in World Vision's best interests and to ensure that business and financial dealings and/or relationships do not cause situations where they may appear biased.

A conflict of interest arises when a staff member has a personal relationship or a financial or other interest that could interfere with their obligation to act in the best interests of World Vision, or when they use their position with the organization for personal gain. Please refer to the Conflict of Interest Policy to review common situations where potential or actual conflicts of interest might arise.

Conflict of Interest Policy

## FRAUD, ILLEGAL ACTIVITIES, WASTE, AND ABUSE

Our continued success depends on all staff members conducting World Vision business with the utmost integrity and transparency. Prioritizing the organization's best interests ensures that fraud and wasteful spending do not impair our ability to achieve our mission.

Each staff member, regardless of tenure or position, plays an important role in the stewardship of World Vision resources. It is not acceptable to turn a blind eye to fraud, wasteful spending, or internal control violations. Any suspicions or concerns are to be raised through the appropriate channels. If

an occurrence of fraud, illegal activities, waste, or abuse within World Vision is observed or suspected, the observer is expected to report the concern to management or confidentially, as provided in the Integrity Hotline Policy.

(1) Fraud, Illegal Activities, Waste, and Abuse Policy; (2) Integrity Hotline Policy

## INFORMATION SECURITY

Appropriate use of technology is founded on professional, honest, and ethical behavior that demonstrates consideration for others, respect for data privacy and intellectual property rights, and concern for confidentiality, integrity, and availability of the data entrusted to us by our constituents.

The Information Security General Policy outlines World Vision's expectations on the handling of data of all classifications, including personally identifiable information. World Vision provides the utmost care and security in the handling of donor funds and personal financial information, including adherence to regulatory and legal requirements, to honor our supporters' trust in the organization as outlined in our Donor Funds and Personal Financial Information Policy.

At World Vision, we believe that information security is a shared responsibility. The Technology Acceptable Use Policy contains examples of allowed and disallowed uses for World Vision computing resources. We all

ER0867

CONFIDENTIAL

## We are stewards (cont.)

help protect the organization's donor data, confidential information, and World Vision systems and networks to avoid compromising information integrity or security.

(1) Information Security General Policy;
(2) Technology Acceptable Use Policy;
(3) Donor Funds and Personal Financial Information Policy

### ACCURACY OF REPORTING AND RECORDS

World Vision corporate records are to be true, accurate, and complete, and data is to be promptly and accurately entered into our accounting books in accordance with Generally Accepted Accounting Principles (GAAP). World Vision's Record Retention and Destruction Policy is administered in accordance with applicable state and federal laws.

Record Retention and Destruction Policy

### APPROPRIATE USE OF SOCIAL MEDIA

World Vision engages people through a variety of communication tools, including the use of social media.

World Vision approaches social media opportunities with the intent to build our brand equity in order to bring social and economic justice to the poor and the marginalized in the name of Jesus Christ. Employees are expected to approach their online conduct with the same ethics and

standards they apply to their offline conduct.

As such, World Vision's social media policy works alongside, not in place of, other existing policies and protocols. Please refer to the Social Media Policy to gain a thorough understanding of the general principles that World Vision employees are expected to follow when engaging in the social media sphere.

How a staff member communicates through social media depends on whether they are doing so on behalf of World Vision in their role, or whether their use is of a personal nature. Before posting or engaging in online comments, the following should be considered:

• How does this statement elevate the name of Christ?

• How will this statement build World Vision's brand equity?

• Do I completely understand the implications of my statement for my organization and for the rest of the World Vision Partnership?

• How will the statement enhance my credibility when read by others?

• Is my statement in compliance with World Vision's child protection standards and protocols?

• Am I sharing any confidential, restricted, proprietary, or private World Vision information?

Social Media Policy

WV-000723

16

ER0868

CONFIDENTIAL

## We are stewards (cont.)

### TRAVEL AND HOSPITALITY

World Vision has established travel and hospitality guidelines and practices that embody our corporate philosophy and are in alignment and compliance with limits set by government regulations. As stewards of the public trust, employees are responsible to ensure that their spending is modest and in keeping with our ministry goals and objectives.

Staff should travel only when objectives cannot be met by using other forms of communication. Issues such as employee safety, cost efficiency, reasonable time efficiency, and personal work/life balance, along with World Vision's public image, should all be taken into consideration. In addition, the organization is committed to promoting the safety of, and mitigating risk for, staff travelers. Please refer to the Promoting Safety for WVUS International Travelers Policy and the Travel Portal (see The Vine) for valuable staff resources.

Employee claims for travel and hospitality reimbursement must be accurate and related only to legitimate World Vision business. Expenses are to be submitted in a timely manner through the Concur system. Employees who travel or incur expenses on behalf of WVUS should be familiar with, and comply with, the Travel and Hospitality

Policy. Corporate credit cards are issued for World Vision travel and non-travel expenses, and must not be used for personal expenses, per the Corporate Card Program Policy.

(1) Promoting Safety for WVUS International Travelers Policy; (2) Travel and Hospitality Policy; (3) Corporate Card Program Policy

### ACCEPTANCE OF GIFTS FROM VENDORS

World Vision makes decisions based on legitimate business considerations. Accepting gifts or entertainment may limit our ability to make an objective business decision and must be in accordance with our Acceptance of Gifts from Vendors Policy. In addition, gifts and business entertainment of government officials must be in accordance with our Anti-Bribery and Corruption Policy.

While performing their role with World Vision, an employee may develop relationships with donors, vendors, advisory board members, and others in which a gift, monetary or otherwise, is offered. They are to be cautious when giving gifts or entertainment to, or accepting gifts or entertainment from, anyone who does or seeks to do business with World Vision.

(1) Acceptance of Gifts from Vendors Policy; (2) Anti-Bribery and Corruption Policy





ER0869

CONFIDENTIAL

# We are partners

**WORLD VISION PARTNERSHIP**

World Vision is an international partnership of Christians. Guided by the Holy Spirit, our corporate pilgrimage brought the Partnership to an understanding of what it means to be in relationship and ministry together. Sensing the need to express these shared understandings as a framework for joint global action, the World Vision Partnership formulated a Covenant of Partnership. The Covenant is based on the principle of interdependent national entities held together, under God, by voluntary commitment.

We affirm the spirit of citizenship in the kingdom of God described in Ephesians: "… fellow citizens with God's people and also members of his household, built on the foundation of the apostles and prophets, with Christ Jesus himself as the chief cornerstone" (Ephesians 2:19–20).

World Vision protects the shared World Vision trademark; learn more in the WVUS Trademark and Logo Policy.

WVUS Trademark and Logo Policy

**FAIR DEALING WITH VENDORS AND DONORS**

World Vision's success depends on building productive relationships with vendors and donors based on ethical behavior and mutual trust.

Our vendors are valued partners in the success of our organization. Employees' relationships with them are to be characterized by honesty and fairness. Vendors are selected on a competitive basis, when required, according to the Contracting and Purchasing Policy and established procedures. Terms and conditions defining our relationship with vendors are communicated early in the vendor selection process, and signed agreements to such terms and conditions, or any acceptable modifications, are reached before work begins. Included in these agreements are World Vision's standard terms and conditions regarding payment, confidentiality, child protection protocols, and the use of intellectual property.

World Vision works with governments that are donors. World Vision's policies and procedures require strict observance of the laws and regulations which govern grants by governmental entities, whether in the United States or in any other country. It is World Vision's policy that all statements to government officials, including grant officials, are accurate and truthful, including financial data.

World Vision does not knowingly, unless in possession of a government license to do so, engage in transactions with "blocked parties" (individuals and entities to whom the U.S. or other countries—in order to prevent terrorism, narcotics trafficking, weapons

ER0870

CONFIDENTIAL

## We are partners (cont.)




proliferation, etc.—prohibit any transfer of any item or transaction of economic value). World Vision follows our Blocked Parties Screening Policy.

(1) Contracting and Purchasing Policy;
(2) Signature and Approval Policy;
(3) Blocked Parties Screening Policy and Procedures

### MEDIA RELATIONS

Providing accurate and consistent information to the media and general public maintains integrity in our relationships. To ensure that accurate and consistent information about World Vision is provided to the news media or other interested parties, all calls or inquiries from or to journalists or the news media are to originate from the Office of Public Engagement, per the Media Relations Policy and Social Media Policy.

(1) Media Relations Policy;
(2) Social Media Policy



I pray that your partnership with us in the faith may be effective in deepening your understanding of every good thing we share for the sake of Christ.

—Philemon 1:6



WV-000726

19

ER0871

CONFIDENTIAL

## We are responsive

### INTEGRITY HOTLINE

World Vision provides a process to ensure that employees may confidentially and anonymously submit concerns regarding incidents of unethical conduct, illegal activities, fraud, waste, or abuse. Each employee plays a crucial role in the reporting of integrity or compliance concerns.

When an employee believes that World Vision's integrity is being compromised by unethical behavior or actions that violate World Vision's standards, they are encouraged to talk with their manager. If they are more comfortable reporting the concerns anonymously to a neutral third party, they may do so by calling the Integrity Hotline.

All good-faith reports will be kept confidential. To the extent allowed by law, World Vision will take reasonable precautions to maintain the confidentiality of those reporting an integrity or compliance concern. Please refer to the Integrity Hotline Policy for examples of the types of issues that should be reported.

Contact the Integrity Hotline at **1.866.885.5883** (toll free, 24 hours a day) or https://worldvision.alertline.com.

Integrity Hotline Policy

### NON-RETALIATION

World Vision strives to provide a safe, healthful, productive, and Christ-like work environment. Inappropriate behavior, discrimination, harassment, or violence in the workplace is not tolerated. World Vision will protect employees from harassment or retaliation for reporting to World Vision, in good faith, any reportable incident or risk, per the Non-Retaliation Policy.

Non-Retaliation Policy

*For we are taking pains to do what is right, not only in the eyes of the Lord but also in the eyes of man.*

*—2 Corinthians 8:21*





WV-000727

20

ER0872

CONFIDENTIAL

# IMPORTANT

The Orange Book: Living Out Our Values is a resource guide for employees. It is not intended to describe every policy that may apply to you while working at World Vision (WVUS/World Vision). All current corporate WVUS policies are available on The Vine (WVUS intranet) under the left-hand blue Policies and Procedures tab.

You should periodically review all WVUS policies, as we are all responsible for complying with them. If you have questions, ask your supervisor; HR Business Partner; or staff in the Audit and Risk Management Services, Legal, or Office of Accountability, Compliance, and Ethics (ACE) departments.

