No. 24-3259

# In the United States Court of Appeals for the Ninth Circuit

WORLD VISION, INC.,
Defendant-Appellant,

v.

AUBRY MCMAHON,
Plaintiff-Appellee.

Appeal from the United States District Court
for the Western District of Washington
Honorable James L. Robart
(2:21-cv-00920-JLR)

## EXCERPTS OF RECORD
## VOLUME 5 OF 5

NATHANIEL L. TAYLOR
ABIGAIL J. ST. HILAIRE
ELLIS, LI & MCKINSTRY PLLC
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
(202) 682-0565
*ntaylor@elmlaw.com*

SCOTT J. WARD
J. MATTHEW SZYMANSKI
GAMMON & GRANGE, P.C.
1945 Old Gallows Road, Suite 650
Tysons, Virginia 22182
(703) 761-5012
*sjw@gg-law.com*

DANIEL H. BLOMBERG
  *Counsel of Record*
LUKE W. GOODRICH
JORDAN T. VARBERG
AMANDA G. DIXON
THE BECKET FUND FOR
  RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW
  Suite 400
Washington, DC 20006
(202) 955-0095
*dblomberg@becketlaw.org*

*Counsel for Defendant-Appellant*

# EXHIBIT SO-17

ER0943

CONFIDENTIAL



WV-001360

CONFIDENTIAL



# SESSION 4:
## Ministry of Fundraising

WV-001361

CONFIDENTIAL

# Fundraising



## Impact

What difference Christian faith makes in how we engage in fundraising



## Response

Helpful responses to frequently asked questions about WV's fundraising



## Approach

Clarify a personal approach to fundraising

WV-001362

CONFIDENTIAL

# 4.1 Affirming our role



**Fund-raising isn't merely a means to make ministry possible.**

**Done right, fund-raising is ministry.**

*"Fund-raising is as spiritual as giving a sermon, entering a time of prayer, visiting the sick, or feeding the hungry."* (Henri Nouwen, "The Spirituality of Fund-raising" (pp. 6-7).

WV-001363

ER0947

CONFIDENTIAL

## 4.1 Affirming our role

**Similarly, giving isn't an optional expression of discipleship.**

**Giving is integral to our life as followers of Christ.**

*"I am testing the genuineness of your love…For you know the generosity of our Lord Jesus Christ, that though he was rich, yet for your sakes he became poor, so that by his poverty you might become rich."*

**2 Cor 8. 8-9**



WV-001364

ER0948

CONFIDENTIAL

# Discussion Questions

**01**    **What is one way this conviction shapes how I speak to my partners?**

**02**    **What are the challenges abut being a fundraiser IN ministry?**

**03**    **What are some ways I (or in my opinion, World Vision) risk witnessing to the power of money rather than the power of the Spirit, and the generosity of donors rather than to the grace of God**

CONFIDENTIAL

# 4.2 Fund-raising as a form of Witness

## ACTION

**To what do we bear witness in our fundraising?**

Only to human need?—or also to the presence of the Kingdom?

Only to our effectiveness?—or also to the power of the Spirit?

To the impact of donors?—or also to the dignity and action of people in poverty?

## IMPACT

**What is the result of our fundraising on donors?**

Are they more hopeful or discouraged?

Do they see people in poverty as pathetic or as with dignity?

Are they drawn closer to Jesus Christ?

WV-001366

ER0950

CONFIDENTIAL

# Fundraisers are surrounded by the sacred



WV-001367

ER0951

CONFIDENTIAL

## Fundraisers are surrounded by the sacred

Fundraising is **not just about money**

When we seek to raise money, we are on **holy ground**—in the name of God, responding to the tears of God and the tears of people

There are no "ordinary" people or people with a higher net worth than others

No one owns what they possess or what they give away



WV-001368

ER0952

CONFIDENTIAL



## Discussion

In pairs, share one way this perspective shapes how you do your work.

Are there things that inhibit you from living this out more fully?

Share one frustration or concern.

WV-001369

CONFIDENTIAL

# 4.3 The Spirituality of Fundraisers



**Evangelists**

**Priests**

**Prophets**

**(but not kings…)**

WV-001370

ER0954

CONFIDENTIAL

## 4.3 The Spirituality of Fundraisers



We engage in fund-raising with the mindset of a minister—an <u>evangelist</u>, a <u>priest</u>, and a <u>prophet</u>.

We do not come with our begging bowls, seeking alms. We come with bold humility and gentle confidence.

WV-001371

ER0955

CONFIDENTIAL



# The Spirituality of Fund-raising

**Effective Christian fund-raising is an act of worship**

Romans 12:1-2 *"…by the mercies of God, present your bodies as a living sacrifice, holy and acceptable to God…Do not be conformed to this world, but be transformed by the renewing of your minds, so that you may prove what is the will of God, what is good, acceptable and perfect."*

WV-001372

ER0956

CONFIDENTIAL

# The Spirituality of Fund-raisers

**Daily dying to selves**

**Living by mercy of God**

**Entering a lifetime journey of transformation**

**God loves us so much that God accepts us the way we are.**

**God loves us too much to leave us that way.**

WV-001373

**ER0957**

(17 of 145), Page 17 of 145

Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 17 of 145
Case 2:21-cv-00920-JLR   Document 29-17   Filed 04/11/23   Page 16 of 30

CONFIDENTIAL

# The Spirituality of Fund-raisers



**In a new pair, discuss:**

**How does this perspective impact your attitude toward:**

- **Yourself?**
- **Donors?**
- **People living in poverty?**
- **Money? What you're asking people to give toward?**

WV-001374

ER0958

(18 of 145), Page 18 of 145
Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 18 of 145
Case 2:21-cv-00920-JLR   Document 29-17   Filed 04/11/23   Page 17 of 30

CONFIDENTIAL

# 4.4. Fundraising as an Act of Justice



WV-001375

ER0959

(19 of 145), Page 19 of 145
Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 19 of 145
Case 2:21-cv-00920-JLR   Document 29-17   Filed 04/11/23   Page 18 of 30

CONFIDENTIAL

# Fundraising Enables Justice

We give because it's the right thing to do. We are born into situations that are unfair.

## In 2018

**1%** of people owned **88%** of the world's wealth

**99%** of people owned **12%** of the world's wealth

**3.8** BILLION people's wealth decreased by **11%**

The wealth of the **26** richest increased by **12%**

**No wonder many are desperate, mad, and migrating**

WV-001376

ER0960

CONFIDENTIAL

# Biblical Economics 101



**4 Principles of Biblical Economics:**

**01** God owns everything

**02** Once a lifetime everyone gets an equal opportunity

**03** Those who cannot compete or provide get special help in ways that guard their dignity

**04** Everyone gives to ensure fairness

WV-001377

ER0961

CONFIDENTIAL

# Seeking deep change in our economic system



We don't seek quick charity, but:
**deep change.**

We seek change not just in majority world countries, not just in our field programs, but in SOs.

Our call is to steward influence that enhances the credibility of the gospel and moves our world towards God's fair balance."

*(Reflections on Marketing and Fund-raising*, p. 18)

WV-001378

ER0962

CONFIDENTIAL

# The Apostle Paul's fund-raising pitch



**2 Corinthians 8** "We want you to know about the grace of God that has been granted to the churches of Macedonia; for during a severe ordeal of affliction, their abundant joy and their extreme poverty have overflowed in a wealth of generosity…They voluntarily gave beyond their means, begging for the privilege of giving…They gave themselves first to the Lord, and then to us…I am testing the genuineness of your love…For you know the generous act of our Lord Jesus, that though he was rich, yet for your sakes he became poor…

WV-001379

ER0963

CONFIDENTIAL

# "to create a fair balance"

"…I do not mean that there should be relief for others and pressure on you, but it is a question of a fair balance between your present abundance and their need, so that their abundance may be for your need, in order that there may be a fair balance. As it is written, 'The one who had much did not have too much, and the one who had little did not have too little.'"

- What in this passage strikes you about giving?

- Paul is fundraising as a 'priest, evangelist, prophet' in this conversation. What strikes you about his approach?

- What are some implications for our work?

WV-001380

CONFIDENTIAL



5 MINUTE
STRETCH
BREAK

WV-001381

(25 of 145), Page 25 of 145

Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 25 of 145
Case 2:21-cv-00920-JLR   Document 29-17   Filed 04/11/23   Page 24 of 30

CONFIDENTIAL

# 4.5 Fundraising as bridge-building



**Seeing one another through the eyes of God**
"Affluence can blind us from seeing and being open to the dignity of the poor.
Poverty can convince us that no one sees us, and that we have no worth or future…
Therefore, our marketing is more vision casting than resource raising."
*(Reflections on Marketing and Fund-raising , p. 11, 15)*

WV-001382

ER0966

CONFIDENTIAL

**In an age of isolationism, xenophobia, desperation, mass migration—God calls us to nourish a World Vision**

**Both poverty and affluence can destroy connections**

Affluence can blind us from seeing those who are poor as our neighbors or to guard their dignity

Poverty can blind us from seeing ourselves as people of worth, with agency and dignity

**Helping people see and connect to love one another**
*(Mark 12:31; John 13:34)*

WV-001383

CONFIDENTIAL

World Vision is called by God to <u>build bridges</u> between people in affluence and those in poverty with each doing their part to build a world in which all our children experience life in all its <u>fullness</u> and inherit a world worth living in.



WV-001384

CONFIDENTIAL



- All people need for life to be made <u>right.</u>

- All people need for relationships to be <u>restored.</u>

- All people need to see the future <u>filled with promise</u>

- *"The Kingdom of God is not food and drink, but justice (life being made right), peace (relationships being restored), and joy in the Holy Spirit." Romans 14.17*

World Vision

WV-001385

ER0969

(29 of 145), Page 29 of 145
Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 29 of 145
Case 2:21-cv-00920-JLR Document 29-17 Filed 04/11/23 Page 28 of 30

CONFIDENTIAL

# Ministering to our Donors & Partners

## *Michael Sieber*

WV-001386

CONFIDENTIAL

# Personal reflection: drafting personal commitments



**In your participants guide, you will find a final reflection page:**

**Take some time to personally reflect on your own personal <u>commitments</u> and their <u>integration</u> in your world in World Vision and your faith in God.**

WV-001387

ER0971

CONFIDENTIAL



God, may you bless us with discomfort at easy answers, half-truths, and superficial relationships so that we may live deep within your heart.

May you bless us with anger at injustice, oppression, and exploitation of people, so that we may work for justice, freedom, and peace.

Bless us with tears to shed for those who suffer pain, rejection, hunger, and war, so that we reach out together with others to comfort them and end the causes of their pain.

Dear Father, bless us with enough foolishness to believe that by your grace and Spirit we can make a difference in the world, so that we do what others claim cannot be done to bring justice and kindness to all our children and the poor.

*- Adapted from a Franciscan Benediction*

WV-001388

# EXHIBIT SO-18

ER0973

CONFIDENTIAL

*Reflections on*

# Marketing and Fund-raising

Tim Dearborn



Integrating Christian Witness Series – no. 2

WV-001515

ER0974

CONFIDENTIAL

© 2009 by World Vision International

All rights reserved. No portion of this publication may be reproduced in any form, except for brief excerpts in reviews, without prior permission of the publisher.

Published by World Vision International, 800 West Chestnut Avenue, Monrovia, California 91016-3198 U.S.A.

This book is also available in French, Portuguese and Spanish from the Christian Commitments group at World Vision's Global Centre at the above address.

All Scripture quotations, unless otherwise indicated, are from the New Revised Standard Version (Anglicised Edition) of the Bible, copyright © 1989, 1995 by the Division of Christian Education of the National Council of the Churches of Christ in the U.S.A.

Series Editor: Tim Dearborn. Editor in chief: Edna Valdez. Senior Editor: Rebecca Russell. Production: Jim McAllister. Copyediting: Joan Laflamme. Proofreading: Katie Klopman. Cover Design and Interior Layout: Rebekah Roose. Translations Management: Ann Abraham. Translations: Nathalie Fauveau, Ines Bojlesen, Carolina Meese.

CONFIDENTIAL

# Contents

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

**Chapter 1.** Marketers as Witnesses . . . . . . . . . . . . . . . . . . . . . . . 5

**Chapter 2.** Marketing Vision . . . . . . . . . . . . . . . . . . . . . . . 14

**Chapter 3.** Measuring Success . . . . . . . . . . . . . . . . . . . . . . . 27

Questions for Reflection and Discussion . . . . . . . . . . . . . . . . . . . 37

About the Author . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

**1**

WV-001517

**ER0976**

CONFIDENTIAL

# Introduction

> *As a form of ministry, fund-raising is as spiritual as giving a sermon, entering a time of prayer, visiting the sick, or feeding the hungry. When we have gained the freedom to ask without fear, to love fund-raising as a form of ministry, then fund-raising will be good for our spiritual life.*

Henri J. M. Nouwen, *The Spirituality of Fund-raising*

We have so much to celebrate. God has gifted World Vision with a marketing staff that has extraordinary expertise and effectiveness in raising funds to fight poverty. Few other organisations experience the success with which we are blessed. We celebrate our staff's creativity and hard work, and God's great faithfulness.

The following reflections[1] invite us to address one basic but often unspoken question that deeply affects our approach to marketing in a Christian organisation: How do we do marketing so that it is good for our spiritual life and the spiritual life of those to whom we are marketing?

---

1  Because of the interrelationship between marketing and business, some themes in this booklet are repeated in *Integrating Christian Witness: Reflections on Business and Micro-enterprise Development*.

**2**

ER0977

CONFIDENTIAL

## INTRODUCTION

We may know how to surmount the more crass temptations in market-ing: measuring our worth by our performance, viewing others as com-petitors, manipulating information to maximise income, and seeing donors as 'giving units' (sources of revenue) rather than as persons to be loved and encouraged. But are we and our donors closer to God and more aware of God's love and goodness after we have done our market-ing? How do we do marketing in ways that are good for our soul? Has the vitality of spiritual life increased for those from whom we've 'raised' money?

### Marketing isn't a means to ministry— it is an expression of ministry

We do not simply do marketing in order to have money for ministry. Marketing, if done in ways that are consistent with our mission, is itself a form of ministry. Just as our faith shapes how we work to alleviate poverty and oppression, so our faith shapes how we raise money to ad-dress poverty and oppression. If not, we risk failing in our mission and compromising our witness.

World Vision doesn't simply staff support offices to raise resources so we can do our mission in national field offices. Rather, support offices are as much an expression of World Vision's mission as field offices. The old distinction between support and field offices is increasingly irrelevant. Every national office is seeking local funding sources – because there are people in every country, regardless of how poor, who desire and need to give. Furthermore, people in every country need to benefit from the fulfilment of World Vision's mission.

All aspects of World Vision's mission statement apply equally to both sets of offices. Support offices are as engaged in the ministry of 'work-ing with those who are poor and oppressed, promoting transformation, seeking justice, and bearing witness to the good news of the Kingdom'

3

CONFIDENTIAL

## INTRODUCTION

as national field offices. World Vision exists to promote transformation, seek justice and bear witness in all its offices and programmes.

### Marketing is more than fund-raising

Support offices contribute to the fulfilment of the mission to which God has called us. They do not exist only to raise money, generate prayer and mobilise votes on behalf of those who are poor, especially children. They exist to promote human transformation, seek justice and witness to the good news of the kingdom of God. Support offices support transformation—certainly in the lives of those who are poor and oppressed—but also amongst people, countries, systems and structures of the so-called developed world in which they work.

In marketing, we give people an opportunity to join us in the mission of God. We define our part of this through our mission statement and core documents. Neither opinions of individual staff members nor interests of donors determine this mission. Funding sources make our mission possible—but they do not define or determine our mission. Donors partner with us because of our mission.

**Four implications of marketing as a ministry** are woven throughout the following pages:

**First,** when we engage in marketing and fund-raising on behalf of a Christian organisation, we are marketing ***purpose.***

**Second,** when we embrace marketing as a form of Christian ministry, we see it as a spiritual and not merely a financial vocation. This shapes the ***process*** by which we engage in marketing.

**Third,** as a ministry, the ***product*** or end result we seek is altered, for our goals go far beyond mere money.

**Fourth,** if the process and goals are transformed, then the ***performance measures*** we use to indicate success are recast.

**4**

WV-001520

CONFIDENTIAL

CHAPTER 1

# Marketers as Witnesses

*Do not be conformed to this world, but be transformed by the renewing of your minds, so that you may discern what is the will of God – what is good and acceptable and perfect.*

Romans 12:2

To what do we witness in our marketing? In what ways are the character and nature of God reflected and honoured? Are we witnessing to God or to human need, to the sufficiency of Christ or to the proficiency of our organisation? Do we suggest that the remedy for human need is more money, greater generosity and more stuff—or do we communicate that commodities are vital yet small components of far larger and deeper needs and solutions?

In marketing, World Vision seeks to fulfil mandates to 'promote human transformation' and 'bear witness to the good news of the kingdom.' Marketing is about witness and about transformation, not just about gathering resources in order to witness and promote transformation.

5

CONFIDENTIAL

**Chapter 1   MARKETERS AS WITNESSES**

Romans 12 indicates why this must be so. Paul says transformation occurs through the renewal of our minds. The *mind* he speaks of isn't the word for our centre of rationality and reasoning. Paul uses the word *nous,* which refers to the centre of receptivity where we hear and hold on to messages about what is most important and meaningful to us. Marketing is about messaging—and therefore about connecting with people's nous. If that which we receive and regard as most important isn't transformed, we won't be transformed. In every culture, the nous is continually receiving multiple messages about what is good, right and true. Globally, many cultures are increasingly saturated by the media, which virtually assaults us with an avalanche of options. When we 'market' responses to God's will and ways for people in regard to poverty, injustice and oppression, we are seeking transformation, the renewal of our minds.

