| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 22 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

AUBRY MCMAHON,

    Plaintiff - Appellee,

v.

WORLD VISION INC.,

    Defendant - Appellant.

No. 24-3259

D.C. No. 2:21-cv-00920-JLR
Western District of Washington, Seattle

ORDER

The opening brief submitted by Appellant World Vision Inc. is filed.

Within 7 days of this order, Appellant must file 6 copies of the brief in paper format bound with blue front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellant are filed. Within 7 days of this order, Appellant is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

                                      FOR THE COURT:

                                      MOLLY C. DWYER
                                      CLERK OF COURT