| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | AUG 30 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

AUBRY MCMAHON,

    Plaintiff - Appellee,

v.

WORLD VISION INC.,

    Defendant - Appellant.

No. 24-3259

D.C. No. 2:21-cv-00920-JLR
Western District of Washington, Seattle

ORDER

The amicus brief submitted by Colson Center for Christian Worldveiw, et al. is filed.

Within 7 days of this order, amicus must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT