

May 19, 2025

*Via ACMS*

705 Second Avenue, Suite 1200
Seattle, Washington 98104-1798
P: 206-682-6711
F: 206-682-0401

Molly C. Dwyer
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

Michael C. Subit
msubit@frankfreed.com

Re: *McMahon v. World Vision, Inc.,* **No. 24-3259 (Argument May 21, 2025)**
  *Fed. R. App. P. 28(j) Notice of Supplemental Authority*
  *Doe v. Catholic Relief Services*

Dear Ms. Dwyer:

*Doe v. Catholic Relief Services*, -- F. Supp. 3d --, Case No. 1:20:cv-01815-JRR, 2025 WL 1158695 (D. Md. April 21, 2025), further supports the district court's holding in *McMahon* that Title VII and the Washington Law Against Discrimination ("WLAD") are laws of general application that are at least neutral to religion under *Tandon v. Newsom*, 593 U.S. 61 (2021) (per curiam) and *Fulton v. City of Philadelphia*, 593 U.S. 522 (2021).

In *Doe*, the defendant, a religious employer, relying on *Tandon*, argued that the Free Exercise Clause prohibited the plaintiff's claim for sexual orientation discrimination under the Maryland Fair Employment Practices Act ("MFEPA") because the law was not generally applicable and neutral to religion. 2025 WL 1158695, at *14. The employer, like World Vision here, argued that the law was not

generally applicable because it exempted employers with fewer than 15 employees. *Id.* at *15. *Doe* rejected the religious employer's argument, finding the circumstances relevant to the small employer exemption "materially distinct from those in *Tandon*. *Id.* at *15-16. *Doe* cited with approval the district court's summary judgment opinion in this case. *Id.* at*16 (citing *McMahon v. World Vision*, *Inc.*, 704 F. Supp. 3d 1121, 1142-43 (W.D. Wash. 2023)).

*Doe* recognized that *Union Gospel Mission of Yakima, Wash. v. Ferguson*, No. 1:23-CV-3027-MKD, 2024 WL 4660918, at *4 (E.D. Wash. Nov. 1, 2024), which World Vision cites in its Reply Brief (Dkt. No. 99.1 at 27, 31), had reached the contrary conclusion to *McMahon*. 2025 WL 1158695 at *16 n. 12. The *Doe* court concluded: "For the reasons discussed in this opinion, the court finds *McMahon* persuasive." *Id.*

Word Count: 268

                                                  Respectfully Submitted,

                                                  *s/ Michael C. Subit*
                                                  Michael C. Subit, WSBA #29189
                                                  705 Second Avenue, Suite 1200
                                                  Seattle, Washington 98104
                                                  P: 206-682-6711
                                                  F: 206-682-0401
                                                  msubit@frankfreed.com

                                                  *Attorney for Plaintiff-Appellee*

cc:    All counsel of record (by ACMS notification)