This guidebook and our policies are not a contract, express or implied. Nothing in the guidebook or policies changes your right, or the right of WVUS, to separate and end employment at any time with or without cause ("at will"). WVUS can change and revise this guidebook at any time without notice.

<u>WVUS Policy Hub</u>

ER0873

CONFIDENTIAL

# Additional resources

**ON THE VINE (WVUS INTRANET)**

Resources

- Faith at Work
- Orange Pages
- Help Desks
- Organizational Charts
- My Life. My Benefits.
- Forms
- Integrity Hotline
- Crisis and Closure
- Policies and Procedures (WVUS Policy Manual)

Support

- Audit and Risk Management Services (ARMS)
- Corporate Services
- Finance
- Grant Solutions
- Human Resources
- Information Systems
- Legal
- Security
- Travel
- Vendor and Contract Services

ER0874

CONFIDENTIAL







34834 Weyerhaeuser Way S.
P.O. Box 9716
Federal Way, WA 98063-9716

**worldvision.org**

World Vision is a Christian humanitarian
organization dedicated to working with children,
families, and their communities worldwide to
reach their full potential by tackling the causes
of poverty and injustice. Motivated by our faith
in Jesus Christ, we serve alongside the poor
and oppressed as a demonstration of God's
unconditional love for all people. World Vision
serves all people, regardless of religion, race,
ethnicity, or gender.



Scripture taken from the Holy Bible, New International
Version®, NIV®, Copyright © 1973, 1978, 1984, 2011
by Biblica, Inc.® Used by permission of Zondervan.
All rights reserved worldwide. www.zondervan.com
The "NIV" and "New International Version" are
trademarks registered in the United States Patent
and Trademark Office by Biblica, Inc.®

WV-000730

ER0875

# EXHIBIT SO-05

ER0876



ER0877

Case: 24-3259, 08/21/2024, DktEntry: 25.5, Page 197 of 260
Case 2:21-cv-00920-JLR   Document 29-5   Filed 04/11/23   Page 3 of 16

(197 of 260)

# We are Christian

We acknowledge one God: Father, Son, and Holy Spirit. In Jesus Christ the love, mercy, and grace of God are made known to us and all people. From this overflowing abundance of God's love we find our call to ministry. We proclaim together, "Jesus lived, died, and rose again. Jesus is Lord." We desire Him to be central in our individual and corporate life.

WV-000739



Case: 24-3259, 08/21/2024, DktEntry: 25.5, Page 198 of 260
Case 2:21-cv-00920-JLR   Document 29-5   Filed 04/11/23   Page 4 of 16

(198 of 260)

## With God's Help, we will:

- Seek God with all my heart, and celebrate Christian community.

- Be in the world, but not of the world.

- Relate to others in humility and love at all times; when trust is broken for whatever reason, take the initiative for reconciliation.

- Not let the sun go down on my anger.

- Pray, pray again, and pray some more.

*Scripture: Mark 12:29; John 17:15-18; Ephes. 4:2; Ephes. 4:26; Col. 4:2; 2 Cor. 10:4; Ephes. 6:18*

In your daily work, how do you live out your Christian faith? How can we do this as a team?



World Vision

We are Christian

ER0879

## We are Committed to the Poor

We are called to serve the neediest people of the earth, to relieve their suffering and to promote the transformation of their condition of life. We stand in solidarity in a common search for justice. We seek to understand the situation of the poor and work alongside them toward fullness of life.

WV-000741



Case: 24-3259, 08/21/2024, DktEntry: 25.5, Page 200 of 260
Case 2:21-cv-00920-JLR   Document 29-5   Filed 04/11/23   Page 6 of 16

(200 of 260)

# With God's Help, we will:

- Seek to follow Jesus Christ in his identification with the poor.

- Advocate for the poor at all times, with wisdom and humility.

- Embrace simplicity – "observing and practicing at all levels a modest lifestyle."

- Journey with the poor, in partnership.

*Scripture: Matt. 9:36; Ps. 140:12; Prov. 22:2*

On our team, what are examples of behaviors and/or decisions that show our commitment to the poor?



CONFIDENTIAL
**World Vision**

**We are committed to the poor**

WV-020742

Case: 24-3259, 08/21/2024, DktEntry: 25.5, Page 201 of 260
Case 2:21-cv-00920-JLR Document 29-5 Filed 04/11/23 Page 7 of 16

(201 of 260)

# We are Partners

We are members of an international World Vision
Partnership that transcends legal, structural, and cultural
boundaries. We accept the obligations of joint
participation, shared goals, and mutual accountability
that true partnership requires. We affirm our
interdependence and our willingness to yield autonomy
as necessary for the common good. We commit
ourselves to know, understand, and love each other.

WV-000743



Case: 24-3259, 08/21/2024, DktEntry: 25.5, Page 202 of 260
Case 2:21-cv-00920-JLR   Document 29-5   Filed 04/11/23   Page 8 of 16

(202 of 260)

# With God's Help, we will:

- Conduct myself so that the common good prevails. Seek the common good of the Partnership as well as my office.

- Seek out opportunities to partner whenever beneficial.

- Earn the trust of all partners with words used and deeds done.

Scripture: Phil. 2:4,21; Gal. 6:2; Eccles. 4:12; 1 John 3:18

What can we do to build stronger partnerships with the colleagues/vendors/donors we work with?



CONFIDENTIAL

World Vision

We are partners

WV-000744

## We are Responsive

We are responsive to life-threatening emergencies
where our involvement is needed and appropriate.
We are willing to take intelligent risks and act quickly.
We do this from a foundation of experience and
sensitivity to what the situation requires. We also
recognize that even in the midst of crisis, the destitute
have a contribution to make from their experience.

WV-000745



## With God's Help, we will:

- Understand that I may be asked to do new things so that World Vision can bring Kingdom resources to alleviate suffering as quickly as possible.

- Provide appropriate information readily to others to facilitate our Mission.

- Act with courage when circumstances are extreme

Scripture: Isaiah 6:8; 2 Cor. 11:27; 2 Cor. 4:2; Hebr. 4:13; Phil. 4:6,13

How can we be more responsive in the work we do?
Where can we challenge ourselves to be more agile?

**CONFIDENTIAL**

**World Vision**

**We are responsive**

ER0885

## We are Stewards

The resources at our disposal are not our own. They are a sacred trust from God through donors on behalf of the poor. We are faithful to the purpose for which those resources are given and manage them in a manner that brings maximum benefit to the poor.



WV-000747

ER0886

# With God's Help, we will:

- Steward my own time well, celebrating work, family, community and the Sabbath in a balanced way.

- Do all tasks to the best of my God given ability, for God's glory.

- Conduct myself with honesty, love and integrity at all times.

- Use authority/power as a sacred trust for the benefit of the poor.

*Scripture: Ex. 31:14; Col. 3:23; Col. 3:9; Prov. 31:9*

In your individual role, how can you be an excellent steward of donor dollars?



CONFIDENTIAL

World Vision

**We are stewards**

# We Value People

We regard all people as created and loved by God. We give priority to people before money, structure, systems, and other institutional machinery. We act in ways that respect the dignity, uniqueness, and intrinsic worth of every person—the poor, the donors, our staff and their families, boards, and volunteers. We celebrate the richness of diversity in human personality, culture, and contribution.

WV-000749



## With God's Help, we will:



- Celebrate the value and dignity of every person and culture. Seek to communicate and understand from other cultural perspectives, and celebrate my participation in God's global family.

- Joyfully contribute to a healthy work environment by:
    - Speaking/receiving the truth in love.
    - Being quick to listen, slow to speak and slow to become angry.
    - Being a servant follower or leader, as appropriate.
    - Having my "Yes" mean "Yes," and my "No" mean "No."
    - Repenting and asking forgiveness when appropriate.
    - Making every effort to keep the unity of the Spirit.

*Scripture: Gen. 1:27; Ephes. 3:14; Ephes. 4:15; James 1:19; Matt. 20:25; Matt. 5:37; Acts 3:19; Ephes. 4:3*

On our team, how do we show that we value each other, clients, vendors, donors, etc.?

ER0889

## Core Values

World Vision

CONFIDENTIAL

What is **_one thing_** you can do today to incorporate the WVUS Core Values the way you make decisions and your behavior at work?

WV-000751

ER0890

CONFIDENTIAL



For more information, visit
'Life at WVUS' and click on
'Living out our Core Values.'

WV-000752

# EXHIBIT SO-07

CONFIDENTIAL

## Donor Contact Services : DCS Policies

This page last changed on Apr 30, 2020 by clujan.

### Attendance

> **During the COVID-19 pandemic,** all WVUS employees are required to complete a form to report their sick time to the HR Leave Administrator. Those who normally report sick time to Ops will continue to follow the normal DCS process. Include in your email to Ops if your outage is either related to COVID-19 or not. Ops will then complete the form for you.

### Policy Statement

Punctuality and regular attendance are essential functions to insure optimal productivity and an exceptional donor experience. In order for DCS to achieve these goals employees are required to maintain a satisfactory record of attendance. The following is DCS's policy on attendance.

### Attendance Policy

All employees are expected to report to work on time every day that they are scheduled to work and to maintain a satisfactory record of attendance. If an employee is unable to report to work they are expected to notify the Operations Desk before the start of their shift at 253-815-5858 or 888-511-6543. When calling and reporting out for work, coming in late for your shift, or leaving before the end of your shift, the reason for the time away from work needs to be provided. The employee is responsible for providing the reason and relationship (if not for self) in order to ensure the time away from work is coded correctly.

All non-exempt employees within DCS are expected to be at their workstation, signed in and prepared to start their scheduled shift on time. An employee who is absent from work without notifying the Operations Desk may be determined to have abandoned their job and thus be separated from employment. (WVUS Operational Policy O-240.60).

A minimum of two (2) business days are required for advance notification of all foreseeable appointments, including scheduled appointments for FMLA, state designated sick time, or other protected medical appointments. Failure to provide such notice may results in corrective action independent of the performance action levels listed below.

Pre-approved time off is exempt from the attendance policy. Pre-approved time off requires a minimum of 2 business days advance notice.