## In marketing, we are surrounded by the sacred

Years ago a Christian friend who is a very successful business person invited me to a meeting of several Jewish business leaders, a rabbi and the chief economic officer of the Bank of Israel. Our purpose was to discuss differences between Christian and Jewish approaches to business. These Jewish leaders' ability to discuss theological implications of business issues was stunning. If these business leaders didn't have an answer on minimum wage legislation, international trade tariffs and government subsidies of particular industries, for example, they would turn to their rabbi for theological reasoning on these issues. My Christian friend (and I) had never looked at these issues theologically, nor would he ever dream of approaching his pastor to learn the 'correct' answer. But for the Jewish business leaders we met with, every business issue was a theological issue.

WV-001522

ER0981

CONFIDENTIAL

Chapter 1   MARKETERS AS WITNESSES



I have come to believe that in a very real sense, when we are engaged in business—and in marketing and fund-raising—we are on holy ground.

## 1. Marketing to God's image bearers

People bear God's image – and therefore are to be treated with dignity and a sense of wonder. C. S. Lewis made the insightful observation that next to Holy Communion, the most 'sacred thing' we ever encounter on earth is the person seated next to us. As image bearers of God, there are no 'ordinary' people. Everyone is a person of indescribable worth, regardless of financial situation. We are en route to becoming creatures of unimaginable beauty and splendour such that if we saw one another now as we one day will be, we would fall on our knees in reverent awe, as Lewis noted. Or we take an opposite journey, becoming hideous creatures such as we encounter only in our worst nightmares. How we treat one another contributes towards what we are becoming. Therefore, in our marketing, what are we becoming, and what are we helping others to become?

WV-001523

ER0982

CONFIDENTIAL

| Chapter 1   MARKETERS AS WITNESSES |
|---|

## 2. Marketing for God's resources

All money belongs to God, for the 'earth is the Lord's and all that is in it' (Ps. 24.1). We are not owners but stewards of someone else's possessions. This conviction forms the foundation of biblical economics. 'The earth with all that is in it' belongs 'to the Lord your God' (Deut. 10:14). Through several parables, about the tax collectors or the tenants in the master's vineyard, Jesus drives home the point that our resources are not our own. As Paul reminds us in 1 Corinthians 4:7: 'What do you have that you did not receive?' Is not everything we have a gift from God?



*The earth is the Lord's and all that is in it…
belong[s] to the Lord your God*

Psalms 24.1, Deuteronomy 10:14

Therefore, in humanitarian marketing we are not asking people to give away some of 'their' resources. We are giving people an opportunity to partner with us in stewarding God's resources according to God's will and ways. It is not only that we need donors; in a very real sense, donors need us.

## 3. Marketing in the name of God

In World Vision, we have the boldness to call ourselves Christian. Therefore, our marketing is a form of Christian witness – either positively or negatively. We bring either credit or discredit to the gospel of Jesus Christ. The software industry speaks of its marketers as 'software evangelists.' As a Christian relief, development and advocacy organisation, it could be said that we are 'poverty evangelists,' or, perhaps more appropriately, 'evangelists of hope.' We proclaim good news about solutions to poverty and not primarily the heart-wrenching news of unsolvable problems and insatiable needs.

WV-001524

ER0983

CONFIDENTIAL

**Chapter 1   MARKETERS AS WITNESSES**

### 4. Marketing the tears of God

When we focus on those who are poor and oppressed, we touch the tender spot of God. God shares in people's suffering and tears. We speak often of staff capacity building, but we seldom discuss one vital aspect: If we lose our capacity to weep over suffering, injustice and the impact of evil on people's lives—especially on children—we risk becoming mere 'professionals' who have strayed from the heart of God.

A group of landless peasants in Nicaragua, approximately 100 parents and children from an area where World Vision wasn't yet working, walked 10 kilometres to meet with my wife and me in a grimy school-room. Standing against the walls, few looked us in the eye. The fortunate few who had work were lucky if they earned three or four dollars a week as day labourers on others' farms. As they despondently described their plight, a community-development facilitator who had worked to mobilise the group stood in the back, silently weeping. Later she said, 'I just wish there were more we could do.'

May God continually nourish our capacity for tears! Poverty and op-pression are more than social and economic tragedies. They are outrages, grieving the heart of God. If we lose our spiritual passion and grief over human misery, we are on dangerous ground.

We are surrounded on all sides with the sacred. This sacred nature of marketing has a profound impact on who we are as marketers and on how we do our work.

### 5. Marketers as secular 'priests'

Theology is the study of God and therefore the study of what we regard as our greatest good and deepest value. Business persons provide society with the goods and services that the society values. Thus, in a particular sense, business persons are a society's primary theologians.

WV-001525

ER0984

CONFIDENTIAL

### Chapter 1   MARKETERS AS WITNESSES

Marketers communicate what a society values and that for which it longs. They create the means for people to gain access to what will purportedly satisfy those longings. Marketing builds on—and at times provokes—desires, and then it promotes products to satisfy those desires. A religious priest stands in a similar role. As a priest stands between people and God, helping them to connect, we might somewhat whimsically suggest that marketers are a society's secular priests, standing as the link between people and what they value (or are persuaded they should value).

If the heart of marketing is provoking and responding to deep human need, then as followers of Christ we believe God belongs at the heart of marketing. God's will and ways offer the ultimate response to our need.

However, also to be found at the heart of marketing is the adversary of God, who works to turn people in on themselves, relying only upon themselves and their finances or power. People become prisoners of their own poverty or plenty, loneliness and selfishness. This is yet another reason why marketing is a very spiritual journey; that is, in marketing we engage with powers and principalities—the power of resources and the resource of power.

Therefore, prayer is central to marketing. Forces of evil seek to defile our credibility and distort our approach to money. We pray not only to seek God's blessing on our marketing campaigns, but also that we will use our influence wisely. We pray not only for success, but also that we will embody in our approach to marketing the will and the ways of God. We pray not only for creativity, but also that we will not be distracted and diverted. We pray for wisdom, not only to secure appropriate resources, but also to ensure we are appropriately responsible in how we seek them.

As 'priests,' it is imperative that marketers know clearly and embrace fully those whom they represent—both people and their deep needs, and the resources that will satisfy them. Religious priests must know the people they bring before God, and the God who longs to meet with people. Similarly, marketers must be experts both in our mission and in our constituencies.

**10**

ER0985

CONFIDENTIAL

**Chapter 1   MARKETERS AS WITNESSES**

Since priests represent people's deep longings and their 'god's' deep truths, character and conduct are integral to their witness. People come to look like the 'god' whom they worship. By looking at worshippers, and especially their 'priests,' we can gain insight into the nature of their 'god.' When people look at fund-raisers in a Christian organisation, they gain impressions of both the organisation and the God it represents.

## 6. Marketing requires continual conversion

For all these reasons special emphasis must be placed on the spirituality of our marketers and of their marketing programmes. We design ad campaigns, print our letters, create web campaigns, and approve articles for publication—but to suggest that we are committed to promoting human transformation requires that we be committed to our own transformation as well.

We must allow God's Spirit to convert us from fixing our minds on ourselves; on our own resources; on how society measures worth, significance and success; and instead to grow towards fixing our minds on the will and ways of God. We need a conversion—a radical change in our view of the world and approach to life—so that we can live the 'good, perfect and acceptable' will of God (Rom. 12:2).

If the suggestion made earlier is true, that World Vision's mission 'to promote human transformation, seek justice and bear witness to the kingdom' applies equally to donors as well as to those who are poor, then transformation of those from whom we are raising funds is one of the purposes of marketing. We are seeking to raise more than money and prayer. We are interested in how people vote, invest, consume and steward the environment, because all these activities have direct impact on those who are poor.

WV-001527

ER0986

CONFIDENTIAL

| | Chapter 1   MARKETERS AS WITNESSES |
|---|---|

## 7. Marketers as prophets

All marketing focuses in one way or another on making people aware of needs and how to have them satisfied. Marketing messages proclaim, 'This product or that service will satisfy.' Our marketing of responses to poverty and oppression, our promotion of justice and transformation, our witness to the kingdom of God actually 'market' ways to satisfy people's deepest needs and longings. It is natural that some will disagree with our 'remedy' or be threatened by our descriptions of problems, needs and their causes. People will be unsettled, upset and challenged. We must not pander to or totally shape our message around people's current values. Instead, we must provoke a desire for something better.

In cases of severe malnutrition, the aid worker seeks to provoke hunger in the starving child. Mercifully, after weeks without food, a child's digestive system shuts down, gastric juices cease to flow and hunger pangs disappear. Aid workers dip their fingers in sugar water and gently place them in the child's mouth, rubbing the child's chapped lips. If a child starts crying, the aid worker knows he or she has probably won the battle against death, for crying means the appetite has been reawakened.

In our marketing, we must awaken people's deeper hungers. They may not even know they are starving. As hunger is awakened, people may cry out in pain or even anger. As we market responses to poverty, we address not only the need for survival of those who are poor, but also the need of those who are rich for greater meaning and significance than can be found in material things.

We are convinced that all people long for identity, community and significance. No one wants to be unknown, alone and worthless. Often unrecognised and unspoken, a longing exists amongst all people, rich and poor, to see sorrow consoled, suffering end, and injustice overcome. The deepest longings of the human heart are summed up in our daily prayer for the coming of God's kingdom: 'Your kingdom come. Your will be done, on earth as it is in heaven' (Matt. 6:10).

WV-001528

ER0987

CONFIDENTIAL

Chapter 1   **MARKETERS AS WITNESSES**

Within every culture is some recognition that there is more to life than producing, buying and selling things. Humans are created to contribute, to be significant. We are designed for community. We long to make a positive difference in the world.

However, current ways in which many people are living may thwart living life as God intends. These patterns must be challenged. Enter the prophet. The prophetic ministry of fund-raising extends far beyond how we deal with our profits – how much money we give away. God is also concerned with how we earn and spend money. Thus the ministry of marketing may extend to and even challenge our vision of the world and our purpose in it.

If marketers are secular 'priests' in our societies, standing between people and that which they regard as needed and valued, then which 'god' do we serve? We are either priests of Mammon or a priesthood of believers in the Messiah. There is no third alternative.

13

WV-001529

ER0988

CONFIDENTIAL

CHAPTER 2

# Marketing Vision

*I do not mean that there should be relief for others and pressure on you, but it is a question of a fair balance between your present abundance and their need, so that their abundance may be for your need, in order that there may be a fair balance. As it is written, 'The one who had much did not have too much, and the one who had little did not have too little.'*

*Through the testing of this ministry you glorify God by your obedience to the confession of the gospel of Christ and by the generosity of your sharing with them and with all others.*

2 Corinthians 8:13–15; 9:13

14

ER0989

CONFIDENTIAL

| Chapter 2 MARKETING VISION |
| --- |

## I. Poverty and affluence can destroy vision

A tragedy experienced by both those who are affluent and those who are poor is the death of vision. It takes at least a year to organise a new area development programme (ADP). The most difficult task isn't preparing to dig wells, eradicate disease or build schools. It is overcoming the loss of vision that accompanies poverty. Culture, context and centuries of tradition—as well as people who profit from poverty—conspire to convince those who are poor that they are worthless, helpless and have no reason to hope. Poverty has its roots in our heads as well as our finances. Community-development staff must restore vision before change can occur. Financial-development staff must do the same.



*We have more than a good purpose for our marketing – we are marketing a good purpose. Our work is to help restore people's vision of the good purposes of God.*

### 1. We provide a world vision

World Vision is aptly named. Our work is to help people clarify a vision of the world and God's purposes for our lives. We give vision—the ability to see each other and God's love for all—to both the rich and the poor. Affluence can blind us to the dignity of the poor. Poverty can convince us that no one sees us and that we have no worth and no future.

We respond to individuals' deep needs by calling people to the deep and grand purposes and resources of God. We present people with the mission and vision to which God has called humankind. We invite them to join with us in pursuit of the justice and goodness of God's kingdom.

Therefore, our marketing is more vision casting than resource raising. Marketing opens lives to vision and not just need, to hope and not despair, and to confidence rather than scepticism.

WV-001531

ER0990

CONFIDENTIAL

**Chapter 2   MARKETING VISION**

> **Both poverty and affluence can destroy vision**

> Affluence can blind us from seeing the poor or their dignity

> Poverty can blind us from seeing our own worth

### 2. Restoring vision requires communicating mission

It is imperative that we clearly communicate our identity and our purposes. We do not want donors to be surprised later about aspects of our work. We want them to know all that is necessary for them to understand who we are, why we exist, and where we are going. Most of our funding sources do not give to World Vision because they share our Christian faith, but because they believe we are trusted partners in addressing poverty and suffering. This number is likely to increase in coming years. Just as we serve everyone in a community without regard to faith, so we receive contributions from all sources without discriminating according to faith. That is good. However, in our religiously divided world, our identity and commitments as a Christian organisation will increasingly become a 'marketing problem.' More and more donors will be concerned about any overt expression of faith in either our messaging or our ministries.

Marketers have the complex task of communicating our Christian identity and commitments to donors who may not share either. It is imperative that we communicate work with theological and spiritual sensitivity and wisdom. Donors do not necessarily need to embrace all aspects of our mission, but they do need to know of our commitment to integrate spiritual and social transformation in contextually appropriate ways. Of course we do not proselytise. And we serve all people without discrimination based on religion. But we also believe that spirituality, values and worldview are integral to development.

WV-001532

ER0991

CONFIDENTIAL

| Chapter 2   MARKETING VISION |
| --- |

Donors then decide whether or not they share our vision enough to part-ner with us. The decision by potential donors not to fund us can actually be a form of successful marketing, for it means we have communicated who we are and enabled people to make an informed decision about sup-porting our work.

### 3. Witnessing in 'restricted' markets

Our witness through marketing amongst governments, corporations and people regardless of faith takes the same form as our witness through relief and development in restricted contexts. This is why our Policy on Witness to Jesus Christ mandates that all Partnership entities have contextually appropriate Christian witness strategies for all programmes. Every office's marketing plan is expected to include a Christian commit-ments strategy. By being straightforward about our Christian identity and being highly competent in what we do, we enhance the credibility of the gospel in people's eyes.

> **How do we market amongst those who don't share our vision? The same policies for witness in restircted contexts apply to fund-raising in 'restricted markets.'**

| **Be clear:** Name our Christian identity and commitments | **Be wise:** Witness to the fullest extent possible in that context |
| --- | --- |

We market without arrogance or awkwardness about the centrality of our Christian faith in all that we do. We market with simple, pure confi-dence. We announce in our messaging, 'This is good, and we invite you to join with us.'

WV-001533

ER0992

CONFIDENTIAL

**Chapter 2   MARKETING VISION**

## II. Poverty and affluence breed lies

If the purpose of marketing is to improve vision, a vital element is dismantling lies and pointing towards the truth of God's will and ways. Lies distort vision. Merely helping people see needs and opportunities will not generate a sustained response. Rather, several deep misunderstandings must be overcome. Four lies defile the lives of rich and poor alike – and shape the process of marketing in replacing these lies with truth.

### 1. Overcoming the lie of ownership

None of us owns our resources. Whether we acknowledge it or not, our resources belong to God. We are stewards of someone else's things. Our possessions are not private, personal and for our own disposition. Everything we have belongs to God—who has entrusted them to us as guardians and caretakers.

Both rich and poor can be deceived into believing we own our possessions. All of us face an urgent need to give a portion of our possessions away in order to be liberated from being possessed by them. Unless we live in the freedom of knowing that God owns our resources, our things will own us. All people need to give in order to be freed from idolatry. If we do not live with this clear awareness that God possesses our possessions, our possessions will possess us.

God called the people of Israel to tithe their income in order to be protected from trusting their possessions as the source of their worth and security. God's strongest judgements against Israel focused on condemnation of its failure to give to the poor and oppressed.

> *One reason for giving is to protect ourselves from idolatry.*

WV-001534

ER0993

CONFIDENTIAL

| | |
|---|---|
| **Chapter 2   MARKETING VISION** | |

We work to help liberate people from trust in their money and material possessions. We must dethrone money, or it will enslave us. American evangelist Dwight Moody was preaching about the importance of tithing. After the service a man said that unfortunately he couldn't afford to tithe. 'Why?' asked Dr. Moody. The man replied that tithing was impossible because he made so much money he couldn't possibly give a tenth away. Dr. Moody responded: 'I'm sure God can help you with this difficult problem. I'll pray that God will reduce your income so that you can afford to tithe.'

## 2. Overcoming the lie of net worth

We must overcome the sinister lie that bank balances measure a person's net worth. Our things are not the source of our worth, identity or power. People without financial resources are not 'nothing,' with low net worth. People with large bank balances are not 'everything,' secure in their high net worth.

> *Our net worth isn't measured by investment portfolios but by our identity as children of God.*

Overcoming this lie is rarely quick or simple. Think of how long it may have taken in our own life to believe that our worth is not defined by our performance, accomplishments and acquisitions. The journey of God's grace from our head to our heart is a long and hazardous voyage that takes our entire life. How hard it is for us to believe, really believe, that we are unconditionally loved by God.

During a meeting with landless farmers in Nicaragua one man uttered one of the saddest statements a person can make: 'We are nothing. A farmer without land is nothing. When we are hired we work hard on other people's land, but they gain all the profit. We are willing to work hard, but without your help we will always be just nothing.'