### Provisions

- Occurrences (Tardy, Absence and Days) will be counted on a rolling 12-month basis
- Leadership or Human Resources may request documentation of sickness, as appropriate
- Accelerated corrective action is at the discretion of leadership
- Attendance Policy is for all non-exempt DCS employees
- Approved additional hours can be cancelled within 24 hours. Less than 24 hours or not showing up for approved hours will be subject to the attendance policy guidelines
- You may not log on more than 5 minutes prior to your shift

### Definitions and Guidelines

### Occurrence

- An occurrence is an unscheduled absence or late arrival (tardy) not protected by FMLA or other federal, state, or local protected leave.
- If only a portion of a day is protected by FMLA or other protected leave, an occurrence may be issued for the unprotected portion.
- Occurrences will apply for any unprotected portion of approved leave i.e. STD and WPFMLA.
- Occurrences are counted as outlined below under Tardy, Absence and Days

### 1. Tardy

WV-000421

CONFIDENTIAL

- Not ready to serve the donor at the start of your scheduled shift time
- Arriving late up to 1 hour and 59 minutes into your shift
- Returning 1 or more minutes late from scheduled activity, such as: Breaks, Lunch, Devotions, Meetings, etc.
- Each Tardy is counted as 1 tardy occurrence

**2. Absence**

- Each of the following is counted as 1 absence occurrence:
- Not present for your scheduled shift
- Arriving more than 1 hour and 59 minutes late for scheduled shift
- Logging off the system 1 or more minutes before the end of your scheduled shift
- An absence that occurs because of an illness on consecutive days will be considered as 1 occurrence
- Day of Grace - if you are out sick for a full day, attempt to come to work on your next scheduled day and find it too soon, leaving early will not count as a new absence occurrence
- Any absence 5 or more days in length will require a return to work note from your doctor

**3. Days**

- Number of days out for an absence occurrence (does not include occurrences that count as tardy or 6any days out that are protected under any Federal, State, or other leave).
- Please note: Even if an absence is counted as a continual occurrence, each day out will count towards Days. For example, if an employee is out on three separate times for unplanned sick for 2 days each (after any protected time off), that would be a total of 3 Absence Occurrences and 6 Days.
- Days will be counted as outlined below:

| 8-hour Shift | | 9-hour Shift | | 10-hour shift | | 4-hour shift | | 5-hour shift | |
|---|---|---|---|---|---|---|---|---|---|
| Amount of Time Missed | Days | Amount of Time Missed | Days | Amount of Time Missed | Days | Amount of Time Missed | Days | Amount of Time Missed | Days |
| Up to 2 hours | 0.25 | Up to 2.25 hours | 0.25 | Up to 2.5 hours | 0.25 | Up to 1 hour | 0.25 | Up to 1.25 hours | 0.25 |
| 2 to 4 hours | 0.5 | 2.5 to 4.5 hours | 0.5 | 2.5 to 5 hours | 0.5 | 1 to 2 hours | 0.5 | 1.25 to 2.5 hours | 0.5 |
| 4 to 6 hours | 0.75 | 4.5 to 6.75 hours | 0.75 | 5 to 7.5 hours | 0.75 | 2 to 3 hours | 0.75 | 2.5 to 3.75 hours | 0.75 |
| 6 to 8 hours | 1 | 6.75 to 9 hours | 1 | 7.5 to 10 hours | 1 | 3 to 4 hours | 1 | 3.75 to 5 hours | 1 |

**Performance Action Guidelines for Tardy, Absence Occurrences and Days**

| Absence and Days | Occurrences/Days | Performance Action |
|---|---|---|
| Absence Occurrence | 4 Occurrences | Verbal Warning/Satisfactory |
| | 5 Occurrences | Written Warning/Unsatisfactory |

WV-000422

ER0894

CONFIDENTIAL

| | 6 Occurrences | Final Written Warning/ Unsatisfactory |
|---|---|---|
| Days | 7 Days | Verbal Warning/Satisfactory |
| | 8 Days | Written Warning/Unsatisfactory |
| | 9 Days | Final Written Warning/ Unsatisfactory |

| Tardy | Occurrences/Days | Performance Action |
|---|---|---|
| Tardy Occurrences | 5 Occurrences | Verbal Warning/Satisfactory |
| | 6 Occurrences | Written Warning/Unsatisfactory |
| | 7 Occurrences | Final Written Warning/ Unsatisfactory |

**Medical Related Absences**
Any protected leave approved by the Human Resource Leave Administrator is exempt from the attendance policy. Approved but unprotected leave such as STD and WPFMLA will be subject to the terms of the Attendance Policy.

**Guidelines for Policy Overrides**
We are aware that emergencies may occur. These will be reviewed by the Director or Senior Director on a case-by-case basis.

**Exceptions**
The DCS Attendance Policy is for incidental absence and tardy tracking. Any absence or leave that falls under any local, state, or federal protection is excluded.

**Resources to request time off for DCS:**

- Health Care Appointments (Medical, Dental, Vision)
- FMLA Appointments
- Vacation time is requested through Webstation
- Personal Time as approved by manager, up to a maximum of 24 hours can be used for full-time and to 18 hours can be used for part-time employee.

**Employee Paid Sick Leave (WSDS)**

You are entitled to accrue paid sick leave. The leave will accrue at least one (1) hour of paid sick leave for every 30 hours you work.

You may use accrued paid sick leave beginning 90 calendar days after the start of your employment.

You may use this accrued paid sick leave for the following reasons:

- To care for yourself or a family member (please refer to Sick Leave policy for eligible family members).
- When you or a family member is the victim of sexual assault, domestic violence, or stalking.
- In the event our business or your child's school or place of care is closed by a public official for any health-related reason.

World Vision's accrual year is January 1st to December 31st.

A minimum of 40 hours of unused, accrued paid sick leave will be carried over to the next year. Accrued, unused leave over 40 hours will be forfeited.

Retaliation for using paid sick leave for authorized purposes is prohibited.

WV-000423

ER0895

CONFIDENTIAL

If you have any questions, please ask your Manager, HR Business Partners or HR Leave Administrator.

**\*\* These accrued hours are not in addition to the paid sick leave World Vision provides, these are the number of hours protected under WSDS.**

### Bldg 2 Cafeteria

**Important things to know about using the patio**

- The back door from the lunchroom to the patio will be available to exit and re-enter bldg 2 from Monday - Saturday, 8am - 5pm. There is a card reader that WV staff will swipe their access cards to come back in from the patio (where to swipe your access card is clearly marked). Make sure only WV staff come back in with you for security purposes.
  Important to note - if you attempt to exit thru the patio door before or after the hours above, the alarm will sound.
- The card reader will not allow you to re-enter outside of the hours indicated above.
- In the event of an emergency, the patio door can be used to exit the building if you are in the lunchroom when the emergency occurs.
- Because the public access trail is adjacent to the new patio, we will not be able to have the white outdoor chairs on the bldg 2 patio as we are concerned that people passing by after hours might come up onto the patio and be tempted to permanently borrow those chairs. Staff should feel free to bring their camp or beach chairs to sit in but they cannot be left or stored outside as we cannot take responsibility for these items.
- The interior lunchroom tables and/or chairs CANNOT be taken out onto the patio as the concrete will damage the casters and scratch the lunchroom floor.
- From the new patio door to the far southern end of the building, the exterior windows all along the 1st floor are part of Texas Instruments' leased space. Therefore, please be considerate of our tenants by not actively looking into their windows/offices, or congregating at the exterior door.
- As the weather changes, please expect adjustment of the days/times the patio door will be available for use.

### Desk and Computer Management

Access and use of these systems is a privilege, not a right, and they shall be used in an efficient, ethical, and professional manner, consistent with state and federal law and World Vision policies and guidelines.

World Vision reserves the right to monitor Internet communications and/or usage at its discretion. WV considers internet Email to be like any other business document and is the property of the company. User files may be subject to search under court order if such files are suspected of containing information that could be used as evidence in a court of law.

Appropriate use reflects professional honesty and ethical behavior and demonstrates consideration in the use of various computing resources such as networks and file servers. It shows respect for intellectual property, ownership of data, system security mechanisms, the rights of others to privacy and to freedom from intimidation, harassment, and unwanted annoyance.

In no case should any confidential material be disseminated using the WVUS Network without appropriate authorization. "Confidential material includes but is not limited to donor, operational, or financial information, and all other World Vision material not approved for public release."

- DCS employees are to use Internet for World Vision business ONLY.
- DCS employees are to avoid inappropriate sites and users may not download, print, store, or distribute information that is considered personal in nature.
- DCS employees are not to misuse the company resources to "hack" or cause damage to other networks, including the company's system.
- DCS employees are to avoid using sites that contain material that is inappropriate and is not work related. Inappropriate material includes, but is not limited to, that which is generally considered offensive, obscene, or sexually explicit, games, "chat" sessions, and some discussion or news groups.
- Calls with screen capture may be recorded/monitored for quality and training purposes.
- Designated computers in the break room may be used during lunch and breaks.

**Note: Accelerated corrective action is at the discretion of leadership.**

WV-000424

ER0896

- **First occurrence** = verbal warning
- **Second occurrence** = written warning
- **Third occurrence** = grounds for disciplinary action up to and including the possibility of termination.

### DCS Mission Statement

*"Consumed and called by Jesus Christ,*
*we passionately act in urgency, excellence, integrity, and humility.*
*We joyfully provide unprecedented service with our partners*
*on behalf of those in need around the world."*

We are all working together to achieve the Mission of World Vision and DCS. This Handbook outlines the policies and guidelines to give all members of DCS the ability to provide world-class services to each of our donors and potential donors.

Being a part of DCS means you are the *Voice, Face* and *Heart* of World Vision. This challenge requires that each of us think of ourselves as servants; demonstrating flexibility, and servicing the donor(s) with a smile. Without these values our donors cannot receive the quality of service DCS prides itself on providing. This also means we have to be here when donors need us. Sometimes that may mean working late in the evening, sometimes on the Holidays when pre-scheduled or authorized. Regardless of when the donors call, DCS is committed to being here.

Let us remember Paul's message in Romans 12:5-7 "... so we though many, are one body in Christ... Having gifts that differ according to the grace given to us, let us use them... if service, in our serving;"

**Let us always strive for excellence in all we do in the name of Christ Jesus!**

*We believe in mutual respect between all people.*
*We are responsible for accountability, ultimately to the Lord.*
*We believe in high expectations and a high level of performance.*
*We believe in working together to achieve a common goal:* **Working collaboratively to serve the poor in Jesus' name.**
*We believe in open lines of communication, urgency, excellence, integrity, and humility.*
*We will be kind and compassionate to one another, forgiving each other, just as in Christ, God forgave us.*

### Donor Mistreat

DCS and World Vision are committed to servicing our donor's needs and providing quality service at all times. Conduct that does not support this commitment is unacceptable and will result in accelerated corrective action, up to and including termination. All instances will be investigated and are subject to management discretion.