**19**

WV-001535

ER0994

CONFIDENTIAL

**Chapter 2  MARKETING VISION**

We assert a contrary truth. We want people to discover the biblical truth that our worth is defined by our identity as beloved sons and daughters of God. All people are creatures of unimaginable worth, unique, unrepeatable miracles of God's creative goodness. However, there is a degree of sociological truth in the landless farmer's words. To be poor isn't simply to lack required resources for life. True poverty is to have no access to those resources. It is to feel like 'nothing' and to have no way forward. Our work is to create access, including new and restored relationships and opportunities. Without this, poverty drains all possibilities from people's lives.

### 3. Overcoming the lie of hopelessness

Both those with wealth and those in poverty are tempted to succumb under the weight of despair. Cynicism and scepticism press down hard. There is no way out, no hope, no options. Corruption, incompetence, trade barriers, the magnitude of need, environmental problems, systemic conflict and others' greed are ugly facts that lead to the conviction that there is nothing we can do.

Those in poverty are driven to desperation. People are tempted to believe that the only reason they are poor is because others are rich. Drunkenness tempts people as an escape. Violence and migration seem the only way to secure a future for their children. Impoverished people are willing to go thousands of dollars into debt to those who might smuggle them into the West, leaving their children behind as collateral on the loan. Parents are willing to sell a child into prostitution. Acts of sheer desperation!

Those in affluence are driven to isolation. People are tempted to believe that the only reason others are poor is because they are lazy or corrupt. Walls, security systems, higher barriers and stronger defences seem the only way to counter threats on their affluence and to secure a future for their children. Occasional acts of charity soften the harshness of life.

WV-001536

ER0995

CONFIDENTIAL

**Chapter 2   MARKETING VISION**

As 'evangelists of hope' we market in order to build people's confidence in the goodness of the coming future. We market solutions and not just temporary palliatives, light and not darkness – given people an opportunity to experience in the present a taste of the coming kingdom.

## 4. Overcoming the lie of mere benevolence

We are tempted to believe that giving is an optional addition to our lives. Charity often occurs as a 'surprise' gift. It is an exceptional, superabundant, voluntary act of benevolence, giving from excess or abundance. However, we know that deep damage can be done to the character of both donor and recipient when some are reduced to beggars seeking spare coins and others are reduced to mere benefactors bestowing spare coins.

> **Charity** is 'grace-in-action'
>
> **Philanthropy** is 'love for my brothers and sisters'

God's example and God's word declare that sharing our resources is a mandatory act of obedience and a worshipful act of love. The word *charity* literally means 'grace in action' and *philanthropy* means 'active love for humankind.' Grace in action, active love for others! When we do fund-raising, we are mobilising grace and love, not simply financial resources. Those with resources have as much need to give them as those who are desperately poor need to receive them. Similarly, those without financial resources have rich gifts to give.

As Paul says in 2 Corinthians 9:7, 'Each of you must give'—not just those with wealth but everyone. And each gives 'not reluctantly or under compulsion,' but 'because of the surpassing grace of God' (v. 14).

Our faith is tested by whether or not we are generous. God is glorified by our giving (2 Cor. 9:13). Both those with resources and those without have a need to give and to receive—not just for the sake of the poor, but also for the sake of their own souls.

Our future isn't secured by the quantity of our things. Money is a good means to other ends but a deadly end in itself. The gospel of the Messiah gives us confidence that we can do something about poverty. We market hope—successes, solutions, alternatives and options.

WV-001537

ER0996

CONFIDENTIAL

Chapter 2   MARKETING VISION

### III. Nourishing justice

In marketing we contribute towards life becoming as God intended it to be. We contribute to people – and especially children – experiencing life in all its fullness. If restoring vision and dismantling lies are two dimensions of the purpose and process of marketing, nourishing justice is a third.



Several particular opportunities for nourishing justice exist in our marketing as a Christian relief, development and advocacy organisation.

#### 1. Contributing to a fair balance

Life's financial balances are not fair. The most decisive event of our life is one over which none of us has any control—where, when and to whom we are born.

 *Where a child lives shouldn't determine whether a child lives.* 

One of the most heart-wrenching encounters I have had occurred in a conversation with a grandmother in an ADP. As we walked to her house, we saw a beautiful young girl swoop up a piglet in her arms and scamper ahead. The grandmother stood in front of her ramshackle house, pointed to her two daughters' houses nearby, and said, 'After my second daughter was born, my husband left me, saying "I don't want to waste my life raising daughters."' The husband of each of my daughters, after her second daughter was born, also left, repeating the pattern. As she spoke,

22

WV-001538

ER0997

CONFIDENTIAL

| Chapter 2 MARKETING VISION |
| --- |

I noticed the nose of the child we'd seen earlier poking out between the wooden boards of the kitchen. During our entire conversation she had been observing us. Catching my gaze, the woman pointed to her and said, 'My granddaughter is 14, and after she gave birth to a girl, her boyfriend abandoned her.' The cycle continues.

My wife and I have the precious gift and privilege of three daughters. The joy of our life has been growing and learning from them. They did not choose to be born into our home any more than that grandmother's girls chose to be born in theirs. Yet the place of our birth makes such a difference. We are born into situations with unfairly balanced scales.

The result of our giving isn't simply alleviating suffering and poverty but shifting resources so that balances become fairer. In other words, the result of giving is movement towards equity—justice. Marketing is a form of advocacy. We are speaking on behalf of both those with resources and those without—inviting both to experience God's will for restored relationships and restored balances of fairness.

> *We are not peddlers of God's word like so many; but in Christ we speak as persons of sincerity, as persons sent from God and standing in his presence.*
>
> 2 Corinthians 2:17

Marketing isn't peddling problems and soliciting funds but rather the stewardship of influence. The deepest impact of our marketing is not short-term maximisation of return on investment but long-term movement towards a fair balance. Those who are desperately poor will take whatever charity they can get, but their longing is for justice and dignity. Marketers fulfil the mandate of Matthew 6:33 'to strive first for the kingdom of God and his righteousness' by not simply pursuing quick charity but rather deep change.

23

WV-001539

ER0998

CONFIDENTIAL

Chapter 2   MARKETING VISION

We are agents of deep change, not only in majority-world countries, not only in our field programmes, but also in our support offices and amongst the minority who have financial resources. We are sent from God to donors and to those in poverty alike; we are not just sent by donors to those who are poor. We do not stand accountable only before donors—but also, and primarily, before God. Our ultimate accountability therefore is not to donors, or to the poor, but to God. This accountability motivates our more visible accountability both to donors and to the poor with whom we partner.

We are not simply in the business of 'resource extraction' from the rich in order to give to the poor. Our call is to steward influence that enhances the credibility of the gospel and moves our world towards God's fair balance.

## 2. Stopping destructive exports

Most people in the world live with an integrated worldview in which they recognise that all of life is influenced by the divine. The Western world has tried for the past several centuries to separate the sacred from the secular. The positive impact of this is that people have been freed to use nature to enhance their lives rather than simply submitting to it as sacred. The negative effect is that God's sovereignty over all aspects of life has been ignored.

As a result, societies have become increasingly individualised and materialistic. Rather than seeing ourselves as interwoven in the fabric of creation, we attempt to live as autonomous individuals free to define and assert our interests as we see fit. Rather than recognising the sacred presence of God surrounding us, we place our trust only in material 'stuff' we can see and handle.

This worldview pervades the church and has become one of the West's most insidious exports. We in World Vision refuse to contribute to this export. We are committed to funding national field offices' programmes that seamlessly integrate spiritual and social transformation. We work with governments and private donors to help them see why this is integral to our understanding of sustainable development.

24

ER0999

CONFIDENTIAL

**Chapter 2   MARKETING VISION**

Our marketing helps people recognise the intimate connection between the spiritual and the material. We work to reshape and reintegrate people's worldview to recognise that spiritual and economic poverty are interwoven and that individual and corporate well-being are inseparable.

### 3. Preventing 'heart attacks'

Since our heart is found wherever our treasure is located (Matt. 6:21), our heart is chronically at risk of attack if our treasure is money, material goods, or our own might. When we help people to invest their hearts in the extraordinary goodness of God's will and ways, we are protecting them from spiritual 'heart attack.'

God knows our need for security—that is why God calls us to place our trust in God and not things. God knows our need for a sense of worth—that is why God invites us to discover our identity as beloved sons and daughters of God.

 *Since our hearts are knit to whatever we treasure, we are at constant risk of 'heart attack' if we treasure anything other than God's kingdom.* 

We are increasingly finding that donors do not want to give merely their money and their prayer—they want to give their lives and time. They want to respond personally to the sufferings of those who are poor and oppressed. They want to dig wells, help build schools, lead seminars for teachers, consult with pastors and coach micro-entrepreneurs. It may be that for some people, in some places this is right, good and transformational in both the lives of the donors and those whom they serve. Having said that, we recognise hazards associated with this kind of service—risks of paternalism, manipulation and exploitation as well as more complex risks of cultural insensitivity, heightening impressions of World Vision as a 'Western' organisation, and distracting staff time from the work at hand.

WV-001541

ER1000

CONFIDENTIAL

| Chapter 2   MARKETING VISION |
| --- |

However, there is another risk. We risk distracting donors from a deeper and more complex ministry of transformation to which they might be called. They can apply their skills by digging ditches, praying with children orphaned by AIDS, playing football with schoolchildren, and helping women set up small businesses. All of that is good. But their skills and energy might have an even deeper impact if they address more complex issues that contribute to poverty and injustice: structural trade regulations, global business practices, inadequate educational and health systems, and even their own vocation, personal consumption and lifestyle. Maybe donor transformation is expressed most profoundly not simply by amounts of money given, or by short-term volunteer activities, but by the ways we spend our money, consume resources, invest our talents professionally and vote. Maybe transformation is indicated by the kinds of cars we drive and the homes we live in.

Scott Rodin offers a challenging insight:

> It should not be a surprise to conclude that the spiritual growth of our donors should be the primary concern of every Christian fundraiser! It is in this context that we should be planning our annual program of visitations, letters, phone calls, mailings, publications and solicitations.…It is only in this understanding of the relationship between spiritual growth and faithful stewardship that we can fully embrace Christian fundraising as a ministry.…We minister when we design programs that challenge our donors to more radical discipleship.…How we do that, what it means for every area of our development programs must become the topic of highest priority for Christian fundraising.[1]

We celebrate deep change in our relief and development programmes. May we invest the same dedication, creativity and passion as we seek transformation amongst the people from whom we raise funds.

---

1   *Stewards in the Kingdom* (Downers Grove, IL: InterVarsity Press, 2000), 212.

WV-001542

ER1001

CONFIDENTIAL

CHAPTER 3

# Measuring Success

*When we cry, 'Abba! Father!' it is that very Spirit bearing witness with our spirit that we are children of God, and if children, then heirs, heirs of God and joint heirs with Christ.*

Romans 8:15–17

## How do we measure marketing success?

Of course, marketing is measured by income generated, donations received, and donor retention. Contributions are as essential for us as profits are for corporations. However, for us, income growth is too small a target, inadequate as a scorecard for our marketing.

What is on our scorecard? Twenty per cent income growth? Four-year average donor lifespan? Financial targets? What happens when income grows 12 per cent and we targeted 15 per cent? Have we failed? And what happens when potential donors choose not to give because they do not want to be associated with our Christian identity and purpose? Are there ways to measure increased influence other than through increased name recognition? What should be included in marketing strategies pertaining to stewardship of our Christian identity and commitments?

27

ER1002

CONFIDENTIAL

**Chapter 3  MEASURING SUCCESS**



*Growth in donations for non-profit organisations is like growth in profit for businesses: essential means to other ends, but an insufficient end in itself!*

We know that receiving donations is no more our reason for existence than making a profit is the sole purpose of a secular business. Profit and not-for-profit organisations exist to serve communities' and people's needs. Financial profit and charitable contributions are essential means to other ends, but are insufficient ends in and of themselves.

We are not satisfied with simply putting income growth on donor-engagement scorecards. If we stop there, then we sell short our donors, those who are poor, and the mission to which God has called us.

## What's on our donor-engagement scorecard?

☐ **Growth in Revenue/ROI/Ratios/Sponsorships/GIK/Yield:**

Stop here and we sell short ourselves, our donors, our mission and the poor

Support offices fulfil the same mission statement as national field offices

☐ **Promote human transformation:** Doesn't the flourishing of those in poverty partially depend on the transformation of those in affluence?

☐ **Seek justice:** Aren't there some causes of poverty that only those in contexts of affluence can address?

☐ **Bear witness to the kingdom:** Isn't God's reign of justice, peace, love and joy in the Holy Spirit needed as much among support offices as national offices, as much among the rich as the poor?

28

ER1003

CONFIDENTIAL

**Chapter 3  MEASURING SUCCESS**

## 1. Quality of community

On our scorecard we need to note the quality of our relationships. We are not simply seeking contributions; we are creating connections among donors, us, those who are poor and God.

These relationships are multi-dimensional: with ourselves, with God, with others and with all of creation. Romans 8:14–17 describes the breadth of God's transformational love in our lives:



Deliverance from oppression and fear

New identity and worth

Heavenly Father & new Family

Shared ownership of the earth

**Romans 8:14–17:** 'For you did not receive a spirit of **slavery** to fall back into fear, but you have received a spirit of **adoption.** When we cry, 'Abba! Father!' it is that very Spirit bearing witness with our spirit that we are **children of God,** and if children, then heirs, heirs of God and **co-heirs** with Christ.'

Rich and poor, donor and recipient, fund-raiser and responder—all are joint heirs. It is not only the rich who have something to contribute, and not only their children who look forward to an inheritance. The poor also have gifts to share and their children an inheritance to receive. Our work in marketing is to make sure that all people receive their rightful inheritance as joint heirs in Christ's kingdom—no one too much, and no one too little!

If I misspend the resources entrusted to me, I am squandering (or more literally, stealing) someone else's inheritance. In normal circumstances that would be regarded as criminal. In marketing we help all people receive the inheritance they deserve: joy, fruitfulness, community and the qualities of life in God's kingdom.

WV-001545

ER1004

CONFIDENTIAL

**Chapter 3   MEASURING SUCCESS**

Henri Nouwen comments:

> When it comes to a clear understanding that we are all brothers and sisters in the house of God—whatever our race, religion, or national-ity—we realize that in God there is no distinction between haves and have-nots. We all have gifts to offer and a need to receive. I am increasingly convinced that one of the greatest missionary tasks is to receive the fruits of the lives of the poor, the oppressed and the suf-fering as gifts offered for the salvation of the rich.…We who live in the illusion of control and self-sufficiency must learn true joy, peace, forgiveness and love from our poor brothers and sisters.[1]

In this regard, it might be wise to change some of our fund-raising lan-guage. Are we building community, deepening dignity and honouring people when we speak of 'cultivating' donors and launching marketing 'campaigns?'

We are called and entrusted to market in ways that build the dignity and worth, confidence and character of those who give financial resources and those who both receive some resources and give others (includ-ing perspective and, often, wisdom). We do not want to receive or give money in ways that damage any of the people with whom we partner. A crucial test in our marketing is whether those about whom we are speak-ing, writing or portraying by photo would feel valued, honoured and grateful for how we have presented them? If people in their own context read a description or appeal, would they say, 'Yes, that's us! Thank you for telling our story,' or would they feel misrepresented, demeaned or in any way exploited?

According to one anecdote, a returning missionary was speaking in his home church, regaling the congregation with stories of the 'backward' life of the people amongst whom he worked and how desperately they needed him (and thus, by implication, how important it was for the congregation to keep giving him money). At the end of his presentation many in the congregation were moved to tears. The pastor asked the

---

1  Henri J. M. Nouwen, *In the House of the Lord: The Journey from Fear to Love* (London: Darton, Longman and Todd, 1986), 48.

30

ER1005

CONFIDENTIAL

**Chapter 3   MEASURING SUCCESS**

missionary to lead them in prayer, in the native language of the people amongst whom he worked. At the conclusion of a very brief prayer by the missionary, a visitor immediately stood up at the back and spoke out, obviously continuing the prayer where the missionary had stopped, saying, '…six, seven, eight, nine, ten. Amen!'

In our marketing we must know and honour those whom we represent. By this, we create common ground that is not defined by affluence or poverty, benevolence or dependency, but by the love of God and the dignity of humankind.

## 2. Gifts donors receive

We are all needy, and we all have gifts to give. Marketing can provide a vital way to create community—an opportunity to build care, kindness and friendship. We are called to create a community defined by the resource of love rather than love of resources. Those with financial resources are in as much need of receiving love as those without. Sometimes their sense of loneliness, of being cut off from human kindness, is deeper than that of those living in poverty.



*In our marketing are we guarding the dignity of those who are rich and those who are poor, and giving to all opportunities to share their gifts and receive their rightful inheritance?*

Again from Henri Nouwen:

> The roots of loneliness are very deep and cannot be touched by optimistic advertisements, substitute love images or social togetherness. They find their food in the suspicion that there is no one who cares and offers love without conditions, and no place where we can be vulnerable without being used.[2]

---

2  Henri J. M. Nouwen, *Reaching Out* (Garden City, NY: Doubleday, 1975), 16.

WV-001547

**ER1006**

CONFIDENTIAL

**Chapter 3   MEASURING SUCCESS**

A remarkable report appeared in the October 2007 issue of *The Week,* a secular newsmagazine compiling stories from around the world. A door-to-door vacuum cleaner salesman knocked on the door of a house in a rural part of the United States. The occupant welcomed him in, but after hearing the sales pitch said it was out of the question for him to buy a vacuum cleaner. He was suffering kidney failure, had awaited a transplant for three years, was on the brink of death and buried under unpaid medical bills. The salesman wished him well and left the house. But he stopped outside and said by his own account, 'I prayed and felt convicted by God to do something. I went back into the house and told the man I would be honoured if he would let me give him one of my kidneys.' Now, months later, the man who had suffered kidney failure is in fine health and says: 'This is an unimaginable miracle. That man was a gift from God.'