**Unprofessional conduct includes, but not is limited to the following:**

- Misuse of donor information (personal or professional use)
- Disconnecting a call without providing quality service to the donor for both inbound and outbound calls. There will be zero tolerance for hanging up on a donor (or potential donor).
- Not following through with a donor's request
- Inappropriate words, tone, or actions when servicing a donor. This includes using offensive language, arguing, and being rude, abusive, or demeaning to the donor.
- Mis-terminating a call. Rescheduling 'no's' or choosing 'yes' when a donor said 'no' or 'maybe.'
- Giving inaccurate information to a donor. (Giving your opinions or not researching to find the correct information).
- A donor writes or calls regarding poor service.
- Any other unprofessional service or behavior.

### Dress Code

It is the responsibility of each manager/leader to ensure that the style of dress of his or her employees is acceptable. All employees are expected to dress professionally and appropriately for the work of their department.

- World Vision employees are to dress with good taste, modesty and safety.

WV-000425

CONFIDENTIAL

- Employees' dress, like our manner and personal conduct, must consistently be reflective of Christ in us as a witness.
- As a leader in the Christian community, World Vision desires to be looked upon as an example of excellence in our field.
- Public tours of the facilities are an aspect of public relations. What we do and wear affects attitudes of the community and our constituency.

For examples of acceptable and unacceptable clothing and other details, please visit the World Vision Dress Code Policy here.

### Use of Scents and Fragrances

Your station neighbor and others you work with may have allergies to scents and fragrances, so please refrain from wearing such products during your shift. Products to avoid include perfume/cologne, scented lotions/oils, and heavily scented soaps (i.e., body wash, laundry products, etc).

### Corrective Action

Accelerated corrective actions are at the discretion of the leadership

- **First occurrence:** Verbal warning
- **Second occurrence:** Written warning
- **Third occurrence:** Grounds for disciplinary action up to and including the possibility of termination
  (For more information please see: WVUS Operational Policy 0-270.10)

### Eating at Your Desk

**In order to keep our keyboards functional and our desks clean, here are examples of the types of foods that are okay to eat and drink at your desk. Small snacks are okay, but meals are not. Eating is never okay, of course, when you're talking with a donor.**



### Employee Conduct

To assure orderly operations and provide the best possible work environment, World Vision expects employees to follow standards of conduct that will protect the interests and safety of all employees and World Vision. World Vision expects a high standard of conduct in the behavior of its employees. Appropriate conduct, whether on duty or off, is expected at all times while on World Vision property. Compliance with common sense rules of conduct is the responsibility of all employees.

It is not possible to list all the forms of behavior that are considered unacceptable in the workplace. The following is a partial list of the specific kinds of conduct that may result in disciplinary action, up to and including termination of employment.

WV-000426

CONFIDENTIAL

- Theft or inappropriate removal or possession of property belonging to World Vision, a co-worker, or a vendor
- Falsification of timekeeping records
- Being on World Vision property under the influence of alcohol or illegal drugs
- Possession, distribution, sale, transfer, or use of alcohol or illegal drugs in the workplace, while on duty, or while operating employer-owned vehicles or equipment
- Fighting or threatening violence in the workplace
- Boisterous or disruptive activity in the workplace
- Negligence or improper conduct leading to damage of employer-owned or customer-owned property
- Insubordination or other disrespectful conduct
- Violation of safety or health rules
- Smoking in prohibited areas
- Sexual or other unlawful harassment
- Possession of dangerous or unauthorized materials such as explosives or firearms, in the workplace
- Excessive absenteeism or any absence without notice
- Unauthorized absence from workstation during the workday
- Unauthorized use of telephones, mail system, or other employer-owned equipment
- Unauthorized disclosure of confidential information
- Violation of personnel policies
- Unsatisfactory performance or conduct

These standards are provided for your information. World Vision reserves the right to determine, at its sole discretion, whether an employee has committed one of the offenses identified in this list or any other offense that warrants discipline, and to determine the degree of discipline that may be appropriate. Employment with World Vision is at the mutual consent of World Vision and the employee, and either party may terminate that relationship at any time, with or without cause and with or without advance notice.

## Entry to DCS, Bldg 2, thru Security Gate

### DCS and Bldg 2

Please always have your badge available when entering Building 2 and the call center.

If you've forgotten your badge, please ring the doorbell (near the restrooms) on the second floor to get buzzed in. You will to need to sign out a temporary badge through Ops.

For added security, those without badges wanting entry into Bldg 2 through locked doors or any of the DCS offices must check in at the Security Desk in Building 1.

### Security Gate

- The gates will be open from 6am to 6pm Monday thru Friday. They will be locked outside of these hours, including all day on Saturday.
- To enter the parking lot during locked hours, please use the main gate at building 1. You will need to swipe your key card at the card reader.
- **To leave the premises when the gates are locked,** you must exit through the main gate at building 1. It's the only gate that is equipped with a weight sensor that will trigger it to open when you want to leave.

DCS is open on Saturdays during holiday season. If you forget your key card on Saturday, know that Security is on site at 6am but may not be in the kiosk area inside building 1 to buzz you in until a little after 6am. Please park at building 3 and walk over to building 2. Follow normal procedures to get into the building when you don't have your key card.

## Flex Time

1. The minimum amount of flex time that can be requested will be 30 minutes.
2. Flex time will be limited to 1 request per calendar month regardless of whether the request is for 30 minutes or 4 hours. Exceptions need to go through your supervisor.
3. Vacation time needs to be used first unless we are in busy season and are expecting high volumes/ workloads.

WV-000427

ER0899

### Handling Donors' Credit Card Information

World Vision takes donors' financial privacy very seriously and developed a policy on how to protect that privacy. Because DCS is in continual contact with donors' bank information, we are responsible for adhering to the policy evermore so:

**DCS staff should never:**

1. Write down a donor's credit card number
2. Type a donor's credit card number in Word, Notepad, or any other software application, even if the intention is not to save the information but preserve it during a system issue (e.g., imminent DV crash)
3. Email a donor's credit number internally or externally (exception: if referencing a donor's existing credit card, you may email the last 4 digits to DP when necessary)
4. Enter the complete number in an account note or task (exception: if referencing a donor's existing credit card, you may enter the last 4 digits in the account note/task)

**For your reference, an excerpt of the World Vision policy is available below. To read the complete policy, click here. All World Vision staff must adhere to the complete policy to be in compliance.**

**STATEMENT OF POLICY:**

World Vision requires that all employees who handle donor funds and personal donor data, read, understand and follow this policy. This policy was established to provide protection to both World Vision employees and donors.

The organizational policy is for funds (cash, checks, money orders, EFT, and/or credit card information) delivered directly from the donor to the Donation Processing Department in Federal Way. This also includes funds collected through third party relationships.

**CAUTIONS**

- NEVER RETAIN photocopies or hand-written copies of donor credit card or banking information. The risk of fraudulent activity can occur just as easily from the routing number across the bottom of a donor's check as it could with their credit card number.
- NEVER USE interoffice mail to route donor funds or personal financial information. Donor funds must be hand-delivered to Donation Processing immediately upon receipt---Monday-Friday, 8:00 a.m.-4:00 p.m. PST. Funds received after normal WV business hours or from a location other than the Federal Way campus; must be locked up and secured to limit access to donor funds and personal information. [See Procedure #130.22 for further details concerning access to Donation Processing and logging in donor funds.]
- NEVER SEND donor funds or personal financial information to any other person or mail stop in the Federal Way office or elsewhere.
- NEVER SEND donor credit card or banking information via email or FAX.
- NEVER include the words "Donation Processing" on any return envelopes.
- NEVER forward donor funds through WV inter-office mail envelopes.

**REMITTING DONOR FUNDS**

- Fund-raising campaigns and response device language should always request that donations be remitted directly to World Vision's Federal Way Incoming Mail Center, M/S 110.
- Development, church and other representatives should ask donors to send checks directly to World Vision and supply a standard WV donor response envelope with appropriate World Vision address.
- Partner events (i.e., Artist Associates, 30 Hour Famine, Women of Vision, etc), should include training and instructions for the responsible World Vision employee or volunteer.

### Internet Usage

Be advised that all Internet use will be logged by the Systems Administration Group. This means that every site visited and every file downloaded by you will be a matter of record. Managers may request reports of usage where abuse is suspected. Logs may be reviewed for sites and downloaded files that are deemed inconsistent with WVUS Internet Use Policy and Guidelines.

*Suspected inappropriate use will be reported.*

WV-000428

**ER0900**

CONFIDENTIAL

## Personal Calls

DCS is an inbound / outbound contact center. Therefore, our responsibility is to respond to our customers in a timely manner and be good stewards of the resources that have been entrusted to us. Following are guidelines to adhere to:

- DCS World Vision Telephones are to be used ONLY to carry out World Vision Business.
- No personal calls should be made or received at your workstation. Please use the telephones installed in the break room or in the phone booth located by the south stairwell exit.
- Only give out the 253-815-5858 for emergency messages from school or day care, family or friends and/or medical offices. Please advise the department management of any emergency personal calls or need to check on a pressing situation (i.e. sick child, medical test results, etc).
- Personal long distance calls are NOT permitted. Exception can be made in case of an emergency, please see department management for assistance.
- No cellphones in use on the floor AT ANY TIME.
- Do not invite, encourage or suggest that people call you on the World Vision published 800/888 numbers for personal reasons.
- All calls are recorded/monitored.
- **In case of emergency,** your family members can contact you through the Operations Desk at 253-815-5858.
  - IMPORTANT NOTE: The Operations Desk Emergency Line should not be used for personal calls. The Operations Emergency Line should not be given for personal calls unless the call is an emergency or in which you need immediate notification such as a doctor's call, daycare or family emergencies. Callers are notified that the line is for Emergencies only and to try to reach employees at home.

The following steps may be taken if it is observed that a representative is making or receiving personal telephone calls while on duty:

- **First occurrence** = verbal warning
- **Second occurrence** = written warning
- **Third occurrence** = grounds for disciplinary action up to and including the possibility of termination

**Accelerated corrective action is at the discretion of leadership.**

## Work At Home (WAH)

### Guidelines and Procedures

Program Overview
Self-Assessment Survey
Supervisor Review
Onsite Assessment
Final Agreement

## Your World Vision Account

The personal Donor Vision accounts of DCS staff members should be created and updated through the same means as any other donor accounts. Please do not handle transactions on your own account or ask a DCS peer to do it for you.