Not that this should become the norm for our marketers! But I wonder, was this a marketing cost or ministry expense? It certainly is donor transformation, taken to the extreme. What about our marketers who visit a funding partner in the hospital? What about national office staff members who care deeply for donors on a vision trip, praying for them and encouraging them in their faith? Ministry or marketing?

World Vision US phone operators keep a stack of notecards on their desks. They are encouraged to pray over the phone with donors if the person to whom they are speaking indicates a desire. After the call, they invest a few moments writing a note of encouragement to the person with whom they have just spoken. Good marketing? Of course. But more importantly, it is good community.

We are on dangerous ground when we speak of donors primarily in terms of cash value, contributing lifespan and retention as an income source. We do not 'cultivate donors' as we would fertilise a garden. We are creating connections, building community, caring for people and assisting in their stewardship—linking them to the grand purposes of God.

WV-001548

ER1007

CONFIDENTIAL

Chapter 3  MEASURING SUCCESS

### 3. Generating gratitude

Marketing as ministry leads to gratitude. A donor is grateful for the privilege of being involved in our shared mission. Recipients are grateful for access to life they wouldn't have had otherwise. Both are grateful for relationships created and kindnesses shown. If we succeed in expressing our Christian identity and commitments, then eventually both donor and recipient will be grateful to God. All of us are set free together from the curses of despair, suspicion and cynicism.

Together we grow in trust in God's sufficiency. We find our identity and worth as children of God and stewards of the resources with which God has entrusted us.

Two insidious forms of poverty are overcome: the poverty of being without resources and the poverty of being without relation.

Those rich in community but starving for commodities are connected with those rich in commodities but starving for community.

Those who are poor in means and those who are poor in meaning all receive what they need to flourish.



Together we discover our commonalities are greater than our differences, and our dependency is more joyous than our autonomy.

**Together we grow in reliance on God**

We discover that we have far more in common with those whose lives and cultures are radically different than our own than whatever differences may divide us.

33

ER1008

CONFIDENTIAL

**Chapter 3   MEASURING SUCCESS**

Years ago we took some friends who are also major donors on a vision trip to Tanzania. We had the privilege of spending several days with the Hadza, a hunter-gatherer group that is virtually without possessions. Semi-nomadic, all they own are their sticks for digging roots, bows and arrows, and knives. No cooking pots, no art, no furnishings, and until a few years before we visited them, no clothing. The lifestyle of the Hadza couldn't be more different than our own. The couple with whom we travelled possessed, by comparison with Hadza possession, unimaginable resources. But sitting around the campfire at night, telling stories, we were just a bunch of parents with dreams for our children. Utterly different in lifestyle, we were utterly similar in longings.

When we asked the Hadza elders if they dreamed for anything that they currently lacked, their reply was simple. 'First, our children need to learn Swahili so they won't be exploited by other tribes. Second, we've lost control over our land and the wildlife is being driven away. Third, the jungle is dominated by evil spirits that threaten our life.'

When we were packing our vehicles to leave, shoving in tents, cots, sleeping bags, portable showers, cook pots and duffle bags, the Hadza stood around in stunned amusement. Finally an elder said to us in complete sincerity, 'Why do you need all this stuff?' Good question! I'm deeply grateful for this contribution of the Hadza to my life!

## And the point of all this?

We keep ourselves resolutely focused on our mission lest we be distracted by great opportunities to raise funds. Our vision is one in which every child experiences life in all its fullness and every person is determined to make sure this happens.

Years ago Abuna Manuel, a Roman Catholic priest in Gaza, sent World Vision a request, as part of project work in Gaza, for playground equipment. We were somewhat perplexed by the questionable priority of toys in a context where children desperately need food, water, fuel—not to mention security and justice. In a conversation with the priest, he made a remarkable comment: 'The children of Gaza have forgotten how to

WV-001550

ER1009

CONFIDENTIAL

| Chapter 3   MEASURING SUCCESS |
| --- |

play. Play is the gate to laughter. Laughter leads down the path to joy. Joy opens the door to hope. Without hope we have no life. Without life we resort to acts of desperation. We must help the children of Gaza to play again.'

## How do we measure success?

We measure success the same ways we measure a relief, development or advocacy programme.

## Are we living from our integrated focus?

### Integrated Focus...



'We are among the poor as an act of obedience and discipleship. We are not present among them to "demonstrate" how good we are; we are to live out our dependence on God and commitment to glorify Him among the poor.'

—Jayakumar Christian

**Christian:** We are Christian. Motivated by our faith in Jesus Christ. World Vision serves alongside the poor and oppressed as a demonstration of God's unconditional love for all people. World Vision serves all people regardless of religion, race, ethnicity or gender.

## Are we acting according to our principles?

Tackle the spiritual and social causes of poverty through the empowerment of people for engagement in relief, development and advocacy in ways that are driven by ministry priorities and the Spirit rather than money and ambition.

WV-001551

ER1010

CONFIDENTIAL

Chapter 3   MEASURING SUCCESS

**Specifically, as marketers, has our approach to fund-raising**

- helped alleviate suffering, addressed its causes, furthered justice, promoted human transformation and witnessed to God's kingdom?

- drawn people closer to God, to one another and to lifestyles and work that reflect the calling of the kingdom?

- nourished amongst all partners (donors and recipients) confidence in God's good purposes and deep love, and God's ability to work through all partners to contribute to the flourishing of the world's children?

- enabled both donors and recipients to give and to receive?

The ultimate measure of the ministry of marketing is deep change in our lives—donors and recipients alike; deepened relationships creating a quality of community that transcends culture and context; and joyful hope as we live in anticipation of God's good future. God is good, and we can face the future with grateful confidence. We have the privilege of being used by God to provide the world today with clear evidence of the coming kingdom of God.

**Additional resources:**

John Frank, *The Ministry of Development* (Dallas: EDM Press, 1996).

Henri Nouwen, *The Spirituality of Fund-Raising* (New York: Henri Nouwen Society, 2004).

Scott Rodin, *Stewards in the Kingdom* (InterVarsity Press, 2000).

36

CONFIDENTIAL

# Questions for Reflection and Discussion

## Chapter 1

1. Donors as well as those who are poor are 'sacred' image bearers of God. How does this truth affect the way we relate to them?

2. How does the truth that marketing is a ministry and not just a means to raise funds for ministry affect our approach?

3. What are some issues and opportunities raised by the assertion that marketing has a prophetic role?

4. How does the truth that everything belongs to God shape our approach to marketing?

## Chapter 2

1. Are we helping people to embrace giving as an act of justice, not simply one of benevolence?

2. Are we investing in stewarding our influence within society or focusing only on immediate return on investment?

3. Are we helping people understand the role of spirituality in poverty, development and stewardship?

37

WV-001553

**ER1012**

CONFIDENTIAL

**QUESTIONS FOR REFLECTION AND DISCUSSION**

### Chapter 3

1. Have we placed on our scorecards the quality of our relationships with donors and recipients?

2. Are we carefully guarding the dignity of donors and recipients in all our marketing?

3. To whom do donors and recipients give thanks?

38

WV-001554

ER1013

CONFIDENTIAL

# About the Author

Tim Dearborn is director of Christian Commitments Programmes for World Vision International, serving as part of a team responsible for the way World Vision lives out its Christian identity and faith in all its programmes. He has also served as theologian-in-residence at the School of Business and Economics of Seattle Pacific University and as a faculty member of Regent College, Vancouver, Canada, where he focused on learning with Christians in business about God's purposes for business. In addition, he has been a faculty member of Fuller Theological Seminary, the University of Aberdeen (Scotland) and the Faculty of Evangelical Theology (Paris).

Send comments to tim_dearborn@wvi.org.

39

ER1014

CONFIDENTIAL

**World Vision International**
800 West Chestnut Avenue
Monrovia, CA 91016-3198
USA

**European Union Liaison Office**
Avenue Livingstone 33
1000 Brussels
Belgium

**International Liaison Office**
6 Ch. de la Tourelle
Case Postale 50
CH-1211 Geneva 19

**United Nations Liaison Office**
216 East 49th Street, 4th floor
New York, NY 10017
USA

(75 of 145), Page 75 of 145
Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 75 of 145
Case 2:21-cv-00920-JLR   Document 29-18   Filed 04/11/23   Page 44 of 51



# Why Focus on Donor & Partner Transformation?

## It is core to our Mission:

*World Vision is an international partnership of Christians whose mission is to follow our Lord and Saviour Jesus Christ in working with the poor and oppressed to promote human ==transformation==, seek justice and bear witness to the good news of the Kingdom of God.*



WV-002805

ER1016

(76 of 145), Page 76 of 145
Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 76 of 145
Case 2:21-cv-00920-JLR   Document 29-18   Filed 04/11/23   Page 45 of 51



# Why Focus on Donor & Partner Transformation?

## It's an objective in the WVUS Strategy:

*"We serve and partner with beneficiaries and supporters so that we all experience Jesus Christ's transforming love, grace, and power."*



WV-002806

ER1017

(77 of 145), Page 77 of 145
Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 77 of 145
Case 2:21-cv-00920-JLR Document 29-18 Filed 04/11/23 Page 46 of 51



# Why Focus on Donor & Partner Transformation?

## It's an objective in the WVUS Strategy:

*"We serve and partner with beneficiaries and supporters so that we all experience Jesus Christ's transforming love, grace, and power."*

## It's in our definition of success:

*"Inspire over 1 million individual donors to a transformative journey that also increases their understanding of God's love for the poor."*



WV-002807

ER1018



# Why Focus on Donor & Partner Transformation?

### It's an objective in the WVUS Strategy:

*"We serve and partner with beneficiaries and supporters so that we all experience Jesus Christ's transforming love, grace, and power."*

### It's in our definition of success:

*"Inspire over 1 million individual donors to a transformative journey that also increases their understanding of God's love for the poor."*

### We each have a role to play:

*Every employee has an active role to play in our donors & partners journey to increase their understanding of God's love for the poor and to be more like Christ.*



WV-002808

ER1019

Case 2:21-cv-00920-JLR   Document 29-18   Filed 04/11/23   Page 48 of 51



# Goal activities will differ by your role

Three Categories:

1. Donor/Partner Facing - Witnessing to Jesus Christ via direct contact with donors and partners



WV-002809

ER1020



# Goal activities will differ by your role

Three Categories:

1. Donor/Partner Facing - Witnessing to Jesus Christ via direct contact with donors and partners

2. Marketing/Program Support – Witnessing to Christ via marketing, program and messaging materials



WV-002810

ER1021

(81 of 145), Page 81 of 145
Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 81 of 145
Case 2:21-cv-00920-JLR   Document 29-18   Filed 04/11/23   Page 50 of 51



# Goal activities will differ by your role

Three Categories:

1.  Donor/Partner Facing - Witnessing to Jesus Christ via direct contact with donors and partners

2.  Marketing/Program Support – Witnessing to Christ via marketing, program and messaging materials

3.  Ops/Admin – Witnessing to Christ via contact with employees, vendors and volunteers

World Vision

WV-002811

ER1022

*For unto us a Child is born,*
*Unto us a Son is given;*
*And the government will be upon His shoulder.*
*And His name will be called*
*Wonderful, Counselor, Mighty God,*
*Everlasting Father, Prince of Peace.*

*Isaiah 9:6*

WV-002812

ER1023

EXHIBIT SO-19



CONFIDENTIAL

# WVUS
# CHRISTIAN
# WITNESS
# MESSAGING

Approved July 2021 by the WVUS president and CEO
CONFIDENTIAL: Document not for external distribution but to guide external conversations.

*Guiding framework*

WV-001124

Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 85 of 145
Case 2:21-cv-00920-JLR  Document 29-19  Filed 04/11/23  Page 3 of 19



**CONFIDENTIAL**
**World Vision**

## INTRODUCTION  ❯  How does World Vision witness to the gospel of Jesus Christ?

① **COMMUNICATION GOAL**

② OUR BASIS

③ THE CHALLENGE

④ OUR RESPONSE

⑤ OUR MESSAGE

Every current and potential donor and partner will clearly understand our mission to bear witness to Jesus Christ—through life, deed, word, and sign—in ways that encourage people to respond to the gospel of Jesus Christ.

      

LIFE          DEED          WORD          SIGN

*Witness to Jesus Christ by life, deed, word, and sign that encourages people to respond to the gospel.*

—From World Vision's mission statement

CONFIDENTIAL – SENSITIVE

WV-001125

**ER1026**

(86 of 145), Page 86 of 145
Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 86 of 145
Case 2:21-cv-00920-JLR   Document 29-19   Filed 04/11/23   Page 4 of 19



CONFIDENTIAL
World Vision

## INTRODUCTION ❯   How does World Vision witness to the gospel of Jesus Christ?



**①** COMMUNICATION GOAL

**WHY**    We bear witness to the gospel as an expression of our obedience to the biblical call to love God, love our neighbors, and make disciples (Matthew 22:37–40; 28:19–20). Showing people the love of Christ draws them to the cross of Christ.

**②** OUR BASIS

**WHAT**    We believe that the good news of Jesus Christ is His offer of fullness of life in the kingdom of God through His death and resurrection. This fullness of life is to be experienced both here on earth and in heaven (John 10:10). We believe that poverty is both physical and spiritual, and that it is rooted in broken relationships with God, self, others, and the rest of creation. Fullness of life is not possible when such broken relationships and marred identities exist. These broken relationships are often caused by mindsets such as arrogance, racism, sexism, and tribalism and/or hopelessness, fear, ignorance, and lack of self-respect. These attitudes can in turn lead to personal and institutional injustice, violence, marginalization, passivity, and abuse of power.

**③** THE CHALLENGE

**④** OUR RESPONSE

**HOW**    We witness to the good news of restoration in the kingdom of God through life, deed, word, and sign to all people—donors and the children and families we serve. We seek to see God restore broken relationships as we take up the ministry of reconciliation. We strive to create mutually transforming connections that meet physical and spiritual needs wherever they exist. We desire that all people respond to the good news and grow in their faith in Jesus Christ.

**⑤** OUR MESSAGE

CONFIDENTIAL – SENSITIVE

WVUS CHRISTIAN WITNESS MESSAGING FRAMEWORK | 3

WV-001126

ER1027

(87 of 145), Page 87 of 145
Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 87 of 145
Case 2:21-cv-00920-JLR Document 29-19 Filed 04/11/23 Page 5 of 19


CONFIDENTIAL
World Vision

## INTRODUCTION     How does World Vision witness to the gospel of Jesus Christ?

**1** COMMUNICATION GOAL

**2** OUR BASIS

**3** THE CHALLENGE

**4** OUR RESPONSE

**5** OUR MESSAGE

As we've experienced for ourselves, fullness of life is not possible where broken relationships and marred identities have led to physical and spiritual poverty. We were created to glorify God, reflect His image, love one another, and steward creation. But the devil and our own sinful nature have corrupted what God originally created as good (Romans 1:20–25).

> **We believe that the world's most vulnerable children—those living in extreme poverty or fragile contexts—disproportionately bear the brunt of evil and broken relationships.**

World Vision intentionally serves these highly vulnerable children, knowing that sustainable solutions to deep-rooted poverty require spiritual solutions and are only achievable when the child is the focus of development efforts and measurements of effectiveness. In many countries where World Vision serves, barriers such as marred identity, lack of opportunity, dependency, and fragility of governance limit people's ability to envision—and work toward—restored relationships and success in breaking the generational cycle of poverty.

CONFIDENTIAL – SENSITIVE

WV-001127

ER1028

Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 88 of 145
Case 2:21-cv-00920-JLR   Document 29-19   Filed 04/11/23   Page 6 of 19



CONFIDENTIAL

## INTRODUCTION



### How does World Vision witness to the gospel of Jesus Christ?

**1** COMMUNICATION GOAL

**2** OUR BASIS

**3** THE CHALLENGE

**4** **OUR RESPONSE**

**5** OUR MESSAGE

All people—regardless of the context in which they were born—deserve the chance to know the love of God, learn about Jesus' offer of salvation, and experience fullness of life in God's kingdom. This is why World Vision chooses to work not only in contexts where Christianity is welcomed (Christian-majority and Christian-minority contexts) but ALSO in contexts where it is not (Restricted contexts). Our approach to witnessing to the gospel through the incarnational witness of our staff varies in each context—from simply shining the light of Christ's presence in Restricted contexts to fostering Christian discipleship in a Christian-majority context (1 Corinthians 9:19–23). It is our prayer that all people would experience healing from broken relationships, restoration of their identity in Christ, and movement toward a personal and ever-growing relationship with Jesus.

**This witness is done through:**

 **LIFE**   *Demonstrating Christ's love and mercy with humility and grace*

 **DEED**   *Acts of service through our programs that focus on emergency response, education, food security, economic empowerment, advocacy, and more*

 **WORD**   *Our life testimonies, responding to questions, sharing the gospel and biblical truths where possible, and partnerships with churches*

 **SIGN**   *Praying for and expecting answers to prayer, and pointing to God's miraculous provision*

ER1029

Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 89 of 145
Case 2:21-cv-00920-JLR  Document 29-19  Filed 04/11/23  Page 7 of 19



CONFIDENTIAL
World Vision

## INTRODUCTION ⊙ How does World Vision witness to the gospel of Jesus Christ?



**1** COMMUNICATION GOAL

**2** OUR BASIS

**3** THE CHALLENGE

**4** OUR RESPONSE

**5** OUR MESSAGE

   

God is at work restoring broken relationships around the world. We are participants in and witnesses to this miraculous work. Jesus' promise of fullness of life is for everyone—donors, partners, staff, and the most vulnerable children and families, who are near to the heart of God. Join us in this transformational mission.