If you wish to create a personal account or update your existing account you may call the DCS toll-free number to do so or you may go online to create an account or handle any applicable online updates.

**See also WVUS Policy Hub – additional policies**

---

WV-000429

**ER0901**

# EXHIBIT SO-08

CONFIDENTIAL
5/14/18

**DSRT:   HR Introduction / Initial On-Boarding Meeting**          (allow 1.5 hours)

Notes:  Vine, Dayforce, Policy Hub, & Wiki links all loaded on tabs

Talking Points

**Manager** - Kick off meeting / Intros / Manager's Role/ Any Supervisor remarks ( **25 minutes max**)

- **DCS Policies / Wiki --**
    - Attendance and punctuality:
    - Working in the contact center is more stringent than other areas.  Any idea why?  DCS is directly connected to the donor and why staff need to arrive to work on time each day and be ready to take calls versus other areas in the organization.  When you are late or call out sick it also impacts your team members who have to step up and cover the workload.  This also includes break and lunch periods.
    - As a Trainee, it is important to be here every day and on time.
    - DCS Attendance Policy – questions?
  - Timekeeping process
  - Donor Mistreat / DCS conduct policy.
  - As a Trainee you are being evaluated weekly.  It is not just WV evaluating you but you should be evaluating WV as well.  Is this the right work environment/culture for you?
  - During the fall/winter, busy season, DCS is open on Saturday and may have extended operating hours which differ from the rest of the Federal Way campus.  Sometimes employees have to work following a holiday which at times may feel different from the rest of the organization.  Nature of the work.
  - Faith will send out notifications regarding open positions in DCS.  Not eligible to apply as a Trainee.  Once you are full-time and fully meeting job requirements (6 months) then you can apply if you are qualified.  Your primary task is to focus on successfully completing the Trainee training period at this time.
  - WV policy "Employees Applying for a New Position".  Guideline states be in position for at least 12 months.
  - Expectations in DCS
    - Be to work every day
    - Arrive to work on time including from breaks and lunch periods
    - Attend & participate in Devos and Chapel – part of your work day, an essential function of your job
    - You are the face of WV and play an invaluable role!
    - Issue resolution – if you have an issue with another person, go to them first (Matthew 18:15).  Can utilize Lisa, me or Shannon Osborne for guidance in how to work an issue.
  - Questions??

CONFIDENTIAL

**Lisa:**    **General Talking Points (25 minutes)**
- o My role as a HR BP
- o We provide business unit specific strategic and consultative services to leadership.  I support Anthony Williams and Shannon Osborne who are the Directors of DCS, and to the supervisors of DCS as well.
  Examples:  layoffs, discipline, disabilities, security, training, employee relations issues.
- o HR also looks out for and supports our employees – all of you.
- o HR Help Desk x5555
- o Faith's role as a recruiter versus my role as BP.  Faith can assist with resume review/interviewing coaching.  Contact me for other questions/issues you have.

- o **Information Resources**
  - ▪ Intranet / "The VINE" – check the headlines daily for updated WV news (check with your supervisor on appropriate times to check)
  - ▪ Dayforce is where you can update your personal information (phone and home address, emergency contacts, direct deposit, W-4).

- o **Miscellaneous**
  - ▪ Pay date – every other week:
    - • Friday, June 1 is first pay day – Covers pay period of May 14 - 25
    - • Questions:  Any idea what the number 1 most frequently observed unethical behavior in the US workplace is? Answer:  Misuse of company time.  This includes covering for someone who shows up late, clocking for someone else, misuse of log-in credentials or carving a little time off your work day here.
    - • Don't do it – misrepresentation of time worked violates WVUS policy and serious and may be subject to corrective action, up to and including termination.
    - • Chapel and team devotions – Paid time to gather with one another and worship.
  - ▪ Opportunity to get involved / lead devos or help at Chapel (work with you supervisor).
  - ▪ Required Trainings – Outlined in Red Carpet Tasks.  Taken in World Vision University.
  - ▪ Questions?

- o **Policies and Procedures**

  Encourage you to visit the WVUS Policies and Procedures page -- it is your responsibility as an employee to read and understand WV's policies.  Contact me or the HR Help Desk if you have any questions.

- o Key policies / other areas we want to address today:
  - ▪ Standards of Christian Ethics and Business Conduct -
    - • Appropriate behavior in / out of the workplace adhering to WV's Core Value and Mission Statement
  - ▪ Harassment policy -
    - • Establishes World Vision's commitment to providing an environment free from hostility and unlawful harassment in any form.  (Will complete this training after onboarding – need to check as completed in RC)
  - ▪ Violence in the Workplace -
    - • World Vision is committed to providing a workplace that is free from acts of violence or threats of violence. Possession of weapons of any kind on WVUS premises, including in vehicles, while conducting WVUS business is strictly prohibited.

CONFIDENTIAL

- Integrity Hotline -
  - When an employee observes or suspects any violation of law, regulation, or World Vision principles of integrity, honesty, and truthfulness such employee is expected to report the concern to the appropriate party(ies)
- Non-retaliation -
  - World Vision will protect any employee, director, volunteer, outside vendor, or contractor from harassment, retaliation or adverse action, for reporting to World Vision or law enforcement in good faith, any reportable Incident or Risk
- Employee Grievance -
  - How WV handles disputes or complaints within workplace
- Safety policy –
  - establishes World Vision's commitment to providing a healthy and safe workplace
- At Will Employment –
  - Employment with World Vision is not for a specified term and is at the mutual consent of the employee and the organization. Accordingly, either the employee or World Vision may end the employment relationship *at will,* with or without cause, at any time.
- Political Expression -
  - While this is not a presidential election year; politics is still in the air.  WV is a tax-exempt organization and is strictly prohibited from supporting or opposing any public campaign or candidate.  Limit conversations and activities to off-duty hours, such as breaks or before or after work.
- Drug Free Workplace -
  - establishes World Vision's commitment to a Drug Free Workplace
- Unemployment Compensation – World Vision is self-insured (not eligible through WV)
- Work references -
  - describe World Vision's response to a prospective employer's request for reference information about a current/former employee

- **Benefits  (35 minutes)**
  - "Benefits at a Glance"
  - In addition to being eligible for EAP, you are also eligible for Workers' Compensation.
  - As Trainees you are eligible for all legally mandated benefits which includes:
    - Health
    - Dental
    - Vision
    - Prescription
    - Wellness
    - FSA
    - State Paid Sick Leave Accrues – 90 waiting period
  - Once you successfully complete the 13 week Trainee program, you are eligible to participate in all other applicable WV benefits such as
    - Life insurance
    - 403(b)
    - Cash balance plan
    - STD / LTD
    - Vacation, sick leave
    - I'll meet a second time to review these benefits, policies, etc.
  - Onboarding tasks are assigned in Red Carpet – check your personal email for Red Carpet.
  - Benefit Enrollments via Dayforce.  NOTE:  If you don't complete the health benefits election within 31 days, you will be considered to have elected WAIVED and will not be eligible to enroll in a health plan until Open Enrollment or unless you have a Qualifying Life Event.

WV-000432

ER0905

CONFIDENTIAL

- If you don't want the WV benefit plan, you can elect "Market Place" through the State of Washington but you still need to waive the WV plan. If you are already on Market Place, you can switch to the WV plan. Compare the premiums and coverage.
- You have 31 days to complete your benefit enrollment. Your legally mandated benefits are effective the date you became a Trainee. Don't wait till the 31st day to elect benefits as Payroll will go back to the prior pay periods to collect the plan premiums. The sooner you complete, the easier it is on your paycheck. The Flex Plan is not retroed back.
- If you are enrolling dependents, you will need to include the SSN numbers (state requirement).
- Employee Benefits homepage / excellent resource
- Specific questions regarding medical/benefit information, contact HR Helpdesk x5555
- Aetna & Delta Dental administers our benefits plan – Will send links to
  - Health Plan Summary and vision and dental
  - Premium rates
  - Wellness Program – it is a requirement that you complete the health history and biometric screening (screening will be in the August/September timeframe for 2018 – you will be notified.
  - MCM
- Flexible Spending Account
  - FSA, right now, has a grace / carryover period. If you have funds that you did not use in 2018, you can carryover up to $500 of these funds to 2019. This carryover does not impact the maximum amount of your 2019 election.
  - You don't have to be enrolled in the benefits plan to participate in the FSA.
- Open enrollment is every November if you miss deadline. If you want the same benefits, you do nothing as the same benefits you elected carry over into the next year. EXCEPT FSA. OE is managed in DF
- State Paid Sick Leave – earn 1 hour for every 30 hours worked. Has a 90 day waiting period. Will be available to use when transition to DSR 1.
- Reasonable Accommodation –if you have a medical condition that needs an accommodation call HR BP versus sharing medical condition with your supervisor (confidentiality) - please reach out to me. (Example: employee who is diabetic and needs their break and lunch at the same time each day.
- Questions?

# EXHIBIT SO-09

CONFIDENTIAL



# Knowledge Check



Time for a check on these tools we've been collecting.

<u>A couple of important notes before you begin:</u>

1. Following, is a short knowledge check.  This knowledge check will include ten questions about what's been covered.

2. After the quiz concludes, this section of your New Employee Orientation program will end after achieving an 80% or better.

3. Once you've completed the quiz, exit out of the program and double check in your learning dashboard that your NEO program is showing complete.

WV-005264

CONFIDENTIAL



WV-005265

CONFIDENTIAL



CONFIDENTIAL



WV-005267

CONFIDENTIAL

Title Screen

QUESTION ORDER

What is the quote depicted at the end of the
70 year video (at the beginning of...

Which of the following is NOT an element of
our mission statement?

Which of the following elements of our work
would the "design" phase...

Which statement is not suitable when
thinking about how we work with...

What are the three main goals outlined in our
strategy?

Fundraising mobilizes our efforts, enabling
WVUS to get dollars...

Which of the following is NOT a focus area for
Corporate Engagement?

Which of the following statements does not
belong in ways we witness:

Which of the following is the correct DCS
Mission Statement?

Which of the following is not included in the
Mathew 25 prayer activity?