ER1030



# FRAMEWORK    How we witness in different contexts



**World Vision witnesses to the good news of Jesus Christ in different contexts that require different approaches.**

| MINISTRY CONTEXT | HOW WE WITNESS | OUR OBJECTIVE |
| --- | --- | --- |

 **Restricted**

These are places where overt witness to the good news of Christ is against the law or is politically sensitive. Very few Christian organizations operate in these contexts. Examples: Afghanistan, Syria, Iraq, Somalia (full list of countries available upon request).

 **Christian-majority and Christian-minority**

These are places where Christian witness is welcome, yet physical and spiritual poverty keep people from experiencing the fullness of life that Jesus offers. Examples: Guatemala, Kenya, Mexico, the Philippines, the United States, Zambia (full list of countries available upon request).

CONFIDENTIAL – SENSITIVE

WV-001130

ER1031



CONFIDENTIAL
World Vision

 FRAMEWORK  ❯  **How we witness in different contexts**



World Vision witnesses to the good news of Jesus Christ in different contexts that require different approaches.

| MINISTRY CONTEXT | HOW WE WITNESS | OUR OBJECTIVE |
| --- | --- | --- |

 **Restricted**

In Restricted contexts, we witness by our Christian identity and presence; through life, deed, and sign (words more rarely and when advisable); and through biblical, faith-based approaches that are sensitively adapted to the specific context.

 **Christian-majority and Christian-minority**

In these contexts, we bear witness to the good news of Jesus Christ through biblically based approaches, often in partnership with local church and ministry organizations.



World Vision has two categories of programs for children and youth:

 Christian discipleship

 Spiritual nurture

ER1032

(92 of 145), Page 92 of 145
Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 92 of 145
Case 2:21-cv-00920-JLR Document 29-19 Filed 04/11/23 Page 10 of 19

CONFIDENTIAL
World Vision


## FRAMEWORK ❯ How we witness in different contexts



World Vision witnesses to the good news of Jesus Christ in different contexts that require different approaches.

| MINISTRY CONTEXT | HOW WE WITNESS | OUR OBJECTIVE |
|---|---|---|



**Christian presence*** (*Restricted*)
Children develop curiosity about Jesus Christ as they see our witness through life, deed, and sign and experience our Christian presence. We pray that children would have opportunities to discover and experience God's love in Jesus.

**Spiritual nurture** (*Christian-minority*)
Children experience and learn about God's love and the restoration of broken relationships through Jesus Christ.

**Christian discipleship** (*Christian-majority*)
Broken relationships are restored and children grow in their knowledge and experience of God's love in Jesus Christ.

*Bearing witness through a life of Christian presence encompasses our work in every context. In most places (Christian-majority or Christian-minority), we also witness through deed, word, and sign.

CONFIDENTIAL – SENSITIVE

WV-001132

ER1033

CONFIDENTIAL



## FRAMEWORK  How we witness in different contexts

| **PROGRAMMING CONTEXT** | **Christian presence** *(Restricted)* | **Spiritual nurture** *(Christian-minority)* | **Christian discipleship** *(Christian-majority)* |
|---|---|---|---|
| **Faith program examples**  | Biblically based values education and programs such as Channels of Hope, Celebrating Families, and Empowered Worldview | Biblically based programs such as Channels of Hope, Celebrating Families, and Empowered Worldview (definitions on page 15) | Vacation Bible School, Sunday school, Bible clubs, afterschool and teen clubs, and summer camps in addition to the biblically based programs described in the previous contexts |
| **Direct target of programs** | • Children and families<br>• Other faith leaders<br>• Christian pastors where possible | | • Children and families<br>• Pastors and church leaders |
| **Who carries out the program**  | Our Christian staff shine the light of Christ's presence as they conduct our programs, build trust with staff and partners of other faiths, and guide our faith-based work with local partners. | Our Christian staff demonstrate Christ's love through all our relief and development programs and through our partnerships with churches and other Christian ministries such as Awana, Child Evangelism Fellowship, Young Life, Youth For Christ, and Bible societies. | |

CONFIDENTIAL – SENSITIVE

WV-001133

ER1034

CONFIDENTIAL


## FRAMEWORK ❯ Summary statements



- ♥ **LIFE**
- ✍ **DEED**
- 📖 **WORD**
- ✋ **SIGN**

### Restricted contexts

 **In Restricted contexts,** World Vision shines the light of Christ where we are often one of the few Christian organizations allowed to work. We work with "gentleness and respect" as 1 Peter 3:15 asks believers to do among people of other faiths. We consider it an honor to represent the love of Christ to everyone. We witness by our **Christian presence** through faith-based approaches in life, deed, and sign, sensitively adapted to the context to help children be aware of and develop curiosity about Jesus Christ. This ministry can be either directly to children and families by World Vision staff or in partnership with other leaders and partners.

### Christian-majority and Christian-minority contexts

**In Christian-majority and Christian-minority contexts,** World Vision bears witness to Jesus Christ through biblically based approaches. Sometimes this is through **Christian discipleship** programs done in collaboration with other ministries that help children come to know Christ and grow in their faith. Sometimes it's through **spiritual nurture** programs, in which children experience and learn about God's love through Jesus. This ministry can be directly to children and their families or through pastors, church leaders, and even public school teachers as they prepare for afterschool Bible clubs. This is done either by World Vision staff or in partnership with other Christian churches or ministries, such as Awana, Child Evangelism Fellowship, Young Life, and Youth For Christ.

CONFIDENTIAL – SENSITIVE

WV-001134

ER1035

(95 of 145), Page 95 of 145
Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 95 of 145
Case 2:21-cv-00920-JLR   Document 29-19   Filed 04/11/23   Page 13 of 19



## FRAMEWORK  Impact statements

 Each year* around **2.8 million children** participate in our **Christian discipleship** programs.[†]

*Between 2015 and 2019

 Each year* around **3.5 million children** around the globe take part in World Vision–supported **spiritual nurture activities** that strengthen their faith and help them learn about God's love for them.

 Each year* World Vision trains more than **100,000 pastors, youth workers, and other Christian faith leaders** associated with the churches we support.

 World Vision shows God's love through our **Christian identity and presence** in **38 of the 57 countries** listed as fragile or violence-affected,** where extreme poverty has a firm grip—the margins of our world.

**Organisation for Economic Cooperation and Development

 Based on research done by World Vision, children of all faiths develop curiosity about the love of God as they experience (1) acts of love and kindness starting in their own families, (2) inexplicable blessings, or (3) God's work revealed in creation. Curiosity leads to awareness and eventually, we pray, to a knowledge of God in Jesus.

 For additional impact statements not approved for print, please contact Torrey Olsen with the WVUS Faith & Development team in IPG.

CONFIDENTIAL – SENSITIVE
WV-001135

ER1036

(96 of 145), Page 96 of 145

Case: 24-3259  08/21/2024  DktEntry: 25.6  Page 96 of 145
Case 2:21-cv-00920-JLR  Document 29-19  Filed 04/11/23  Page 14 of 19


CONFIDENTIAL
World Vision

## FRAMEWORK  Context background

### Christian presence
*(Restricted)*


- In some areas, it's against the law or culturally forbidden to proclaim the gospel through word and distribution of Scripture. In these contexts, opposition to the gospel comes from those in power, not from the poor.

- We seek to find common ground but don't waver from our biblical beliefs.

- We collaborate with leaders and groups of different faiths, but we don't use our resources to promote other religions. Our work with those of other faiths focuses on shared values that are appropriate to the context and embraced by their faith traditions.

### Spiritual nurture
*(Christian-minority)*


- World Vision's spiritual nurture programming empowers children to grow in awareness of, knowledge of, and relationship with God.

- World Vision's biblically based approaches effectively help people address the broken relationships that keep them trapped in a cycle of poverty.

- World Vision believes that seeking justice and peace through restoring broken relationships—with God, self, others, and creation—is essential in ending spiritual and physical poverty.

### Christian discipleship
*(Christian-majority)*


- Many Christian faith leaders in developing countries lack resources and training, especially for teaching and discipling kids.

- In many developing countries, people operate out of fear of evil spirits, curses, and long-held beliefs in fatalism and superstition.

- While Christians make up nearly one third of the world's population, more than 3.2 billion people have never heard the good news of Jesus.[2]

Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 97 of 145
Case 2:21-cv-00920-JLR   Document 29-19   Filed 04/11/23   Page 15 of 19


CONFIDENTIAL
World Vision



## FRAMEWORK ❯ Programmatic information

|  **Christian presence** *(Restricted)* | **Spiritual nurture** *(Christian-minority)* | **Christian discipleship** *(Christian-majority)* |
|---|---|---|

Through our Christian identity and presence, we confidently witness to the truth of the gospel in ways that are appropriate to each context, with the hope that people will see Jesus in us and be drawn to Him (Matthew 5:16).

❯ We respect the God-given dignity and right to self-determination of all people. We will never exploit the vulnerability of those we serve by coercing conversions.

❯ We know that God is already at work among all people, and we therefore relate to them with compassion and without discrimination. We do this with neither hesitation nor aggression, through life, deed, sign, and word where appropriate.

### PROGRAMS

In many Restricted contexts, we are able to carry out our biblically based programs for adults: Channels of Hope, Celebrating Families, and Empowered Worldview.*

#### Channels of Hope

A biblically based program that integrates Scripture to engage and equip church and faith leaders to tackle specific issues in their community that affect child well-being.

#### Celebrating Families

A biblically based program that integrates Scripture to teach parents and caregivers how to be loving spouses and contributors to their children's faith and spiritual development.

#### Empowered Worldview

A biblically based program that integrates Scripture to help people restore their true identity in Christ, recognize their God-given value, and use their talents and resources to change their lives.

### CAUTION IN RESTRICTED CONTEXTS

❯ *In places where the government will not license us to work unless we hire local staff, we may hire people of other faiths. In these cases, our global policies ensure that leadership roles are filled by Christians.*

❯ *Our local non-Christian staff offer invaluable knowledge about development work, local languages, cultures, roads, and authorities. They also serve as trusted liaisons with communities and government offices. As they work closely with World Vision's Christian leaders, many are drawn to Christ by seeing Him in the leaders' lives.*

❯ *We work in the most challenging places because we believe that God loves all people, is already at work everywhere, and wants every child to experience the fullness of life Jesus offers.*

CONFIDENTIAL – SENSITIVE

WV-001137

ER1038

Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 98 of 145

Case 2:21-cv-00920-JLR Document 29-19 Filed 04/11/23 Page 16 of 19


CONFIDENTIAL
World Vision

## FRAMEWORK  Programmatic information

| Christian presence *(Restricted)* |  Spiritual nurture *(Christian-minority)* | Christian discipleship *(Christian-majority)* |
|---|---|---|

Between 2015 and 2019, a yearly average of **3.5 million children** participated in our **spiritual nurture** activities that helped them grow in their awareness and knowledge of God's love and, where possible, a relationship with Jesus.

### PARTNERING WITH CHURCHES

› Between 2015 and 2019, World Vision annually trained more than 100,000 pastors, priests, youth workers, and other Christian faith leaders, many of whom are associated with the churches we support.

› World Vision celebrates the church's role in sustaining spiritual and social transformation in their communities both while World Vision is present and after we leave an area.

### PROGRAMS

Our three most important biblically based programs for adults are Channels of Hope, Celebrating Families, and Empowered Worldview.*

These programs mobilize pastors to apply scriptural truths to the key issues their communities face regarding marriage, health, economic empowerment, gender, and child protection:

**Channels of Hope**

A biblically based program that integrates Scripture to engage and equip church and faith leaders to tackle specific issues in their community that affect child well-being.

**Celebrating Families**

A biblically based program that integrates Scripture to teach parents and caregivers how to be loving spouses and contributors to their children's faith and spiritual development.

**Empowered Worldview**

A biblically based program that integrates Scripture to help people restore their true identity in Christ, recognize their God-given value, and use their talents and resources to change their lives.

*A fuller description of these programs is provided through the Christian Witness messaging training.*

CONFIDENTIAL – SENSITIVE
WV-001138

ER1039

CONFIDENTIAL
World Vision



## FRAMEWORK  ❯  Programmatic information



| Christian presence *(Restricted)* | Spiritual nurture *(Christian-minority)* | |
|---|---|---|

 **Christian discipleship** *(Christian-majority)*

Between 2015 and 2019, a yearly average of **2.8 million children** participated in **Christian discipleship** programs supported by World Vision. In contexts where it's possible to openly share the good news of Jesus' love, World Vision staff and our Christian child-ministry partners explain to interested children and youth how they can start and grow in a relationship with Jesus. They then aim to strengthen children's faith and apply it to each area of their lives by teaching about their identity in Christ, the power of prayer, and how to follow Jesus and bless others.

### PARTNERING WITH CHURCHES

› Between 2015 and 2019, World Vision annually trained or supported the ministry of more than 100,000 churches in over 60 countries.

› World Vision also partners with local churches and organizations like Young Life and Youth for Christ to reach and empower more young people with the good news. We do this by providing resources and support for programs like Vacation Bible School, Sunday school, Bible-based afterschool kids' and teens' clubs, church-based summer camps, community Bible reading, and WASH clubs based on the biblical curriculum created by World Vision called Jesus: The Source of Living Water.

› In partnership with Biblica, Tyndale, One Hope, and local Bible societies, World Vision facilitates access to at least 50,000 Bibles or New Testaments a year to those who desire to grow in their Christian faith.

### TRACKING DISCIPLESHIP, NOT CONVERSIONS

› While we consistently track the number of children in our discipleship programs, we rarely track first-time decisions for Christ. Information regarding conversions is rarely shared due to risks to staff and program security in sensitive contexts. If this information is absolutely required, World Vision will refer the request to or directly quote reports from church or Christian ministry partners.

Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 100 of 145
Case 2:21-cv-00920-JLR   Document 29-19   Filed 04/11/23   Page 18 of 19


CONFIDENTIAL
World Vision

## FRAMEWORK > Stories of impact


### Christian presence
*(Restricted)*


### VIET NAM

**In Viet Nam,** the Living Values Development curriculum helps children understand how values such as honesty, humility, and responsibility can be expressed through attitudes and behaviors. This training for children and youth is paired with Celebrating Families workshops to help moms and dads learn positive parenting techniques. Because the government has seen the positive impact of this training on family relationships and child protection, they have allowed its use in communities.


### Spiritual nurture
*(Christian-minority)*


### BANGLADESH

**In Bangladesh,** we're equipping faith leaders to become stronger advocates for kids. Through working with mostly Muslim faith leaders, we've helped prevent child marriages, secure the release of child laborers, and ensure birth registration for children who would otherwise lack a legal identity.


### Christian discipleship
*(Christian-majority)*


### ZAMBIA

**In Zambia,** millions of people have no choice but to live with contaminated water. Water provides an ideal way for World Vision staff to share our faith. It opens doors to talk with community members about good health and Christ's character by using our biblical curriculum, Jesus: The Source of Living Water.

ER1041

(101 of 145), Page 101 of 145

Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 101 of 145
Case 2:21-cv-00920-JLR   Document 29-19   Filed 04/11/23   Page 19 of 19



**CONFIDENTIAL**
World Vision

## CONCLUSION ▶  Our invitation



God is at work restoring broken relationships around the world, and we are participants in and witnesses to this miraculous work. Jesus' promise of fullness of life is for everyone—donors, partners, and the most vulnerable children and families in some of the world's toughest places. God is already in these places. Join us in this transformational mission.

[1] *Statistics on pages 12, 15, and 16 referencing "Between 2015 and 2019" reflect averages from FY15 through FY19, as shown in the WVI Power Claims document.*

[2] *reachbeyond.org*

 With questions or for more information, please contact Torrey Olsen with the WVUS Faith & Development team in IPG.

WVUS CHRISTIAN WITNESS MESSAGING FRAMEWORK | 18

WV-001141

ER1042

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUBRY MCMAHON,

        Plaintiff,

    vs.

WORLD VISION, INC.

        Defendant.

CASE NO. 2:21-CV-00920-JLR

SECOND DECLARATION OF
SHANNON OSBORNE

Shannon Osborne declares:

1.    I have personal knowledge of the facts stated in this declaration and am competent to testify to those facts.

2.    I am the Director—Contact Center Operations at World Vision, Inc. ("World Vision") and have been so employed since January 4, 2012.

3.    This, my second declaration, the Second Declaration of Shannon Osborne, is denoted "**SO2**" herein and in the accompanying *Defendant World Vision's Opposition to Plaintiff's Renewed Motion for Summary Judgment (Round 2)*. This follows the same system used for all Declarations in the briefing on summary judgment. The

SECOND DECLARATION OF
SHANNON OSBORNE
CASE NO. 2:21-CV-00920-JLR

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER1043

World Vision unit known as Donor Contact Services continues to be abbreviated as "DCS," and DCS Representatives as "DCSRs."

4.    World Vision currently has 1,009 employees, only 76 (or 7.5%) of whom are part of DCS, and about 60 (or 5.9%) of whom handle inbound and outbound calls.

5.    In January of 2021, World Vision had 898 employees, only 74 (or 8.2%) of whom were DCS staff, and about 58 (or 6.5%) of whom handled such calls.

6.    DCSRs handle nearly all inbound and most outbound calls for World Vision.

7.    The 9-11 weeks of formal advance training for DCSRs is more than any other advance training required of other World Vision employees.

8.    Consequently, DCSRs represent a small but vital subset of all World Vision employees.


I am over the age of eighteen and am competent to give this Declaration. I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

SIGNED this 13th day of October 2023, at Seattle, Washington.