ADD QUESTION

#7    Which of the following is NOT a focus area for Corporate Engagement?

| Correct | Choice Text | Multiple Choice ▼ |
|---|---|---|
| ○ | Product donation (known as "Gifts-in-Kind" or GIK)- free up warehousing space and is a cost-effective alternative to disposal, recycling or liquidation of product. | |
| ○ | Cause Related Marketing – as the title would imply we provide programs to assist corporations to build their business, increase sales, or improve customer loyalty while providing funding to World Vision through their marketing efforts. | |
| ○ | Humanitarian Emergency Aid or "HEA" – We provide corporations the ability to participate in humanitarian emergency relief through cash fundraising as well as cash donations. | |
| • | Transformational Engagement is responsible for the high net worth donor segments, corporations and foundations, and US Programs (and products offered to these unique segments). ] | |
| ○ | Add a choice (optional)... | |

Title Screen

QUESTION ORDER

What is the quote depicted at the end of the
70 year video (at the beginning of...

Which of the following is NOT an element of
our mission statement?

Which of the following elements of our work
would the "design" phase...

Which statement is not suitable when
thinking about how we work with...

What are the three main goals outlined in our
strategy?

Fundraising mobilizes our efforts, enabling
WVUS to get dollars...

Which of the following is NOT a focus area for
Corporate Engagement?

Which of the following statements does not
belong in ways we witness:

Which of the following is the correct DCS
Mission Statement?

Which of the following is not included in the
Mathew 25 prayer activity?

ADD QUESTION

#8    Which of the following statements does not belong in ways we witness:

| Correct | Choice Text | Multiple Choice ▼ |
|---|---|---|
| ○ | Intentional - but never using proselytism | |
| ○ | Holistic - following Christ's model | |
| • | Integrated - into some aspects of our work | |
| ○ | Contextual – to needs of place and time | |
| ○ | Add a choice (optional)... | |

Feedback                                                                      Any Response ▼

We witness in ways that are integrated into all aspects of our work.

WV-005268

CONFIDENTIAL



# EXHIBIT SO-10

ER0914



# Why Focus on Donor & Partner Transformation?

### It is core to our Mission:

*World Vision is an international partnership of Christians whose mission is to follow our Lord and Saviour Jesus Christ in working with the poor and oppressed to promote human transformation, seek justice and bear witness to the good news of the Kingdom of God.*



WV-002805

ER0915



# Why Focus on Donor & Partner Transformation?

## It's an objective in the WVUS Strategy:

"We serve and partner with beneficiaries and supporters so that we all experience Jesus Christ's transforming love, grace, and power."



WV-002806



# Why Focus on Donor & Partner Transformation?

### It's an objective in the WVUS Strategy:

"We *serve and partner* with beneficiaries and supporters so that we all experience Jesus Christ's *transforming* love, grace, and power."

### It's in our definition of success:

"Inspire over 1 million individual donors to a *transformative* journey that also increases their understanding of God's love for the poor."



**World Vision**

WV-002807

Case: 24-3259, 08/21/2024, DktEntry: 25.5, Page 237 of 260
Case 2:21-cv-00920-JLR   Document 29-10   Filed 04/11/23   Page 5 of 9

(237 of 260)



# Why Focus on Donor & Partner Transformation?

### It's an objective in the WVUS Strategy:

"We serve and partner with beneficiaries and supporters so that we all experience Jesus Christ's transforming love, grace, and power."

### It's in our definition of success:

"Inspire over 1 million individual donors to a transformative journey that also increases their understanding of God's love for the poor."

### We each have a role to play:

Every employee has an active role to play in our donors & partners journey to increase their understanding of God's love for the poor and to be more like Christ.



World Vision

WV-002808



# Goal activities will differ by your role

Three Categories:

1. Donor/Partner Facing - Witnessing to Jesus Christ via direct contact with donors and partners



WV-002809

ER0919



# Goal activities will differ by your role

Three Categories:

1. Donor/Partner Facing - Witnessing to Jesus Christ via direct contact with donors and partners

2. Marketing/Program Support – Witnessing to Christ via marketing, program and messaging materials



WV-002810

ER0920



# Goal activities will differ by your role

**Three Categories:**

1. Donor/Partner Facing - Witnessing to Jesus Christ via direct contact with donors and partners

2. Marketing/Program Support – Witnessing to Christ via marketing, program and messaging materials

3. Ops/Admin – Witnessing to Christ via contact with employees, vendors and volunteers

**World Vision**

WV-002811

*For unto us a Child is born,*
*Unto us a Son is given;*
*And the government will be upon His shoulder.*
*And His name will be called*
*Wonderful, Counselor, Mighty God,*
*Everlasting Father, Prince of Peace.*

*Isaiah 9:6*

WV-002812

ER0922

# EXHIBIT SO-11

CONFIDENTIAL

3/16/2022



**World Vision**

| Job Title: | **Donor Services Representative Trainee** | | |
|---|---|---|---|
| Job Code | 4402 | Job Family | Donor Services |
| Division | Mass Segment and Product Marketing | **Effective Date** | 12/7/2006 |
| Department | 0275-DCS Donor Services | OT Status | Non-Exempt |
| Supervisor | Team Leader | Grade | 213 |

## Job Purpose

Participate in a training program to gain a working knowledge and understanding of the Donor Services Representative position and to perform the essential functions of the job at a level of performance that consistently meets expectations. To learn, understand and develop the skills necessary to acquire and maintain donor relationships through basic inbound and outbound calls. Serve as a liaison between donors and the general public as well as provide basic levels of customer service for all special programs. Help carry out our Christian organization's mission, vision, and strategies. Personify the ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign.

## Core Values

These principles and related behaviors are essential for all roles at World Vision:

*We are Christian:*
*Follow the teachings of Jesus who calls us to love our neighbors, care for children and challenge injustice.*
*We are Committed to the Poor:*
*Serve the neediest people of the earth, to relieve their suffering and to promote the transformation of their well-being.*
*We Value People:*
*Act in ways that respect the dignity, uniqueness, and intrinsic worth of every person.*
*We are Stewards:*
*Manage resources in a manner that brings maximum benefit to the poor.*
*We are Partners:*
*Work together with all those who care, recognizing that more is achieved through cooperation than competition.*
*We are Responsive:*
*Take intelligent risks and act quickly.*

## Essential Functions

1. Keep Christ central in individual and corporate life. Actively participate in and contribute to the spiritual disciplines of the organization (Christian conduct, devotions, chapel, prayer, worship); incorporate WV Core Values into decisions within scope of role.
2. Maintain reliable, regular attendance. Report to work on time and return from breaks and lunches on time.
3. Under supervision, learn to answer inbound customer service calls and make outbound calls, to current and potential donors in response to all media presentations and World Vision products and services. Answer incoming calls using an Automated Call Distribution system utilizing a standard script for guidance. Recognize and respond to up-sell opportunities and actively cross-sell other WV programs when appropriate.
   - Through training and active participation, gain the skills necessary to assess callers' needs and input information accurately and efficiently using data entry and ten-key skills.
   - Achieve and maintain an acceptable level of individual statistics to accomplish Call Center business goals.
   - Develop skills to utilize technology for maintaining and updating donor information as appropriate.
   - Accepts constructive feedback and welcomes instruction and direction.
4. Under supervision, research and effectively respond to inquiries utilizing a variety of resource materials and methods.
5. Learn and effectively communicate World Vision's involvement in ministries and projects around the world.
6. Be sensitive to Donor's needs and pray with them when appropriate.
7. Work collaboratively with team members when assigned to work as a member of a team.
8. Perform other duties as assigned.
9. Maintain awareness of corporate goals, objectives, organizational announcements, and activities. Reference and follow organizational policies and procedures, seeking clarity as needed.

WV-000180

3/16/2022

CONFIDENTIAL



| Behavioral Competencies | |
|---|---|
| Persuasive Communication: Asserts ideas and persuades others, gaining support and commitment from them. Influences donors and prospects to take action in support of WVUS, using creative approaches to motivate them. | Developing |
| Customer Service Orientation: Demonstrates concern for meeting customer needs in a manner that provides satisfaction for the customer using available resources. | Developing |
| Problem Solving: Identifies and analyzes situations and/or issues, considers options, develops and decides on solutions, recommends and/or implements and monitors appropriate solutions. | Developing |
| Flexibility/Adaptability: Demonstrates ability to adapt to new ways of doing things; is willing to attempt new ways to solve problems and maximizes performance and opportunity in a constantly changing work environment. | Proficient |
| Professional Maturity: Maintains a positive outlook, works constructively under pressure. Responds resourcefully when challenges arise and accepts responsibility for actions, learning and change. Arrives at work and appointments on time. | Developing |
| Relationship Building: Easily establishes a professional rapport, growing and maintaining a network of contacts. Offers compromises as necessary to gain support and participation. Proactively contacts others, despite the risk of possible rejection. | Developing |
| Communication: Presents ideas articulately. Uses effective listening skills to promote the free flow of information. Shows consistency between words and actions. Works collaboratively with others to promote consistent communication across the department. | Proficient |
| Attention to Detail: Accomplishes tasks thoroughly, showing concern for all the areas involved no matter how small, at the appropriate level for the task. | Proficient |
| Balancing Multiple Priorities: Balances the needs and interests of various stakeholders and makes decisions involving competing goals, objectives and alternatives. Prioritizes tasks and redirects work effort in response to changes in priorities. | Developing |
| Attention to Accuracy: Through the process of interviewing, fact checking, and proofreading demonstrates a concern and commitment to accuracy and an attention to detail. | Proficient |

| Technical Competencies | |
|---|---|
| Organizational Awareness: Understands business operations and the mission, work and priorities of the organization. Applies understanding of organization's informal structure, culture and climate in achieving goals. | Developing |
| Computer Skills: Demonstrates effective computer skills, including use of Microsoft Office Suite, Lotus Notes, intranet and Internet, and various software applications and databases used in work efforts. | Proficient |
| Foreign Language Skills: Understands, speaks and writes fluently a language other than English (i.e., such that speech and written communication is easily understood by native speakers). | Proficient |
| Fundraising Knowledge: Demonstrates thorough knowledge of fundraising. Knows what it takes to develop and/or support a successful fundraising campaign, appeal or program. Understands fundraising sources and competition for funds. | Developing |
| Oral Communication: Effectively transfers thoughts and expresses ideas verbally in individual or group situations. Speaks persuasively and convincingly. | Developing |
| Research Skills: Defines parameters of task; gathers and synthesizes data; applies reasoning to determine relationships of variables and develop recommendations. Tests assumptions, observes trends and results, and incorporates revisions or corrections. | Developing |
| English Language Proficiency: The ability to speak, understand and write fluently in English. | Proficient |

| Minimum Education/Experience |
|---|
| High school graduate/GED or equivalent.  Basic routine work experience. Prefer a minimum of 1 year previous customer service/sales work experience. |

| Working Environment/Conditions |
|---|
| Required to sit in front of a computer and type and talk on the phone for the vast majority of the work day. Involves repetitive motion to type continuously, use the mouse, and/or scan documents. Indoor work environment with low |

WV-000181



CONFIDENTIAL

3/16/2022

walled desks that is moderately noisy with staff continuously on the phones. Use of standard office equipment. Must wear headset. Daily interaction with donors including some contact with those who may be frustrated.