*Shannon Osborne*
SHANNON OSBORNE

[*Separate Signature Page Attached*]

SECOND DECLARATION OF          Page 2          Ellis | Li | McKinstry
SHANNON OSBORNE                                 1700 Seventh Avenue, Suite 1810
CASE NO. 2:21-CV-00920-JLR                      Seattle, WA 98101-1820
                                                206.682.0565  Fax: 206.625.1052

ER1044

World Vision unit known as Donor Contact Services continues to be abbreviated as "DCS," and DCS Representatives as "DCSRs."

4. World Vision currently has 1,009 employees, only 76 (or 7.5%) of whom are part of DCS, and about 60 (or 5.9%) of whom handle inbound and outbound calls.

5. In January of 2021, World Vision had 898 employees, only 74 (or 8.2%) of whom were DCS staff, and about 58 (or 6.5%) of whom handled such calls.

6. DCSRs handle nearly all inbound and most outbound calls for World Vision.

7. The 9-11 weeks of formal advance training for DCSRs is more than any other advance training required of other World Vision employees.

8. Consequently, DCSRs represent a small but vital subset of all World Vision employees.

I am over the age of eighteen and am competent to give this Declaration. I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

SIGNED this 13th day of October 2023, at ⎯⎯Seattle⎯⎯, Washington.

SHANNON OSBORNE

SECOND DECLARATION OF           Page 2
SHANNON OSBORNE
CASE NO. 2:21-CV-00920-JLR

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565 Fax: 206.625.1052

**ER1045**

1    **Hon. James L. Robart**

2

3

4

5

6    **UNITED STATES DISTRICT COURT**
     **WESTERN DISTRICT OF WASHINGTON**
     **AT SEATTLE**

7

8    AUBRY MCMAHON,

         Plaintiff,                          Case No.:  2:21-cv-00920-JLR

9
                                             **PLAINTIFF'S MOTION FOR**
     v.                                      **SUMMARY JUDGMENT**
10                                           **ON LIABILITY**

     WORLD VISION, INC.,
11                                           **NOTE DATE: MAY 5, 2023**

         Defendant.
12

13                   **I.      INTRODUCTION**

14        Plaintiff Aubry McMahon ("Plaintiff") moves this Court for an order granting summary

15   judgment against Defendant World Vision, Inc. ("Defendant" or "World Vision") on her claims that

16   it unlawfully discriminated against her in violation of Title VII of the Civil Rights Act of 1964 ("Title

17   VII") and the Washington Law Against Discrimination ("WLAD"), Rev. Code Wash. ("RCW") §

18   49.60. It is undisputed that Defendant rescinded its job offer to Plaintiff for the position of customer

19   service representative because it learned she was in a same-sex marriage. Although Defendant is a

20   religious organization, the First Amendment ministerial exception does not apply here. Neither Title

21   VII's co-religionist exemption nor any other statute immunizes Defendant from liability for its

22   blatant unlawful discrimination.

23

24   PLAINTIFF'S SJ MOTION                          NISAR LAW GROUP, P.C.
     Page 1                                          60 East 42nd Street, Ste. 4600
     2:21-CV-00920-JLR                                   New York, NY 10165
                                                        Ph: (646) 889-1007

**ER1046**

**B.      Defendant Becomes Aware of Plaintiff's Sexual Orientation and Same-Sex Marriage**

On January 5, 2021, Plaintiff sent an email to an individual named Catherine Miolla ("Miolla")—who held the position of talent acquisition partner of human resources with Defendant, Exh. 11, at 11:23-12:5—which read:

> Hey there, I just have a quick question! My wife and I are expecting our first baby in March and I wanted to see if I would qualify for any time off since I'll be a new employee? I will be the one having the baby so I just wanted to check to see if any time would be allowed off. If not, no worries, thanks so much!

Exh. 4.

Shortly thereafter, an individual named Christine Talbot ("Talbot")—who at the time held the position of senior vice president of human resources with Defendant, Exh. 12, at 11:16-21— became aware that Plaintiff had sent an email "with the follow-up question" of the nature described above. Exh. 12, at 19:22-20:6. According to Talbot, "[t]he nature of the email raised a question as to whether or not [Plaintiff] was able to be in compliance with [Defendant's] required standards of conduct."[2] As to this, Talbot clarified that "in [Plaintiff's January 5, 2021] email, [Plaintiff] self-identifies herself being married to another woman. And [Defendant's] standards of conduct require … to be eligible for employment, [ ] that a job applicant or a job offeree affirm their ability to live according to [Defendant's] standards of conduct which specifically names marriage to be a biblical covenant between a man and a woman." Exh. 12, at 21:18-25. In light of this email, Talbot also formed a belief that Plaintiff might be gay. Exh. 12, at 25:8-22.

**C.      Defendant Rescinds the Job Offer Extended to Plaintiff**

---

[2] The precise World Vision standard of conduct to which she was referring reads, in full: "Examples of behaviors that we believe are not in alignment with our standards of conduct and therefore unacceptable behavior for employees include: Any sexual conduct outside of a marriage; (pause) [World Vision] defines marriage as between a man and a woman." Exh. 5; Exh. 12, at 21:18-25.

PLAINTIFF'S SJ MOTION
Page 3
2:21-CV-00920-JLR

NISAR LAW GROUP, P.C.
60 East 42ⁿᵈ Street, Ste. 4600
New York, NY 10165
Ph: (646) 889-1007

**ER1047**

1

Hon. James L. Robart

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

AUBRY MCMAHON,

        Plaintiff,

     v.

WORLD VISION, INC.,

        Defendant.

Case No.:  2:21-cv-00920-JLR

**PLAINTIFF'S MOTION FOR RECONSIDERATION AND TO ALTER JUDGMENT**

**NOTE DATE: JUNE 27, 2023**

13

14

15

16

17

18

19

20

21

22

23

       Pursuant to Local Rule 7(h) and Fed. R. Civ. P. 59(e), plaintiff Aubry McMahon ("Plaintiff") files this motion for reconsideration of the Court's summary judgment rulings and to alter the judgment entered in favor of defendant World Vision, Inc. ("Defendant" or "World Vision"). Plaintiff respectfully suggests the Court committed manifest error by holding the Church Autonomy Doctrine bars the claims of a non-ministerial employee who was terminated pursuant to a hiring policy that facially discriminates on the basis of sex, sexual orientation, and marital status by barring anyone in a same-sex marriage from employment. None of the prior cases applying the Church Autonomy Doctrine involved an adverse action taken per a facially discriminatory hiring policy. This Court's decision constitutes an unprecedented expansion of that doctrine. If not reconsidered, the Court's decision will tear a gaping hole in the fabric of anti-discrimination law for non-ministerial employees of religious organizations nationwide.

24

PLAINTIFF'S MOTION TO RECONSIDER
Page 1
2:21-CV-00920-JLR

NISAR LAW GROUP, P.C.
60 East 42nd Street, Ste. 4600
New York, NY 10165
Ph: (646) 889-1007

**ER1048**

1      This Court correctly recognized that the Church Autonomy Doctrine "may bar a non-

2   ministerial employee's employment claims against a religious employer *in certain limited*

3   *circumstances*." Dkt. No. 38 at 18 (emphasis supplied). However, the Court incorrectly determined

4   this case was one of those limited circumstances. Plaintiff's summary judgment filings made clear

5   resolution of this case requires only application of neutral principles of law. The Court manifestly

6   erred to the extent its opinion suggests that Plaintiff's Title VII and WLAD claims "call[] into

7   question the reasonableness, validity, or truth of a religious doctrine or practice." *Id.* at 16. Plaintiff

8   does not dispute World Vision's refusal to hire anyone who is in a same-sex marriage is based

9   upon sincerely held religious beliefs. But no other court has ruled that if a religious employer

10  asserts a religious justification for a facially discriminatory hiring policy, the Church Autonomy

11  Doctrine immunizes that policy from judicial scrutiny under civil law.

12      The Court manifestly erred by relying on *Butler v. St. Stanislaus Kostka Catholic Acad.*,

13  609 F. Supp. 3d 184 (E.D.N.Y. 2022), to dismiss Plaintiff's claims. Firstly, *Butler*'s discussion of

14  the Church Autonomy Doctrine was dicta as the court had already ruled that the ministerial

15  exception applied. Secondly, *Butler* invoked the Church Autonomy Doctrine "*on the record of this*

16  *case*" only because the plaintiff had relied on the *McDonnell Douglas* burden shifting framework

17  and claimed that the employer's explanation for his termination—that he had sent an email saying

18  he was planning to marry his boyfriend sometime in the future—was a *pretext* for sexual

19  orientation discrimination. 609 F. Supp. 3d at 198, 200. Butler did *not* argue that he was terminated

20  pursuant to a facially discriminatory hiring policy. Instead, he challenged "the plausibility of St.

21  Stans' asserted religious justifications in this case." *Id.* at 204. The *Butler* court therefore ruled

22  "the only way for the jury to find pretext would be to question the Church's explanation of religious

23

24

NISAR LAW GROUP, P.C.
60 East 42nd Street, Ste. 4600
New York, NY 10165
Ph: (646) 889-1007

**ER1049**

# EXHIBIT 8

ER1050

Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 110 of 145
Case 2:21-cv-00920-JLR   Document 25-8   Filed 04/11/23   Page 2 of 11



CONFIDENTIAL

# How to use the GWF Framework?

- Read the entire framework.
- Use ideas in the framework to create bold and forthright messages about how our faith informs our work.
- Use only the ideas that apply to your communication piece and your target audience. It is ideal to have a combination of ideas from each column (we believe, we see, we act)
- Do not be afraid to say more than what is in the document. But make sure what you communicate does not violate any of these points.
- Where possible, use supporting Scripture, stories, photos, and examples of how these messages are evident in your context to make your communications compelling and relevant.



WV-006119

(111 of 145), Page 111 of 145
Case: 24-3259, 08/21/2024, DktEntry: 25.6, Page 111 of 145
Case 2:21-cv-00920-JLR   Document 25-8   Filed 04/11/23   Page 3 of 11

CONFIDENTIAL





WV-006120

ER1052

CONFIDENTIAL



## A partnership guidance that seeks:

- To create clarity and understanding about how our faith influences our work
- To provide ways by which we can courageously articulate our faith in our own contexts.



WV-006121

CONFIDENTIAL



# The GWF Communications Framework "What it is…"

- A set of messaging points that can be used as is or to craft communications that convey these ideas.
- The document is to be used in conjunction with other Partnership messaging pieces such as the "Who we are" document as well as WV brand guidelines.



CONFIDENTIAL



## The **GWF** Communications Framework "What it is NOT"

- Does NOT replace our organisational Statement of Faith and other core documents.
- Is NOT a policy document.
- Is NOT a document that has a strict flow that you have to follow.
- Is NOT a stand alone document that answers all the organisation's Christian messaging needs.



Case 2:21-cv-00920-JLR Document 25-8 Filed 04/11/23 Page 7 of 11

CONFIDENTIAL





## How to use the GWF Framework?

- Read the entire framework.
- Use ideas in the framework to create bold and forthright messages about how our faith informs our work.
- Use only the ideas that apply to your communication piece and your target audience. It is ideal to have a combination of ideas from each column (we believe, we see, we act)
- Do not be afraid to say more than what is in the document. But make sure what you communicate does not violate any of these points.
- Where possible, use supporting Scripture, stories, photos, and examples of how these messages are evident in your context to make your communications compelling and relevant.

WV-006124

ER1056

CONFIDENTIAL

# Resources





C:\Users\ndedel\op\GWF\WVI Givir

**The "Giving Word to Our Faith" Guidance pack**
- Includes step by step guidance on how to use messaging platform
- Includes sample messaging for different audience

*(Exit presentation mode and click icon above to open embedded file)*



C:\Users\ndedel\ɔ\GWF\GWF DEVC

**The "GWF Devotionals"**
An accompanying devotional series that can be used in the process of listening to God and discern his mind as you move forward in the messages.

*(Exit presentation mode and click icon above to open embedded file)*

ER1057

CONFIDENTIAL

# Discuss in groups



**Read through the GWF messaging platform.**

**How can we use this frame to guide our Board Development & Leadership Formation initiatives as well as various Board & Management processes?**





WV-006126

ER1058

CONFIDENTIAL

# Reflect and Share



**In groups, share the <u>key messages that you find most inspiring</u> from GWF.**

**How can we use this frame to inspire our field teams to 'live out our faith & calling with boldness and humility?** *Also consider the various faith contexts in your country & among your staff.*



WV-006127

ER1059

CONFIDENTIAL

# Exercise



**Using the Giving Word To Our Faith Framework, construct key messages for how you will communicate our faith to:**

*(1) a multi-faith audience,*
*(2) to churches,*
*(3) to fragile contexts*
*(4) to children*
*(5) donors*



WV-006128

# EXHIBIT 14

CONFIDENTIAL

# Showing Empathy on a Call During a Crisis (Talking Points)

ⓘ Donors covet emotional support and empathy from us during a time of crisis, and when the needs are so great, it can be hard to know how to respond over the phone. Below are a few talking points that point toward God's love, scripture, and the offer for prayer. Thank you for supporting our donors and partners so faithfully during this season!

## This has been so hard for our family / This is such a scary time / I'm so lonely

We want you to know that we're praying for you. When we face situations that seem impossible, it's helpful to remember that we serve a living and powerful God through whom all things are possible. He knows the challenges we face, and He is present with us. As David reminds us in Psalm 55, "Cast your cares on the Lord and he will sustain you; he will never let the righteous be shaken" (Psalm 55:22, NIV). May God's presence and His peace be a comfort to you during this difficult time.

*Ask the donor how we can specifically be praying. If comfortable, offer to pray with the donor over the phone.*

## I am sick / One of my loved ones is sick

We're so sorry to hear that this illness has touched you (your family), and we want you to know that we've lifted <<Illness/Person>> in prayer. May God's gentle presence be a comfort at this difficult time as you remember His words in John 16, "I have told you these things, so that in me you may have peace. In this world you will have trouble. But take heart! I have overcome the world" (John 16: 33, NIV). We pray that God will meet your every need and fill you with the joy of His presence.

*Ask the donor how we can specifically be praying. If comfortable, offer to pray with the donor over the phone.*

### I am out of work / My family is now struggling financially

We're so sorry to learn of your financial difficulties, and we're grateful for all you've done to encourage and support our ministry. During difficult times it can be helpful to remember what the Bible assures us: The Lord is good, a refuge in times of trouble. He cares for those who trust in him (Nahum 1:7, NIV). We pray that God will meet your every need and fill you with the joy of His presence.

*Ask the donor how we can specifically be praying. If comfortable, offer to pray with the donor over the phone.*

### Can you be praying for me/my family?

Thank you for sharing your prayer request. It's wonderful to know we serve a loving and merciful God whom we can boldly approach at any time.

We're glad to support you in prayer as it's a vital part of our ministry. We're confident in approaching God, knowing "...that if we ask anything according to his will, he hears us. And if we know that he hears us we know that we have what we asked of him" (1 John 5:14-15, NIV).

We pray that God will comfort you, and that His peace be present in your life.

*Ask the donor how we can specifically be praying. If comfortable, offer to pray with the donor over the phone.*

### Someone I know / A family member has died of COVID-19

We're so sorry to hear of your loss and extend our sincere sympathy at this difficult time. Psalm 147 reminds us, He heals the brokenhearted and binds up their wounds. He determines the number of the stars and calls them each by name. Great is our Lord and mighty in power; his understanding has no limit (Psalm 147:3-5, NIV). We pray that God comforts you and gives you peace.

*Ask the donor how we can specifically be praying. If comfortable, offer to pray with the donor over the phone.*

## What is World Vision doing in the US to fight COVID-19?

World Vision has mobilized to stock our network of partners with resources:

## Bible Verses

**Psalm 46:1-2, 7, 10 (NIV)**
God is our refuge and strength, an ever-present help in trouble. Therefore we will not fear ... The LORD Almighty is with us; the God of Jacob is our fortress. ... He says, "Be still, and know that I am God; I will be exalted among the nations, I will be exalted in the earth."

**Psalm 91:1,4 (NIV)**
Whoever dwells in the shelter of the Most High will rest in the shadow of the Almighty. ... He will cover you with his feathers, and under his wings you will find refuge; his faithfulness will be your shield and rampart.

**1 John 4:18 (NIV)**
There is no fear in love. But perfect love drives out fear ...

**2 Timothy 1:7 (NIV)**
For the Spirit God gave us does not make us timid, but gives us power, love and self-discipline.

**2 Corinthians 1:10 (NIV)**
He has delivered us from such a deadly peril, and he will deliver us again. On him we have set our hope that he will continue to deliver us ...

**Psalm 57:1 (NIV)**
Have mercy on me, my God, have mercy on me, for in you I take refuge. I will take refuge in the shadow of your wings until the disaster has passed.

WV-006113

ER1062

CONFIDENTIAL

World Vision warehouses in Washington state, New York City, Chicago, Texas, West Virginia, and Connecticut are stocking up on items that its partner network of churches, schools, community- and other faith-based organizations can use to prevent infections. These supplies include liquid and bar soap, hand sanitizer, disinfecting wipes, face masks, and disposable bed sheets. Staff members are working on procuring additional supplies for which the demand is highest, such as disinfectant wipes and hand sanitizer.

(See the COVID-19 Response page for more details)

### I need help / assistance / food / supplies

We're so sorry to learn about your current situation and we want you to know that we're praying for you.