WV-000182

CONFIDENTIAL



☰ Menu

# Job Posting Details

⊡ Dashboards

| Resumes | Reviews Requested (Completed) | Interviews Requested (Completed) | Recruiter |
| --- | --- | --- | --- |

Jobs

130   0 (0)   0 (0)   Melissa DiFrancesco

Advanced Search

Create Job Posting

Manage Requisitions

**Track All Jobs**

| | |
| --- | --- |
| Posted Job Title: | Call Center Customer Service Representative |
| Internal Job Title: | Donor Svcs Rep Trainee 4402 |
| Tracking Code: | 6552 |
| Hiring Workflow: | Default Workflow |
| Job Category: | Call Center |
| Job Template: | Donor Svcs Rep Trainee 4402 (4402) |
| EEOC Job Category: | Administrative Support Workers |
| Posting Status: | Normal - Int./Ext. Applicants |
| Number of Positions: | 5 |
| Number of Positions Filled: | 0 |
| Job ID: | 288309 |

View Job Offers

👥 Candidates

◗ Reports

⚙ Administration

❓ Help

Job Description:

# The Intersection of Calling and Career

World Vision is hiring **Customer Service Representatives** to join the Donor Contact Services team.

## 01 At a Glance
**Role:** Customer Service Representatives, Donor Contact Services
**Location:** Remote options possible from 35+ U.S. States. Candidates must have access to a reliable, high speed internet connection, with an average minimum download speed of 25 mbps, and an

ER0927

CONFIDENTIAL

**Menu**

Dashboards

**Jobs**

Advanced Search

Create Job Posting

Manage Requisitions

**Track All Jobs**

View Job Offers

Candidates

Reports

Administration

Help

average upload speed of 6 mpbs. To check your internet download/upload speed, visit Fast.com or search "Internet speed test" in a search engine.

**Required Experience:** High school graduate/GED or equivalent required, as well as basic routine work experience. Minimum of 1 year previous customer service/sales work experience or call center experience preferred.

**Call Center Hours:**
- Required 11-week (projected) Training Program:
  - Tuesday, April 19 – Friday, July 1, 2022, from 7:30 AM PST – 4:30 PM PST
- Standard Operating Hours:
  - 6:00 AM - 6:00 PM PST (9:00 AM – 9:00 PM EST).
  - After Training, Customer Service Representatives will be assigned an 8-hour shift within standard operating hours.

## 02 About World Vision
When you work at World Vision, your passions and talents come together to meet the greatest needs in the world today. We go to ends of the earth and into the margins. Where few go and the road is less traveled. Because Jesus is alive in the hardest places to be a child. We are dangerously soft-hearted. But just the right kind of dangerous. That's because we're a global Christian humanitarian organization. We partner with children, families, and their communities to reach their full potential by tackling the causes of poverty and injustice. We empower people out of poverty. For real. For good. For over 70 years. Jesus' love at the center. Always. We're Christian and follow Jesus' example to show unconditional love to the poor and oppressed. Serving every child, we can regardless of faith. Are you feeling called to explore joining us? We hope so.

## 03 Let your work be your faith in action
Every day, nearly 16,000 children under the age of 5 die from preventable causes. Our call to action is urgent. That's why we're looking for someone who is ready to place their expertise behind helping the world's most vulnerable children. Every interaction you have on the phone with a current or prospective donor can help influence the our global community. If not you, then who?

## 04 The Job:
To become a Customer Service Representative (also known as a Donor Services Representative) within the Donor Contact Services Call Center, you will first participate in an 11-week Training Program to gain a working knowledge and understanding of the position and to perform the essential functions of the job at a level of performance that consistently meets expectations. Within the hands-on and intensive training program, you will learn, understand and develop the skills necessary to acquire and maintain donor relationships through basic inbound and outbound calls in a high-volume call center environment.

As a crucial member of the Donor Contact Services team, you will serve as the key liaison and "voice of World Vision" to our donors and the general public, and provide excellent customer service for all World Vision special programs. Through this role, you will help carry out our Christian organization's mission, vision, and strategies. You will also personify the

WV-000184

CONFIDENTIAL

ministry of World Vision by witnessing to Christ and ministering to others through life, deed, word and sign.

Your responsibilities will include:

- Maintain reliable, regular attendance. Report to work on time and return from breaks and lunches on time.
- Under supervision, learn to answer inbound customer service calls and make outbound calls, to current and potential donors in response to all media presentations and World Vision products and services. Answer incoming calls using an Automated Call Distribution system utilizing a standard script for guidance. Recognize and respond to up-sell opportunities and actively cross-sell other WV programs when appropriate.
  1. Through training and active participation, gain the skills necessary to assess callers' needs and input information accurately and efficiently using data entry and ten-key skills.
  2. Achieve and maintain an acceptable level of individual metrics to accomplish Call Center business goals.
  3. Develop skills to utilize technology for maintaining and updating donor information as appropriate.
  4. Accept constructive feedback and welcomes instruction and direction.
- Be sensitive to Donor's needs and pray with them when appropriate.
- Under supervision, research and effectively respond to inquiries utilizing a variety of resource materials and methods.
- Learn and effectively communicate World Vision's involvement in ministries and projects around the world.
- Work collaboratively with team members.
- Perform other duties as assigned.
- Keep Christ central in our individual and corporate lives. Attend and participate in the leadership of devotions, weekly Chapel services, and regular prayer.
- Keep informed of organizational announcements, activities and changes via regular reading of the WVUS Intranet and other corporate communication tools.

## 05 Your Experience and Skills:

- High school graduate/GED or equivalent required, as well as basic routine work experience. Minimum of 1 year previous customer service/sales work experience or call center experience preferred.
- Access to a reliable, high speed internet connection, with an average minimum download speed of 25 mbps, and an average upload speed of 6 mpbs.

  *To check your internet download/upload speed, visit Fast.com or search "Internet speed test" in a search engine.*
- Ability to multi-task in a fast paced environment
- Strong technical skills with Microsoft 365 products (Outlook, Word, Teams) and ability to learn other software platforms
- Ability to type at a minimum of 20 wpm or faster
- A positive, can-do attitude, and a passion for sharing God's love to others
- **Availability to start training on Tuesday, April 19th and commitment to working 40 hours a week during the required ~11-week training program**

## 06 Salary Range and Benefits: Customer
Service Representatives will earn between $15.50/hour up to $17.00/hour, depending on work

ER0929

CONFIDENTIAL

| ≡ | Menu | ⊙ |
| | Dashboards | ‹ |
| 🧰 | Jobs | ⌄ |
| | Advanced Search | |
| | Create Job Posting | |
| | Manage Requisitions | |
| | Track All Jobs | |
| | View Job Offers | |
| 👥 | Candidates | ‹ |
| ◐ | Reports | |
| ⚙ | Administration | ‹ |
| ❓ | Help | |

location. We have a robust and comprehensive benefits package that includes medical, vision and dental coverage. Click here to learn more.

**07** **To Apply** Click the orange Apply box below. If you have questions about the role, contact Melissa DiFrancesco in Talent Acquisition at mdifrancesco@worldvision.org.

**08** **What happens next?** Short-listed candidates are contacted for an initial phone conversation with our recruiting staff. Selected candidates will be asked to participate in a data entry skills test. Moving deeper into our selection process you can expect to participate in a final interview with members of the Donor Contact Services team.

| | |
|---|---|
| Required Skills: | |
| Job Location Code: | () |
| Job Location: | Remote. U.S. Role can be based in 35+ states., United States |
| Additional Locations | |
| Job Type: | Full-Time/Regular |
| Posted Date: | 3/7/22 |
| Original Posting Date: | 3/7/22 |
| Required Experience: | |
| Years Of Experience: | Not Applicable |
| Level of Education: | Not Applicable |
| Starting Date: | |
| Job Duration: | Regular/At-Will |
| Per Diem Included: | No |
| Salary Type: | Annually |
| Salary Currency: | USD |
| Minimum Salary: | |
| Maximum Salary: | |

WV-000186

CONFIDENTIAL

| | |
|---|---|
| ☰ Menu | Travel: ⊖ No Travel Required |
| ▦ Dashboards | Assigned Recruiter: ‹ Melissa DiFrancesco |
| 💼 **Jobs** | Recruiting Manager: ⌄ HR Recruiting Team |
| Advanced Search | Hiring Manager: Tara Rockey |
| Create Job Posting | Business Unit: General Employee |
| Manage Requisitions | Department/Division DCS Donor Services (275) |
| **Track All Jobs** | |
| View Job Offers | Business Function: Select Business Function |
| ⚮ Candidates | Industry: ‹ Select Industry |
| ◖ Reports | Budget Currency: ‹ USD |
| ⚙ Administration | Budgeted Salary: ‹ |
| ❓ Help | Budgeted Quarter: 2nd Quarter 2022 |
| | Internal Notes: |

Add Note:
click to add
🖳

Internal Skills:

| | |
|---|---|
| Finance Location Code (required) | 001 |
| Function Number (required) | 0000 |
| Division (required) | Channel Development and Marketing |
| New Position / Replacement (required) | Replacement |
| Employee Vacating Position | |

WV-000187

CONFIDENTIAL

☰  Menu

Grant Funded? (required) ⊖          No

▦  Dashboards

Relocation Budget Available? (required)  <          No

💼  Jobs  ⌄

    Advanced Search

    Create Job Posting

    Manage Requisitions

    **Track All Jobs**

    View Job Offers

Supervisor (required)          Shannon Osborne

Grade - Do not change this field; leave as is          213

FLSA Status (required) - Do not change this field; leave as is          Non-exempt

Working Environment / Conditions          Required to sit in front of a computer, wear a headset, and type and talk on the phone for the vast majority of the work day. Involves repetitive motion to type continuously, use the mouse, and/or scan documents.