World Vision warehouses are stocking up on necessities for distribution through our network of partners. Although we can't guarantee we'll be able to help, you're welcome to inquire after the availability of supplies at the location closest to you:

Online directory: https://www.worldvision.org/our-work/country-profiles/united-states/us-programs-contact

### I'm not near a WV warehouse

You might consider contacting your local social service agencies or churches within your community. A ministry that you may be interested in is Love in the Name of Christ (Love INC). They were founded in 1977 as a way to encourage churches to become more engaged with those in need and to inspire a greater number of Christians to put their faith in action. To learn more and to see if there's an office in your area, call them at 1.651.315.7580 or submit a Get In Touch form on their website (https://www.loveinc.org/contact/ ).

We can't guarantee that they'll be able to help, but we're glad to provide you with their information as an option to consider. We hope you find the assistance you need.

### I hope this virus takes me / I wish Jesus would come back / I wish I could just be in Heaven so I could be happy with Jesus *(caller has not expressed suicidal intention)*

**This response is not intended for a suicide call. For calls in which the speaker expresses an intention to take their life, please follow the Suicide Caller protocols.**

We're so sorry. We know this season has brought many new and difficult challenges that are hitting families hard. We want you to know that we care about you, and we're praying for you.

When we face situations that seem impossible, it's helpful to remember that we serve a living and powerful God through whom all things are possible. He knows the challenges we face, and He is present with us. As David reminds us in Psalm 55, "Cast your cares on the Lord and he will sustain you; he will never let the righteous be shaken" (Psalm 55:22, NIV). May God's presence and His peace be a comfort to you during this difficult time.

*Ask the donor how we can specifically be praying. If comfortable, offer to pray with the donor over the phone.*

# 2020Call1 [2020-03-11] – CONFIDENTIAL.mp3

**Audio File to be Provided to the Court Pending Decision on Forthcoming Circuit Rule 27-14 Motion to Transmit Physical and Documentary Exhibits**

ER1064

# 2020Call2 [2020-04-01] – CONFIDENTIAL.mp3

**Audio File to be Provided to the Court Pending Decision on Forthcoming Circuit Rule 27-14 Motion to Transmit Physical and Documentary Exhibits**

# 2020Call3 [2020-04-01] – CONFIDENTIAL.mp3

**Audio File to be Provided to the Court Pending Decision on Forthcoming Circuit Rule 27-14 Motion to Transmit Physical and Documentary Exhibits**

ER1066

# 2020Call4 [2020-04-03] – CONFIDENTIAL.mp3

**Audio File to be Provided to the Court Pending Decision on Forthcoming Circuit Rule 27-14 Motion to Transmit Physical and Documentary Exhibits**

# 2020Call5 [2020-04-03] – CONFIDENTIAL.mp3

## Audio File to be Provided to the Court Pending Decision on Forthcoming Circuit Rule 27-14 Motion to Transmit Physical and Documentary Exhibits

# 2020Call6 [2020-04-03] – CONFIDENTIAL.mp3

**Audio File to be Provided to the Court Pending Decision on Forthcoming Circuit Rule 27-14 Motion to Transmit Physical and Documentary Exhibits**

# 2020Call7 [2020-04-03] – CONFIDENTIAL.mp3

## Audio File to be Provided to the Court Pending Decision on Forthcoming Circuit Rule 27-14 Motion to Transmit Physical and Documentary Exhibits

# 2020Call8 [2020~undated] – CONFIDENTIAL.mp3

## Audio File to be Provided to the Court Pending Decision on Forthcoming Circuit Rule 27-14 Motion to Transmit Physical and Documentary Exhibits

ER1071

# 2020Call9 [2020~undated] – CONFIDENTIAL.mp3

**Audio File to be Provided to the Court Pending Decision on Forthcoming Circuit Rule 27-14 Motion to Transmit Physical and Documentary Exhibits**

ER1072

# 2020Call10 [2020~undated] – CONFIDENTIAL.mp3

## Audio File to be Provided to the Court Pending Decision on Forthcoming Circuit Rule 27-14 Motion to Transmit Physical and Documentary Exhibits

# 2019 World Vision Chapel.mp4

**Video File to be Provided to the Court Pending Decision on Forthcoming Circuit Rule 27-14 Motion to Transmit Physical and Documentary Exhibits**

# World Vision Study Bible

## Physical Copies of World Vision Study Bible to be Provided to the Court Pending Decision on Forthcoming Circuit Rule 27-14 Motion to Transmit Physical and Documentary Exhibits

ER1075

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUBRY MCMAHON,

              Plaintiff,

    vs.

WORLD VISION, INC.

              Defendant.

CASE NO. 2:21-CV-00920-JLR

NOTICE OF APPEAL

Notice is hereby given that Defendant World Vision, Inc., hereby appeals to the United States Court of Appeals for the Ninth Circuit from: (1) the Order and Final Judgment (Dkt. # 69); (2) the Court's November 28, 2023 order denying Defendant's motion for summary judgment and granting partial summary judgment to Plaintiff (Dkt. # 62), and prior liability rulings (Dkts. #38, #39, #44, #47, and #49); and (3) all earlier and interlocutory orders and rulings.

///

///

///

///

///

DEFENDANT WORLD VISION, INC'S
NOTICE OF APPEAL
CASE NO. 2:21-CV-00920-JLR

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ER1076

1    DATED this May 21, 2024

2                                                  ELLIS, LI & McKINSTRY PLLC

3

4                                                  By:   *s/ Nathaniel L. Taylor*

5                                                  Nathaniel L. Taylor, WSBA No. 27174
                                                   Abigail J. St. Hilaire, WSBA No. 48194
6                                                  1700 Seventh Avenue, Suite 1810
                                                   Seattle, WA 98101-1820
7                                                  Telephone: (206) 682-0565
                                                   Fax: (206) 625-1052
8                                                  Email: ntaylor@elmlaw.com
                                                   Email: asthilaire@elmlaw.com
9

10                                                 GAMMON & GRANGE, P.C.
                                                   Scott J. Ward, VSB #37758
11                                                    (admitted pro hac vice)
                                                   J. Matthew Szymanski, VSB # 33150
12                                                    (admitted pro hac vice)
                                                   1945 Old Gallows Road, # 650
13                                                 Tysons, Virginia 22182
                                                   Telephone: (703) 761-5012
14                                                 Email: SJW@gg-law.com
                                                   Email: JMS@gg-law.com
15

16

17                                                 *Attorneys for Defendant*
                                                   *World Vision, Inc.*
18

19

20

21

22

23

24

25

26

27

DEFENDANT WORLD VISION, INC'S          Page 2          Ellis | Li | McKinstry
NOTICE OF APPEAL                                       1700 Seventh Avenue, Suite 1810
CASE NO. 2:21-CV-00920-JLR                             Seattle, WA 98101-1820
                                                       206.682.0565  Fax: 206.625.1052

ER1077

Query    Reports ⌄    Utilities ⌄    Help    Log Out

CLOSED,APPEAL,JURYDEMAND,PROTO

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CIVIL DOCKET FOR CASE #: 2:21-cv-00920-JLR

McMahon v. World Vision Inc
Assigned to: Judge James L. Robart
Case in other court: 9th Circuit Court of Appeals, 24-03259
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 07/09/2021
Date Terminated: 05/14/2024
Jury Demand: Both
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Aubry McMahon**                      represented by    **Casimir Wolnowski**
NISAR LAW GROUP PC
60 E 42ND ST STE 4600
NEW YORK, NY 10165
646-889-1007
Fax: 516-604-0157
Email: casey@cjwfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mahir Nisar**
NISAR LAW GROUP PC
60 E 42ND ST STE 4600
NEW YORK, NY 10165
212-600-9534
Fax: 516-604-0157
Email: mnisar@nisarlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael C Subit**
FRANK FREED SUBIT & THOMAS
705 2ND AVE
STE 1200
SEATTLE, WA 98104-1729
206-682-6711
Fax: 206-682-0401
Email: msubit@frankfreed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ER1078**

**World Vision Inc**

represented by

**John Matthew Szymanski**
GAMMON & GRANGE PC
1945 OLD GALLOWS RD
STE 650
TYSONS, VA 22182
949-374-2215
Email: jms@gg-law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott J Ward**
GAMMON & GRANGE PC
1945 OLD GALLOWS RD
STE 650
TYSONS, VA 22182
703-761-5012
Email: sjw@gg-law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Abigail Jane St Hilaire**
ELLIS LI & MCKINSTRY
1700 SEVENTH AVE STE 1810
SEATTLE, WA 98101-1820
206-682-0565
Email: asthilaire@elmlaw.com
*ATTORNEY TO BE NOTICED*

**Nathaniel L Taylor**
ELLIS LI & MCKINSTRY
1700 SEVENTH AVE STE 1810
SEATTLE, WA 98101-1820
206-682-0565
Email: ntaylor@elmlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/09/2021 | 1 | COMPLAINT against defendant(s) World Vision, Inc. with JURY DEMAND (Receipt # AWAWDC-7159144), filed by Aubry McMahon. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Subit, Michael) (Attachment 1 replaced to flatten malformed PDF on 7/9/2021) (STP). (Entered: 07/09/2021) |
| 07/12/2021 | | Judge James L. Robart added. (RE) (Entered: 07/12/2021) |
| 07/12/2021 | 2 | Summons Electronically Issued as to defendant World Vision Inc. (RE) (Entered: 07/12/2021) |
| 07/13/2021 | 3 | APPLICATION OF ATTORNEY Casimir Wolnowski FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Aubry McMahon (Fee Paid) Receipt No. AWAWDC-7162719 (Subit, Michael) (Entered: 07/13/2021) |

| 07/15/2021 | 4 | AFFIDAVIT of Service of Summons and Complaint on World Vision, Inc. on 7/14/2021, filed by Plaintiff Aubry McMahon. (Subit, Michael) (Entered: 07/15/2021) |
|---|---|---|
| 07/16/2021 | 5 | ORDER re 3 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Casimir Wolnowski for plaintiff Aubry McMahon, by Clerk Ravi Subramanian. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to **sign all filings** and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(CDA) (Entered: 07/16/2021) |
| 07/21/2021 | 6 | NOTICE of Appearance by attorney Nathaniel L Taylor on behalf of Defendant World Vision Inc. (Taylor, Nathaniel) (Entered: 07/21/2021) |
| 07/21/2021 | 7 | NOTICE of Appearance by attorney Abigail J. St. Hilaire ~~Nathaniel L Taylor~~ on behalf of Defendant World Vision Inc. (Taylor, Nathaniel) Modified to correct name of appearing attorney on 7/22/2021 (LH). (Entered: 07/21/2021) |
| 07/21/2021 | 8 | CORPORATE DISCLOSURE STATEMENT indicating no Corporate Parents and/or Affiliates. Filed pursuant to Fed.R.Civ.P 7.1. Filed by World Vision Inc (Taylor, Nathaniel) (Entered: 07/21/2021) |
| 07/22/2021 | 9 | ORDER REGARDING INITIAL DISCLOSURES AND JOINT STATUS REPORT by Judge James L. Robart. Joint Status Report due by 8/26/2021, FRCP 26(f) Conference Deadline is 8/5/2021, Initial Disclosure Deadline is 8/19/2021. (AD) (Entered: 07/22/2021) |
| 07/22/2021 | | NOTICE of Docket Text Modification re 7 Notice of Appearance: Corrected name of the appearing attorney. Added Ms. St. Hilaire to the docket. (LH) (Entered: 07/22/2021) |
| 07/28/2021 | 10 | APPLICATION OF ATTORNEY Scott J. Ward FOR LEAVE TO APPEAR PRO HAC VICE for Defendant World Vision Inc (Fee Paid) Receipt No. AWAWDC-7185243 (Taylor, Nathaniel) (Entered: 07/28/2021) |
| 07/28/2021 | 11 | ORDER re 10 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Scott J Ward for defendant World Vision Inc, by Clerk Ravi Subramanian. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to **sign all filings** and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(CDA) (Entered: 07/28/2021) |
| 07/30/2021 | 12 | APPLICATION OF ATTORNEY J. Matthew Szymanski FOR LEAVE TO APPEAR PRO HAC VICE for Defendant World Vision Inc (Fee Paid) Receipt No. AWAWDC-7188881 (Taylor, Nathaniel) (Entered: 07/30/2021) |
| 07/30/2021 | 13 | ORDER re 12 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney John Matthew Szymanski for defendant World Vision Inc, by Clerk Ravi Subramanian. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to **sign all filings** and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(CDA) (Entered: 07/30/2021) |
| 08/04/2021 | 14 | ANSWER to 1 Complaint, *and Affirmative Defenses* with JURY DEMAND by World Vision Inc.(Taylor, Nathaniel) (Entered: 08/04/2021) |

| 08/13/2021 | 15 | NOTICE of Unavailability of counsel Michael C Subit for Plaintiff Aubry McMahon from October 11-15, 2021. (Subit, Michael) (Entered: 08/13/2021) |
|---|---|---|
| 08/25/2021 | 16 | JOINT STATUS REPORT signed by all parties. Estimated Trial Days: Two to three. Filed by Plaintiff Aubry McMahon.(Wolnowski, Casimir) (Entered: 08/25/2021) |
| 08/26/2021 | 17 | MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES by Judge James L. Robart; Length of Trial: *2-3 days*. Jury Trial is set for 7/10/2023 at 01:30 PM in Courtroom 14106 before Judge James L. Robart. Joinder of Parties due by 9/23/2021, Amended Pleadings due by 1/11/2023, Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 1/11/2023, Motions due by 2/10/2023, Discovery completed by 3/13/2023, Dispositive motions due by 4/11/2023, Attorney settlement conference to be held by 5/11/2023, Motions in Limine due by 5/30/2023, Pretrial Order due by 6/20/2023, Deposition Designations due by 6/21/2023, Pretrial Conference set for 6/26/2023 at 02:00 PM in Courtroom 14106 before Judge James L. Robart. Trial briefs to be submitted by 7/3/2023, Proposed voir dire/jury instructions due by 7/3/2023. (AD) (Entered: 08/26/2021) |
| 07/13/2022 | 18 | Stipulated MOTION for Protective Order , filed by Defendant World Vision Inc. (Attachments: # 1 Proposed Order) Noting Date 7/13/2022, (Taylor, Nathaniel) (Entered: 07/13/2022) |
| 07/13/2022 | 19 | STIPULATED PROTECTIVE ORDER re Parties' 18 Stipulated MOTION. Signed by Judge James L. Robart. (LH) (Entered: 07/13/2022) |
| 04/04/2023 | 20 | MOTION for Leave to File Over-length Motions and Briefs , filed by Defendant World Vision Inc. (Attachments: # 1 Proposed Order) Noting Date 4/4/2023, (Taylor, Nathaniel) (Entered: 04/04/2023) |
| 04/05/2023 | 21 | ORDER Allowing Over-Length Briefs on Summary Judgment re Defendants' 20 Motion for Leave to File Over-length Motions and Briefs. Signed by Judge James L. Robart. (LH) (Entered: 04/05/2023) |
| 04/11/2023 | 22 | NOTICE of Filing Exhibit MF-11 - WV Study Bible in Paper or Physical Form with the Clerk's Office by Defendant World Vision Inc (Ward, Scott) (Entered: 04/11/2023) |
| 04/11/2023 | 23 | NOTICE of Filing Video and Audio Recordings on USB drive in Paper or Physical Form with the Clerk's Office by Defendant World Vision Inc (Ward, Scott) (Entered: 04/11/2023) |
| 04/11/2023 | | RECEIPT of Exhibit MF-11 - WV Study Bible re 22 Notice of Filing Paper or Physical Materials. (SB) (Placed in expando folder, stored on physical filing shelf in Seattle Clerk's Office) (Entered: 04/11/2023) |
| 04/11/2023 | | RECEIPT of USB Drive containing video recordings re 23 Notice of Filing Paper or Physical Materials. (SB) (Placed in expando folder, stored on physical filing shelf in Seattle Clerk's Office) (Entered: 04/11/2023) |
| 04/11/2023 | 24 | MOTION for Summary Judgment , filed by Plaintiff Aubry McMahon. (Attachments: # 1 Proposed Order) Noting Date 5/5/2023, (Subit, Michael) (Entered: 04/11/2023) |
| 04/11/2023 | 25 | DECLARATION of Casimir Wolnowski filed by Plaintiff Aubry McMahon re 24 MOTION for Summary Judgment (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(Subit, Michael) (Entered: 04/11/2023) |
| 04/11/2023 | 26 | MOTION for Summary Judgment , filed by Defendant World Vision Inc. (Attachments: # 1 Proposed Order) Noting Date 5/5/2023, (Ward, Scott) (Entered: 04/11/2023) |