👥  Candidates

Original Job Number  <          4402.0

◐  Reports

Employee ID (to be completed by Recruiter)  <

⚙  Administration  <

Vacating Employee's Job Title          Donor Svcs Rep Trainee

❓  Help

Vacating Employee's Pay Grade          213

Change in Job Title or Pay Grade?          No

Select which career site to post to (required)          General Employee

WV-000188

ER0932

# EXHIBIT SO-16

ER0933

CONFIDENTIAL

🔗 Share   Copy link   ⬇ Download   ⋯          ✉ Shout out! Amazing do...msg          ⓘ  |  ◁  25 / 101  ▷|  |  ✕

**From:**   Kaitlin Clark - US <kaclark@WorldVision.org> on behalf of Kaitlin Clark - US
**Sent on:** Friday, February 12, 2021 7:12:13 PM
**To:**    ████████████████████████████████

**Subject:** Shout out! Amazing donor experience

Hi DCS Team,

I had to share this amazing shout out from a donor for ███████████████ Mr. ████ was simply overwhelmed when he shared with me that ████ prayed for him and showed him the love of the Lord on their phone call amidst his own personal trials he shared with her. He said he has never had such an amazing experience with an organization. Thank YOU, ████ for ministering to our donors, and BEING the light. ❤️

BE THE
light
–MATTHEW 5:14

**Kaitlin Clark (Coutts)**
Team Lead, Donor Contact Services, Channel Development & Management

Phone 253,815,5858, : kaclark@worldvision.org
Mail Stop 320 : P.O, Box 9716 : Federal Way, WA 98063-9716 USA

WE BELIEVE IN CHILDREN

www.WorldVision.org

World Vision is a Christian humanitarian organization dedicated to working with children, families, and their communities worldwide to reach their full potential by tackling the causes of poverty and injustice.

CONFIDENTIAL

Share  Copy link  Download  ···        Shout out to ▮ msg       ⓘ | I◁ 18/101 ▷I | ✕

**From:** Vanessa Rodriguez = US <VRodrigu@WorldVision.org> on behalf of Vanessa Rodriguez = US
**Sent on:** Wednesday, February 17, 2021 4:36:12 PM
**To:** DCSDEPT <dcsdept@worldvision.org>
**CC:**
**Subject:** Shout out to ▮

Hello DCS Family,

Sharing the deepest of gratitude's from one our donor's for our wonderful ▮! Ms. ▮ could not say enough of her amazing experience this morning and expressed she could sense the love of God through ▮'s sweet, kind, and humble heart.  She shared how much she loves her and each one of us, and is so grateful to be partnering with WV. Thank you, ▮ for allowing God to use you to bless our donors!

**THE ONE WHO BLESSES OTHERS IS ABUNDANTLY BLESSED.**
**PROVERBS 11:25**

**Vanessa Rodriguez**
Team Lead, Donor Contact Services, Branding and Communications
Phone 253.815.5884 : vrodrigu@worldvision.org : Skype ~ v.r.wv
Mail Stop 600: P.O. Box 9716 : Federal Way, WA 98063-9716 USA
WE BELIEVE IN CHILDREN
www.WorldVision.org
World Vision is a Christian humanitarian organization dedicated to working with children, families, and their communities worldwide to reach their full potential by tackling the causes of poverty and injustice.

CONFIDENTIAL



🔗 Share    🔗 Copy link    ⬇ Download    ...          ≡ Shout Out to ▮▮▮▮...msg          ⓘ  |  I◁  30 / 201  ▷I  |  ✕

**From:**     Brandilee Lovell – US <blovell@WorldVision.org> on behalf of Brandilee Lovell – US
**Sent on:**  Thursday, May 6, 2021 8:56:29 PM
**To:**       DCSDEPT <dcsdept@worldvision.org>
**Subject:**  Shout Out to ▮▮▮▮

I JUST WANTED TO SAY...
YOU ARE DOING
AN AWESOME JOB!

We got word for one of our donors, Michael ▮▮▮▮, called in today and was blown away with the interaction with ▮▮▮▮
▮▮▮▮.

She handled everything with fantastic customer service and connected throughout the call. At the end of the call ▮▮▮▮ offered prayer and it deeply touched the donor, meeting him where he was at. Once off the call, Michael contacted ▮▮▮▮ to praise ▮▮▮▮'s amazing prayer and service!

Thank you, ▮▮▮▮, for provide over the top service and even more importantly for reminding donors we are a ministry ready to be God's hands and feet! You and all our fantastic agents are the heartbeat that bring so much light and hope to everyone we talk to.

Amazing job, Team! We are so proud and honored to work with you all!
God bless!

——————————
**Brandilee Lovell**

Contact Center Supervisor, DCS Management, Channel Development and Management

Phone 253.815.5851 : Fax 253.815.3495 : blovell@worldvision.org : Skype – WV.Brandilee.Lovell

Mail Stop 704 : P.O. Box 9716 : Federal Way, WA 98063-9716 USA

WE BELIEVE IN CHILDREN

www.WorldVision.org

World Vision is a Christian humanitarian organization dedicated to working with children, families, and their communities worldwide to reach their full potential by tackling the causes of poverty and injustice.

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is confidential and may not be disclosed under applicable law. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Thank you.

CONFIDENTIAL



Share    Copy link    Download    ...          Shout Out to ▮▮▮ msg          37 / 201

**From:** Vanessa Rodriguez - US <VRodrigu@WorldVision.org> on behalf of Vanessa Rodriguez - US
**Sent on:** Tuesday, May 18, 2021 3:03:01 PM
**To:** DCSDEPT <dcsdept@worldvision.org>
**Subject:** Shout Out to ▮▮▮!

Ms. ▮▮▮ asked to speak with leadership this morning to share the incredible donor experience ▮▮▮ provided. She shared her health struggles and reason she was not able to go forth with the replacement child and in response, ▮▮▮ prayed the most beautiful prayer over the donor straight from the heart of Jesus. Donor was extremely thankful for her kindness, spirit, and beautiful heart.

Thank you ▮▮▮ for allowing the holy spirit to lead you and use your words this morning to refresh the donor's spirit!

Vanessa Rodriguez
Team Lead, Donor Contact Services, Branding and Communications
Phone 253.815.5884 : vrodrigu@worldvision.org : Skype – v.r.wv
Mail Stop 600 : P.O. Box 9716 : Federal Way, WA 98063-9716 USA
WE BELIEVE IN CHILDREN
www.WorldVision.org

World Vision is a Christian humanitarian organization dedicated to working with children, families, and their communities worldwide to reach their full potential by tackling the causes of poverty and injustice.

CONFIDENTIAL



**From:** Sunnie Gardenhire - US <sgardenh@WorldVision.org> on behalf of Sunnie Gardenhire - US
**Sent on:** Thursday, September 30, 2021 1:07:33 PM
**To:** Renee Stone - US <RStone@worldvision.org>; DCSDEPT <dcsdept@worldvision.org>
**CC:** ▆▆▆▆▆▆
**Subject:** RE: Shout Out for ▆▆▆

▆▆▆! Thank You for encouraging our donors and for always going above and beyond to meet donor requests!!

· YOU ARE ·
SERIOUSLY AWESOME

**From:** Renee Stone - US <RStone@worldvision.org>
**Sent:** Wednesday, September 29, 2021 1:30 PM
**To:** DCSDEPT <dcsdept@worldvision.org>
**Cc:** ▆▆▆▆▆▆
**Subject:** Shout Out for ▆▆▆

AWES◉ME!

Thank you so much ▆▆▆ for being such a blessing and joy for Mrs. ▆▆▆ to speak with today! Mrs. ▆▆▆ asked to speak with a supervisor so she could share that ▆▆▆ fully resolved the reason for her call but most importantly, made her and her family feel encouraged and sincerely thanked for their support of three sponsor children. She was touched by ▆▆▆'s prayer and said that she is incredibly thankful for WV's work and ministry.

**Renee Stone**
Supervisor | Donor Contact Services | Channel Development and Management

Phone 253.815.5855 : Fax 253.815.3495 : Rstone@worldvision.org
Mail Stop 600 : P.O. Box 9716 : Federal Way, WA 98063-9716 USA

WE BELIEVE IN CHILDREN
www.WorldVision.org
World Vision is a Christian humanitarian organization dedicated to working with children, families, and their communities worldwide to reach their full potential by tackling the causes of poverty and injustice.

WV-003107

CONFIDENTIAL

| | |
|---|---|
| **From:** | Diane Mendez - US |
| **Sent:** | Tuesday, December 21, 2021 5:13 PM |
| **To:** | DCSDEPT |
| **Subject:** | Shout out to [DCS Rep name redacted] |

[Photograph of People Redacted]

 Susanna [donor surname redacted] wanted us to know how amazing [DCS Rep] is.  She said [he] was compassionate, kind and so very caring. As she spoke about how [he] took the time to pray for her she got choked up and started to cry. We never will know how much we touch our donors when we stop for just a moment and lift them up before God.  This is the part of our business that is pure ministry and freeing.  I can imagine our

WV-003108

CONFIDENTIAL

God so pleased and heart filled with delight because you understand what is truly important. Thank you so much [DCS Rep]. You are amazing.

**Diane Mendez**

Mgr Contact Center | Donor Contact Service | Channel Development and Management

Phone 253.815.5853 | Fax 253.815.3498 | dmendez@worldvision.org
Mail Stop 600 | PO Box 9716 | Federal Way, WA 98063-9716 USA
World Vision | Building a better world for children | www.worldvision.org |
World Vision is a Christian humanitarian organization dedicated to working with children, families, and their communities worldwide to reach their full potential by tackling the causes of poverty and injustice.

WV-003109

ER0940

CONFIDENTIAL

| | |
|---|---|
| **From:** | Diane Mendez - US |
| **Sent:** | Thursday, March 3, 2022 4:26 PM |
| **To:** | DCSDEPT |
| **Subject:** | Shout out for [DCS Rep name redacted] |



Listen to what Mrs. [donor name redacted] had to say: [DCS Rep] was  amazing and did a fantastic job. Such a blessing today for me because I asked for prayer and [female DCS Rep] encourage me and lifted me to the Lord and I feel amazing. She is a beautiful human being and she praises GOD!  She is in the right position.  Thank you

**Diane Mendez**
Mgr Contact Center | Donor Contact Service | Channel Development and Management

Phone 253.815.5853 | Fax 253.815.3498 | dmendez@worldvision.org
Mail Stop 600 | PO Box 9716 | Federal Way, WA 98063-9716 USA
World Vision | Building a better world for children | www.worldvision.org |

1

WV-003110

ER0941