ER1081

| | | |
|---|---|---|
| 04/11/2023 | 27 | DECLARATION of Scott Ward filed by Defendant World Vision Inc re 26 MOTION for Summary Judgment (Attachments: # 1 Exhibit SW-01 - Deposition Excerpts, # 2 Exhibit SW-02, # 3 Exhibit SW-03, # 4 Exhibit SW-04, # 5 Exhibit SW-05, # 6 Exhibit SW-06, # 7 Exhibit SW-07, # 8 Exhibit SW-08)(Ward, Scott) (Entered: 04/11/2023) |
| 04/11/2023 | 28 | DECLARATION of Melanie Freiberg filed by Defendant World Vision Inc re 26 MOTION for Summary Judgment (Attachments: # 1 Exhibit MF-01, # 2 Exhibit MF-02, # 3 Exhibit MF-03, # 4 Exhibit MF-04, # 5 Exhibit MF-05, # 6 Exhibit MF-06, # 7 Exhibit MF-07, # 8 Exhibit MF-08 (physical item), # 9 Exhibit MF-09, # 10 Exhibit MF-10, # 11 Exhibit MF-11 (physical item), # 12 Exhibit MF-12, # 13 Exhibit MF-13, # 14 Exhibit MF-14, # 15 Exhibit MF-15, # 16 Exhibit MF-16, # 17 Exhibit MF-17, # 18 Exhibit MF-18, # 19 Exhibit MF-19, # 20 Exhibit MF-20, # 21 Exhibit MF-21, # 22 Exhibit MF-22, # 23 Exhibit MF-23, # 24 Exhibit MF-24 (physical item), # 25 Exhibit MF-25 (physical item), # 26 Exhibit MF-26 (physical item), # 27 Exhibit MF-27 (physical item), # 28 Exhibit MF-28 (physical item), # 29 Exhibit MF-29, # 30 Exhibit MF-30, # 31 Exhibit MF-31, # 32 Exhibit MF-32, # 33 Exhibit MF-33, # 34 Exhibit MF-34, # 35 Exhibit MF-35)(Ward, Scott) (Entered: 04/11/2023) |
| 04/11/2023 | 29 | DECLARATION of Shannon Osborne filed by Defendant World Vision Inc re 26 MOTION for Summary Judgment (Attachments: # 1 Exhibit SO-01, # 2 Exhibit SO-02, # 3 Exhibit SO-03, # 4 Exhibit SO-04, # 5 Exhibit SO-05, # 6 Exhibit SO-06, # 7 Exhibit SO-07, # 8 Exhibit SO-08, # 9 Exhibit SO-09, # 10 Exhibit SO-10, # 11 Exhibit SO-11, # 12 Exhibit SO-12 (physical item), # 13 Exhibit SO-13 (physical item), # 14 Exhibit SO-14 (physical item), # 15 Exhibit SO-15 (physical item), # 16 Exhibit SO-16, # 17 Exhibit SO-17, # 18 Exhibit SO-18, # 19 Exhibit SO-19)(Ward, Scott) (Entered: 04/11/2023) |
| 05/01/2023 | 30 | RESPONSE, by Plaintiff Aubry McMahon, to 26 MOTION for Summary Judgment . (Attachments: # 1 Proposed Order)(Subit, Michael) (Entered: 05/01/2023) |
| 05/01/2023 | 31 | DECLARATION of Casimir Wolnowski filed by Plaintiff Aubry McMahon re 26 MOTION for Summary Judgment (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Subit, Michael) (Entered: 05/01/2023) |
| 05/01/2023 | 32 | RESPONSE, by Defendant World Vision Inc, to 24 MOTION for Summary Judgment . (Attachments: # 1 Proposed Order)(Ward, Scott) (Entered: 05/01/2023) |
| 05/05/2023 | 33 | REPLY, filed by Plaintiff Aubry McMahon, TO RESPONSE to 24 MOTION for Summary Judgment (Subit, Michael) (Entered: 05/05/2023) |
| 05/05/2023 | 34 | REPLY, filed by Defendant World Vision Inc, TO RESPONSE to 26 MOTION for Summary Judgment (Ward, Scott) (Entered: 05/05/2023) |
| 05/05/2023 | 35 | Second DECLARATION of Scott J. Ward filed by Defendant World Vision Inc re 26 MOTION for Summary Judgment (Attachments: # 1 Exhibit SW2-01)(Ward, Scott) (Entered: 05/05/2023) |
| 05/30/2023 | 36 | MOTIONS IN LIMINE , filed by Plaintiff Aubry McMahon. (Attachments: # 1 Proposed Order) Noting Date 6/16/2023, (Subit, Michael) (Entered: 05/30/2023) |
| 06/12/2023 | 37 | RESPONSE, by Defendant World Vision Inc, to 36 MOTIONS IN LIMINE . (Attachments: # 1 Proposed Order)(Ward, Scott) (Entered: 06/12/2023) |
| 06/12/2023 | 38 | **PARTIALLY VACATED PER 44 ORDER**ORDER: The court DENIES Ms. McMahon's motion for partial summary judgment (Dkt. # 24 ) and GRANTS World Vision's motion for summary judgment (Dkt. # 26 ). The court further DENIES as moot Ms. McMahon's motions in limine (Dkt. # 36 ). Signed by Judge James L. Robart. (LH) Modified as partially vacated on 7/24/2023 (LH). (Entered: 06/13/2023) |

ER1082

| | | |
|---|---|---|
| 06/13/2023 | 39 | **VACATED PER 44 ORDER** JUDGMENT BY COURT: Defendant's motion for summary judgment (Dkt. # 26 ) is GRANTED. (See Order (Dkt. # 38 ).) (LH) Modified to vacate on 7/24/2023 (LH). (Entered: 06/13/2023) |
| 06/27/2023 | 40 | MOTION for Reconsideration re 39 Judgment by Court , filed by Plaintiff Aubry McMahon. (Attachments: # 1 Proposed Order) Noting Date 6/27/2023, (Subit, Michael) (Entered: 06/27/2023) |
| 06/27/2023 | 41 | MINUTE ORDER: The court DIRECTS World Vision to respond to Ms. McMahon's 40 motion for reconsideration by no later than Friday, July 7, 2023. Ms. McMahon may file an optional reply by Friday July 14, 2023. Authorized by Judge James L. Robart. (LH) (Entered: 06/28/2023) |
| 07/07/2023 | 42 | RESPONSE, by Defendant World Vision Inc, to 40 MOTION for Reconsideration re 39 Judgment by Court . (Attachments: # 1 Proposed Order Denying Reconsideration)(Ward, Scott) (Entered: 07/07/2023) |
| 07/12/2023 | 43 | REPLY, filed by Plaintiff Aubry McMahon, TO RESPONSE to 40 MOTION for Reconsideration re 39 Judgment by Court (Subit, Michael) (Entered: 07/12/2023) |
| 07/24/2023 | 44 | ORDER granting Plaintiff's 40 MOTION for Reconsideration. The court VACATES (1) the final judgment entered on June 13, 2023 (Dkt. # 39 ) and (2) the portion of the June 12, 2023 order re motion for partial summary judgment (Dkt. # 38 at 18-26). The court ORDERS the parties to meet and confer and submit, by no later than July 31, 2023, a joint statement setting forth a proposed briefing schedule for their renewed cross-motions for summary judgment. Signed by Judge James L. Robart. (LH) (Entered: 07/24/2023) |
| 07/28/2023 | 45 | STATUS MEMORANDUM *Joint Statement of the Parties on Next Round of Summary Judgment Briefing* by Defendant World Vision Inc (Ward, Scott) (Entered: 07/28/2023) |
| 08/04/2023 | 46 | MOTION for Reconsideration re 44 Order on Motion for Reconsideration, Case Reopened, Set Deadlines/Hearings, *and/or Clarification*, filed by Defendant World Vision Inc. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 8/11/2023 8/4/2023, (Ward, Scott) Modified noting date on 8/8/2023 (SS). (Entered: 08/04/2023) |
| 08/08/2023 | 47 | ORDER re Defendant's 46 MOTION for Reconsideration. The court DENIES the portion of World Vision's motion in which it requests reconsideration of the court's July 24, 2023 order (Dkt. # 46 at 1-7). The court DEFERS ruling on the portion of World Vision's motion that requests clarification of the court's July 24, 2023 order (Dkt. # 46 at 7-8) and DIRECTS Ms. McMahon to respond to that portion of the motion (id.) by no later than Friday, August 11, 2023. Signed by Judge James L. Robart. (SS) (Entered: 08/08/2023) |
| 08/11/2023 | 48 | RESPONSE, by Plaintiff Aubry McMahon, to 46 MOTION for Reconsideration re 44 Order on Motion for Reconsideration,,, Case Reopened,,, Set Deadlines/Hearings,, *and/or Clarification*. (Subit, Michael) (Entered: 08/11/2023) |
| 08/14/2023 | 49 | ORDER re 46 MOTION for Reconsideration. **The court GRANTS in part and DENIES in part the portion of World Vision's motion in which it requests clarification of the court's July 24, 2023 order (Dkt. # 46 at 7-8).** The court ORDERS the parties to meet and confer and submit, by no later than 8/21/2023, a joint statement setting forth a proposed briefing schedule for their renewed cross-motions for summary judgment regarding World Vision's affirmative defenses. The court will enter a new trial schedule, if appropriate, after it rules on the parties' renewed cross-motions for summary judgment. Signed by Judge James L. Robart. (SS) Modified per request of chambers on 8/15/2023 (SS). (Entered: 08/14/2023) |
| 08/21/2023 | 50 | Stipulated MOTION , filed by Plaintiff Aubry McMahon. Noting Date 8/21/2023, (Subit, Michael) (Entered: 08/21/2023) |

| 08/21/2023 | 51 | ORDER granting Parties' 50 Stipulated MOTION re Summary Judgment Briefing Schedule. Opening Briefs will be due by 9/22/2023, Responsive Briefs will be due by 10/13/2023, Reply Briefs will be due by 10/20/2023. Signed by Judge James L. Robart. (SS) (Entered: 08/21/2023) |
|---|---|---|
| 09/22/2023 | 52 | MOTION for Summary Judgment , filed by Plaintiff Aubry McMahon. (Attachments: # 1 Proposed Order) Noting Date 10/20/2023, (Subit, Michael) (Entered: 09/22/2023) |
| 09/22/2023 | 53 | MOTION for Summary Judgment *Round 2*, filed by Defendant World Vision Inc. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 10/20/2023, (Ward, Scott) (Entered: 09/22/2023) |
| 09/26/2023 | 54 | PRAECIPE to attach document *Corrected Page 19* re 52 MOTION for Summary Judgment by Plaintiff Aubry McMahon (Attachments: # 1 Corrected Page 19)(Subit, Michael) (Entered: 09/26/2023) |
| 10/11/2023 | 55 | PRAECIPE to attach document *Corrected pp. 9,10,12,13,21,30* re 52 MOTION for Summary Judgment by Plaintiff Aubry McMahon (Attachments: # 1 Corrected Page 9, # 2 Corrected Page 10, # 3 Corrected Page 12, # 4 Corrected Page 13, # 5 Corrected Page 21, # 6 Corrected Page 30)(Subit, Michael) (Entered: 10/11/2023) |
| 10/13/2023 | 56 | RESPONSE, by Plaintiff Aubry McMahon, to 53 MOTION for Summary Judgment *Round 2*. (Attachments: # 1 Proposed Order)(Subit, Michael) (Entered: 10/13/2023) |
| 10/13/2023 | 57 | DECLARATION of Casimir Wolnowski filed by Plaintiff Aubry McMahon re 53 MOTION for Summary Judgment *Round 2* (Attachments: # 1 Exhibit)(Subit, Michael) (Entered: 10/13/2023) |
| 10/13/2023 | 58 | RESPONSE, by Defendant World Vision Inc, to 52 MOTION for Summary Judgment . Oral Argument Requested. (Attachments: # 1 Proposed Order)(Ward, Scott) (Entered: 10/13/2023) |
| 10/13/2023 | 59 | Second DECLARATION of Shannon Osborne (SECOND) filed by Defendant World Vision Inc re 52 MOTION for Summary Judgment (Ward, Scott) (Entered: 10/13/2023) |
| 10/20/2023 | 60 | REPLY, filed by Plaintiff Aubry McMahon, TO RESPONSE to 52 MOTION for Summary Judgment (Subit, Michael) (Entered: 10/20/2023) |
| 10/20/2023 | 61 | REPLY, filed by Defendant World Vision Inc, TO RESPONSE to 53 MOTION for Summary Judgment *Round 2* (Ward, Scott) (Entered: 10/20/2023) |
| 11/28/2023 | 62 | ORDER: The Court DENIES World Vision's motion for summary judgment (Dkt. # 53 ) and GRANTS Ms. McMahon's motion for partial summary judgment (Dkt. # 52 ). The Court will enter a separate order setting forth a new trial schedule. Signed by Judge James L. Robart. (SS) (Entered: 11/28/2023) |
| 11/28/2023 | 63 | APPLICATION OF ATTORNEY Mahir Nisar FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Aubry McMahon (Fee Paid) Receipt No. AWAWDC-8257094 (Subit, Michael) (Entered: 11/28/2023) |
| 11/30/2023 | | Application for Leave to Appear Pro Hac Vice 63 by attorney Mahir Nisar will not be processed at this time. Attorney must first complete all requirements for PHV admission via PACER. Please contact Admissions Clerk Monique Guillebeau at 206-370-8433 or WAWD_Admissions@wawd.uscourts.gov with additional questions. (Ad hoc Attorney Mahir Nisar) (MG) (Entered: 11/30/2023) |
| 12/07/2023 | 64 | ORDER re 63 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Mahir Nisar for PLAINTIFF Aubry McMahon, by Clerk Ravi Subramanian. No document associated with this docket entry, text only. |

| | | |
|---|---|---|
| | | *NOTE TO COUNSEL: Local counsel agrees to* **sign all filings** *and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(MG) (Entered: 12/07/2023) |
| 12/13/2023 | 65 | MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES by Judge James L. Robart; Length of Trial: *2-3 days*. Jury Trial is set for 6/3/2024 at 01:30 PM in Courtroom 14106 before Judge James L. Robart. Motions in Limine due by 4/22/2024, Pretrial Order due by 5/13/2024, Deposition Designations due by 5/13/2024, Pretrial Conference set for 5/20/2024 at 02:00 PM in Courtroom 14106 before Judge James L. Robart. Trial briefs to be submitted by 5/28/2024, Proposed voir dire/jury instructions due by 5/28/2024. (AD) (Entered: 12/13/2023) |
| 02/08/2024 | 66 | MINUTE ORDER: **Jury Trial is reset for 6/4/2024 at 01:30 PM before Judge James L. Robart.** The court's 12/13/2023 minute order setting forth pretrial deadlines shall remain effective in all respects except for the trial date. Authorized by Judge James L. Robart. (SS) (Entered: 02/08/2024) |
| 04/19/2024 | 67 | MINUTE ORDER (text-only) entered upon the authority of Judge James L. Robart. At the request and agreement of the parties, the 6/4/2024 trial date and related dates are vacated. (AD) (Entered: 04/19/2024) |
| 05/13/2024 | 68 | Joint Stipulated MOTION *for Entry of Stipulated Final Judgment and Deferral of Petition for Costs and Fees*, filed by Plaintiff Aubry McMahon. (Attachments: # 1 Proposed Order) Noting Date 5/13/2024, (Subit, Michael) (Entered: 05/13/2024) |
| 05/14/2024 | 69 | ORDER granting Parties' 68 Joint Stipulated MOTION *for Entry of Stipulated Final Judgment and Deferral of Petition for Costs and Fees*. Plaintiff Aubry McMahon is awarded judgment against Defendant World Vision, Inc. in the total amount of $120,000.00 for all claims made by Plaintiff in this case, not including costs, attorney's fees, or post-judgment interest. The time for Plaintiff to file her bill of costs, petition for attorney's fees, and calculation of post-judgment interest pursuant to Federal Rule of Civil Procedure 54(d)(1) is deferred until 30 days after the expiration of the deadline to appeal or after final resolution of all appellate proceedings, whichever is later. Signed by Judge James L. Robart. (SS) (Entered: 05/14/2024) |
| 05/21/2024 | 70 | NOTICE OF APPEAL to Ninth Circuit (24-3259) re 69 Order on Stipulated Motion, Terminated Case, 49 Order on Motion for Reconsideration, 44 Order on Motion for Reconsideration, 47 Order, 62 Order on Motion for Summary Judgment, 39 Judgment by Court, 38 Order on Motion in Limine, Order on Motion for Summary Judgment, by All Defendants. $605, receipt number AWAWDC-8474373 (cc: USCA) (Ward, Scott) Modified on 5/21/2024 to edit docket text. (RE) Modified on 5/22/2024 to add CCA#. (RE) (Entered: 05/21/2024) |
| 05/21/2024 | 71 | REPRESENTATION STATEMENT, by All Defendants, (re: 70 Notice of Appeal,,..) (Ward, Scott) (Entered: 05/21/2024) |
| 05/22/2024 | 72 | TIME SCHEDULE ORDER/USCA CASE NUMBER (24-3259) as to 70 Notice of Appeal, filed by World Vision Inc. (RE) (Entered: 05/22/2024) |
| 06/07/2024 | 73 | Stipulated MOTION *for Approval of Cash Security in Lieu of Bond and Order Staying Enforcement of Judgment*, filed by Defendant World Vision Inc. (Attachments: # 1 Proposed Order Approving Cash Security and Staying Enforcement of Judgment) Noting Date 6/7/2024, (Taylor, Nathaniel) (Entered: 06/07/2024) |
| 06/10/2024 | 74 | ORDER granting Parties' 73 Stipulated MOTION *for Approval of Cash Security in Lieu of Bond and Order Staying Enforcement of Judgment*. Defendant World Vision, Inc. may pay |

ER1085

| | |
|---|---|
| | cash in the amount of $150,000 into the Registry of the Court as security under Fed. R. Civ. Proc. 62(a)(1). Upon World Vision, Inc. posting of the above-described security, pursuant to Fed. R. Civ. Proc. 62(a)(1), all proceedings to enforce the order and final judgment (Dkt. No. 69 ) will be automatically stayed until further order of this Court. Signed by Judge James L. Robart. (SS) (cc: Finance) (Entered: 06/10/2024) |
| 06/12/2024 | RECEIPT re 74 Order on Stipulated Motion,,. $150,000 deposited into the Court Registry on 6/12/2024 (Receipt # SEA200004964) (SV) (Entered: 06/13/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/29/2024 13:57:42 | | | |
| **PACER Login:** | ███████ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-cv-00920-JLR |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

ER1086